UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WALTER A. FORBES and )<br>E. KIRK SHELTON. )<br>)<br>) | No. 3:02CR264 (AWT)<br><br>September 27, 2004 |

**MOTION OF WALTER A. FORBES FOR EITHER (1) AN
ORDER REQUIRING THE GOVERNMENT TO CONFER
IMMUNITY ON STUART BELL OR (2) A MISSING
WITNESS INSTRUCTION RELATING TO STUART BELL
(Forbes Trial Motion No. 36) (FILED UNDER SEAL)**

Walter A. Forbes, through undersigned counsel, respectfully moves for either (i) an order requiring the government to confer immunity on Stuart Bell or (ii) a missing witness instruction relating to Stuart Bell. The grounds in support of this motion are set forth in the accompanying memorandum.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

Dated: September 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Walter A. Forbes for Either (1) An Order Requiring the Government to Confer Immunity on Stuart Bell or (2) a Missing Witness Instruction Relating to Stuart Bell (Forbes Trial Motion No. 36) (Filed under Seal) to be served on September 27, 2004 to the following:

Via Hand Delivery

John J. Carney, Esq.
Special Attorney
U.S. Department of Justice
450 Main Street, Room 617
Hartford, CT 06103

Stanley A. Twardy, Jr., Esq.
Gary H. Collins, Esq.
Day Berry & Howard LLP
CityPlace I
Hartford, CT 06103


Via Federal Express

Thomas P. Puccio, Esq.
230 Park Ave.
Suite 301
New York, NY 10169

Scott A. Edelman, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

*Barry S. Simon/RMC*
Barry S. Simon