UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:02CR264 (AWT) |
| v. ) | |
| ) | September 28, 2004 |
| WALTER A. FORBES and ) | |
| E. KIRK SHELTON. ) | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
MOTION OF DEFENDANT WALTER A. FORBES
FOR (1) AN ORDER REQUIRING THE GOVERNMENT
TO CONFER IMMUNITY ON STUART BELL OR (2) A MISSING
WITNESS INSTRUCTION RELATING TO STUART BELL
<u>(Forbes Trial Motion No. 36) (FILED UNDER SEAL)</u>**

Defendant Walter A. Forbes, through undersigned counsel, respectfully submits this supplemental memorandum in support of his motion for (i) an order requiring the government to confer immunity on Stuart Bell or (ii) a missing witness instruction relating to Stuart Bell.

On September 27, 2004, Mr. Bell appeared in Court with his counsel pursuant to Mr. Forbes' subpoena. As counsel to Mr. Forbes informed the Court's law clerk, Mr. Forbes was prepared at that time to require Mr. Bell to take any steps necessary to establish on the record that Mr. Bell would in fact assert his Fifth Amendment rights and would not provide substantive testimony without a grant of immunity. Mr. Forbes also was prepared at that time to call Mr. Bell to testify as a witness in Mr. Forbes' defense had Mr. Bell been immunized. Mr. Forbes anticipated that, if Mr. Bell had been immunized, he would have provided

exculpatory testimony consistent with the information set forth in the declarations of Barry S. Simon, Esq. and Robert M. Cary, Esq. Pursuant to the Court's instruction, counsel for Mr. Forbes informed counsel for Mr. Bell during the afternoon of September 27, 2004 that Mr. Bell's presence was no longer required, and that he was free to leave.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (Bar No. ct17115)
Barry S. Simon (Bar No. ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (Bar No. ct05103)
Thomas J. Murphy (Bar No. ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

Attorneys for Walter A. Forbes

## CERTIFICATE OF SERVICE

  I hereby certify that I caused the foregoing Supplemental Memorandum in Support of Motion of Defendant Walter A. Forbes for (1) an Order Requiring the Government to Confer Immunity on Stuart Bell or (2) a Missing Witness Instruction Relating to Stuart Bell (Forbes Trial Motion No. 36) Filed Under Seal to be delivered on September 28, 2004 to the following:

<u>Via Hand Delivery</u>

John J. Carney, Esq.
Special Attorney
U.S. Department of Justice
450 Main Street, Room 617
Hartford, CT 06103

Stanley A. Twardy, Jr., Esq.
Gary H. Collins, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, CT 06103

<u>Via Federal Express</u>

Thomas P. Puccio, Esq.
Law Office of Thomas P. Puccio
230 Park Ave.
Suite 301
New York, NY 10169

Scott A. Edelman, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

_____
Barry S. Simon