UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )<br>)<br>WALTER A. FORBES and )<br>E. KIRK SHELTON.   )<br>) | No. 3:02CR264 (AWT)<br><br>October 4, 2004 |

**MOTION OF WALTER A. FORBES TO SEAL PLEADINGS
RELATING TO FORBES TRIAL MOTION NO. 44
(Forbes Trial Motion No. 43)**

Walter A. Forbes, through undersigned counsel, respectfully moves the Court to enter an order sealing all pleadings relating to Forbes Trial Motion No. 44.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

James T. Cowdery (ct05103)
Thomas J. Murphy (ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street

> Hartford, CT 06103-2703
> (860) 278-5555 (phone)
> (860) 249-0012 (fax)
> tmurphy@cemlaw.com (e-mail)
>
> Attorneys for Walter A. Forbes

Dated: October 4, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Seal Pleadings Relating to Forbes Trial Motion No. 44 to be served on October 4, 2004 to the following:

<u>Via Hand Delivery</u>

John J. Carney, Esq.
Special Attorney
U.S. Department of Justice
450 Main Street, Room 617
Hartford, CT 06103

Stanley A. Twardy, Jr., Esq.
Gary H. Collins, Esq.
Day Berry & Howard LLP
CityPlace I
Hartford, CT 06103


<u>Via Federal Express</u>

Thomas P. Puccio, Esq.
230 Park Ave.
Suite 301
New York, NY 10169

Scott A. Edelman, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Barry S. Simon