UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>v.  )<br>  )<br>WALTER A. FORBES and  )<br>E. KIRK SHELTON.  )<br>  )<br>  ) | No. 3:02CR264 (AWT)<br><br>October 28, 2004 |

**MOTION OF WALTER A. FORBES TO SEAL PLEADINGS
RELATING TO FORBES TRIAL MOTION NO. 51
(Forbes Trial Motion No. 52)**

Walter A. Forbes, through undersigned counsel, respectfully moves the Court to enter an order sealing all pleadings relating to Forbes Trial Motion No. 51.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

                                    James T. Cowdery (ct05103)
                                    Thomas J. Murphy (ct07959)
                                    COWDERY, ECKER & MURPHY, L.L.C.
                                    750 Main Street
                                    Hartford, CT 06103-2703
                                    (860) 278-5555 (phone)
                                    (860) 249-0012 (fax)
                                    tmurphy@cemlaw.com (e-mail)

                                    Attorneys for Walter A. Forbes

Dated:  October 28, 2004

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing Motion of Walter A. Forbes to Seal Pleadings Relating to Forbes Trial Motion No. 52 to be served on October 28, 2004 to the following:

Via Hand Delivery

John J. Carney, Esq.
Special Attorney
U.S. Department of Justice
450 Main Street, Room 617
Hartford, CT 06103

Stanley A. Twardy, Jr., Esq.
Gary H. Collins, Esq.
Day Berry & Howard LLP
CityPlace I
Hartford, CT 06103

Via Federal Express

Thomas P. Puccio, Esq.
230 Park Ave.
Suite 301
New York, NY 10169

Scott A. Edelman, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

_____
Barry S. Simon