1315

FILED

2004 OCT 29 P 12:58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| Plaintiff, | : | 3:02 CR 00264 (AWT) |
| v. | : | |
| WALTER A. FORBES and E. KIRK SHELTON, | : | |
| Defendants. | : | OCTOBER 29, 2004 |

### HFS PARTIES' MEMORANDUM IN OPPOSITION TO ERNST & YOUNG'S MOTION FOR LEAVE OF COURT TO CONDUCT JUROR INTERVIEWS

Henry Silverman, James E. Buckman, Leonard S. Coleman, Christel Dehaan, Martin L. Edelman, Scott E. Forbes, Robert D. Kunisch, Michael P. Monaco, Brian Mulroney, Robert E. Nederlander, E. John Rosenwald, Jr., Leonard Schutzman and John D. Snodgrass (hereinafter the "HFS Parties") respectfully submit this memorandum in opposition to the motion filed by Ernst & Young (hereinafter "E &Y") for leave of Court to conduct juror interviews following the conclusion of the trial in U.S. v. Forbes and Shelton. For the reasons set forth below, the HFS Parties respectfully request that the Court deny E & Y's motion, or in the alternative, grant the HFS Parties leave to conduct interviews with willing jurors as well.

### BACKGROUND

The HFS Parties are both plaintiffs and defendants in the civil cases for which Ernst & Young seeks to interview the U.S. v. Forbes and Shelton jurors. As your Honor knows, HFS was the company that merged with CUC to form Cendant Corporation. The HFS

**ORAL ARGUMENT REQUESTED**

Parties were officers and/or directors of the former HFS and, with the exception of Scott E. Forbes, have filed suit against E & Y. That suit is part of the pending civil proceedings. In addition, E & Y has sued certain of the HFS Parties, and these claims are also part of the pending civil proceedings. As E&Y freely admits, it is on the basis of this civil litigation, and in an effort to improve its litigation position against us, that E & Y has made this motion.

## ARGUMENT

L. Civ. R. 83.5(1), which applies in criminal cases pursuant to L. Cr. R. 1(c), only allows a "party, . . . attorney, employee, representative or agent of any party or attorney" to conduct interviews with members of a jury upon leave of Court after the proponent shows good cause. E & Y's request fails to satisfy the dictates of this Rule in two ways. First, E & Y is not a "party" or an "attorney, employee, representative, or agent of any party or attorney" to the criminal case and thus lacks any standing to seek leave under L. Civ. R. 83.5 (1).

Second, E & Y fails to establish any showing of "good cause." The definition of "good cause" is normally limited to situations where "there is a preliminary showing of likely jury misconduct or witness incompetency." Economou v. Little, 850 F. Supp. 849, 852-53 (N.D.Cal. 1994). E & Y has not asserted the existence of either of these defects. Rather, E & Y argues that the proposed interviews would "assist in simplifying, streamlining and shortening an extraordinarily complex civil trial." E & Y's Memorandum, p. 2. However, E & Y fails to explain how such interviews would shorten the civil trial. E & Y merely explains how such interviews would assist it in preparing for the civil trial, and

fails to show how easing the burden of its trial preparation would streamline the civil trial process as a whole.

Your Honor is well aware of the extraordinary time commitment made by the jurors in this matter. Upon completion of deliberations and a return of a verdict, it is no overstatement that all of the jurors will be ready to put the case behind them and return to their normal lives. In determining whether E & Y has established "good cause", we respectfully suggest that the Court should balance E & Y's self-serving request for the jurors' assistance in its trial preparation against the jurors' need to return to their private lives. We respectfully suggest that the balance clearly supports the rejection of E & Y's motion.

In the alternative, the HFS Parties request leave to conduct interviews with the jury should the Court grant E & Y's motion. Fairness requires that all parties to the civil case be placed on equal footing. It would be inappropriate for the Court to allow access to information to only one party, at the exclusion of the others.

## CONCLUSION

For the above reasons, the HFS Parties respectfully request the Court deny E & Y's motion for leave to conduct juror interviews. Should the Court grant E & Y's motion, the HFS Parties request that the Court grant the HFS Parties leave to conduct interviews with the jurors under the same terms as E&Y.

HENRY SILVERMAN, JAMES E. BUCKMAN, LEONARD S. COLEMAN, CHRISTEL DEHAAN, MARTIN L. EDELMAN, SCOTT E. FORBES, ROBERT D. KUNISCH, MICHAEL P. MONACO, BRIAN MULRONEY, ROBERT E. NEDERLANDER, E. JOHN ROSENWALD, JR., LEONARD SCHUTZMAN, and JOHN D. SNODGRASS

By: _____
   Francis J. Brady – ct04296
   fbrady@murthalaw.com
   C. Donald Neville – ct24001
   dneville@murthalaw.com

Murtha Cullina LLP
CityPlace I
Hartford, Connecticut 06103-3469
(860) 240-6000


Herbert J. Stern
CT Bar No. CT25738 (Visiting Attorney)
hstern@sgklaw.com

STERN & KILCULLEN
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-1900


James G. Kreissman
CT Bar No. CT25739 (Visiting Attorney)
j_kreissman@stblaw.com

SIMPSON THACHER & BARTLETT LLP
3330 Hillview Avenue
Palo Alto, California 94304
(650) 251-5080

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to the following counsel of record on this 29th day of October, 2004 to:

**VIA UPS OVERNIGHT AND FAX**
Barry S. Simon
Williams & Connolly
725 12th St., N.W.
Washington, DC 20005-5901

Brendan V. Sullivan, Jr.
Margaret A. Keeley
Robert M. Cary
Williams & Connolly
725 12th St., N.W.
Washington, DC 20005-5901

James T. Cowdery
Thomas J. Murphy
Cowdery, Ecker & Murphy
750 Main St., Suite 910
Hartford, CT 06103-4477

Gary H. Collins
Stanley A. Twardy, Jr.
Day, Berry & Howard
Cityplace I, 185 Asylum Street
Hartford, CT 06103-3449

Thomas P. Puccio
230 Park Ave.
Suite 301
New York, NY 10169

Alfred U. Pavlis
Daly & Pavlis
107 John St.
Southport, CT 06490

**VIA UPS OVERNIGHT AND FAX**
Scott A. Edelman
Edward A. Stelzer
Kylie Davidson
Thomas A. Arena
Milbank, Tweed, Hadley & McCloy-NYC
One Chase Manhattan Plaza
New York, NY 10005

Daniel E. Reynolds
Lankler, Siffert & Wohl
500 Fifth Ave., 33rd Fl.
New York, NY 10110-3398

Helen Gredd
Lauren Freundlich
Lankler, Siffert & Wohl
500 Fifth Ave., 33rd Fl.
New York, NY 10110-3398

Douglas S. Eakeley
R. Scott Thompson
Lowenstein, Sandler, Kohl, Fisher & Boylan
65 Livingston Avenue
Roseland, NJ 07068-1791

Joel H. Thompson
Shelley R. Sadin
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740

Alan R. Friedman
Gary P. Naftalis
Michael Tremonte
Kramer, Levin, Naftalis & Frankel
919 Third Ave.
New York, NY 10022-3903

Christopher K. Kiplok
Derek J.T. Adler
William R. Maguire
Hughes, Hubbard & Reed
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Joel B. Casey
Peter W. Hull
McCarter & English
Cityplace I - 185 Asylum St.
36th Fl.
Hartford, CT 06103-3495

Richard C. Tynan
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

Robert Fettweis
Wolf Block Brach Eichler
101 Eisenhower Pkwy.
Roseland, NJ 07068

Ralph G. Elliot
Tyler Cooper & Alcorn
Cityplace-35Th Floor
Hartford, CT 06103-3488

Harold James Pickerstein
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-1436

Peter W. Tomlinson
Saul B. Shapiro

Gregory L. Diskant
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Audrey Strauss
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza, 25th Floor
New York, NY 10004-1980

Ira B. Grudberg
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St., Po Box 606
New Haven, CT 06503-0001

Ethan A. Levin-Epstein
Garrison Leven-Epstein Chimes & Richardson
405 Orange Street
New Haven, CT 06511

Melinda Hardy
U.S. Securities & Exchange Commission
450 Fifth Street, NW
Washington, DC 20549

Faisal M. Zubairi
Kirkpatrick & Lockhart LLP – NJ
One Newark Center
Newark, NJ 07102

Ed Dauber
Greenberg Dauber Epstein & Tucker
One Gateway Center
Newark, NY 07102

Christopher J. Christie
James McMahon
John J. Carney
Ralph J. Marra, Jr.
Richard J. Schechter
US Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102

_____
C. Donald Neville – ct24001

752045