## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | NO. 3:02CR00264 (AWT) |
| v. | : | |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON, | : | |
| | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

## MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to Rule 1 of the Local Rules of Criminal Procedure, incorporating Rule 83.1(d)1 of the Local Rules of Civil Procedure, Ernst & Young LLP ("E&Y"), by and through their undersigned counsel Zeldes, Needle, & Cooper, P.C., move that Harlan A. Levy be admitted as a visiting lawyer in this proceeding.

In support of this motion, counsel states:

1.  In accordance with the requirements of Local Rule 83.1(d)1, the affidavit attached as Exhibit 1 is presented to the Court. It represents that Harlan A. Levy meets all the qualifications for admission pro hac vice.

2.  A check for the requisite fee of $25.00 accompanies this motion.

3.  Undersigned counsel will continue to perform her obligations as local counsel, save that, if this motion is granted, she may apply to be excused from attendance in court.

WHEREFORE, move that Harlan A. Levy be admitted to practice before the United States District Court for the District of Connecticut as a visiting lawyer in this matter.

        _____
Shelley R. Sadin, Esq.
Fed. bar no. ct05090

    ZELDES, NEEDLE & COOPER
    A Professional Corporation
    1000 Lafayette Boulevard, Suite 500
    Bridgeport, CT 06604
    203) 333-9441
    mail:  ssadin@znclaw.com

Attorney for Ernst & Young LLP

**CERTIFICATE OF SERVICE**

   This is to certify that a copy of the foregoing was sent via facsimile and overnight mail, on the 1st day of November, 2004 to the following counsel of record:

Christopher J. Christie, Esq.
John J. Carney, Esq.
Norman Gross, Esq.
James McMahon, Esq.
Richard J. Schechter, Esq.
Special Attorneys
United States Department of Justice
450 Main Street, Room 617
Hartford, CT   06103

Stanley A. Twardy, Jr.
Day Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Thomas P. Puccio
Law Offices of Thomas P. Puccio
230 Park Avenue, Suite 301
New York, New York  10169

Scott A. Edelman, Esq.
Thomas A. Arena, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Barry S. Simon, Esq.
Brendan V. Sullivan, Jr.
Williams & Connolly
725 12th Street, N.W.
Washington, D.C. 20005-5901

James T. Cowdery, Esq.
Thomas J. Murphy
Cowdery, Ecker & Murphy
750 Main Street, Suite 910
Hartford, CT  06103-4477

Carl Greenberg, Esq.
Budd Larner, P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ  07078-0999

Francis J. Brady, Esq.
C. Donald Neville
Murtha Cullina LLP
CityPlace I
Hartford, CT  06103-3469

Herbert J. Stern, Esq.
Stern & Kilcullen
75 Livingston Avenue
Roseland, NJ  07068

James G. Kreissman, Esq.
Simpson Thacher & Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304

And via first class, United States mail, postage prepaid, on this 1st day of November 2004 to:

Daniel E. Reynolds, Esq.
Helen Gredd
Lauren Freundlich
Lankler, Siffert & Wohl
500 Fifth Avenue, 33rd Floor
New York, NY  10110-3398

Douglas S. Eakeley, Esq.
R. Scott Thompson, Esq.
Lowenstein, Sandler, Kohl, Fisher & Boylan
65 Livingston Avenue
Roseland, NJ  07068-1791

Alfred U. Pavlis, Esq.
Daly & Pavlis
107 John Street
Southport, CT  06490

Alan R. Friedman, Esq.
Gary P. Naftalis, Esq.
Michael Tremonte, Esq.
Kramer, Levin, Naftalis & Frankel
919 Third Avenue
New York, NY  10022-3903

Gregory L. Diskant
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710

Christopher K. Kiplok, Esq.
Derek J.T. Adler, Esq.
William R. Maguire, Esq.
Hughes, Hubbard & Reed
One Battery Park Plaza, 12th Floor
New York, NY  10004-1482

Audrey Strauss
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza, 25th Floor
New York, NY  10004-1980

Ira B. GHrudberg, Esq.
Jacobs, Grudberg, Belt & Dow, PC
350 Orange Street
New Haven, CT  06503-0001

Joel B. Casey
Peter W. Hull
McCarter & English
CityPlace I – 185 Asylum Street, 36th Floor
Hartford, CT  06103-3495

Ethan A. Levin-Epstein
Garrison Levin-Epstein Chimes & Richardson
405 Orange Street
New Haven, CT  06511

Richard C. Tynan
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Melinda Hardy
United States Securities & Exchange Commission

450 Fifth Street, NW
Washington, DC  20549

Robert Fettweis
Wolf Block Brach Eichler
101 Eisenhower Parkway
Roseland, NJ  07068

Faisal M. Zubairi
Kirkpatrick & Lockhart LLP NJ
One Newark Center
Newark, NJ  07012

Ralph G. Elliot, Esq.
Tyler Cooper & Alcorn
CityPlace 35th Floor
Hartford, CT  06103-3488

Ed Dauber, Esq.
Greenberg Dauber Epstein & Tucker
One Gateway Center
Newark, NJ  07102

Harold James Pickerstein
Pepe & Hazard
30 Jelliff Lane
Southport, CT  06890-1436

Dated at Bridgeport, Connecticut on this 1st day of November, 2004.

_____
Shelley R. Sadin