UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | NO. 3:02CR00264 (AWT) |
| WALTER A. FORBES and E. KIRK SHELTON, | : | |
| Defendants. | : | OCTOBER 29, 2004 |

AFFIDAVIT OF HARLAN A. LEVY IN SUPPORT OF
MOTION FOR ADMISSION AS A VISITING LAWYER

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

I, HARLAN A. LEVY, declare as follows:

1.   I am a partner in the law firm of Boies, Schiller & Flexner, counsel to Ernst & Young, LLP. I submit this affidavit in support of a motion for an order, pursuant to Rule I(c) of the Local Rules of Criminal Procedure and Rule 83.I(d) of the Local Rules of Civil Procedure, for my admission as a visiting lawyer to participate in motion practice, argument and all other aspects of this case.

2.   My office address is 570 Lexington Avenue, New York, New York, 10022; my telephone number is 212-446-2300; my fax number is 212-446-2350; and my e-mail address is hlevy@bsfllp.com.

3.   I am a member in good standing of the bars of the following courts: New York.

4.  I have not been denied admission or disciplined by this Court or any other.

5.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6.  This affidavit is accompanied by a check for $25.00 payable to the Clerk of this Court, and an original appearance form.

_____
Harlan A. Levy

Sworn to and subscribed before me
this 29th day of October 2004

_____
Notary Public
EVAN GLASSMAN
Notary Public, State of New York
No. 60-5034122
Qualified in Westchester County
Certificate Filed in Westchester County
Commission Expires 10/3/2002 2006