UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:02CR264 (AWT) |
| ) | |
| WALTER A. FORBES and ) | November 3, 2004 |
| E. KIRK SHELTON. ) | |

**RENEWED OBJECTION OF WALTER A. FORBES TO THE READING OF THE SUPERSEDING INDICTMENT DURING THE JURY CHARGE**

Walter A. Forbes, through undersigned counsel, hereby renews his objection to the reading of the superseding indictment during the charge to the jury.

The superseding indictment is over 40 pages long. Thus far, it has taken one hour, twenty minutes to read less than half of the document to the jury. This protracted reading of the government's allegations not only unfairly provides the government a "second summation" during the charging of the jury, but also poses a grave risk that the jury will not properly understand the distinction between the Court's legal instructions and the Court's reading of the superseding indictment, and that the jury will conclude that the Court is "instructing" the jury that the allegations of the superseding indictment are established facts. This danger is exacerbated by the fact that the reading of the allegations of the indictment is co-mingled with the Court's reading of its legal instructions.

Even if the jury does not treat it as an "instruction," the reading of the superseding indictment places the Court in the position of making repeated, affirmative

statements to the jury concerning alleged conduct and fraudulent activity on the part of Mr. Forbes, as if they are facts.

For the foregoing reasons, Mr. Forbes renews his objection to the reading of the superseding indictment to the jury.

>Respectfully submitted,
>
>WILLIAMS & CONNOLLY LLP
>
>By: \_\_\_\_\_/s/\_\_\_\_\_
>Brendan V. Sullivan, Jr. (Bar No. ct17115)
>Barry S. Simon (Bar No. ct24159)
>
>725 Twelfth Street, N.W.
>Washington, D.C. 20005
>(202) 434-5000 (phone)
>(202) 434-5029 (fax)
>bsimon@wc.com (e-mail)
>
>- and -
>
>James T. Cowdery (Bar No. ct05103)
>Thomas J. Murphy (Bar No. ct07959)
>COWDERY, ECKER & MURPHY, L.L.C.
>750 Main Street
>Hartford, CT 06103-2703
>(860) 278-5555 (phone)
>(860) 249-0012 (fax)
>tmurphy@cemlaw.com (e-mail)
>
>Attorneys for Walter A. Forbes

Dated: November 3, 2004

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Renewed Objection of Walter A. Forbes to the Reading of the Superseding Indictment During the Jury Charge to be served by hand delivery on November 3, 2004 to the following:

      John J. Carney, Esq.
      Special Attorney
      U.S. Department of Justice
      450 Main Street, Room 617
      Hartford, CT 06103

      Stanley A. Twardy, Jr., Esq.
      Gary H. Collins, Esq.
      Day, Berry & Howard LLP
      CityPlace I
      Hartford, CT 06103

      Thomas P. Puccio, Esq.
      230 Park Ave.
      Suite 301
      New York, NY 10169

      Scott A. Edelman, Esq.
      Milbank, Tweed, Hadley & McCloy LLP
      1 Chase Manhattan Plaza
      New York, NY 10005

                            /s/
                        Margaret A. Keeley