UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT 28 A 10: 46
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA, )
)
v. )
) No. 3:02CR264 (AWT)
WALTER A. FORBES and )
E. KIRK SHELTON. ) October 28, 2004
)

**MOTION OF WALTER A. FORBES TO SEAL PLEADINGS
RELATING TO FORBES TRIAL MOTION NO. 51
(Forbes Trial Motion No. 52)**

Walter A. Forbes, through undersigned counsel, respectfully moves the Court to enter an order sealing all pleadings relating to Forbes Trial Motion No. 51.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (ct17115)
Barry S. Simon (ct24159)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

- and -

[Margin note: GRANTED. All pleadings related to Forbes Trial Motion No. 51 (Doc. No. 1307) shall remain sealed until the end of the jury's deliberations. It is so ordered. Alvin W. Thompson, U.S.D.J. Hartford, CT 11/15/04]

[Stamp: FILED 2004 NOV 15 A 9:34 U.S. DISTRICT COURT HARTFORD, CT.]