UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| WALTER A. FORBES, and | : | January 2, 2005 |
| E. KIRK SHELTON. | : | |
| | : | |
| | : | |

**REPLY OF DEFENDANT E. KIRK SHELTON TO THE
GOVERNMENT'S MEMORANDUM IN RESPONSE TO JURY NOTE
OF DECEMBER 29, 2004, MARKED AS COURT EXHIBIT 58**

Defendant E. Kirk Shelton, through undersigned counsel, respectfully joins in and

adopts the Reply of Defendant Walter A. Forbes to the Government's Response to the Jury's

December 29, 2004 Note.  Mr. Shelton submits that the arguments advanced in Mr. Forbes' reply memorandum, including those with respect to Mr. Forbes, apply with equal force to Mr. Shelton.

DATED: January 2, 2005

                              Respectfully submitted,

                              MILBANK, TWEED, HADLEY & McCLOY, LLP


By: _____
    Scott A. Edelman (CT 25268)
    Thomas A. Arena (CT 25269)
    1 Chase Manhattan Plaza
    New York, NY  10005-1413
    Tel.: (212) 530-5000
    Fax: (212) 530-5219

    LAW OFFICES OF THOMAS P. PUCCIO
    Thomas P. Puccio (CT 22983)
    230 Park Avenue, Suite 301
    New York, NY  10172
    Tel.: (212) 883-6383
    Fax: (212) 883-6388

    DAY, BERRY & HOWARD LLP
    Stanley A. Twardy, Jr. (CT 05096)
    Gary H. Collins (CT 22119)
    City Place 1, 185 Asylum Street
    Hartford, CT  06103
    Tel.: (860) 275-0314
    Fax: (860) 275-0343


    Attorneys for Defendant E. Kirk Shelton

**CERTIFICATION**

      I hereby certify that on January 2, 2005, a copy of the foregoing was served on the following parties via email and/or facsimile:

                    Norman Gross, Esq.
                    Special Attorney
                    U.S. Department of Justice
                    450 Main Street, Room 617
                    Hartford, CT 06103

                    Barry S. Simon, Esq.
                    Williams & Connolly LLP
                    c/o Marriott Residence Hotel
                    942 Main Street
                    Hartford, CT  06103

                                                _____