UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| WALTER A. FORBES, and | : | January 19, 2005 |
| E. KIRK SHELTON. | : | |
| | : | |
| | : | |

**MOTION OF E. KIRK SHELTON FOR EXTENSION
OF TIME IN WHICH TO FILE POST-TRIAL MOTIONS**

Defendant E. Kirk Shelton, through undersigned counsel, respectfully submits this motion for an extension of time in which to file post-trial motions.

On January 4, 2005, the jury returned a verdict of guilty on Counts One through Twelve against Mr. Shelton. On January 5, 2005, the Court granted Mr. Shelton's request that he be permitted to file post-trial motions within a period of sixty (60) days after the verdict.

In discussions with the government regarding a formalized briefing schedule for Mr. Shelton's post-trial motions, we have advised the government that given the size of the record in the case and our desire to involve in the briefing process appellate counsel whom Mr. Shelton has not yet retained, we are requesting an additional thirty (30) days (for a total of ninety (90) days) – until Monday, April 4, 2005 -- to file any memoranda of law in support of Mr. Shelton's post-trial motions. We also have advised the government that we would not take any position on the length of time the government may seek to file its response to Mr. Shelton's post-

trial motions. We further advised the government that Mr. Shelton was seeking thirty (30) days after the government's response in which to submit his reply brief.

We have been unable to reach agreement with the government on this briefing schedule. Accordingly, we respectfully request that the Court order a briefing schedule that would include the time periods reflected herein.

DATED: January 19, 2005

Respectfully submitted,

MILBANK, TWEED, HADLEY & McCLOY, LLP

By: _____
Scott A. Edelman (CT 25268)
Thomas A. Arena (CT 25269)
1 Chase Manhattan Plaza
New York, NY  10005-1413
Tel.: (212) 530-5000
Fax: (212) 530-5219

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio (CT 22983)
230 Park Avenue, Suite 301
New York, NY  10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

DAY, BERRY & HOWARD LLP
Stanley A. Twardy, Jr. (CT 05096)
Gary H. Collins (CT 22119)
City Place 1, 185 Asylum Street
Hartford, CT  06103
Tel.: (860) 275-0314
Fax: (860) 275-0343

Attorneys for Defendant E. Kirk Shelton

**CERTIFICATION**

      I hereby certify that on January 19, 2005, a copy of the foregoing was served on the following party via facsimile:

      John J. Carney, Esq.
      U.S. Department of Justice
      District of New Jersey
      970 Broad Street – Suite 700
      Newark, NJ  07102

      _____
      Daniel J. Foster