AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States

v.

Walter A. Forbes, and
E. Kirk Shelton

**DEFENDANTS'** ~~EXHIBIT AND~~ **WITNESS LIST**

Case Number: 3:02CR264 (AWT)

*Filed stamp:* United States District Court, District of Connecticut, FILED AT HARTFORD, January 4, 2005, Kevin F. Rowe, Clerk, By S.L. Smith, Deputy Clerk

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Alvin W. Thompson | Carney, McMahon, Schecter | Simon, Cary, Sullivan, Puccio, Arena |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/10/04 - 1/4/05 | Huntington, Thompson, Warner, Collard | Sandy Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 8/19/04 | Shelton | | John Oller, New York, New York |
| | 2 | 8/27/04 | Shelton | | Roman L. Weil, Chicago, Illinois  (out of the presence of the Jury) |
| | 3 | 8/31/04 | Forbes | | Philip Laskawy, Greenwich, Connecticut |
| | 4 | 8/31/04 | Shelton | | Christopher McLeod, Stamford, Connecticut |
| | 4 | 9/1/04 | Shelton | | Christoper McLeod resumes the stand |
| | 5 | 9/1/04 | Shelton | | Greg Danilow, New York, New York |
| | 6 | 9/1/04 | Shelton | | Simon James Wood, Pelham, New York |
| | 7 | 9/1/04 | Shelton | | Mark Rabinowitz, Ridgefield, Connecticut |
| | 8 | 9/1/04 | Shelton | | Kenneth Wilchfort, Wilton, Connecticut |
| | 9 | 9/1/04 | Shelton | | Joel Zychick, Amagansett, New York |
| | 10 | 9/1/04 | Shelton | | Kelly Eaton Green, San Antonio, Texas |
| | 2 | 9/2/04 | Shelton | | Roman L. Weil, Chicago, Illinois  (Expert Witness) |
| | 11 | 9/2/04 | Shelton | | David Paul Stenhouse, Seattle, Washington  (Expert Witness) |
| | 12 | 9/2/04 | Shelton | | Charles Ainsworth, Old Greenwich, Connecticut |
| | 13 | 9/2/04 | Shelton | | Paul Weissman, Closter, New Jersey |
| | 14 | 9/2/04 | Shelton | | Ronald Davis, Edwards, Colorado |
| | 13 | 9/2/04 | Forbes | | Paul Weissman called by Mr. Forbes |
| | 15 | 9/2/04 | Shelton | | Jack Skydel, Mendham, New Jersey |
| | 16 | 9/7/04 | Shelton | | Amy Lipton, Greenwich, Connecticut |
| | 17 | 9/7/04 | Shelton | | Mark J. Gerber, Newtowne, Pennsylvania |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | United States | | vs. | Forbes/Shelton | CASE NO. 3:02CR264 (AWT) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 18 | 9/7/04 | Shelton | | E. Kirk Shelton, Darien, Connecticut |
| | 18 | 9/8/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 18 | 9/9/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 18 | 9/13/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 18 | 9/14/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 18 | 9/15/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 19 | 9/20/04 | Forbes | | Robert Tucker, Meadowbrook, New York |
| | 18 | 9/20/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 18 | 9/21/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 18 | 9/22/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 18 | 9/23/04 | Shelton | | Kirk Shelton resumes the witness stand |
| | 19 | 9/23/04 | Forbes | | Norman Wood, Salem, Connecticut |
| | 20 | 9/23/04 | Forbes | | James Andrew Kidney, Washington, D.C. |
| | 21 | 9/23/04 | Forbes | | Walter A. Forbes, New Canaan, Connecticut |
| | 22 | 9/27/04 | Forbes | | David Frohlich, Oakton, Virginia |
| | 21 | 9/27/04 | Forbes | | Walter Forbes resumes the stand |
| | 21 | 9/28/04 | Forbes | | Walter Forbes resumes the stand |
| | 21 | 9/29/04 | Forbes | | Walter Forbes resumes the stand |
| | 21 | 9/30/04 | Forbes | | Walter Forbes resumes the stand |
| | 23 | 9/30/04 | Forbes | | Jamie Fischer, Gurnee, Illinois |
| | 21 | 10/4/04 | Forbes | | Walter Forbes resumes the stand |