| Exhibit # | Description | Id | Evid | |
|-----------|-------------|-----|------|--|
| Ex. 387 | Schedule *for March 6 meeting* | ✓ | F | 7/14 |
| Ex. 388 | Plane Expense Voucher - Walter Forbes 9/30/97 | ✓ | F | 8/16 |
| Ex. 389 | Performance Review and Memorandum from Menchaca to Shelton re: Goals/Review 2/2/98 | ✓ | F | 8/17 |
| Ex. 390 | Schonfeld's Second Quarter Report 7/31/96 | ✓ | F | 6/23 |
| Ex. 391 | Schonfeld's First Quarter Report 4/30/96 | | | |
| Ex. 392 | Schonfeld's Third Quarter Report 10/31/95 | | | |
| Ex. 393 | Merrill Lynch Statement trade for Norman Schonfeld 2/26/98 | | | |
| Ex. 394 | Schonfeld's Proxy (May 1998) | | | |
| Ex. 395 | Schonfeld's Annual Report 12/31/97 (210502-210619) | ✓ | F | 5/20 |
| Ex. 396 | Memorandum from Tolle, Onofrio to distribution re: charts of accounts - FY98 | ✓ | F | 5/13 |
| Ex. 397 | CUC Due Diligence Material | | | |
| Ex. 398 | 12/9/93 Letter, W. Forbes/Rittereiser | ✓ | F | 10/14 |
| Ex. 400 | Monthly Operating Budget - Essex Group 12/12/97 | | | |
| Ex. 401 | Calendar (Selected portions) 12/15/95 - 12/20/95 | | | |
| Ex. 402 | Memorandum from Tom Albright to Kirk Shelton re: Essex Earnings FY end 1/96 | ✓ | F | 6/9 |
| Ex. 403 | Pro Forma Report 1996 - Essex Corp | | | |

| Exhibit # | Description | Id | Evid |
|---|---|---|---|
| Ex. 404 | Facsimile to Cendant Corporation from Cendant re: News release 4/15/98 | | |
| Ex. 405 | Facsimile to: Capparelli, Wood from: Tucker 4/21/97 with attached draft of Board Minutes for 3/7/97 | | |
| Ex. 406 | Big Bang Presentation 5/27/97 | | |
| Ex. 407 | Big Bang Presentation 5/12/97 | | |
| Ex. 408 | Presentation to Henry Incorporated 4/17/97 | | |
| **_Volume 7_** (ex. 409 - 427mm) | | | |
| Ex. 409 | Handwritten notes/CUC Board Meeting 11/1/95 | | |
| Ex. 410 | Memorandum from Kirk Shelton to Bob Sarkie re: Compensation for EPUB fiscal 1996 8/25/95 | | |
| Ex. 411 | Bob Sarkie Annual Performance Review by Kirk Shelton 8/28/95 | | |
| Ex. 412 | Bob Sarkie Annual Performance Review by Kirk Shelton 8/15/96 | | |
| Ex. 413 | 1996 Calendar | | |
| Ex. 414 | 1997 Calendar | | |
| Ex. 415 | 1998 Calendar | | |
| Ex. 416 | 1999 Calendar | | |
| Ex. 417 | 2000 Calendar | | |
| Ex. 418 | Board of Directors Minutes 11/1/95 | ✓ | F |

7/1

27

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 419 | Memorandum from Kathy Piro to Private Desk File re: Bob Sarkie 4/13/98 | | |
| Ex. 420 | Email from Walter Forbes re: Personnel Changes 4/8/98 | | |
| Ex. 421 | E Pub Background presented to Henry Silverman 10/27/97 | | |
| Ex. 422 | Entertainment Publications budget for 12/31/98 | | |
| Ex. 423 | Memorandum from Walter Forbes to All Employees re: Insider Stock Trading Records 9/6/96 | | |
| Ex. 424 | Request for Services/Mailing re: 2nd Quarter Report 1996 | | |
| Ex. 425 | Request for Services/Mailing re: 1st Quarter Report 1997; 3rd Quarter 1996; 2nd Quarter 1996 and 1st Quarter 1996 | | |
| Ex. 426 | State Investment Council Fifty First Annual Report FYE 6/30/01 *renumbered to 3100* | | |
| Ex. 427a | Letter from Robert Cary to Robert Shaughnessy, Jr. re: Subpoena 2/12/02 (NJDI-00001-3) | | |
| Ex. 427b | Response 2/21/02 (NJDI-0004-5) | | |
| Ex. 427c | Meeting notes 4/8/98 (NJDI-00006-13) | | |
| Ex. 427d | Meeting notes 4/15/98 (NJDI-000014-19) | | |
| Ex. 427e | Meeting notes 4/21/98 (NJDI-000020-25) | | |
| Ex. 427f | Meeting Notes 4/28/98 (NJDI-000026-29) | | |
| Ex. 427g | Meeting Notes 3/3/98 (NJDI-000030-34) | | |
| Ex. 427h | Meeting Notes 3/10/98 (NJDI-000035-39) *See 3101* | | |
| Ex. 427i | Meeting Notes 3/19/98 (NJDI-000040-45) *See 3102* | | |
| Ex. 427j | Meeting Notes 3/25/98 (NJDI-000046-50) | | |
| Ex. 427k | Meeting Notes 3/31/98 (NJDI-000051-55) *See 3103* | | |

28

| Exhibit # | Description | Id | Evid |
|-----------|-------------|-----|------|
| Ex. 427l | 1994 Annual Report (NJDI-000056-57) *see 3104* | | |
| Ex. 427m | 1995 Annual Report (NJDI-000058) | | |
| Ex. 427n | 1996 Annual Report (NJDI-000060) | | |
| Ex. 427o | 1997 Annual Report (NJDI-000062) *see 3105* | | |
| Ex. 427p | 1998 Annual Report (NJDI-000064) | | |
| Ex. 427q | 1999 Annual Report (NJDI-000066) | | |
| Ex. 427r | 2000 Annual Report (NJDI-000068) | | |
| Ex. 427s | 2001 Annual Report (NJDI-000070-71) | | |
| Ex. 427t | By Laws (NJDI-0000108-114) | | |
| Ex. 427u | By Laws (NJDI-0000115-120) | | |
| Ex. 427v | By Laws (NJDI-0000121) | | |
| Ex. 427w | By Laws (NJDI-0000122-123) | | |
| Ex. 427x | Article 62 (NJDI-0000124-130) | | |
| Ex. 427y | Article 65 (NJDI-0000131-135) | | |
| Ex. 427z | Financial Statements & Schedule 6/30/1994 & 1993 | | |
| Ex. 427aa | Financial Statements & Schedule 6/30/1997 & 1996 | | |
| Ex. 427bb | Financial Statements & Schedule 6/30/1998 & 1997 | | |
| Ex. 427cc | Financial Statements & Schedule 6/30/1999 & 1998 | | |
| Ex. 427dd | Financial Statements & Schedule 6/30/2000 & 1999 | | |
| Ex. 427ee | Handwritten note (NJDI-0000277) | | |
| Ex. 427ff | New Purchase Recommendation 5/13/93 (NJDI-0000278-285) *see 3106* | | |
| Ex. 427gg | Equity Research 11/12/93 (NJDI-000286-297) | | |
| Ex. 427hh | U.S. Investment Research 4/7/94 (NJDI-0000298-301) *see 3107* | | |
| Ex. 427ii | CUC Company Report 10/5/94 (NJDI-0000302-321) | | |

*see 3108*

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| **Ex. 427jj** | Rating Change  2/3/95 (NJDI-0000322-337) *See 3109* | | |
| **Ex. 427kk** | Investment Highlights  3/23/95 (NJDI-0000338-341) *see 3112* | | |
| **Ex. 427ll** | Cusep (NJDI-0000342-347) | | |
| **Ex.  427mm** | CUC Corporate Information Package including annual reports, 10Qs and 10Ks, filings, catalogs, press releases and business cards *see 3114* | | |
| ***Volume 8*** (ex. 427.a3 - 432) | | | |
| **Ex. 427a.3** | Paine Webber Report  9/7/95 (NJDI-0000585-600)  *See 3113* | | |
| **Ex. 427a.4** | Annual report  1995 (NJDI-0000601-639) | ID | F |
| **Ex. 427a.5** | Bear Stearns Recommendation Follow-Up  5/24/96 (NJDI-0000640-687) *See 3110* | | |
| **Ex. 427a.6** | CUC International 1996 Annual Report (NJDI-0000688-727) *see 3111* | | |
| **Ex. 427a.7** | Paine Webber report  4/4/97 (NJDI-0000728-751) | | |
| **Ex. 427a.8** | Article from Standard & Poors' Credit Week  6/4/97 (NJDI-0000752) | | |
| **Ex. 427a.9** | Duff & Phelps Credit Rating Company Article dated 6/9/97 | | |
| **Ex. 427a.10** | Equity Meeting Notes  1/20/94 (NJDI-0000755-759) | | |
| **Ex. 427a.11** | Equity Meeting Notes  1/27/94 (NJDI-0000760-764) | | |
| **Ex. 427a.12** | Equity Meeting Notes  2/18/94 (NJDI-0000765-770) | | |
| **Ex. 427a.13** | Equity Meeting Notes  3/11/94 (NJDI-0000771-792) | | |
| **Ex. 427a.14** | Equity Meeting Notes  3/24/94 (NJDI-0000793-797) | | |
| **Ex. 427a.15** | Equity Meeting Notes  3/30/94 (NJDI-0000798-803) | | |
| **Ex. 427a.16** | Equity Meeting Notes  4/7/94 (NJDI-0000804-808) | | |
| **Ex. 427a.17** | Equity Meeting Notes  10/6/94 (NJDI-0000809-813) | | |

*6|21·* (handwritten, right of Ex. 427a.4 row)

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 427a.18 | Equity Meeting Notes  1/13/95 (NJDI-0000814-820) | | |
| Ex. 427a.19 | Equity Meeting Notes  1/25/95 (NJDI-0000821-826) | | |
| Ex. 427a.20 | Equity Meeting Notes  2/9/95 (NJDI-0000827-832) | | |
| Ex. 427a.21 | Equity Meeting Notes  5/3/95 (NJDI-0000833-837) | | |
| Ex. 427a.22 | Equity Meeting Notes  6/14/95 (NJDI-0000838-844) | | |
| Ex. 427a.23 | Equity Meeting Notes  12/12/95 (NJDI-0000845-852) | | |
| Ex. 427a.24 | Equity Meeting Notes 1/2/96 (NJDI-0000853-858) | | |
| Ex. 427a.25 | Equity Meeting Notes  2/20/96 (NJDI-0000859-867) | | |
| Ex. 427a.26 | Equity Meeting Notes  4/2/96 (NJDI-0000868-874 | | |
| Ex. 427a.27 | Equity Meeting Notes  5/22/96 (NJDI-0000875-883) | | |
| Ex. 427a.28 | Equity Meeting Notes  7/26/96 (NJDI-0000884-894) | | |
| Ex. 427a.29 | Equity Meeting Notes  7/31/96 (NJDI-0000895-900) | | |
| Ex. 427a.30 | Equity Meeting Notes  10/11/96 (NJDI-0000901-907) | | |
| Ex. 427a.31 | Equity Meeting Notes  11/27/96 (NJDI-0000908-912) | | |
| Ex. 427a.32 | Equity Meeting Notes 4/8/97 (NJDI-000013-917) | | |
| Ex. 427a.33 | Equity Meeting Notes 4/21/97 (NJDI-0000918-923) | | |
| Ex. 427a.34 | Equity Meeting Notes  5/23/97 (NJDI-0000924-931) | | |
| Ex. 427a.35 | Equity Meeting Notes  12/16/97 (NJDI-0000932-937) | | |
| Ex. 427a.36 | Equity Meeting Notes  3/10/98 (NJDI-0000938-942) | | |
| Ex. 427a.37 | Equity Meeting Notes  4/21/98 (NJDI-0000943-948) | | |
| Ex. 427a.38 | Equity Meeting Notes  4/28/98 (NJDI-0000949-952) | | |
| Ex. 427a.39 | Equity Meeting Notes  9/23/98 (NJDI-0000953-958) | | |
| Ex. 427a.40 | Equity Meeting Notes  3/16/99 (NJDI-0000959-963) | | |

31

| Exhibit # | Description | Id | Evid | |
|-----------|-------------|-----|------|---|
| Ex. 427a.41 | Equity Meeting Notes  3/30/99 (NJDI-0000964-967) | | | |
| Ex.427a.42 | Equity Meeting Notes 5/4/99 (NJDI-0000968-973) | | | |
| Ex.427a.43 | Equity Meeting Notes  1/4/00 (NJDI-0000974-984) | | | |
| Ex. 428 | Fiscal 97 Comp Grid | ✓ | F | 8/31 |
| Ex. 429 | Forbes Balance Sheet 8/21/97 | | | |
| Ex. 430 | Surveillance Invoice w/attachments bate stamped CEN0709075-6; CEN01471879-CEN014771916 | ✓ | F | 7/13 |
| Ex. 431 | Cosmo Corigliano's Smith Barney account Statement for 3/98 | ✓ | F | 7/14 |
| Ex. 432 | Smith Barney New Account Information on Anne Pember and account statements | | | |
| *Volume 9* (ex. 433 - 499) | | | | |
| Ex. 433 | J.P. Morgan Statement Trade Date 3/11/98 | ✓ | F | 8/17 |
| Ex. 434 | Paine Webber Account Summary  March 1, 1998 | ✓ | F | 8/17 |
| Ex. 435 | Letter From Walter Forbes to Robert Rittereiser re: compensation 8/16/93 | ✓ | F | 9/29 |
| Ex. 436 | Facsimile with attachments from Robert Rittereiser to Robert Tucker re: incentive compensation 1/4/94 | | | |
| Ex. 437 | Letter from Robert Rittereiser to Forbes re: compensation committee : 9/29/94 | | | |
| Ex. 438 | Letter from Walter Forbes To Robert Rittereiser re: crossroads 11/16/94 | ✓ | F | 9/29 |
| Ex. 439 | Press Release 8/24/95 | | | |

32

| Exhibit # | Description | Id. | Evid. | |
|---|---|---|---|---|
| Ex. 439.a | CUC International Milestones 8/16/95 | | | |
| Ex. 440 | Handwritten Notes - CUC Board Meeting 11/1/95 RTT 13418-13424 | ✓ | ID only | 1/1 |
| Ex. 441 | Letter from Forbes to Rittereiser re: salary 2/19/97 | | | |
| Ex. 442 | Memorandum from Beth Freimour to Board members re: April board meeting 2/24/97 | ✓ | F | 7/12 |
| Ex. 443 | Memorandum from Amy Lipton to Jan Davidson re: CUC's corporate governance policy 3/14/97 | | | |
| Ex. 444 | 3/31/97 Facsimile from Robert Tucker to Amy Lipton with attached 3/26/97 letter to Janice Davidson | | | |
| Ex. 445 | 3/31/97 Facsimile from Robert Tucker to Amy Lipton re: Letter from Robert Davidson to Tucker | | | |
| Ex. 446 | Facsimile from Lipton to Robert Tucker re: draft minutes 4/1/97 | | | |
| Ex. 447 | Memorandum from Walter Forbes to Board Members re: April 9 Board Meeting 4/4/97 | | | |
| Ex. 448 | Board of Directors Meeting Agenda 4/9/97 | | | |
| Ex. 449 | St. Regis Board Meeting file 4/9-10/97 | | | |
| Ex. 450 | St. Regis Handwritten Notes re: Board Meeting 4/9/97 | | | |
| Ex. 451 | Facsimile from Robert Tucker to Janice Davidson 4/14/97 | | | |

33

| Exhibit # | Description | Id | Evid. |
|---|---|---|---|
| Ex. 452 | Draft Minutes  4/19/97 | | |
| Ex. 453 | Letter with attachments from Robert Tucker to Amy Lipton re: draft minutes 4/9/97 and 3/7/97 4/21/97 | ✓ | ID only  F 9/20 9/7 |
| Ex. 454 | Letter from Robert Tucker to Amy Lipton re: Board Meeting of April 9, 1997 4/21/97 | ✓ | ID only  6/21 |
| Ex. 455 | Letter from Jan Davidson to Robert Tucker re: 4/9/97 Board Meeting Minutes 4/22/97 | | |
| Ex. 456 | Facsimile from Robert Tucker to Janice Davidson 4/29/96 | | |
| Ex. 457 | Cover letter with attachments from Robert Tucker to Board of Directors re: Draft Minutes 4/28/97 | | |
| Ex. 458 | Facsimile cover sheet with attachments from Stephen Greyser to Robert Tucker re: Board Meeting | | |
| Ex. 459 | Facsimile  from Robert Tucker to Stephen Greyser re: CUC International 5/5/97 | | |
| Ex. 460 | CUC Board of Director Minutes 4/9/97 | | |
| Ex. 461 | Handwritten Minutes 5/15/97 | | |
| Ex. 462 | Fax Cover sheet with attachment from Kirk Shelton to Robert Tucker re: April Options | ✓ | F  9/20 |
| Ex. 463 | Option Summary effective 4/21/97 | | |

34

| Exhibit # | Description | Id. | Evid. | |
|-----------|-------------|-----|-------|---|
| Ex. 464 | Memorandum from Robert Tucker to Forbes Shelton, McCleod, Corigliano, Lipton re: April Option Award 5/16/97 | ✓ | F | 9\20 |
| Ex. 465 | Grant Recap Report - Stock Option Plan for 1997 1/20/98 | | | |
| Ex. 466 | Letter from Forbes to Rittereiser re: recommended bonuses 12/11/97 | | | |
| Ex. 467 | Letter to Compensation Committee Members - CUC International from Robert Rittereiser 12/15/97 | | | |
| Ex. 468 | Form 3 for Robert Tucker 12/15/97 | | | |
| Ex. 469 | 12/15/97 Form 3 for Robert Tucker with attached 3/4/98 letter to SEC | | | |
| Ex. 470 | Facsimile Cover Sheet from Robert Tucker to Walter Forbes re: Cendant Corp 7/10/98 | | | |
| Ex. 470.a | Facsimile to Tucker from W. Forbes re: no media contact 7/22/98 | | | |
| Ex. 471 | Shelton Resignation  7/28/98 | | | |
| Ex. 472 | Forbes Resignation  7/28/98 | | | |
| Ex. 473 | Tucker Resignation  7/28/98 | | | |
| Ex. 474 | Reserve Allocation Chart | | | |
| Ex. 475 | Ideon Acquisition  Reserve Journal Entry | ✓ | F | 5\26 |
| Ex. 476 | Ideon Reserve Analysis Chart | ✓ | F | 5\26 |
| Ex. 477 | Email re:  Reserves  07/17/95 | ✓ | F | 6\26 |
| Ex. 478 | Reserve Allocations Chart & Journal Entries | ✓ | F | 5\26 |

35

| Exhibit # | Description | Id. | Evid. | |
|---|---|---|---|---|
| Ex. 479 | Journal Entry Form - P 179 and P180 | ✓ | F | 5/27 |
| Ex. 480 | Multiple handwritten Journal Entry Forms date keyed 2/26/97 reducing merger reserve account | ✓ | F | 5/27 |
| Ex. 481 | Journal Entry Form - P 183 and Safecard Services Journal Entry Edit Listing | ✓ | F | 5/17 |
| Ex. 482 | YE Journal Entries made for YE 1/31/97 | ✓ | F | 5/27 |
| Ex. 483 | Membership Reserve Chart  01/31/97 | | | |
| Ex. 484 | Ideon reserve roll forward | ✓ | F | 5/27 |
| Ex. 485 - F<br>485A - Full | Two version of Ann Pember letter to Audit File dated 04/11/1997 (one faxed to Capparelli) | ✓<br>485B-1D | 485-F<br>485A-F | 5/27 |
| Ex. 486 | Reserves Chart  04/11/97 | | | |
| Ex. 487 | Reserves Chart  02/06/97 | | | |
| Ex. 488 | CUC Reserve roll forward 01/31/97 | ✓ | F | 5/27 |
| Ex. 489 | Acquisition Reserve Analysis FY 1998 08/13/97 | ✓ | F | 5/27 |
| Ex. 490 | CUC International Reserve Roll Forward 1/31/97 | ✓ | F | 5/27 |
| Ex. 491 | Roll Forward Ideon Reserve 1/31/97-4/30/97 | | | |
| Ex. 492 | Reserve Opportunities 06/03/97 | | | |
| Ex. 493 | CUC/HFS Merger Related Costs 4/18/98 | ✓ | To Full | 5/26<br>5/27 |
| Ex. 494 | Cendant Restructuring Charge Justification | | | |
| Ex. 495 | Cendant Merger & Related Costs & Other Unusual Charges Memorandum | | | |
| Ex. 496 | Email from Ann Pember to Casper Sabatino re: Visit to Davidson 10/15 | ✓ | F | 6/14 |
| Ex. 497 | Employment Agreement between CUC and Anne Pember 08/01/96 | | | |

489A - not redacted - ID only - 5/27
488A - not redacted - ID only - 5/27

| Exhibit # | Description | Id. | Evid. | |
|-----------|-------------|-----|-------|---|
| Ex. 498 | Letter from Forbes & Shelton to Pember re: Employment Agreement 11/17/97 | ✓ | F | 5/20 |
| Ex. 499 ✱ | Employment Agreement between CUC and Ann Pember 08/01/96  ✱ admitted as part of G #498 | ✓ | ID | 5/20 |
| **Volume 10** (ex. 500 -580) | | | | |
| Ex. 500 | CUC International Quarter Ended 10/31/95 Handwritten journal entries | | | |
| Ex. 501 | WAF Employee Expense Report with Post It 09/30/97 | | | |
| Ex. 502 | Handwritten Entries 10/31/97 | ✓ | F | 5/27 |
| Ex. 503 | Comparative Income Statement | | | |
| Ex. 504 | Comparative Income Statement | | | |
| | **Intentionally skipped** | | | |
| Ex. 506 | Email from Shelton to Pember re:  blow our own horn - & needed to vent 1/15/98 | ✓ | F | 6/1 |
| Ex. 507 | Schedule EPS 1997 | | | |
| Ex. 508 | Schedule of EPS2 (another version) | ✓ | F | 6/1 |
| Ex. 509 | Acquisition Reserve Analysis 01/09/98 | | | |
| Ex. 510 | Handwritten Entries | | | |
| Ex. 511 | Handwritten Instructions to reduce and/or transfer reserves | ✓ | F | 5/13 |
| Ex. 512 | Handwritten Entries to reduce and/or transfer reserves faxed 01/20/98 | ✓ | F | 6/1 |
| Ex. 513 | YE journal entry summary by division | | | |

37

| Exhibit # | Description | Id. | Evid. | |
|---|---|---|---|---|
| Ex. 514 | Memorandum from Ann Pember to Citro, Berry, Speaks, Lanthier, Johnson re: Inter-Company asset transfers & bonus liability 02/06/98 | ✓ | F | 6/1 |
| Ex. 515 | Email from S. Berry to A. Pember re: Asset write off 02/28/98 | | | |
| Ex. 516 | Established and used Cendant Merger Reserves | | | |
| Ex. 517 | Acquisition Reserve Analysis 04/13/98 | | | |
| Ex. 518 | Facsimile from Scott Forbes to Ann Pember re: CUC Quarterly Result Worksheet 01/20/98 | ✓ | F | 6/1 limited purpose |
| Ex. 519 | Email from Pember to Shelton, Corigliano re: The good news and bad news 01/20/98 | ✓ | F | 6/1 |
| Ex. 520 | Facsimile from Ann Pember to Corigliano and Shelton re: Variance of actual's 1/21/98 | ✓ | F | 6/1 |
| Ex. 521 | Ideon usage schedule 1997 | ✓ | F | 6/1 |
| Ex. 522 | Ideon usage schedule  1997 | | | |
| Ex. 523 | Ideon usage schedule 1997 | admitted as Ex521 on 6/1 F limited purpose 6/1 | | |
| Ex. 524 | Ideon usage schedule 1997 with handwriting | ✓ | F | |
| Ex. 525 | Ideon usage schedule | ✓ | F | 6/1 |
| Ex. 526 | Ideon usage schedule | | | |
| Ex. 527 | Ideon usage schedule | ✓ | F | 6/1 |
| Ex. 528 | Email with attachment from Ann Pember to Casper Sabatino re: try this for adjustment support 08/27/97 | | | |
| Ex. 529 | Representation letter to E&Y from WAF 02/03/98 | ✓ | F | 6/1 |

| Exhibit # | Description | Id | Evid. | |
|-----------|-------------|-----|-------|---|
| Ex. 530 | Schedule - Reconciliation 1998 Budgeted Operating Income with additional adjustments | ✓ | IN F | 5/26 6/1 |
| Ex. 531 | Operating Income Budget 12/31/98 | | | |
| Ex. 532 | Schedule tracking reallocation | | | |
| Ex. 533 | CUC Services Inc. Summary of Revenue by Service Budget 1998 | | | |
| Ex. 534 | E-mail from Pember to Speaks re: Bruce Tolle Review - Other Stuff | ✓ | F | 5/13. |
| Ex. 535 | Schedule CUC 1998 | | | |
| Ex. 536 | Actual vs. Budgeted adjustments CUC January Results | | | |
| Ex. 537 | E-mail from Speaks to Pember with three attachments re: audit stuff dated 3/31/98 | ✓ | F | 5/17. |
| Ex. 538 | Memorandum from W. Forbes to Pember 3/27/98, revised 4/2/98 | ✓ | F | 6/2. |
| Ex. 539 | WAF Employee Expense Report 9/30/97 | | | |
| Ex. 540 | Renumbered - See Ex. 1813 | | | |
| Ex. 541 | Comp U Card Department Income Statement FY 1998 dated 1/27/98 | | | |
| Ex. 542 | Comp U Card Department Income Statement FY 1998 dated 1/8/98 | | | |
| Ex. 543 | Memorandum from Walter Forbes to All Employees re: Insider Stock Trading 07/1/91 | ✓ | dbcvts F limited purpose | 8/31 10/14 |
| Ex. 544 | Memorandum from Amy Lipton to Board of Directors re: Securities Trades by Directors - Reminder Memo 4/19/94 | | | |
| Ex. 545 | Blackout memos - 1/30/96; 4/8/96; 10/12/95; 9/5/95; 5/8/90; 3/20/90 | | | |

| Exhibit # | Description | Id | Evid | |
|-----------|-------------|-----|------|---|
| Ex. 546 | Facsimile cover sheet from Ann Pember to Scott Forbes<br>re: 4th Quarter Results<br>1/21/98 | ✓ | F | 6/1 |
| Ex. 547 | Memorandum from Shelton to Board of Directors<br>re: NASD inquiry<br>1/12/96 | | | |
| Ex. 548 | Restated Employment Agreement of Walter Forbes<br>5/27/97 | ✓ | F | 7/13 |
| Ex. 549 | Agreement between CUC International and Kirk Shelton 5/27/97 | ✓ | F | 7/13 |
| Ex. 550 | Comp U Card Department Income Statement<br>5/12/97 | | | |
| Ex. 551 | Comp U Card - Memorandum from Steve Speaks /Paul Hiznay to distribution<br>re: FY 98 Budget w/attachment<br>3/17/97 | | | |
| Ex. 552 | Memorandum from Steven Speaks to: distribute<br>re: 1998 Budget Calendar w/attachment 12/30/97 | | | |
| Ex. 553 | Comp U Card Projection Model Print Out<br>12/5/97 4 pages | | | |
| Ex. 554 | CUC - Consolidated Income Statement 1998 Budget | ✓ | F | limited purpose<br>8/16 |
| Ex. 555 | Facsimile with attachments from Casper Sabatino to Scott Forbes<br>re: 1998 quarter end budget<br>1/21/98 | ✓ | F | 6/10 |
| Ex. 556 | CUC Restated Information Schedule with handwriting<br>FYE 1/3198 and 1/31/97 | | | |
| Ex. 557 | Target Total Chart w/handwritten figures | ✓ | F | 6/14 |
| Ex. 558 | Reserves Consolidation<br>10/31/96 | | | |

40

| Exhibit # | Description | Id | Evid. | |
|-----------|-------------|-----|-------|---|
| Ex. 559 | E-mail from P Drake to Brian Foster<br>re: JE re: Tax Asset<br>1/15/98 | ✓ | F | 6/14 |
| Ex. 560 | Comp U Card Department Income Statement- FYE 1998  5/12 | ✓ | F | 5/13 |
| Ex. 561 | Comp U Card Department Income Statement- FYE 1998 8/13/97 | ✓ | F | 5/13 |
| Ex. 562 | Facsimile w/attachments from Sabatino to Corigliano 6/11/97 | | | |
| Ex. 563 | Journal Entry #122<br> 10/31/95 | | | |
| Ex. 564 | Journal Entry #129<br>3/2/96 | | | |
| Ex. 565 | E-mail from Anne Pember to Casper Sabatino<br>re: Visit to Davidson<br>10/6/97 | | | |
| Ex. 566 | Spreadsheet Unadjusted Operating Income | | | |
| Ex. 567 | E-mail from Corigliano to Pember<br>re: Merge Reserves Ideas<br>7/11/97 | | | |
| Ex. 568 | E-Mail from Pember to Speaks<br>re: Grids<br>3/11/97 | | | |
| Ex. 569 | Reserves Consolidation<br>10/31/96 | | | |
| Ex. 570 | CUC Europe Journal Entries<br>7/7/98 | | | |
| Ex. 571 | CUC Europe Purchase Reserve Spreadsheet | | | |
| Ex. 572 | E-Mail from Pember to Sabatino<br>re: New Movie Title<br>3/10/98 | ✓ | F | 6/15 |

41

| Exhibit # | Description | Id | Evid | |
|---|---|---|---|---|
| **Ex. 573** | E-mail from Pember to Elisa Lanthier and Casper Sabatino re: Release of financial info to E&Y 1/14/98 | | | |
| **Ex. 574** | Plea Agreement - Casper Sabatino 6/18/99 | ✓ | F | 6/15 |
| **Ex. 575** | Yale transcript - Kirk Shelton | ✓ | F | 8/18 |
| **Ex. 576** | Certification of Harvard Records | | | |
| **Ex. 577** | Official Walter Forbes Harvard transcript | ✓ | F | 8/16 |
| **Ex. 578** | Walter Forbes Harvard MBA grades | | | |
| **Ex. 579** | Walter Forbes Harvard application for living hall | | | |
| **Ex. 580** | Shelton Official Harvard MBA transcript | ✓ | F | 8/16 |
| ***Volume 11*** *(ex. 600-632)* | | | | |
| **Ex.600** | Comp U Card Year End Projections (printed 3/15/94) 1/31/94 | ✓ | F | 6/29 |
| **Ex. 601** | Comp U Card Year End Projections 2/21/94 | ✓ | F | 6/29 |
| **Ex. 602** | Calendar selections 3/28/97 | | | |
| **Ex. 603** | WAF Itinerary 2/28/97 | | | |
| **Ex. 604** | Memorandum from Shelton to distribution re: Strategy Meeting 2/27/97 | ✓ | F | 7/12 |
| **Ex. 605** | Memorandum from Shelton to distribution re: Strategy Meeting follow up 3/7/97 | ✓ | F | 7/12 |
| **Ex. 606** | Graph | ✓ | F | 7/12 |
| **Ex. 607** | Facsimile from Beth Freimour to Jean McCarthy re: Contract 2/27/97 | | | |
| **Ex. 608** | Letters of Representation to E&Y from Walter Forbes, Shelton, Corigliano dated 3/10/97 and 5/1/97 | | | |

| Exhibit # | Description | Id | Evid | |
|-----------|-------------|-----|------|---|
| Ex. 609 | Memorandum from Forbes to all Stamford Employees re: Management changes 12/13/94 | ✓ | F | 6/17 |
| Ex. 610 | Facsimile from Robert Davidson to Kirk/Walter re: Davidson & Associates Press Release 2/22/96 | | | |
| Ex. 611 | Memorandum from Shelton for Distribution re: Financial Reporting and Corporate relations database 3/5/98 | ✓ | F | 5/13 |
| Ex. 612 | Facsimile from Healy to Scott Forbes re: Financial Reporting 3/15/98 | | | |
| Ex. 613 | Memorandum from Walter Forbes to Monaco and Silverman re: Financial consolidation 3/4/98 | ✓ | F | 7/14 |
| Ex. 614 | Confidential Memorandum from Walter Forbes to Pember 3/27/98 | | | |
| Ex. 615 | Letter outlining agreement from Walter Forbes & Shelton to Pember 11/17/97 | | | |
| Ex. 616 | Memorandum from Shelton to Silverman re: Cendant Organizational Charts 10/21/97 | ✓ | ID only F | 5/25 7/13 |
| Ex. 617 | HFS/CUC Issues | ✓ | F | 7/13 |
| Ex. 618 | Pember Amended Employee Agreement | ✓ | F | 7/13 |
| Ex. 619 | Comp-U-Card Annual Report YE 1/31/84 | | | |
| Ex. 620 | Letter from Forbes, Shelton, Corigliano to E&Y Regarding Representation 3/19/96 | | | |
| Ex. 621 | Letters from Silverman, Monaco, Forbes to E&Y re: Cendant Membership Services 2/3/98 | | | |
| Ex. 622 | Comp-U-Card Annual Report YE 1/31/85 | | | |
| Ex. 623 | Comp-U-Card Annual Report to Shareholders 1985 | | | |
| Ex. 624 | Comp-U-Card Annual Report YE 1/31/87 | | | |
| Ex. 625 | Comp-U-Card Annual Report YE 1/31/88 | | | |
| Ex. 626 | Comp-U-Card Annual Report YE 1/31/89 | | | |
| Ex. 627 | Comp-U-Card Annual Report YE 1990 | | | |

43

| Exhibit # | Description | Id. | Evid. | |
|-----------|-------------|-----|-------|---|
| Ex. 628 | CUC Annual Report 1991 | ✓ | Full | 6/24/04 |
| Ex. 629 | CUC Investor Report 1992 | ✓ | F | 6/29 |
| Ex. 630 | CUC Annual Report 1993 | ✓ | F | 6/29 |
| Ex. 631 | CUC Annual Report 1994 | ✓ | F | 6/29 |
| Ex. 632 | CUC Annual Report 1995 | | | |
| *Volume 12* (ex. 633-671) | | | | |
| Ex. 633 | CUC Annual Report 1996 | ✓ | F | 6/30 |
| Ex. 634 | CUC Annual Report 1997 | ✓ | F | 5/19 |
| Ex. 635 | Copy of Cendant Annual Report 1997 | | | |
| Ex. 636 | Cendant Annual Report 1998 | | | |
| Ex. 637 | Letter from Frances Johnson to Cosmo Corigliano re: confirm offer 5/13/83 | | | |
| Ex. 638 | Memorandum from Stu Bell to Distribution re: promotion 9/23/91 | | | |
| Ex. 639 | Memorandum from Fran Johnson to: All employees re: personnel announcement 5/24/83 | | | |
| Ex. 640 | Memorandum from Chris McLeod & Cosmo Corigliano to staff re: Organizational Change 9/26/84 | | | |
| Ex. 641 | Memorandum from Stu Bell to Personnel Files - re: Cosmo Corigliano-1985 Review : 6/16/85 | | | |
| Ex. 642 | Memorandum from Stu Bell to: All Comp U Card Employees re: promotion for Cosmo Corigliano 5/19/86 | | | |
| Ex. 643 | Annual Performance Review 6/25/87 | | | |
| Ex. 644 | Annual Performance Review 6/1/88 | | | |
| Ex. 645 | Annual Performance Review 6/1/89 | | | |
| Ex. 646 | Annual Performance Review 6/1/90 | | | |

44

| Exhibit # | Description | Id. | Evid. | |
|---|---|---|---|---|
| Ex. 647 | Annual Performance Review  6/1/91 | | | |
| Ex. 648 | Memorandum from Stu Bell to files re: Cosmo Corigliano  1/31/95 | | | |
| Ex. 649 | Cosmo Corigliano file jacket | | | |
| Ex. 649a | Agreement  5/27/97 (24pp.) | | | |
| Ex. 649b | Agreement  5/27/97 (24pp.) | | | |
| Ex. 650 | Cosmo Corigliano file jacket | | | |
| Ex. 650a | Letter from James Buckman to Cosmo Corigliano re: "Termination for Cause"  4/16/98 | | | |
| Ex. 650b | Agreement  5/27/97 (24pp.) | | | |
| Ex. 651 | Cosmo Corigliano file jacket | | | |
| Ex. 651a | Application for employment  5/23/83 | | | |
| Ex. 651b | Dental Application | | | |
| Ex. 651c | Insurance Form | | | |
| Ex. 651d | Letter to Cosmo Corigliano from James Buckman re: Agreement  4/16/98 | | | |
| Ex. 651e | Agreement 5/27/97 | | | |
| Ex. 652 | Annual Performance Review 12/19/97 | ✓ | F | 7/13 |
| Ex. 653 | Letter from James Buckman to Cosmo Corigliano re: Termination for Cause  4/16/98 | | | |
| Ex. 654 | Payroll changes 2/1/97 | | | |
| Ex. 655 | Personnel Action Notice 2/1/95 | | | |
| Ex. 656 | Personnel Action Notice 2/1/96 | | | |
| Ex. 657 | Annual Performance Review by Kirk Shelton 12/20/95 | ✓ | F | 6/30 |
| Ex. 658 | Annual Performance Review by Kirk Shelton 12/16/96 | | | |
| Ex. 659 | Personnel Action Notice 2/1/97 | | | |

| Exhibit # | Description | Id. | Evid. | |
|-----------|-------------|-----|-------|---|
| Ex. 660 | Personnel Action Notice 12/18/97 | | | |
| Ex. 661 | Personnel Action Notice 4/17/98 | | | |
| Ex. 662 | Physical Record 5/23/83 | | | |
| Ex. 663 | CUC Fourth Quarter Print Out  11/8/90 | ✓ | Full | 6/28/04 |
| Ex. 664 | Handwritten Schedule re: renewals and cancel rates | | | |
| Ex. 665 | Handwritten Schedule re: adjustments | ✓ | Full | 6/28/04 |
| Ex. 666 | Copy of handwritten analysis of cancel rates | ✓ | Full | 6/28/04 |
| Ex. 666a | Copy of handwritten analysis of membership cancellation reserves | | | |
| Ex. 667 | Membership Reserve Analysis (6 month) 1/31/91 | ✓ | Full | 6/28/04 |
| Ex. 667a | Membership Reserve Analysis (2 month)  1/31/91 | | | |
| Ex. 667b | Membership Reserve Analysis (2 month)  1/31/91 | | | |
| Ex. 667c | Membership Reserve Analysis (6 month)  11/30/90 | | | |
| Ex. 667d | Membership Reserve Analysis (2 month)  11/30/90 | . | | |
| Ex. 668 | Membership Reserve as of 1/31/91 | ✓ | Full | 6/28/04 |
| Ex. 668a | Audit Reports Print Out 2/1/90 - 2/28/90 | ✓ | F | 6/29 |
| Ex. 668b | Audit Report Print Out 3/26/91 | ✓ | F | 6/29 |
| Ex. 668c | E-mail from : Barb Dickerson to: Anne Pember, Cosmo Corigliano re: Audit Report 3/28/91 | ✓ | F | 6/29 |
| Ex. 668d | E-mail from: Barb Dickerson to: Anne Pember, Cosmo Corigliano re: Audit Report 3/28/91 | ✓ | F | 6/29 |
| Ex. 668e | E-mail from: Barb Dickerson to: Anne Pember, Cosmo Corigliano re: Audit 90 Reports 3/28/91 | ✓ | F | 6/29 |

| Exhibit # | Description | Id? | Evid | |
|---|---|---|---|---|
| Ex. 668f | E-mail from: Barb Dickerson to: Anne Pember, Cosmo Corigliano re: Audit 90 Reports 3/28/91 | ✓ | F | 6/29 |
| Ex. 668g | E-mail from Barb Dickerson to Anne Pember, Cosmo Corigliano re: Audit Report 3/28/91 | ✓ | F | 6/29 |
| Ex. 669 | Handwritten Questions to Cosmo Corigliano | | | |
| Ex. 669a | Handwritten notes - Public Relations | | | |
| Ex. 670 | Print Out CUC - Fourth Quarter 1/31/91 | ✓ | Full | 6/28 |
| Ex. 671 | Floor Plan | ✓ | F | 6/29 |
| *Volume 13* (ex. 700-857) | | | | |
| Ex. 700 | HSB Employees Retirement Trust Securities Voucher Settlement date 1/27/98 - $264,865 | ✓ | F | 8/17 |
| Ex. 701 | HSB Trade confirm settlement date 1/27/98 Amount $264,825 | ✓ | F | 8/17 |
| Ex. 702 | HSB Trade confirm settlement date 1/27/98 Amount $85,625.00 | | | |
| Ex. 710 | Comp U Card News Release 12/1/83 | | | |
| Ex. 711 | Comp U Card News Release 11/29/84 | | | |
| Ex. 712 | Comp U Card News Release 4/2/85 | | | |
| Ex. 713 | Comp U Card News Release 9/3/86 | | | |
| Ex. 714 | Comp U Card News Release 12/3/86 | | | |
| Ex. 715 | Comp U Card News Release 6/2/87 | | | |
| Ex. 716 | Comp U Card News Release 12/1/87 | | | |
| Ex. 717 | CUC News Release 3/30/88 | | | |
| Ex. 718 | CUC News Release 5/31/88 | | | |
| Ex. 719 | CUC News Release 8/30/88 | | | |

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| Ex. 720 | CUC News Release  11/31/88 | | |
| Ex. 721 | CUC News Release  3/27/89 | | |
| Ex. 722 | CUC News Release  8/29/89 | | |
| Ex. 723 | CUC News Release  12/5/89 | | |
| Ex. 724 | CUC News Release  3/28/90 | | |
| Ex. 725 | CUC News Release  5/30/90 | | |
| Ex. 726 | CUC News Release  9/5/90 | | |
| Ex. 727 | CUC News Release  11/29/90 | | |
| Ex. 728 | CUC News Release  4/1/91 | | |
| Ex. 729 | CUC News Release  3/31/92 | | |
| Ex. 730 | CUC News Release  9/2/92 | | |
| Ex. 731 | CUC News Release  3/29/93 | | |
| Ex. 732 | CUC News Release  9/8/94 | | |
| | **Intentionally left blank** | | |
| Ex. 750 | Transaction re: James C. Rowan, Jr. 2/26/98 - $3,826.52, 4/3/98 - $8,126.08, 3/1/99 - $1,689.42 , 3/31/99 - $1,553.76 | | |
| | **Intentionally left blank** | | |
| Ex.760 | Memorandum from Kirk Shelton to Henry Silverman re: BCI Reinsurance  12/4/97 | | |
| Ex. 761 | BCI Insurance Summary | | |
| Ex. 762 | Correspondence between Silverman and W. Forbes dated 6/24/98, 5/29/98, 4/10/98, 4/11/98 and 6/16/98 | | |
| Ex. 763 | Letter from Thomas Christopoul to Walter Forbes re: Misunderstandings  6/16/98 | | |

48

| Exhibit # | Description | Id. | Evid. |
|---|---|---|---|
| **Ex. 764** | Letter from Forbes to Christopoul<br>re: Laura Hamilton<br>6/11/98 | | |
| **Ex. 765** | Memorandum from Silverman to Cendant BOD<br>7/23/98 | | |
| **Ex. 766** | Memorandum from Kirk to Henry, Walter<br>re: Follow-up on Henry issues<br>8/13/97 | ✓ | ~~F~~ 8/31<br>ID only stricken |
| **Ex. 767** | Memorandum from Shelton to Silverman<br>re: Cendant Organization Charts<br>10/21/97 | | |
| **Ex. 768** | Memorandum from Shelton to Silverman<br>re: Follow-up to financial questions<br>1/13/98 | | |
| **Ex. 769** | Memorandum from Forbes to Monaco, Silverman<br>re: Financial consolidation<br>3/4/98 | | |
| **Ex. 770** | Memorandum from Monaco to Silverman<br>re: Organizational issues  2/23/98 with attachment | | |
| *Ex. 771* | *8/13/97 Memo, Shelton/Silverman + Forbes* | ✓ | F 9/21 |
| **Ex.800** | HSB Employee's Retirement Trust Securities<br>Voucher<br>1/30/98 - $169,725 | ✓ | F 8/17 |
| | **Intentionally left blank** | | |
| **Ex. 810** | CUC News Release  3/29/94 | | |
| **Ex. 811** | CUC News Release  12/5/94 | | |
| **Ex. 812** | HFS News Release  5/27/97 | | |
| **Ex. 813** | HFS News Release  9/2/97 | | |
| **Ex. 814** | HFS News Release  10/1/97 | | |
| **Ex. 815** | CUC News Release  10/30/97 | | |
| **Ex. 816** | Cendant News Release  12/18/97 | | |

| Exhibit # | Description | Id | Evid |
|-----------|-------------|-----|------|
| Ex. 817 | Cendant News Release  12/7/99 | | |
| Ex. 818 | Cendant News Release  1/25/99 | | |
| Ex. 819 | Cendant News Release  5/27/97 | | |
| Ex. 819a | Cendant News Release  9/29/98 | | |
| Ex. 820 | Cendant News Release  8/27/98 | | |
| Ex. 821 | Cendant News Release  8/13/98 | | |
| Ex. 821a | Cendant News Release  8/13/98 | | |
| Ex. 822 | Cendant News Release  7/28/98 | | |
| Ex. 823 | Cendant News Release  7/28/98 | | |
| Ex. 824 | Cendant News Release  7/14/98 | | |
| Ex. 825 | Cendant News Release  4/27/98 | | |
| Ex. 826 | Cendant News Release  4/17/98 | | |
| Ex. 827 | Cendant News Release  4/15/98 | ✓ | F 5/11  limited purpose |
| Ex. 828 | Cendant News Release  2/4/98 | ✓ | F  6/23 |
| Ex. 829 | Cendant News Release  12/18/97 | | |
| Ex. 830 | CUC News Release  10/1/97 | | |
| Ex. 831 | CUC News Release  11/29/95 | | |
| Ex.832 | CUC News Release  2/20/96 | | |
| Ex. 833 | CUC News Release  4/22/96 | | |
| Ex. 834 | CUC News Release  9/26/96 | | |
| Ex. 835 | CUC News Release  8/7/96 | | |
| Ex. 836 | CUC News Release  7/24/96 | | |
| Ex. 837 | CUC News Release  1/21/97 | | |
| Ex. 838 | CUC News Release  3/11/97 | ✓ | |
| Ex. 839 | CUC News Release  8/14/97 | | |