UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 3:02CR264 (AWT) |
| WALTER A. FORBES, and E. KIRK SHELTON | : | |

**DEFENDANTS' MARKED EXHIBIT LIST**

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 1-A | 7/19 | F | Cosmo Corigliano Stock Sales Chart |
| 2-A | 7/20 | F | Chart of Money Spent by Mr. Corigliano under Budget Agreement |
| 8 | 8/3 | F | Real Estate Appraisal performed by Peoples Bank of Corigliano property |
| 10 | 7/19 | F | Exhs. 1-A. 94, and 1004 through 1010   (BINDER) |
| 20 | 7/20 | F | Exhs. 2-A, 400, and 30 through 44   (BINDER) |
| 20* | 7/20 | F | BINDER --   *(marked up by witness) |
| 25 | 8/3 | F | October 2003 Tax Bill for Watrous Point Road Properties |
| 29 | 8/4 | F | Plat of Lots 7 & 8 on Watrous Point Road in Old Saybrook |
| 30 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 9/30/00 |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 31 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 12/31/00 |
| 32 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 3/31/01 |
| 33 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 6/30/01 |
| 34 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 9/30/01 |
| 35 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 12/31/01 |
| 36 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 3/31/02 |
| 37 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 6/30/02 |
| 38 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 9/30/02 |
| 39 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 12/31/02 |
| 40 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 3/31/03 |
| 41 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 6/30/03 |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 42 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 9/30/03 |
| 43 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 12/31/03 |
| 44 | 7/20 | F | Corigliano's Quarterly Statement to the SEC for Quarter ending 3/31/04 |
| 49A | 8/2 | F | Stafford Marine Service Appraisal of Sailboat |
| 49B | 8/3 | F | Property Description of "comparable property" in Old Saybrook |
| 49C | 8/2 | F | 7/24/96 Letter, Shelton/Corigliano re: Option Grant |
| 49H | 8/2 | F | Crystal Journey Candles Balance Sheet (as of 12/31/02) |
| 49I | 8/2 | F | Crystal Journey Candles Profit & Loss (Jan.-Dec. 2002) |
| 49J | 8/2 | F | Crystal Journey Candles Balance Sheet (as of 8/31/03) |
| 49K | 8/2 | F | Crystal Journey Candles Profit & Loss (Jan.-Aug. 2003) |
| 94 | 7/19 | F | Form 4 for Corigliano, dated 9/1/95 |
| 200 | 7/15 | F | 1/13/99 Corigliano Proffer Agreement |
| 243 | 9/8 | F | 1/31/95 Memorandum, Bell/Files (admitted for a limited purpose) |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 268 | 7/15 | F | 6/8/95 Memorandum, Corigliano/Distribution re: Audit Committee Meeting Minutes |
| 274 | 7/15 | F | Form 8-K for CUC Int'l. Filed 7/29/95 |
| 277 | 7/15 | F | Board Meeting Minutes of CUC, 9/6/95 Board Meeting |
| 280 | 7/15 | F | Form S-8 for CUC Int'l. filed 9/19/95 |
| 281 | 7/15 | F | Registration Statement (Form S-3) for CUC Int'l. filed 10/6/95 |
| 284 | 7/15 | F | Form 8-K for CUC Int'l. filed 10/20/95 |
| 300 | 7/19 | F | Cosmo Corigliano Plea Agreement dated 1/14/00 |
| 313 | 7/19 | F | Form 8-K Current Report for CUC Int'l. - 2/22/96 |
| 315 | 7/19 | F | 3/19/96 CUC Int'l. Press Release |
| 331 | 7/19 | F | 5/22/96 Ernst &Young Closing Conference Agenda for CUC |
| 332 | 7/19 | F | Page from Corigliano Calendar - 5/22/96 |
| 339 | 7/19 | F | 6/5/96 Memorandum, Corigliano/Distribution re: Minutes of 6/4/96 Audit Committee Meeting |
| 360 | 7/19 | F | Form S-3 for CUC Int'l. Filed on 8/29/96 |
| 361 | 9/27 | F | 9/4/96 Letter, W.Forbes, Shelton & Corigliano/Ernst & Young |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 364 | 9/8 | F | 9/10/96 CUC Board Meeting Package |
| 366 | 7/19 | F | 9/12/96 CUC Audit Committee Meeting Minutes |
| 378 | 7/19 | F | 11/14/96 Engagement Letter, Ernst & Young/Corigliano |
| 380 | 7/19 | F | Page from Coriliano Calendar - 12/2/96 |
| 390 | 6/22 | F | CUC 10-Q for Quarter ending 1-/31/96 |
| 397 | 8/31 | F | 1/19/97 Board Meeting Package |
| 398 | 9/20 | F | 1/19/97 CUC Board Meeting Minutes |
| 400 | 7/20 | F | 8/28/00 Agreement between Corigliano and the SEC |
| 417 | 7/15 | F | 9/27/95 CUC Audit Committee Meeting Minutes |
| 427 | 7/26 | F | 9/12/97 email, Shelton/Corigliano (admitted for a limited purpose) |
| 444 | 7/19 | F | 3/11/97 CUC Int'l. Press Release |
| 459 | 5/18 | F | Form 10K for CUC Int'l. for Year Ended 1/31/97 |
| 472 | 9/14 | F | Faxed Letter, Mardela @ Bear Stearns/Katz (admitted for a limited purpose) |
| 481 | 6/16 | F | CUC Board Financial Package (financial for Quarter Ending 4/30/97) |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|----------|-------------------------|----------|------------------------|
| 483 | 7/19 | F | 6/10/97 Memorandum, Corigliano/Distribution, re: Minutes of Audit Committee Meeting |
| 500 | 8/4 | F | 4/3/98 Invoice from Executive Jet Inc. (3/1/98 - 3/31/98) |
| 575 | 7/15 | F | Ernst & Young Checklist for Review of Quarterly Financial Information (for Quarter ended 4/30/95) |
| 576 | 7/15 | F | 5/31/95 Ernst & Young Independent Accountant's Review Report for CUC Int'l. |
| 578 | 7/15 | F | Ernst & Young Closing Conference Agenda for CUC - FY 1996 |
| 582 | 7/15 | F | 8/29/95 Independent Accountant's Review Report for CUC Int'l. prepared by Ernst & Young |
| 585 | 7/15 | F | Ernst & Young/CUC Int'l. Closing Conference Agenda (quarter ended 7/31/95) |
| 588 | 9/27 | F | 11/29/95 Independent Accountants' Review Report for CUC Int'l. prepared by Ernst & Young |
| 596 | 7/15 | F | Ernst & Young Report to the CUC Audit Committee for Year End 1/31/96, Consolidated Financial Statements given to Audit Committee |
| 598 | 7/15 | F | Ernst & Young Assessment of Control Environment for CUC Int'l. - 1/31/91 |
| 599 | 7/15 | F | Ernst & Young/CUC Int'l. Closing Conference Agenda - 3/18/96 |
| 603 | 7/15 | F | 3/19/96 Ernst & Young Opinion Letter to CUC Board and Shareholders - year ending 1/31/96 |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 604 | 7/15 | F | Ernst & Young Summary Review Memorandum for Year Ended 1/31/96 |
| 607 | 7/15 | F | 5/17/96 Ernst & Young Invoice to CUC Int'l. |
| 617 | 9/27 | F | 5/22/96 Letter, W.Forbes, Shelton & Corigliano/Ernst & Young |
| 618 | 7/19 | F | Ernst & Young Independent Accountants' Review Report - 5/22/96 |
| 622 | 7/19 | F | Ernst & Young Checklist for Review of Quarterly Financial Information for Quarter Ending - 4/30/96 |
| 627 | 7/19 | F | Ernst & Young/CUC Int'l. Closing Conference Agenda for Quarter Ended 7/31/96 |
| 628 | 7/19 | F | Ernst & Young Independent Accountants' Review Report - 9/4/96 |
| 629 | 7/19 | F | Ernst & Young Checklist for Review of Quarterly Financial Information for Quarter Ending - 7/31/96 |
| 632 | 7/19 | F | Ernst & Young Summary Review Memorandum for CUC Int'l. For Quarter Ended 7/31/96 |
| 636 | 7/19 | F | Ernst & Young/CUC Closing Conference Agenda for Quarter Ended 10/31/96 |
| 637 | 9/27 | F | 12/2/96 Letter, W.Forbes, Shelton & Corigliano/E&Y |
| 638 | 7/19 | F | Ernst & Young Independent Accountants' Review Report - 12/2/96 |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|----------|-------------------------|----------|------------------------|
| 640 | 7/19 | F | Ernst & Young Checklist for Review of Quarterly Financial Information for Quarter Ending 10/31/96 |
| 642 | 7/19 | F | CUC Int'l. Ideon Merger Integration & Restructuring Fees - 10/31/96 |
| 648 | 7/19 | F | 11/14/96 Ernst & Young/CUC Engagement Letter |
| 650 | 7/19 | F | Ernst & Young Assessment of Controlled Environment for 1/31/97 Audit |
| 651 | 7/19 | F | Ernst & Young CUC Report to the Audit Committee, 1/19/97 |
| 652 | 7/19 | F | Ernst & Young Audit Program Checklist for Year Ending 1/31/97 Audit |
| 654 | 9/27 | F | 3/10/97 Letter, W.Forbes, Shelton & Corigliano/Ernst & Young |
| 655 | 7/19 | F | 3/10/97 Ernst & Young Report of Independent Auditors |
| 656 | 7/19 | F | Ernst & Young/CUC Closing Conference Items for 3/12/97 Meeting |
| 669 | 9/27 | F | 6/13/97 Letter, W.Forbes, Shelton & Corigliano/Ernst & Young |
| 670 | 9/27 | F | 6/13/97 Independent Accounts' Review Report prepared by Ernst & Young |
| 671 | 7/19 | F | Ernst & Young Summary Review Memorandum for CUC for Quarter Ended 4/30/97 |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 673 | 7/19 | F | Ernst & Young Checklist for Review of Quarterly Financial Information - 4/30/97 |
| 676 | 7/19 | F | Ernst & Young Checklist for Review of Quarterly Financial Information - 7/31/97 |
| 677 | 7/19 | F | Ernst & Young Summary Review Memorandum for CUC for Quarter Ended 7/31/97 |
| 681 | 7/19 | F | Ernst & Young Checklist for Review of Quarterly Financial Information for Quarter Ending 10/31/97 |
| 683 | 7/19 | F | Ernst & Young Summary Review Memorandum for CUC for Quarter Ended 10/31/97 |
| 691 | 7/19 | F | Ernst & Young 12/31/97 Audit Strategies Memorandum for Cendant Corporation |
| 692 | 7/19 | F | Ernst & Young Internal Controls & Fraud Considerations - 12/31/97 |
| 698 | 7/19 | F | Ernst & Young Opinion Letter for year ending 12/31/97 |
| 699 | 7/19 | F | Ernst & Young Program for General Audit Procedures (12/97) |
| 804 | 7/19 | F | 7/31/97 Memorandum, Corigliano/W.Forbes & Shelton |
| 835 | 5/18 | F | Form 10Q for CUC Int'l. (quarter ending 10/31/97) |
| 841 | 9/20 | F | 4/28/97 Memorandum, Tucker/CUC Board of Directors |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 847 | 5/20 | F | 12/29/97 Memorandum, Silverman/Monaco re: Executive Terminations |
| 852 | 5/20 | F | 1/20/98 Cendant Corp. Minutes of Audit Committee Meeting |
| 900 | 7/15 | F | 4/17/98 Fax cover sheet with 2-page letter, Corigliano/Board of Directors of Cendant Corporation |
| 904 | 6/7 | F | 4/1/98 email, Pember/Corigliano re: Audit Stuff |
| 917 | 7/15 | F | 4/21/98 SEC Subpoena to Corigliano |
| 940 | 7/15 | F | 9/28/98 SEC Subpoena to Corigliano |
| 1004 | 7/19 | F | Mr. Corigliano's Solomon Smith Barney stock transaction record (9/26/93) |
| 1005 | 7/19 | F | Mr. Corigliano's Solomon Smith Barney stock transaction record (6/27-7/31/94) |
| 1006 | 7/19 | F | Mr. Corigliano's Solomon Smith Barney stock transaction record (8/29-9/30/94) |
| 1007 | 7/15 | F | Mr. Corigliano's Solomon Smith Barney stock transaction record (1/30-2/26/95) |
| 1008 | 7/15 | F | Mr. Corigliano's Solomon Smith Barney stock transaction record (10/30-11/26/95) |
| 1009 | 7/19 | F | Mr. Corigliano's Solomon Smith Barney stock transaction record (2/1-2/28/98) |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 1010 | 7/19 | F | Mr. Corigliano's Solomon Smith Barney stock transaction record (3/1-3/31/98) |
| 1014 | 6/3 | F | Anne Pember Quarterly Statement to the SEC for Quarter Ended 9/30/00 |
| 1015 | 6/3 | F | Anne Pember Quarterly Statement to the SEC for Quarter Ended 3/31/01 |
| 1016 | 6/3 | F | Anne Pember Quarterly Statement to the SEC for Quarter Ended 6/30/01 |
| 1017 | 6/3 | F | Anne Pember Quarterly Statement to the SEC for Quarter Ended 12/31/01 |
| 1018 | 6/3 | F | Anne Pember Quarterly Statement to the SEC for Quarter Ended 3/31/02 |
| 1019 | 6/3 | F | Anne Pember Quarterly Statement to the SEC for Quarter Ended 6/30/02 |
| 1021 | 6/3 | F | Anne Pember Quarterly Statement to the SEC for Quarter Ended 3/31/03 |
| 1026 | 6/3 | F | 7/12/00 Letter, Gredd/Kidney re: Pember Budget |
| 1027 | 6/3 | F | 8/22/00 Letter, Gredd/Walker re: Pember Agreement with SEC |
| 1028 | 6/3 | F | 12/31/00 Quarterly Statement of Assets for Anne Pember |
| 1031 | 6/3 | F | 9/30/02 Quarterly Statement of Assets for Anne Pember |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|----------|-------------------------|----------|------------------------|
| 1038 | 6/9 | F | 1/19/98 Memorandum, Sabatino/Pember re: Software Budget (admitted for a limited purpose) |
| 1039 | 6/14 | F | 1/20/98 email, Meschel/Sabatino re: Budget for 1998 - Cendant Software Division |
| 1040 | 9/20 | F | 4/22/97 Letter, J.Davidson/Tucker re: Board Minutes |
| 1049 | 6/8 | F | 3/1/04 Quarterly Statement of Assets for Anne Pember |
| 1053 | 9/20 | F | 4/29/96 Fax, Tucker/J.Davidson re: Board Minutes (admitted for a limited purpose) |
| 1060 | 7/20 | F | 4/16/04 Settlement Agreement between Mr. & Mrs. Corigliano and the Securities & Exchange Commission |
| 1083 | 7/20 | F | CUC Int'l. Payment Voucher for $2500 to EED dated 11/17/96 |
| 1084 | 7/20 | F | CUC general ledger interface report by department for the period November 1997 |
| 1085 | 7/20 | F | Page from Mr. Corigliano's calendar, focusing on 11/16/96 |
| 1089 | 9/20 | F | 4/21/97 Fax, Tucker/Capparelli & Wood @ Ernst & Young with Draft CUC Board Meeting Minutes attached |
| 1111 | 5/24 | F | 1/22/98 Letter, Ernst & Young/Monaco re: Relationship Ceased |
| 1163 | 6/3 | F | 4/10/00 Financial Statement re: Anne Pember |
| 1169 | 6/7 | F | Organization Chart for CUC Accounting Department |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 1209 | 5/24 | F | 8/29/97 Proxy Statement for CUC/HFS Merger |
| 1210 | 5/11 | F | 2/3/98 Minutes of Audit Committee Meeting |
| 1216 | 5/24 | F | 3/7/98 Fax, S.Forbes/Silverman & Monaco |
| 1217 | 5/24 | F | 3/7/98 Fax, S.Forbes/Silverman & Monaco |
| 1222 | 5/24 | F | 3/30/98 Management Representation Letter, Cendant/Deloite & Touche |
| 1223 | 5/24 | F | 3/30/98 Representation Letter, Cendant/Ernst & Young |
| 1243 | 5/24 | F | 3/31/98 Notice of Annual Meeting & Proxy Statement |
| 1248 | 5/20 | F | Form 8-K Current Report for Cendant Corporation filed 12/18/97 |
| 1278 | 5/20 | F | HFS Board Meeting Minutes - 5/27/97 |
| 1279 | 5/20 | F | HFS Board Meeting Minutes - 7/29/97 |
| 1280 | 5/20 | F | 5/14/97 Letter, Tarnopol/Silverman, Bear Stearns Engagement Letter |
| 1281 | 5/11 | F | Package from January 1998 Cendant Audit Committee Meeting |
| 1282 | 5/11 | F | Bear Stearns Presentation to HFS Board re: Merger dated 5/28/97 - Project Big Bang Presentation |
| 1283 | 5/24 | F | Form 10-K for Cendant Corporation (year ended 12/31/97) |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 1285 | 5/24 | F | 1/25/98 Minutes of Cendant Audit Committee Meeting |
| 1286 | 5/24 | F | 1/26/98 Minutes of Cendant Board of Directors Meeting |
| 1288 | 5/24 | F | 3/8/98 Cendant Summary re: Budget |
| 1289 | 5/24 | F | 3/10/98 Budget Summary |
| 1301 | 5/24 | F | 9/12/97 Michael Monaco Employment Agreement |
| 1303 | 5/24 | F | 1997 Restructuring & Merger List |
| 1304 | 5/24 | F | Monaco Form 4 - filed 3/3/98 |
| 1307 | 5/24 | F | 1/25/98 Minutes of Cendant Executive Committee Meeting |
| 1308 | 5/24 | F | 1/20/98 Engagement Letter, Deloite & Touche/Monaco |
| 1309 | 5/24 | F | Form 8-K Current Report for Cendant Corporation - 1/20/98 |
| 1314 | 5/20 | F | HFS Board Meeting Minutes - 4/23/97 |
| 1315 | 5/20 | F | HFS Board Meeting Minutes - 5/12/97 |
| 1316 | 5/20 | F | HFS Board Meeting Minutes - 5/22/97 |
| 1319 | 5/20 | F | Bear Stearns Direct Marketing Presentation re: mergers from Bear Stearns to HFS, 1/9/97 |
| 1394 | 9/28 | F | Form 4 for Cendant Corporation for February 1998 |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 1403A | 9/27 | F | Excerpt of CNN *Pinnacle* Story on Walter Forbes (Aired 3/2/96)   (VIDEOTAPE) |
| 1403 | 9/27 | ID only | Transcript of CNN interview with Walter Forbes - 1994 |
| 1405 | 9/27 | F | Ten (10) CUC Press Releases |
| 1425 | 5/26 | F | 2/23/98 Memorandum, Ippolito/Distribution re: Financial Reporting |
| 1427 | 5/26 | F | Cendant One-Time Charge Analysis Index - 10/10/97 |
| 1438 | 10/14 | F | EPS2.XLS File documents - 4/18/98 |
| 1445 | 6/3 | F | 12/18/97 email, Pember/Corigliano re: Software Update (admitted for a limited purpose) |
| 1446 | 6/3 | F | 3/23/98 email, Pember/Hancock, Metviner & Speaks re: Cancel Reports   (admitted for a limited purpose) |
| 1447 | 6/3 | F | 9/12/97 email, Pember/Corigliano, Lipton, Gershowitz & Schwamb   (admitted for a limited purpose) |
| 1448 | 6/3 | F | 2/4/98 email, Pember/Strahlman (admitted for a limited purpose) |
| 1449 | 6/3 | F | 1/31/98 email, Pember/Menchaca, et al. (admitted for a limited purpose) |
| 1450 | 6/3 | F | 1/27/98 email, Pember/Birget (admitted for a limited purpose) |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|----------|------------------------|----------|------------------------|
| 1451 | 6/3 | F | 1/26/98 email, Pember/Schwamb (admitted for a limited purpose) |
| 1452 | 6/3 | F | 1/20/98 email, Pember/Speaks & Kellogg (admitted for a limited purpose) |
| 1453 | 6/3 | F | 1/5/98 email, Pember/Gershowitz (admitted for a limited purpose) |
| 1470 | 8/17 | F | Emails between Pember/Menchaca re: Cancel Curves (admitted for a limited purpose) |
| 1475 | 7/26 | F | 7/9/96 Memorandum, Menchaca/Corigliano & Pember re: Potential Ideon Reserve Items |
| 1489 | 9/14 | F | 10/15/97 email chain, Fullmer/Shelton re: Corp. Marketing |
| 1513 | 5/18 | F | Cendant Consolidated Budget, 1998 Adjustments |
| 1514 | 5/18 | F | 4/9/98 email, Speaks/Corigliano, et al. re: 1997 vs. 1998 Financials |
| 1515 | 5/25 | F | 10/10/97 Letter, S.Forbes/W.Forbes |
| 1516 | 5/25 | F | 8/8/97 Memorandum, Ippolito/Monaco re: CUC/HFS Merger-Related Costs |
| 1534 | 5/24 | F | 1/15/98 Memorandum, Corigliano/Mayberry, Bird & Swordy re: Cendant Europe Consolidation Opportunities |
| 1538 | 5/25 | F | Term Sheet for Scott Forbes Employment Compensation |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|----------|-------------------------|----------|-----------------------|
| 1552 | 6/2 | F | 10/15/97 email, Pember/Fullmer (admitted for a limited purpose) |
| 1600 | 9/23 | F | 9/22/04 Memorandum, Kaye/Whom it May Concern |
| 1621 | 6/15 | F | 6/18/99 Casper Sabatino's Plea Agreement |
| 1638 | 5/18 | F | 1/31/98 CUC Int'l. Budget   (BINDER) |
| 1639 | 5/18 | F | CUC Organization Chart (10/20/97) |
| 1640 | 5/19 | F | Steven Speaks' Notebook |
| 1647 | 5/19 | F | General Ledger Printout, Account #23333 |
| 1651 | 5/18 | F | File re: HFS Merger Charges with W.Forbes Expense Report |
| 1657 | 5/17 | F | 5/23/97 Comp-U-Card Business Review |
| 1658 | 5/17 | F | 6/17/97 Memorandum, Hiznay & Speaks/Distribution re: Comp-U-Card Financial Review |
| 1659 | 5/17 | F | 7/24/97 Comp-U-Card Business Review for June 1997 |
| 1660 | 5/18 | F | 8/25/97 Comp-U-Card Business Review for July 1997 |
| 1661 | 5/18 | F | 9/22/97 Comp-U-Card Business Review for August 1997 |
| 1662 | 5/18 | F | 10/24/97 Comp-U-Card Business Review for September 1997 |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 1663 | 5/18 | F | 11/20/97 Comp-U-Card Business Review for October 1997 |
| 1664 | 5/18 | F | 12/17/97 Comp-U-Card Business Review for November 1997 |
| 1665 | 5/18 | F | 1/23/97 Comp-U-Card Business Review for December 1997 |
| 1666 | 5/18 | F | 2/17/98 Comp-U-Card Business Review for January 1998 |
| 1667 | 5/18 | F | 3/23/98 Comp-U-Card Business Review for February 1998 |
| 1672 | 6/16 | F | 12/29/97 email, Sabatino/Baron & Ippolito |
| 1673 | 6/16 | F | 1/2/98 email, Sabatino/Baron |
| 1674 | 6/16 | F | 1/5/98 email, Sabatino/Baron |
| 1675 | 6/16 | F | 1/6/98 email, Sabatino/Baron |
| 1676 | 6/16 | F | 3/6/98 email, Sabatino/Baron |
| 1677 | 6/16 | F | 3/10/98 email, Sabatino/Baron |
| 1734 | 5/17 | F | Projection Model |
| 1737 | 5/17 | F | Projection Model |
| 1738 | 5/17 | F | Projection Model with 11/11/97 email, Pember/Sattler |
| 1739 | 5/17 | F | Projection Model |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|----------|-------------------------|----------|------------------------|
| 1740 | 5/17 | F | Projection Model |
| 1741 | 5/17 | F | Projection Model with 8/25/97 email, Speaks/Menchaca & Pember |
| 1742 | 5/17 | F | Projection Model with 7/25/97 email, Speaks/Menchaca & Pember |
| 1743 | 5/17 | F | Projection Model with 6/23/97 email, Speaks/Menchaca |
| 1745 | 5/17 | F | 9/22/97 email, Speaks/Pember |
| 1758 | 5/17 | F | 10/18/97 email, Speaks/Pember, Menchaca & Corigliano re: Revised Topside Budget |
| 1760 | 5/18 | F | 11/5/97 email, Menchaca/Speaks |
| 1766 | 5/18 | F | 12/16/97 email, Speaks/Pember & Menchaca |
| 1776 | 5/18 | F | Bill Approval Form and Backup for W.Forbes Expense Report |
| 1787 | 5/18 | F | CUC Division Income Statement for Fiscal Year 1998 |
| 1789 | 5/17 | F | Projection Model with 9/9/97 email, Speaks/Menchaca & Pember |
| 1850 | 6/3 | F | 1/12/98 Memorandum re:  NAOG, Pope/Pember - with attachments   (admitted for a limited purpose) |
| 1851 | 9/14 | F | EPS2.xls File documents - 6/1/04 |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|----------|-------------------------|----------|------------------------|
| 1852 | 6/3 | F | 1/14/98 Memorandum re: NUMA, Klaus/Haslinger re: December 1997 Financial Package   (admitted for a limited purpose) |
| 1853 | 6/7 | F | 12/15/97 Cendant Budget Forecast (admitted for a limited purpose) |
| 1854 | 6/7 | F | 12/31/98 Cendant Operating Income Budget (admitted for a limited purpose) |
| 1857 | 6/3 | F | 10/31/97 Financial Statement for NCCI Division (admitted for a limited purpose) |
| 1862 | 6/3 | F | November 1997 Financial Statements for NCCI (admitted for a limited purpose) |
| 1863 | 6/3 | F | December 1997 Financial Package for NCCI (admitted for a limited purpose) |
| 1864 | 6/3 | F | 2/25/98 SafeCard Financial Package, Speaks/Distribution (admitted for a limited purpose) |
| 1870 | 8/17 | F | 3/12/98 email, Menchaca/Speaks & Finn |
| 2089 | 6/8 | F | CUC Journal entries - 10/31/97 through 12/31/97 (subset of gov't exhibit #144) |
| 2093 | 5/17 | F | Balance Sheet Opportunities (Risks) SafeCard Services January 1997 |
| 2161 | 6/16 | F | 1/19/98 email, Sabatino/Corigliano & Pember re: Software Budget |
| 2182 | 6/24 | F | Cendant One-Time Charge Analysis Index - 12/15/97 |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 2183 | 6/24 | F | 9/16/97 Memorandum, S.Forbes/Monaco & Corigliano re: Corporate Name Change |
| 2184 | 10/24 | F | 3/20/98 Memorandum, S.Forbes/The File |
| 2240 | 8/17 | F | 2/9/98 & 3/5/98 Branch Checklist for Verbal Approvals |
| 2241 | 8/17 | F | 3/5/98 PaineWebber Transaction Confirmation (50K shares) |
| 2242 | 8/17 | F | 3/5/98 PaineWebber Transaction Confirmation (100K shares) |
| 2243 | 8/17 | F | 3/6/98 PaineWebber Transaction Confirmation |
| 2244 | 8/17 | F | W.Forbes Handwritten chart: March '98 trades |
| 2246 | 8/17 | F | 3/5/98 Rule 144 Seller's Representation Letter for W. Forbes Stock Sales |
| 2247 | 9/28 | F | 3/5/98 Letter, Lipton/Dodge |
| 2335 | 8/3 | F | Register Report (4/1/04 through 7/30/04) re: Corigliano Financial Activity |
| 2336 | 8/3 | F | Register Report (4/1/04 through 7/30/04) re: Corigliano Property Taxes |
| 2340 | 9/23 | F | 7/31/04 Letter from Peter Gonedes re: Corigliano Legal Fees |
| 2341 | 8/3 | F | Copy of check in the amount of $2134 payable to Old Saybrook Tax Collector re: Corigliano Property Taxes |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 2342 | 8/3 | F | Copy of check in the amount of $15,556 payable to Old Saybrrok Tax Collector re: Corigliano Property Taxes |
| 2343 | 8/3 | F | Copy of check in the amount of $1,310.53 payable to Town of Trumbull re: Corigliano Property Taxes |
| 2344 | 9/27 | F | 2/20/96 CUC Int'l. News Release |
| 2345 | 9/27 | F | 4/22/96 CUC Int'l. News Release |
| 2346 | 9/27 | F | 1/21/97 CUC Int'l. News Release |
| 2373 | 8/16 | F | 2/12/97 Memorandum, Kearney/Corigliano, Sabatino & Shelton re: Sierra January 1997 Preliminary Results |
| 3332 | 9/23 | F | 2/8/89 Memorandum, W.Forbes/All Employees |
| 5181 | 9/20 | F | 5/15/97 CUC Int'l. Board Meeting Minutes |
| 7602 | 9/23 | F | 10/29/87 Memorandum, W.Forbes/All CUC Int'l. Employees |
| 7667 | 9/28 | F | 10/26/97 email, Lipton/Braccia |
| 8632 | 9/27 | F | 4/10/96 CUC Board Meeting Minutes |
| 9500 | 8/24 | F | Summary of Quarterly Adjustments - Fiscal Year 1/31/96 |
| 9600 | 8/24 | F | Summary of Quarterly Adjustments - Fiscal Year 1/31/97 |
| 9700 | 8/24 | F | Summary of Quarterly Adjustments - Fiscal Year 1/31/98 |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 11,013 | 9/23 | F | 1/14/98 Memorandum, W.Forbes/All CUC Employees |
| 11,530 | 9/14 | F | 8/28/97 Memorandum, Shelton/Silverman re: Field Visits |
| 15,683 | 9/23 | F | 6/5/91 Memorandum, W.Forbes/All CUC Employees |
| 21,872 | 9/13 | F | 1/25/95 Memorandum, Lipton/Shelton re: Lipton Performance Review   (admitted for a limited purpose) |
| 22,510 | 9/13 | F | 9/7/96 Memorandum, Shelton/Davidson & Williams re: Working Relationships   (admitted for a limited purpose) |
| 24,000 | 9/23 | F | 4/18/91 CUC Int'l. Board Meeting Minutes |
| 26,442 | 9/27 | F | 5/27/97 CUC Int'l. Board Meeting Minutes |
| 29,694 | 9/28 | F | 2/17/98 Cendant Roadshow Schedules |
| 29,958 | 9/28 | F | WAF Itinerary: 3/2 - 3/5/98 |
| 30,022 | 9/7 | F | 1/29/98 email, Shelton/Menchaca |
| 30,071 | 8/31 | F | 7/9/97 email, Shelton/McLeod re: HFS Merger Charge |
| 30,092 | 9/14 | F | 7/22/97 Letter, Rickles @ Deloitte & Touche/HFS Audit Committee re: Client Service Plan |
| 30,157 | 8/31 | F | 1/15/97 Memo, Pember/Menchaca, McLeod & Corigliano re: Comp-U-Card Projections   (admitted for a limited purpose) |
| 30,180 | 9/9 | F | Kirk Shelton check for $1200 to CUC, dated 5/1/92 |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 30,187 | 9/14 | F | 8/23/96 Letter, IRS/Shelton & Schultz re: 1994 Tax Return |
| 30,188 | 9/14 | F | 3/1/98 Letter, Dworkin @ Ernst & Young/Shelton re: 1986 Taxes |
| 30,189 | 9/14 | F | 12/11/87 Letter, IRS/Shelton & Shultz |
| 30,222 | 10/14 | F | Paine Webber 1997 Consolidated Form 1099 for Stuart Bell |
| 30,244 | 9/13 | F | 6/1/95 Fax, Munro/Epstein re: Ideon (admitted for a limited purpose) |
| 30,294 | 9/9 | F | 12/6/96 Memorandum, Shelton/Files re: Organizational Structure |
| 30,413 | 6/28 | F | 3/23/98 Memorandum, S.Forbes/File re: Severance (first page) |
| 30,431 | 6/28 | F | 3/11/98 Fax, Woodward/S.Forbes |
| 30,502 | 8/2 | F | 2/11/98 email, Fullmer/Corigliano |
| 30,504 | 8/2 | F | Deals at a Glance/Acquisitions |
| 30,507 | 8/2 | F | 10/31/95 Memorandum, Sabatino/Distribution re: Fiscal 1996 Third Quarter Release |
| 30,527 | 7/27 | F | 9/4/97 Memorandum, Spitz/Corigliano |
| 30,528 | 7/27 | F | 9/4/97 Fax, Cobb/Hamilton & Corigliano |
| 30,529 | 7/27 | F | 1/5/97 Fax, Goldstein/Cosmo Corigliano |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 30,530 | 7/27 | F | 2/9/98 Fax, Miller/Corigliano |
| 30,531 | 7/27 | F | 2/18/98 Fax, Buckley/Corigliano |
| 30,535 | 7/27 | F | 3/17/98 Fax, Spitz/Corigliano |
| 30,536 | 7/27 | F | 3/19/98 Fax, Spitz/Corigliano |
| 30,537 | 7/27 | F | 3/10/98 Fax, Feiss & Moshman/Cosmo |
| 30,545 | 7/26 | F | 1/31/98 email, Corigliano/Pember re: Ideon $45 Million.xls |
| 30,546 | 8/2 | F | 7/11/97 email, Sabatino/Corigliano re: Merger Reserve Ideas |
| 30,547 | 8/2 | F | 7/11/97 email, Corigliano/Pember re: Merger Reserve Ideas |
| 30,549 | 8/2 | F | Summary of HFS Issues |
| 30,568 | 7/21 | F | 3/8/98 Financial Schedules |
| 30,571 | 7/27 | F | 3/20/98 Fax, Spitz/Corigliano |
| 30,572 | 9/8 | F | 2/15/95 Memorandum, Shelton/Distribution |
| 30,573 | 9/8 | F | 11/19/96 Memorandum, Shelton/Avery, Davidson, D'Agostino, Fernandes, Keith, Menchaca, Nash, Sarkie & Williams re: Wall Street and the Press |
| 30,593 | 9/14 | F | Fax from Merrill Kynch to Bear Stearns (admitted for a limited purpose) |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 30,594 | 9/14 | F | 4/24/97 emails, Fullmer/Shelton re: American Bankers Meeting (admitted for a limited purpose) |
| 30,598 | 7/26 | F | 6/2/97 email, Corigliano/Pember re: Bonuses & Profit Sharing (admitted for a limited purpose) |
| 30,600 | 7/22 | F | 5/2/97 Bear Stearns Analyst Report |
| 30,633 | 9/8 | F | 5/2/95 Memorandum, Corigliano/Distribution re: Fiscal 1996 First Quarter Release |
| 30,635 | 8/2 | F | 11/29/97 Memorandum re: Membership Numbers (1992, 1993, 1994 & 1995) |
| 30,646 | 8/17 | F | 9/30/96 email, Menchaca/Pember & Corigliano re: UBS Reserve Items   (admitted for a limited purpose) |
| 30,654 | 9/14 | F | 12/11/96 Greenhill Pitchbook (admitted for a limited purpose) |
| 30,656 | 9/14 | F | 12/23/96 Presentation to CUC re: Card Protection Plan Limited (admitted for a limited purpose) |
| 30,661 | 9/14 | F | 3/20/97 Letter, Sullivan @ Hambrecht/W.Forbes re: New York Times Company   (admitted for a limited purpose) |
| 30,663 | 9/14 | F | 5/15/97 Letter, Crowe/Mangum (admitted for a limited purpose) |
| 30,666 | 9/14 | F | 3/24/97 Nations Bank Pitchbook to CUC (admitted for a limited purpose) |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 30,667 | 9/14 | F | 3/25/97 Robertson & Stephens Pitchbook to CUC (admitted for a limited purpose) |
| 30,672 | 7/26 | F | 4/4/97 Letter, Krutcher/Corigliano |
| 30,673 | 9/14 | F | 4/7/97 Fax, Jaffe/Corigliano (admitted for a limited purpose) |
| 30,675 | 7/26 | F | 4/9/97 Fax, Untersener/Corigliano re: Northword Press |
| 30,676 | 9/14 | F | 4/11/97 Merrill Lynch Presentation to CUC re: Various Companies |
| 30,678 | 9/14 | F | 4/21/97 Dillon Reed Presentation to CUC re: Various Companies |
| 30,679 | 9/14 | F | 4/23/97 Letter, Shelton/Thurman (admitted for a limited purpose) |
| 30,680 | 9/14 | F | 4/23/97 Letter, Shelton/Taweel @ Mr. Rescue (admitted for a limited purpose) |
| 30,684 | 9/14 | F | 4/29/97 Fax, Gershowitz/Fields with attached draft of National Media Corporation & CUC Int'l. Confidentiality Agreement (admitted for a limited purpose) |
| 30,687 | 9/14 | F | 5/6/97 Agreement from Goldman, Sachs & Co./Corigliano re: Rand McNally   (admitted for a limited purpose) |
| 30,689 | 9/14 | F | 5/8/97 Letter, Bear Sterns/CUC re: Troll Communications (admitted for a limited purpose) |
| 30,692 | 9/14 | F | 5/20/97 Newswire re: Ticketmaster Group (admitted for a limited purpose) |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 30,693 | 7/26 | F | 5/30/97 Memorandum, Corigliano/Menchaca & Fullmer re: Madison Direct/Catalina |
| 30,694 | 9/14 | F | 5/30/97 Letter, W.Forbes/von Roehl re: Thomas Cook Group (admitted for a limited purpose) |
| 30,702 | 7/27 | F | 2/10/98 Fax, Miller/Corigliano |
| 30,704 | 8/2 | F | 5/12/98 email, Pember/Corigliano (admitted for a limited purpose) |
| 30,706 | 7/27 | F | 3/23/98 Fax, Spitz/Corigliano & Hamilton |
| 30,719 | 9/14 | F | 2/28/97 Letter, Connors/Shelton re: Hosiery Corporation of America   (admitted for a limited purpose) |
| 30,734 | 9/14 | F | 4/15/97 Letter, Greenhill/Corigliano re: American Golf Corporation   (admitted for a limited purpose) |
| 30,745 | 9/13 | F | 6/30/97 Fax, Silverman/Forbes & Lipton re: Wall Street Journal Aeticle   (admitted for a limited purpose) |
| 30,752 | 7/21 | F | Ideon Reserve Analysis for period ending 1/31/97 |
| 30,755 | 9/14 | F | April 1997 Robertsons Stephens Pitchbook to CUC (admitted for a limited purpose) |
| 30,759 | 8/17 | F | 9/21/95 email, Menchaca/Corigliano & McLeod (admitted for a limited purpose) |
| 30,773 | 7/21 | F | Analyst Report of Jim Petit @ Hambrecht & Quist, dated 1/29/97 |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|----------|-------------------------|----------|------------------------|
| 30,774 | 7/21 | F | 12/30/97 Goldman Sacks Analyst Report |
| 30,775 | 7/27 | F | 1/16/96 Memorandum, W.Forbes/All Employees re: Insider Stock Trading Reminder |
| 30,776 | 9/9 | F | CUC Int'l. Organization Chart - 2/88-2/95 |
| 30,855 | 7/26 | F | 10/19/95 email, Menchaca/Corigliano & McLeod (admitted for a limited purpose) |
| 30,856 | 7/21 | F | 12/11/95 Research Bulletin - Paul Sweeney of Wheat First Butcher & Singer |
| 30,862 | 9/14 | F | 4/18/97 email, Shelton/Menchaca re: ERS Meeting (admitted for a limited purpose) |
| 30,863 | 9/14 | F | 4/21/97 email, Shelton/Zaborski re: Catalina Meeting (admitted for a limited purpose) |
| 30,869 | 9/14 | F | 6/17/97 email, Corigliano/W.Forbes, et al. Re: Cook (admitted for a limited purpose) |
| 30,888 | 9/14 | F | Goldman Sacks Rand McNally Memorandum (admitted for a limited purpose) |
| 30,890 | 9/14 | F | March 1997 JP Morgan Pitchbook to CUC (admitted for a limited purpose) |
| 30,894 | 10/14 | F | 1/31/97 Davidson & Associates Summary Review Memorandum |
| 30,895 | 10/14 | F | 8/29/97 Letter, Couch/Wood & Caparelli |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 30,896 | 7/26 | F | 9/19/95 email, Menchaca/Corigliano & McLeod re: Financial Forecast   (admitted for a limited purpose) |
| 30,922 | 9/15 | F | 1/20/98 email, Memorandum re Hyperion |
| 31,000 | 9/9 | F | September 1989 Manual: A Behavioral Approach to Management |
| 31,001 | 9/9 | F | January 1991 Manual:  A Behavioral Approach to Management |
| 31,002 | 9/9 | F | February 1993 Manual:  People Management |
| 31,007 | 9/13 | F | 1/16/96 Annual Performance Review for Ken Keith by Kirk Shelton  (admitted for a limited purpose) |
| 31,034 | 9/14 | F | 4/15/97 Memorandum, Shelton/Distributionn re: Vail Acquisition Meeting |
| 31,036 | 9/13 | F | 12/4/96 email, Schapelhoumen/Shelton re: Price Protection (admitted for a limited purpose) |
| 31,119 | 9/13 | F | 3/4/97 Memorandum, Shelton/Menchaca |
| 31,120 | 9/13 | F | 10/25/96 email chain, B. Davidson/Shelton & Forbes re: Software Returns   (admitted for a limited purpose) |
| 31,128 | 9/14 | F | 1/26/98 Presentation to Board meeting re Project Season – Lehman Brothers & Merrill Lynch |
| 31,134 | 9/14 | F | Tee Shirt:  CUC Board of Directors 1997 |
| 31,155 | 9/8 | F | 2/23/98 Annual Performance Review for Tony Menchaca by Kirk Shelton |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 31,156 | 9/20 | F | 1/18/98 Memorandum, Hilinski/Distribution re: Cancellation Point Estimates |
| 31,157 | 8/17 | F | 12/12/96 email, Corigliano/Pember (admitted for a limited purpose) |
| 31,159 | 8/17 | F | 1/6/98 email, Pember/Speaks, Taktikos, Metviner, Finn, & Menchaca re: JAP Cancel Rates  (admitted for a limited purpose) |
| 31,160 | 8/17 | F | 1/12/98 email, Speaks/Pember & Menchaca re: December Financials   (admitted for a limited purpose) |
| 31,161 | 8/17 | F | 10/10/95 email, Pember/Pmontanaro (admitted for a limited purpose) |
| 31,176 | 9/20 | F | 2/13/98 email, Menchaca/Shelton re: SVP Bonuses |
| 31,177 | 9/8 | F | 3/18/98 email, Menchaca/Silverman & Shelton re: Business Update |
| 31,179 | 8/17 | F | 2/16/98 Menchaca email, Pember/Speaks re: Some More Questions   (admitted for a limited purpose) |
| 31,183 | 8/17 | F | 10/14/98 Amended/Restated Employment Agreement for Tony Menchaca |
| 31,194 | 9/14 | F | 11/6/97 email, Shelton/Menchaca re: Two Items |
| 31,202 | 8/16 | F | 8/8/97 email, Menchaca/Forbes, Fullmer, Corigliano & Shelton re: HFS TM Results |
| 31,263 | 9/14 | F | Tee Shirt:  The World's Smartest Human Being |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 31,273 | 8/31 | F | 1/14-1/15/96 Board Meeting Package - Breakers Palm Beach |
| 31,276 | 9/13 | F | 12/20/95 Review of Amy Lipton by Kirk Shelton (admitted for a limited purpose) |
| 31,290 | 9/8 | F | 10/14/96 Memorandum, Shelton & McLeod/Distribution re: CUC Senior Management Meeting for 1996 |
| 31,294 | 9/13 | F | 1/5/94 Memorandum, Liepertz/Shelton re: Goals & Objectives (admitted for a limited purpose) |
| 31,296 | 9/2 | F | 3/4/98 Memorandum, Forbes/Monaco & Silverman re: Financial Consolidation |
| 31,297 | 9/2 | F | 3/4/98 Memorandum, Forbes/Monaco & Silverman re: Financial Consolidation |
| 31,298 | 9/2 | F | Computer File: EPS2.xls Sheet 1: "Comparing latest consolidation to forecasted year" |
| 31,301 | 9/13 | F | 11/11/96 email, Williams/Shelton re: What We Ought to Do (admitted for a limited purpose) |
| 31,302 | 9/13 | F | 11/10/96 email, Brochu/Shelton & Forbes re: CUC & Me (admitted for a limited purpose) |
| 31,303 | 9/13 | F | 12/23/96 email, Williams/Shelton re: Miscellaneous Topics (admitted for a limited purpose) |
| 31,304 | 9/13 | F | 10/30/96 email, Williams/B.Davidson & Shelton re: CUC Software Press Announcement   (admitted for a limited purpose) |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 31,305 | 9/13 | F | 10/9/96 email, B.Davidson/Shelton & Forbes re: Heads Up On Sierra Performance   (admitted for a limited purpose) |
| 35,026 | 6/22 | F | 7/24/96 Robert Davidson Employment Agreement |
| 35,033 | 6/21 | F | 10/7/96 Form S-3 Registration Statement filed by CUC Int'l. |
| 35,037 | 9/27 | F | 11/12/96 Letter, R.Davidson/Shelton (admitted for a limited purpose) |
| 35,072 | 6/22 | F | 4/22/97 Letter, Jan Davidson/Tucker re: Board Minutes |
| 35,075 | 6/22 | F | 4/28/97 Memorandum, Tucker/Board of Directors re: Minutes of Board Meetings |
| 35,076 | 9/20 | F | 5/2/97 Fax, Tucker/Greyse re: Board Minutes |
|  |  |  |  |
|  |  |  |  |

Rev. 10/28/04