UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COURT EXHIBIT 24
02CR264

```
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :   Criminal No.
                                    :   3:02CR264(AWT)
E. KIRK SHELTON                     :
------------------------------------x
```

United States District Court
District of Connecticut
FILED AT HARTFORD
January 4, 2005
Kevin F. Rowe, Clerk
By S.L. Smith
Deputy Clerk

## VERDICT FORM

**SECTION I.**

1. As to the charge set forth in Count 1 of the Superseding Indictment, we the Jury unanimously find the defendant, E. Kirk Shelton:

    _____ Not Guilty          **✓** Guilty

2. As to the charge set forth in Count 2 of the Superseding Indictment, we the Jury unanimously find the defendant, E. Kirk Shelton:

    _____ Not Guilty          **✓** Guilty

3. As to the charge set forth in Count 3 of the Superseding Indictment, we the Jury unanimously find the defendant, E. Kirk Shelton:

    _____ Not Guilty          **✓** Guilty

4. As to the charge set forth in Count 4 of the Superseding Indictment, we the Jury unanimously find the defendant, E. Kirk Shelton:

    _____ Not Guilty          **✓** Guilty

5. As to the charge set forth in Count 5 of the Superseding Indictment, we the Jury unanimously find the defendant, E. Kirk Shelton:

    _____ Not Guilty        \_✓\_ Guilty

6. As to the charge set forth in Count 6 of the Superseding Indictment, we the Jury unanimously find the defendant, E. Kirk Shelton:

    _____ Not Guilty        \_✓\_ Guilty

7. As to the charge set forth in Count 7 of the Superseding Indictment, we the Jury unanimously find the defendant, E. Kirk Shelton:

    _____ Not Guilty        \_✓\_ Guilty

8. As to the charge set forth in Count 8 of the Superseding Indictment, we the Jury unanimously find the defendant, E. Kirk Shelton:

    _____ Not Guilty        \_✓\_ Guilty

9. As to the charge set forth in Count 9 of the Superseding Indictment, we the Jury unanimously find the defendant, E. Kirk Shelton:

    _____ Not Guilty        \_✓\_ Guilty

    10.    As to the charge set forth in Count 10 of the Superseding Indictment, we the Jury unanimously find the defendant, E. Kirk Shelton:

    _____ Not Guilty          ✓ Guilty

    11.    As to the charge set forth in Count 11 of the Superseding Indictment, we the Jury unanimously find the defendant, E. Kirk Shelton:

    _____ Not Guilty          ✓ Guilty

    12.    As to the charge set forth in Count 12 of the Superseding Indictment, we the Jury unanimously find the defendant, E. Kirk Shelton:

    _____ Not Guilty          ✓ Guilty

**SECTION II.**

You have now completed your deliberations. Please sign and date this form.

Dated at Hartford, Connecticut, on this 4^(7th) day of JANUARY ~~2004~~ 2005 at 5:05 a.m./(p.m.)
RFS

_____
Foreperson