UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | CASE NO. 3:02CR264 (AWT) |
| WALTER A. FORBES and<br>E. KIRK SHELTON | : | |

## DEFENDANTS' DEMONSTRATIVE EXHIBITS

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
| --- | --- | --- | --- |
| 1 | 7/19 | ID only | Cosmo Corigliano Stock Sales Chart (BLOWUP) |
| 2 | 7/20 | ID only | Money Spent by Cosmo Corigliano under Budget Agreement (BLOWUP) |
| 3 | 7/19 | ID only | Benefits to Cosmo Corigliano   (BLOWUP) |
| 1347 | 5/24 | ID only | March 6   Friday<br>March 7   Saturday<br>March 8   Sunday<br>March 9   Monday<br>(A)   8:00am<br>(B)   10am<br>(C)   3:00pm/Auditor |
| 2145 | 8/3 | ID only | Comparable    /    Your Property<br>  2   250<br>  4   Bed         4   Bed<br>  3.5   Bath       5.5<br>  1.32               11.5 acres |
| 2146 | 8/3 | ID only | 3-31-04<br>   \<br>7-7-04 |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 2147 | 8/5 | ID only | 93 - 94 = 5 |
| 2148 | 8/5 | ID only | $32,000 + $8,000 = 40,000   35,000 penalty |
| 2149 | 8/4 | ID only | CC   KS   WF<br><br>SARKE   LIPTON   McLEOD |
| 9500A | 6/17 | ID only | Summary of Quarterly Adjustments FY 1/31/96 (huge chart) offered - decision reserved |
| 9600A | 6/17 | ID only | Summary of Quarterly Adjustments FY 1/31/97 (huge chart) offered - decision reserved |
| 9700A | 6/17 | ID only | Summary of Quarterly Adjustments FY 1/31/98 (huge chart) offered - decision reserved |
| 30,334 | 5/25 | ID only | HFS (S. Forbes) - CUC (Anne Pember)<br>         Controller          Controller |
| 30,777 | 9/7 | ID only | Organizational Chart for CUC Int'l. (1997) |
| 30,779 | 7/21 | ID only | 1) CANCEL RESERVE UNDERFUNDED<br>2) 3 MONTHS REJECTS<br>3) INCOME RECOGNITION PRACTICE<br>4) MT RESERVES |
| 30,780 | 7/21 | ID only | Company Goal - 25% growth<br>use of reserves to meet that goal |
| 30,781 | 7/21 | ID only | Shortfall<br>     \<br>Reserves |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 30,782 | 7/21 | ID only | RESERVES<br>1) Proper use of reserves<br>2) Improper use of reserves |
| 30,783 | 7/21 | ID only | 1/31/97 CHEAT SHEET<br>TOPSIDE      -    NO MENTION<br>EPS PER Q    -    NO MENTION<br>UNDERFUNDED<br>CANCEL RESERVES  -   NO MENTION<br>REJECTS IN TRANSIT  -   NO MENTION<br>ALLOCATIONS      -     NO MENTION<br>CUSHION        -      NO MENTION |
| 30,784 | 7/22 | ID only | CONSOLIDATED SPREADSHEETS<br><br>DIVISIONS            ACTUAL RESULTS<br><br>COMP-U-CARD         50M<br>                                        60M |
| 30,785 | 7/22 | ID only | 1995<br>1st Q  - 18.3<br>2nd Q  - 13.0<br>3rd Q  -  .8<br>TOTAL 30.5 |
| 30,786 | 7/26 | ID only | IDEON RESERVE<br>     125M<br>     45 - 55M  - CUSHION |
| 30,787 | 7/26 | ID only | IMPROPER CUSHION<br>   200M cushion in a<br>   400M reserve |
| 30,788 | 7/26 | ID only | IDEON<br>100M       -   20-30 cushion<br>125M       -   45-55M cushion<br>total Ideon res (incl software) - 175M |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 30,789 | 7/26 | ID only | HALMOS SETTLEMENT<br>1) CASH      70M<br>    PRES V    60 - 65 ?<br>2) CREDIT LINE   45M |
| 30,790 | 7/26 | ID only | IDEON - PART OF IDEON RESERVE<br>    Halmos settlement<br>1) int cushion - 45-55M  (bad cushion)<br>2) 45M + for pres val  (good cushion)<br>      LATER MISUSED |
| 30,791 | 7/27 | ID only | Exh D 30,530 - 2/9/98<br>DX 30702 - 2/10/98<br>stock sale - 2/13/98<br>   $222,000<br>DX 30531 - 2/18/98<br>stock sale - 2/19/98<br>   $517,000 |
| 30,792 | 7/27 | ID only | DX 30537 - 3/20/98<br>stock sale - 3/11/98<br>   1,900,000<br>DX 30535 - 3/17/98<br>stock sale - 3/18/98<br>   2,100,000 |
| 30,793 | 7/27 | ID only | DX 30706 - 3/23/98<br>stock sale - 3/27/98<br>   3,000,000 |
| 35,155 | 5/11 | ID only | 1. No knowledge<br>2. Relied<br>   a) auditors<br>   b) Co. CPA<br>3. CFO   TEST FALSE |

Case 3:02-cr-00264-AWT   Document 1429   Filed 01/04/2005   Page 4 of 9

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 35,156 | 5/11 | ID only | Feb     221,000<br>          517,000<br>Mar 11  1.9<br>     18  2.0<br>     27  2.9<br>     27  2.9<br>     30  6.1<br>     30  6.0 |
| 35,157 | 5/11 | ID only | HFS + CUC = Cendant<br>1. New CFO<br>2. New CEO |
| 35,158 | 5/11 | ID only | 2000   102,000<br>2001   274,000<br>2002   212,000<br>2003   250,000<br>2004      ?<br>        850,000 |
| 35,159 | 5/11 | ID only | R E     R E     R E<br>1995   1996   1997 |
| 35,160 | 5/11 | ID only | Sale of Stock<br>       33M<br>9 Mo      3M<br>               0<br>     C   A   KS |
| 35,161 | 7/15 | ID only | 38 Watrous<br><br>3,220,900  Lot 8<br>  441,800  Lot 7 |
| 35,162 | 7/15 | ID only | CT River  ☐<br><br>    8 acres   3 acres |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 35,163 | 9/2 | ID only | EPS2.XLS    HD - created 1/13/98 |
| 35,164 | 9/2 | ID only | Walter ACCT. ORG.doc |
| 35,165 | 9/8 | ID only | 1) Allocations - approx June 1998<br>2) Topside Adjustments - Aug-Sept 1998<br>3) Understatement of Cancel Reserve - Aug-Sept 1998 |
| 35,165A | 9/8 | ID only | above chart cont'd . . . 4) Rejects in transit<br>                    1) 1996 - 1997 - Cosmo, Anne, KS |
| 35,166 | 8/28 | ID only | 1/31/96 - 1995  Cancel      M. Reserves<br>              Allocations |
| 35,167 | 9/23 | ID only | FMV    3,220,900<br>           2,254,600 |
| 35,168 | 10/4 | ID only | WRONG DATES    WRONG NAMES |
| 35,169 | 7/19 | ID only | Stock Sales Chart |
| 35,170 | 7/15 | ID only | Stock Sales Chart |
| 50,000 | 6/8 | ID only | Merger Reversal   (Drawn by Atty. Keeley) |
| 50,001 | 6/8 | ID only | 1/31/97<br>Earnings = 276,741,000<br>Adjustments = 68,000,000<br>    24.26%<br>  $208,000,000<br>Earnings w/no adjustments |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 50,002 | 6/8 | ID only | <u>Expenses</u> 1/31/97<br>Ideon                $44M<br>Cancel Reserve  –  $13.4M<br>Total Exp. $2.0 Billion   -   2.87%<br><u>Revenue</u><br>Cancel Reserve        $1.6 M<br>Commissions Pay      9  M<br>Total Revenue $2.3B   .46% |
| 50,003 | 6/8 | ID only | Expenses   57,400,000   ÷   2,000,000,000 = 2.87%<br>Revenues   10,6000,000   ÷   2,300,000,000 = .46% |
| 50,004 | 6/8 | ID only | FY 1/31/96<br>                  $90  RIT<br>      1/31/97             $100M   RIT<br>              less $90M |
| 50,005 | 6/14 | ID only | NO KS RIP CHART   (drawn by Atty. Puccio) |
| 50,006 | 6/15 | ID only | 12/85 - FISI,<br>1991 -  EPUB<br>1992 - 1 billion rev.<br>1985-94   CC Controller<br>              Bell CFO |
| 50,007 | 6/15 | ID only | early 95 - CC CFO<br>early 95 -  6/97<br>1995 -  CC CFO<br>            CS VP of Acctg<br>            KK Dr Fin Reporting<br>            KM or MS  Sup Fin Rept |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 50,008 | 6/15 | ID only | 6/97 - early 98<br>- CC - CFO (until 12/97)<br> MM - CFO after 12/97<br>6/97 - AP Controller CUC<br>      CS - VP of Acctg<br>      KK - ?<br>      MS - Sup Fin Reporting |
| 50,009 | 6/15 | ID only | 4/95 - 12/97<br> CC - CFO<br> CS<br> KK - AP<br> MS or KM |
| 50,010 | 6/16 | ID only | CompUCard  10 mil + 5 mil<br>        15 mil |
| 50,011 | 6/16 | ID only | CC, CS, KK, MS or KM<br>1. unadjusted consolidation<br>2. P&L w/adjusts. (maybe not CC)<br>3. HW notes re: adjs. (not CC)<br>4. CompUCard + corp accrual basis |
| 50,012 | 6/16 | ID only | CS - V P&L Acctg<br> KK, KM/MS - Fin Reporting<br> BP AS - Taxes<br> DPMP - Fin. Services/benefits<br>6 people - options & payroll |
| 50,013 | 6/16 | ID only | CUC Software Budget - 1/19/98 - $9,682,000<br>1/20/98 - $90,482,000<br>1/21/98 - budget to SF |
| 50,014 | 6/16 | ID only | DX 1854 / GX 530   1/20/98<br>$90,482,000   software budget<br>$586,552,000  CMS total budget |

| Exh. No. | Date Offered (all 2004) | Admitted | Description of Exhibit |
|---|---|---|---|
| 50,015 | 6/16 | ID only | CC, AP, CS, KK, MS |
| 50,016 | 6/17 | ID only | 7/31/98   no knowledge   HFS<br>           res into 1998 income<br>           no knowledge any<br>           res into 1998 income<br>9/28/99 - AP plea agreement<br>10/4/99 - didn't know<br>$165 million in 1998<br>2004 - 1st time know - 16.5 mil in 1998 |
| 50,017 | 6/17 | ID only | 1 Meeting in KS office - CC, AP, CS, KS |
| 50,018 | 6/17 | ID only | 3/9/98 Meeting   CS, CC, AP, KS, MM, SF |
| 50,019 | 6/17 | ID only | Revenue - Expenses = Income before taxes, merger costs, and one-time charges |
| 50,020 | 7/15 | ID only | List of documents in which Mr. Corigliano lied |
|  |  |  |  |
|  |  |  |  |

REVISED 11/3/04