UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | |
| | : | January 24, 2005 |
| WALTER A. FORBES and<br>E. KIRK SHELTON | : | |

MEMORANDUM OF THE UNITED STATES IN
RESPONSE TO SHELTON'S MOTION FOR EXTENSIONS
OF TIME IN WHICH TO FILE POST-TRIAL MOTIONS

CHRISTOPHER J. CHRISTIE
JOHN J. CARNEY
JAMES MCMAHON
NORMAN GROSS
RICHARD J. SCHECHTER
U.S. Department of Justice
970 Main Street, Room 700
Newark, NJ  07102
Tel:  (973) 645-6112
Fax:  (973) 645-3988

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | |
| | : | January 24, 2005 |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON | : | |

MEMORANDUM OF THE UNITED STATES IN
RESPONSE TO SHELTON'S MOTION FOR EXTENSIONS
OF TIME IN WHICH TO FILE POST-TRIAL MOTIONS

The United States respectfully submits this memorandum in response to defendant Shelton's motion for an additional thirty day extension of time in which to file his post-trial motions. As the Government and the public have a compelling interest in the prompt sentencing of a convicted defendant, the Government would prefer that this Court stick to the current, sixty day schedule requested by Shelton's counsel at the time of the verdict, with Shelton's post-trial motions due by Monday, March 7, 2005. The Government would strongly prefer that Shelton be sentenced before commencement of the retrial of defendant Forbes.

A prompt resolution of Shelton's post-trial motions is particularly important in the unique circumstances of this case. While there does not appear to be any reason to believe that

Shelton is entitled to a new trial, the Government has no idea what claims Shelton will raise or how this Court will rule on those motions. In the event that this Court were to grant Shelton a new trial, a joint retrial of the charges against both Shelton and Forbes would result in a far more efficient use of this Court's and the Government's resources than separate trials for each defendant. Given the length and complexity of any trial of the charges in this case, the Government would vigorously oppose any request for separate trials of the defendants.

Furthermore, many aspects of the Government's presentation during the retrial of Forbes will be strongly affected by whether Shelton will also be a defendant in that trial. In order to effectively prepare for the Forbes retrial, the Government should know before the commencement of that trial whether it will involve one defendant or two. Therefore, Shelton should be required to file his motions promptly in order to prevent an undue delay in the retrial of Forbes.

The Government is not insensitive, however, to the need of Shelton's soon to be retained counsel to familiarize themselves with this lengthy record. Accordingly, the Government will not oppose a one-time request by Shelton for an additional thirty days to file his post-trial motions, making them due on Monday, April 4, 2005. If the Court grants that extension, the

2

Government proposes that its response to Shelton's post-trial motions be tentatively due within forty-five days of service of those motions, with the option to seek additional time if the motions are particularly extensive. The Government would then request that Shelton's reply brief be due within fifteen days of service of the Government's brief, and if Shelton's post-trial motions are denied, that the sentencing take place immediately following disposition of the motions.

Respectfully submitted,

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice

/s/ John J. Carney

By: JOHN J. CARNEY
Special Attorney
U.S. Department of Justice
Federal Bar No. 24063

/s/ James McMahan

By: JAMES MCMAHON
Special Attorney
U.S. Department of Justice
Federal Bar No. 24062

/s/ Norman Gross

By: NORMAN GROSS
Special Attorney
U.S. Department of Justice
Federal Bar No. 24933

/s/ Richard J. Schechter

By:  RICHARD J. SCHECHTER
Special Attorney
U.S. Department of Justice
Federal Bar No. 24238

4

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via email and Federal Express delivery:

Thomas P. Puccio, Esq.

Scott Edelman, Esq.
Thomas Arena, Esq.

Gary H. Collins, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Norman Gross
NORMAN GROSS
U.S. Department of Justice

Dated:   January 24, 2005
         Newark, New Jersey