## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| WALTER A. FORBES, and E. KIRK SHELTON. | : | January 25, 2005 |

### REPLY MEMORANDUM OF E. KIRK SHELTON IN SUPPORT OF MOTION FOR EXTENSION OF TIME IN WHICH TO FILE POST-TRIAL MOTIONS

Defendant E. Kirk Shelton, through undersigned counsel, respectfully submits this reply memorandum in support of his motion for an extension of time in which to file post-trial motions.

In its response, the government has agreed not to oppose Mr. Shelton's request for a total of ninety (90) days in which to file his post-trial motions, which would make such motions due on or before Monday, April 4, 2005. The government has requested that it be permitted to file its responsive brief within forty-five (45) days of service of Mr. Shelton's post-trial motions. Mr. Shelton does not oppose this request.

The government does oppose Mr. Shelton's request for thirty (30) days in which to file his reply memorandum in support of his post-trial motions. The government requests that Mr. Shelton's reply brief be filed within fifteen (15) days of service of the government's responsive brief. Although we are mindful of the government's desire to accelerate the briefing schedule, we believe that a thirty-day period of time for Mr. Shelton to file his reply brief is

appropriate. The size of the record in this case is obviously voluminous. Mr. Shelton's counsel are considering a number of issues with respect to post-trial motions, and those motions may be extensive. Under the circumstances, we respectfully submit that a thirty-day period for Mr. Shelton to file his reply brief is reasonable.

DATED: January 25, 2005

        Respectfully submitted,

        MILBANK, TWEED, HADLEY & McCLOY LLP

    By: _____
        Scott A. Edelman (CT 25268)
        Thomas A. Arena (CT 25269)
        1 Chase Manhattan Plaza
        New York, NY 10005-1413
        Tel.: (212) 530-5000
        Fax: (212) 530-5219

        LAW OFFICES OF THOMAS P. PUCCIO
        Thomas P. Puccio (CT 22983)
        230 Park Avenue, Suite 301
        New York, NY 10172
        Tel.: (212) 883-6383
        Fax: (212) 883-6388

        DAY, BERRY & HOWARD LLP
        Stanley A. Twardy, Jr. (CT 05096)
        Gary H. Collins (CT 22119)
        City Place 1, 185 Asylum Street
        Hartford, CT 06103
        Tel.: (860) 275-0314
        Fax: (860) 275-0343

        Attorneys for Defendant E. Kirk Shelton

## **CERTIFICATION**

      I hereby certify that on January 25, 2005, a copy of the foregoing was served on the following party via facsimile:

                John J. Carney, Esq.
                U.S. Department of Justice
                District of New Jersey
                970 Broad Street – Suite 700
                Newark, NJ  07102

                _____
                Daniel J. Foster