**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
--------------------------
UNITED STATES OF AMERICA  )
                          )
v.                        )    Criminal No. 3:02CR00264(AWT)
                          )
E. KIRK SHELTON           )
--------------------------
```

**Endorsement Order**

    Defendant E. Kirk Shelton's Motion for Extension of Time in Which to File Post-Trial Motions (Doc. No. 1419) is hereby GRANTED in part and DENIED in part.  Defendant Shelton shall file his post-trial motions by no later than April 4, 2005; no extension will be granted.  The government shall have 45 days in which to file its opposition, and defendant Shelton shall have 20 days in which to file his reply memorandum.

    It is so ordered.

    Dated this 25th day of January 2005, at Hartford, Connecticut.

                                                                       /s/
                                              Alvin W. Thompson
                                United States District Judge