UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| WALTER A. FORBES, and | : | February 4, 2005 |
| E. KIRK SHELTON. | : | |
| | : | |

**MOTION FOR PERMISSION TO TRAVEL**

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Stowe, Vermont to attend an annual Young President's Organization ("YPO") retreat. As the Court likely recollects from the testimony received at trial, the YPO is akin to a "support group" where members discuss everything from serious personal issues to business issues. Tr. 11428, lns. 3-22 (Testimony of Ron Davis).

Mr. Shelton would be in Vermont from Sunday, February 6, 2005 until Tuesday, February 8, 2005. While in Vermont, Mr. Shelton would be staying at the home of Keith Camhi, Pearl S. Buck Drive Bondville, VT. The telephone number at this location is (802) 297-1064. Also in attendance at the retreat will be other residents from Connecticut: Bill Aron, Chris Garcia, Jim Pugliese, Pat Healy, Dan Weiss, Carl Nichols and Joe Massoud.

Assistant United States Attorney John Carney has been contacted by undersigned counsel regarding this motion and is taking this request under consideration. AUSA Carney expects to be able to report the government's position to undersigned counsel and the Court sometime this afternoon.

Deputy Chief United States Probation Officer for the District of Connecticut, C. Warren Maxwell has also been apprised of this request and has been provided with the aforementioned details regarding the retreat.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel to Vermont to attend the retreat.

DATED:    Hartford, Connecticut
          February 4, 2005

                                    Respectfully submitted,

                                    DAY, BERRY & HOWARD LLP


                        By:         _____
                                    Stanley A. Twardy, Jr. (CT 05096)
                                    Gary H. Collins (CT 22119)
                                    City Place 1, 185 Asylum Street
                                    Hartford, CT  06103
                                    Tel.: (860) 275-0314
                                    Fax: (860) 275-0343

                                    LAW OFFICES OF THOMAS P. PUCCIO
                                    Thomas P. Puccio (CT 22983)
                                    230 Park Avenue, Suite 301
                                    New York, NY  10172
                                    Tel.: (212) 883-6383
                                    Fax: (212) 883-6388

- 3 -

       MILBANK, TWEED, HADLEY & McCLOY, LLP
       Scott A. Edelman (CT 25268)
       Thomas A. Arena (CT 25269)
       1 Chase Manhattan Plaza
       New York, NY  10005-1413
       Tel.: (212) 530-5000
       Fax: (212) 530-5219

       Attorneys for Defendant E. Kirk Shelton

- 4 -

## **CERTIFICATION**

    I hereby certify that on February 4, 2005 a copy of the foregoing was served on the following parties via e-mail, and us mail:

        John J. Carney, Esq.
        United States Attorney's Office
        District of New Jersey
        970 Broad Street, Suite 700
        Newark, NJ  07101

_____
        Gary H. Collins