UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| WALTER A. FORBES, and E. KIRK SHELTON. | : | February 4, 2005 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Stowe, Vermont to attend an annual Young President's Organization ("YPO") retreat. As the Court likely recollects from the testimony received at trial, the YPO is akin to a "support group" where members discuss everything from serious personal issues to business issues. Tr. 11428, lns. 3-22 (Testimony of Ron Davis).

Mr. Shelton would be in Vermont from Sunday, February 6, 2005 until Tuesday, February 8, 2005. While in Vermont, Mr. Shelton would be staying at the home of Keith Camhi, Pearl S. Buck Drive, Bondville, VT. The telephone number at this location is (802) 297-1064. Also in attendance at the retreat will be other residents from Connecticut: Bill Aron, Chris Garcia, Jim Pugliese, Pat Healy, Dan Weiss, Carl Nichols and Joe Massoud.

GRANTED, over the objection of the government, after consultation with the United States Probation Office. It is so ordered.

Alvin W. Thompson, U.S.D.J.            Hartford, CT    2/4/2005