UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | February 8, 2005 |

## MOTION TO CONTINUE SENTENCING

Defendant, E. Kirk Shelton, respectfully requests, pursuant to D. Conn. L. Cr. R. 32, that the Court modify the dates on which the initial disclosure of the presentence report is due to the parties, the objections to the initial disclosure are due to the probation writer and the government, the submission of the revised sentencing report to the court and continue the sentencing hearing.[1] In support of this motion, Mr. Shelton represents as follows:

1. On or about January 4, 2005, the Court, after more than eight months of trial, received the jury's verdict in this matter.[2] The Court then set Mr. Shelton's sentencing for March 24, 2005.

2. The initial disclosure of the presentence report by Deputy Chief United States Probation Officer for the District of Connecticut, C. Warren Maxwell is presently due on or about February 15, 2005. Objections to the initial disclosure are due on or about March 2, 2005 and Officer Maxwell's revised presentence report is due to the court on or about March 9, 2005.

---

[1] D. Conn. L. Cr. R. 32(a) provides that the first disclosure is due from probation not more than 6 weeks after the verdict "unless otherwise ordered by the court." "Within 14 days thereafter, counsel shall communicate in writing to the Probation Officer and to opposing counsel any objections they may have [to the initial disclosure]. Id. "No later than 7 days after the deadline for counsel's objections, the Probation Officer shall submit the revised presentence report to the sentencing judge and disclose the revised presentence report to the defendant and counsel for the defendant and the government." D. Conn. L. Cr. R. 32(b).

[2] Opening statements commenced on May 10, 2004. Tr. 27.

-2-

3.    On or about January 25, 2005, the Court set a briefing schedule to govern the filing of post-trial motions. The order directs Mr. Shelton to file his post-trial motions no later that April 4, 2005. The government has been ordered to file its opposition 45 days thereafter (on or about May 19, 2005). Mr. Shelton's reply is due 20 days later (on or about June 8, 2005). The order does not set a hearing date for the post-trial motions.

4.    Mr. Shelton seeks an order modifying the dates on which the initial disclosure of the presentence report is due to the parties, the objections to the initial disclosure are due to the probation writer and the government, the submission of the revised sentencing report to the court and the sentencing hearing on three grounds. First, the sentencing obviously cannot precede the litigation of the post-trial motions. Second, it is unclear how much time the Court will need to rule on the post-trial motions. Finally, the volume of relevant information that must be analyzed to ensure a fair and just sentence in a case of this length is extraordinary.

**WHEREFORE**, Mr. Shelton respectfully requests, pursuant to D. Conn. L. Cr. R. 32, that the Court order that: (1) the initial disclosure of the presentence report be made on August 5, 2005; (2) Mr. Shelton objections be directed to Officer Maxwell and to the government within 14 days thereafter; (3) Officer Maxwell's revised Presentence Report be filed with the Court within 7 days after the filing of objections; and (4) the sentencing hearing be continued to September 20, 2005.

DATED:    Hartford, Connecticut
          February 8, 2004

Respectfully submitted,

DAY, BERRY & HOWARD LLP

By: _____
Gary H. Collins (CT 22119)
City Place 1, 185 Asylum Street
Hartford, CT  06103
Tel.: (860) 275-0314
Fax: (860) 275-0343

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio (CT 22983)
230 Park Avenue, Suite 301
New York, NY  10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

MILBANK, TWEED, HADLEY & McCLOY, LLP
Scott A. Edelman (CT 25268)
Thomas A. Arena (CT 25269)
1 Chase Manhattan Plaza
New York, NY  10005-1413
Tel.: (212) 530-5000
Fax: (212) 530-5219

Attorneys for Defendant E. Kirk Shelton

**CERTIFICATION**

      I hereby certify that on February 8, 2005 a copy of the foregoing was served on the following parties via fax and US Mail:

> John J. Carney, Esq.
> James McMahon, Esq.
> Richard J. Schechter, Esq.
> Norman Gross, Esq.
> United States Attorney's Office
> District of New Jersey
> 970 Broad Street, Suite 700
> Newark, NJ  07101
>
> Warren Maxwell
> Deputy Chief United States Probation Officer District of Connecticut
> United States District Court - District of Connecticut
> 157 Church Street, 22nd Fl.
> New Haven, CT 06510

                                  _____
                                          Gary H. Collins