# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | February 8, 2005 |

## APPEARANCE

    HUBERT J. SANTOS, of the law firm of SANTOS & SEELEY, P.C., hereby enters his appearance as counsel of record for the Defendant, E. Kirk Shelton, in addition to the appearances of Thomas P. Puccio, Scott A. Edelman, Thomas A. Arena and Gary H. Collins.

**THE DEFENDANT,**
**E. Kirk Shelton**


BY_____
HUBERT J. SANTOS
Federal Bar No. ct 00069
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

-2-

## CERTIFICATION

I hereby certify that on February 8, 2005 a copy of the foregoing was served on the following parties via fax and U.S. Mail:

John J. Carney, Esq.
James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ  07101
Tel: (973) 645-2700
Fax: (973) 645-2857

Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY  10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

Scott A. Edelman, Esq.
Thomas A. Arena, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413
Tel.: (212) 530-5000
Fax: (212) 530-5219

Warren Maxwell
Deputy Chief U.S. Probation Officer
United States District Court
157 Church Street, 22nd Fl.
New Haven, CT  06510
Tel: (203) 773-2100
Fax: (203) 773-2200

Gary H. Collins, Esq.
Day, Berry & Howard LLP
City Place 1, 185 Asylum Street
Hartford, CT  06103
Tel: (860) 275-0314
Fax: (860) 275-0343

_____
HUBERT J. SANTOS