UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | February 14, 2005 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Washington, D.C. with his family in order to visit colleges for his oldest son over the President Day's weekend. Mr. Shelton and his family would leave Thursday afternoon, February 17, 2005 at 4:00 p.m. on Amtrak and return on Sunday afternoon, February 20, 2005. While in Washington, D.C., Mr. Shelton and his family would stay at the Washington Marriott, 1221 22nd Street NW, Washington, D.C., 20037, tel. 202-872-1500. The Shelton family intends to visit Georgetown University, George Washington University and American University. Additionally, Mr. Shelton will visit his cousin, who is on the faculty of both Georgetown University and George Washington University. Mr. Shelton's cousin's name and contact information are: Richard Ratner, 5210 Elliott Road, Bethesda, MD, tel. 301-229-7044.

Assistant United States Attorney John Carney has been contacted by the undersigned counsel regarding this motion and he indicated that the Government opposes this motion.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel via Amtrak with his family to Washington, D.C. from February 17, 2005 through February 20, 2005 in order to visit colleges with his son.

**THE DEFENDANT,**
**E. Kirk Shelton**


BY_____
HOPE C. SEELEY
Federal Bar No. ct 4863
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio, Esq. (CT 22983)
230 Park Avenue, Suite 301
New York, NY 10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

DAY, BERRY & HOWARD LLP
Stanley A. Twardy, Jr. (CT 05096)
Gary H. Collins, Esq. (CT 22119)
City Place 1, 185 Asylum Street
Hartford, CT 06103
Tel: (860) 275-0314
Fax: (860) 275-0343

MILBANK, TWEED, HADLEY & McCLOY, LLP
Scott A. Edelman, Esq. (CT 25268)
 Thomas A. Arena, Esq. (CT 25269)
1 Chase Manhattan Plaza
New York, NY 10005-1413
Tel.: (212) 530-5000
Fax: (212) 530-5219

## **CERTIFICATION**

      I hereby certify that on February 14, 2005 a copy of the foregoing was served on the following parties via fax and U.S. Mail:

John J. Carney, Esq.
James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ  07101
Tel: (973) 645-2700
Fax: (973) 645-2857

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571

                                                    _____
                                                    HOPE C. SEELEY