**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA     )
                             )
v.                           )    Criminal No. 3:02CR00264(AWT)
                             )
E. KIRK SHELTON              )
-------------------------------
```

**ENDORSEMENT ORDER**

Defendant E. Kirk Shelton's Motion for Permission to Travel (Doc. No. 1452) is hereby GRANTED, over the objection of the government, after consultation with the United States Probation Office.

It is so ordered.

Dated this 16th day of February 2005, at Hartford, Connecticut.

                                              /s/
                                        Alvin W. Thompson
                            United States District Judge