UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA       )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
E. KIRK SHELTON                )
-------------------------------
```

**AMENDMENT TO ORDER SETTING CONDITIONS OF RELEASE**

The Order Setting Conditions of Release (Doc. No. 1432) dated January 5, 2005 is hereby amended as follows:

1. Paragraph 4.c. is hereby amended to read as follows:

    Have his travel restricted to (i) the State of Connecticut, and (ii) the State of New York for purposes of meeting with his attorney(s) and/or psychiatrist.

2. Paragraph 4.m. is hereby deleted; the defendant is no longer subject to home confinement with electronic monitoring.

3. Paragraph 4.r. shall read as follows:

    The defendant completed and submitted to the U.S. Probation Office an initial financial statement dated January 13, 2005. The defendant shall submit an updated financial statement on the 22nd day of each calendar month, commencing February 22, 2005.

4. The court initially imposed a condition that the defendant shall not transfer assets in excess of $150,000 (excluding attorneys' fees) without notification to the U.S. Probation Office. This condition was imposed pending the U.S. Probation Office's receipt of more detailed information

about the defendant's finances. The U.S. Probation Office has been furnished with such information, which includes the fact that the defendant has prepaid legal fees in a substantial amount to his attorneys. Accordingly, Paragraph 4.s. is hereby amended to read as follows:

> Without the prior permission of the U.S. Probation Office, the defendant shall not spend, otherwise transfer, or encumber during any month assets in excess of the total of (i) $45,000 (including attorneys' fees) in the aggregate, and (ii) required payments of federal or state income taxes.

* * * *

Except as amended hereby, the Order Setting Conditions of Release dated January 5, 2004 remains in full force and effect.

It is so ordered.

Dated this 3rd day of March 2005, at Hartford, Connecticut, nunc pro tunc, February 15, 2005.

                          /s/
                    Alvin W. Thompson
              United States District Judge