UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | |
| | : | March 3, 2005 |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON | : | |

MEMORANDUM OF THE UNITED STATES IN
OPPOSITION TO SHELTON'S MOTION FOR A SIX MONTH EXTENSION
OF THE SENTENCING DATE

CHRISTOPHER J. CHRISTIE
JOHN J. CARNEY
JAMES MCMAHON
NORMAN GROSS
RICHARD J. SCHECHTER
U.S. Department of Justice
970 Main Street, Room 700
Newark, NJ  07102
Tel:  (973) 645-6112
Fax:  (973) 645-3988

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | |
| | : | March 3, 2005 |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON | : | |

### MEMORANDUM OF THE UNITED STATES IN OPPOSITION TO SHELTON'S MOTION FOR A SIX MONTH EXTENSION OF THE SENTENCING DATE

The United States respectfully submits this memorandum in response to defendant Shelton's motion for an extension of the sentencing date in this matter until September 20, 2005. While the United States does not object to a reasonable adjournment of the March 24, 2005 sentencing date, a six month extension of the sentencing until September 20, 2005 is clearly unwarranted.

Shelton is now a convicted defendant having been found guilty on each of the 12 counts on which he was indicted. His guideline range is, according to the Government's calculation, 151-188 months (12 to 15 years). He faces financial penalties approaching $28 billion (twice the pecuniary loss suffered by the victims of his offense). Quite simply, there can be no justice for the victims of Shelton's offense unless he is sentenced to a lengthy term of imprisonment as soon as reasonably practical and

severe financial penalties are imposed.  Otherwise, Shelton will remain in a position to squander away the $30 million in assets he currently possesses.

The United States requests that the following schedule be ordered by the Court:

(1) the initial disclosure of the Presentence Report be made on or before June 1, 2005;

(2) Shelton and the United States file their objections to Probation and the opposing party 21 days thereafter on or before June 22, 2005;

(3) Probation's Presentence Report be filed with the Court on June 29, 2005; and

(4) the sentencing take place during the week of July 13-17, 2005.

Such a schedule is more than reasonable, and does provide Shelton more than sufficient time to prepare for sentencing and to put his affairs in order prior to reporting to serve his sentence.

        Respectfully submitted,

        CHRISTOPHER J. CHRISTIE
        Special Attorney
        U.S. Department of Justice

        /s/ John J. Carney

        By:  JOHN J. CARNEY
        Special Attorney
        U.S. Department of Justice
        Federal Bar No. 24063

        /s/ James McMahon

        By:  JAMES MCMAHON
        Special Attorney
        U.S. Department of Justice
        Federal Bar No. 24062

        /s/ Norman Gross

        By:  NORMAN GROSS
        Special Attorney
        U.S. Department of Justice
        Federal Bar No. 24933

        /s/ Richard J. Schechter


        By:  RICHARD J. SCHECHTER
        Special Attorney
        U.S. Department of Justice
        Federal Bar No. 24238

CERTIFICATE OF SERVICE

  The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via fax and email delivery:

  Thomas Puccio, Esq.
  Scott Edelman, Esq.
  Thomas Arena, Esq.
  Gary Collins, Esq.
  Hope Seeley, Esq.

  Warren Maxwell

  I declare under penalty of perjury that the foregoing is true and correct.


            /s/ Norman Gross
            NORMAN GROSS
            U.S. Department of Justice


Dated:  March 3, 2005
     Newark, New Jersey