1483

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:02 CR 264 (AWT) |
| v. | |
| E. KIRK SHELTON. | March 8, 2005 |

FILED
2005 MAR -8  P 1:30
U.S. DISTRICT COURT
HARTFORD, CT

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Boston, Massachusetts with his family in order to visit colleges in the Boston area for his oldest son. Mr. Shelton and his family would leave Tuesday, March 15, 2005 and return on Thursday, March 17, 2005. While in Boston, Mr. Shelton and his family would stay at the Hotel Commonwealth, 500 Commonwealth Ave, Boston, MA 02215; tel. 617-532-5019. The Shelton family intends to visit Boston University, Emerson College, Northeastern University, and possibly the University of Massachusetts.

Assistant United States Attorney John Carney has been contacted by the undersigned counsel regarding this motion and he indicated that the Government opposes this motion.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel with his family to Boston, Massachusetts from March 15, 2005 through March 17, 2005 in order to visit colleges with his son.

```
GRANTED, over the objection of the government, after consultation with the United
States Probation Office.  It is so ordered.

Alvin W. Thompson, U.S.D.J.            Hartford, CT    3/9/2005
```

SANTOS & SEELEY, P.C. • ATTORNEYS AT LAW • 51 RUSS STREET • HARTFORD, CT 06106-1566 • (860) 249-6548 • FAX (860) 724-5533 • JURIS NO. 07230