UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA       )
                               )
v.                             )        Criminal No. 3:02CR00264(AWT)
                               )
E. KIRK SHELTON                )
-------------------------------
```

### RULING ON DEFENDANT SHELTON'S MOTION TO CONTINUE SENTENCING

Defendant Shelton's Motion to Continue Sentencing (Doc. No. 1446) is hereby GRANTED in part and DENIED in part. While the court concludes that this is a complex case and a longer than typical period of time to prepare for sentencing is appropriate, the court concludes that a six-month continuance is longer than is reasonably necessary.[1]

Accordingly, the schedule for the sentencing process shall be as follows:

(1) the initial disclosure of the Presentence Report shall be made on or before June 1, 2005;

(2) defendant Shelton and the government shall submit any objections to the initial disclosure to the United States Probation Office and the opposing party on or before June 15, 2005;

---

[1] By way of comparison, the court notes that it granted the new trial team for the government six months to prepare for the retrial of co-defendant Walter A. Forbes.

-1-

(3) the revised Presentence Report must be disclosed to the court and to counsel no later than June 29, 2005; and

(4) any hearing on objections to the Presentence Report and the sentencing shall take place during the week of July 18-22, 2005.

It is so ordered.

Dated this 15th day of March 2005, at Hartford, Connecticut.

                                           /s/
                              Alvin W. Thompson
                       United States District Judge