**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  | : |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
|  | : |  |
| v. | : |  |
|  | : |  |
| E. KIRK SHELTON. | : | March 28, 2005 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to

Washington, D.C. on Thursday, March 31, 2005 in order to meet with appellate counsel. Mr.

Puccio will be attending the meeting with the Defendant. The name and address of appellate

counsel are: John W. Nields, Howrey Simon, Arnold & White LLP, 1299 Pennsylvania Avenue,

N.W., Washington, D.C. 20004, tel. 202-383-6639.

Assistant United States Attorney John Carney has been contacted by the undersigned

counsel regarding this motion and he indicated that the Government does not object to this

motion.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to

travel to Washington, D.C. on March 31, 2005 in order to meet with appellate counsel.

**THE DEFENDANT,**
**E. Kirk Shelton**


BY_____

    HOPE C. SEELEY
    Federal Bar No. ct 4863
    SANTOS & SEELEY, P.C.
    51 Russ Street
    Hartford, CT 06106
    Tel: (860) 249-6548
    Fax:(860) 724-5533

    LAW OFFICES OF THOMAS P. PUCCIO
    Thomas P. Puccio, Esq. (CT 22983)
    230 Park Avenue, Suite 301
    New York, NY  10172
    Tel.: (212) 883-6383
    Fax: (212) 883-6388

    DAY, BERRY & HOWARD LLP
    Stanley A. Twardy, Jr. (CT 05096)
    Gary H. Collins, Esq. (CT 22119)
    City Place 1, 185 Asylum Street
    Hartford, CT  06103
    Tel: (860) 275-0314
    Fax: (860) 275-0343

    MILBANK, TWEED, HADLEY & McCLOY, LLP
    Scott A. Edelman, Esq. (CT 25268)
    Thomas A. Arena, Esq. (CT 25269)
    1 Chase Manhattan Plaza
    New York, NY  10005-1413
    Tel.: (212) 530-5000
    Fax: (212) 530-5219

-3-

**CERTIFICATION**

I hereby certify that on March 28, 2005 copy of the foregoing was served on the following parties and interested persons via fax and U.S. Mail:


John J. Carney, Esq.
James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ  07101
Tel: (973) 645-2700
Fax: (973) 645-2857

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571


_____
HOPE C. SEELEY
