UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | March 28, 2005 |

## MOTION FOR LEAVE TO FILE MEMORANDA IN EXCESS OF FORTY PAGES

Defendant, E. Kirk Shelton, respectfully requests, pursuant to D. Conn. L. Civ. R. 7(a)(2) (applicable in criminal actions pursuant to D. Conn. L. Cr. R. 1(c)), for leave to file his memoranda in support of his motion for judgment of acquittal and for new trial in excess of forty (40) pages. Mr. Shelton respectfully requests that the page limit for this submission be extended to one hundred and seventy-five (175) pages. In support of this motion, Mr. Shelton represents as follows:

1. On or about January 4, 2005, the Court, after more than eight months of trial, received the jury's verdict in this matter.[1] On January 25, 2005, the court ordered that Mr. Shelton "shall file his post-trial motions by no later than April 4, 2005."[2]

2. On March 7, 2005, Mr. Shelton filed his twenty-one (21) page Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 or For a New Trial Pursuant to Fed. R. Crim. P. 33 and will be filing his supporting memorandum on April 4, 2005.

---

[1] Opening statements commenced on May 10, 2004. Tr. 27.

[2] On January 5, 2005, the Court granted Mr. Shelton's request for a 60-day period after the jury's verdict in which to make post-trial motions pursuant to Rules 29 and 33. Pursuant to Fed. R. Crim. P. 45, the sixtieth day after the jury's verdict is computed to be Monday, March 7, 2005. On January 25, 2005, the Court granted Mr. Shelton's request for an additional 30 days (for a total of 90 days after the jury verdict) in which to file post-trial motions. The ninetieth day, as computed by Rule 45, is Monday, April 4, 2005.

3. D. Conn. L. Civ. R. 7(a)(2), applicable in criminal actions pursuant to D. Conn. L. Cr. R. 1(c), provides: [e]xcept by permission of the Court, briefs or memoranda shall not exceed *forty (40)* 8 ½" by 11" pages of double spaced standard typographical print, exclusive of pages containing a table of contents, table of statutes, rules or the like."

4. Mr. Shelton now seeks leave to file his memoranda in support of his motion for judgment of acquittal and for new trial in excess of forty (40) pages. The record in this matter raises numerous complex issues of law that must be analyzed in the context of a record that exceeds sixteen thousand (16,000) pages. To fairly and adequately explain and analyze the grounds raised in his motion, a brief of this size is necessary. Accordingly, Mr. Shelton respectfully requests that the Court grant him permission to file his memorandum of law in support of his motion for judgment of acquittal and for new trial not exceeding one hundred and seventy-five (175) pages in length.

5. On March 22, 2005, the undersigned counsel contacted the government regarding this motion and has not yet heard from them regarding their position.

**WHEREFORE**, Mr. Shelton respectfully requests, pursuant to D. Conn. L. Civ. R. 7(a)(2) (applicable in criminal actions pursuant to D. Conn. L. Cr. R. 1(c)) for leave to file his memorandum of law in support of his motion for judgment of acquittal and for new trial not exceeding one hundred and seventy-five (175) pages.

DATED:   Hartford, Connecticut
         March 28, 2005

       Respectfully submitted,

       DAY, BERRY & HOWARD LLP

By: _____
       Gary H. Collins (CT 22119)
       City Place 1, 185 Asylum Street
       Hartford, CT  06103
       Tel.: (860) 275-0314
       Fax: (860) 275-0343

       LAW OFFICES OF THOMAS P. PUCCIO
       Thomas P. Puccio (CT 22983)
       230 Park Avenue, Suite 301
       New York, NY  10172
       Tel.: (212) 883-6383
       Fax: (212) 883-6388

       MILBANK, TWEED, HADLEY & McCLOY, LLP
       Scott A. Edelman (CT 25268)
       Thomas A. Arena (CT 25269)
       1 Chase Manhattan Plaza
       New York, NY  10005-1413
       Tel.: (212) 530-5000
       Fax: (212) 530-5219

       Attorneys for Defendant E. Kirk Shelton

-4-

## **CERTIFICATION**

     I hereby certify that on March 28, 2005 a copy of the foregoing was served on the following parties via fax and US Mail:

        John J. Carney, Esq.
        James McMahon, Esq.
        Richard J. Schechter, Esq.
        Norman Gross, Esq.
        United States Attorney's Office
        District of New Jersey
        970 Broad Street, Suite 700
        Newark, NJ  07101

        Warren Maxwell
        Deputy Chief United States Probation Officer
          District of Connecticut
        United States District Court - District of Connecticut
        157 Church Street, 22nd Fl.
        New Haven, CT 06510

                              _____
                                    Gary H. Collins