UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| --- | --- | --- |
| v. | : | |
| E. KIRK SHELTON. | : | March 28, 2005 |

FILED
2005 MAR 28 A 10: 36
US DISTRICT COURT
HARTFORD CT

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Washington, D.C. on Thursday, March 31, 2005 in order to meet with appellate counsel. Mr. Puccio will be attending the meeting with the Defendant. The name and address of appellate counsel are: John W. Nields, Howrey Simon, Arnold & White LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004, tel. 202-383-6639.

Assistant United States Attorney John Carney has been contacted by the undersigned counsel regarding this motion and he indicated that the Government does not object to this motion.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel to Washington, D.C. on March 31, 2005 in order to meet with appellate counsel.



GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT  3/29/05