UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAR 28 A 10: 22
US DISTRICT COURT
HARTFORD CT

| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
|---|---|---|
| v. | : | |
| E. KIRK SHELTON. | : | March 28, 2005 |

## MOTION FOR LEAVE TO FILE MEMORANDA IN EXCESS OF FORTY PAGES

Defendant, E. Kirk Shelton, respectfully requests, pursuant to D. Conn. L. Civ. R. 7(a)(2) (applicable in criminal actions pursuant to D. Conn. L. Cr. R. 1(c)), for leave to file his memoranda in support of his motion for judgment of acquittal and for new trial in excess of forty (40) pages. Mr. Shelton respectfully requests that the page limit for this submission be extended to one hundred and seventy-five (175) pages. In support of this motion, Mr. Shelton represents as follows:

1. On or about January 4, 2005, the Court, after more than eight months of trial, received the jury's verdict in this matter.[1] On January 25, 2005, the court ordered that Mr. Shelton "shall file his post-trial motions by no later than April 4, 2005."[2]

2. On March 7, 2005, Mr. Shelton filed his twenty-one (21) page Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 or For a New Trial Pursuant to Fed. R. Crim. P. 33 and will be filing his supporting memorandum on April 4, 2005.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 3/29/05

---

[1] Opening statements commenced on May 10, 2004. Tr. 27.

[2] On January 5, 2005, the Court granted Mr. Shelton's request for a 60-day period after the jury's verdict in which to make post-trial motions pursuant to Rules 29 and 33. Pursuant to Fed. R. Crim. P. 45, the sixtieth day after the jury's verdict is computed to be Monday, March 7, 2005. On January 25, 2005, the Court granted Mr. Shelton's request for an additional 30 days (for a total of 90 days after the jury verdict) in which to file post-trial motions. The ninetieth day, as computed by Rule 45, is Monday, April 4, 2005.