UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | April 6, 2005 |

### MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Washington, D.C. on either Monday, April 11, 2005 or Tuesday, April 12, 2005 in order to meet with appellate counsel once again. Mr. Puccio will be attending the meeting with the Defendant. The reason for requesting the possibility of two dates is because Mr. Puccio is in the process of scheduling the meeting. The name and address of appellate counsel are: John W. Nields, Howrey Simon, Arnold & White LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004, tel. 202-383-6639.

Assistant United States Attorney John Carney has been contacted by the undersigned counsel regarding this motion and he indicated that the Government does not object to this motion.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel to Washington, D.C. on either April 11 or 12, 2005 in order to meet with appellate counsel.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 4/7/05