UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | April 21, 2005 |

## MOTION TO UNSEAL PORTIONS OF THE TRIAL TRANSCRIPT

Defendant, E. Kirk Shelton, respectfully moves the court, pursuant to D. Conn. L. Cr. R. 57(b)(3), to unseal the sealed portions of the transcripts from December 13, 2004, December 14, 2004 and April 15, 2005, for the limited purpose of filing a pleading responsive to the issues raised on the April 15, 2005, conference call. In support of this motion, Mr. Shelton represents as follows:

1. On April 15, 2005, the Court convened a conference call with all parties in this matter to discuss an issue relating to a juror and the appropriate scope of any potential communication initiated by the court with the juror.

2. During the call, the court unsealed the sealed portion of the trial transcript from the December 6, 2004 hearing regarding the juror to enable the parties to better respond to the issues now before the Court.

3. Counsel for Mr. Shelton now seeks an order from the court to also unseal the portions of the transcript from December 13, 2004, December 14, 2004 and April 15, 2005 relating to the juror. The sealed portions of this transcript are also necessary to enable Mr. Shelton to respond to the issues before the Court.

**WHEREFORE**, Mr. Shelton respectfully requests, pursuant to D. Conn. L. Cr. R. 57(b)(3), that the court order the unsealing of the sealed portions of the transcripts from

December 13, 2004, December 14, 2004 and April 15, 2005, for the limited purpose of enabling the defendant to file a pleading responsive to the issues raised on the April 15, 2005, conference call.

DATED:    Hartford, Connecticut
          April 21, 2005

Respectfully submitted,

DAY, BERRY & HOWARD LLP

By: _____
Gary H. Collins (CT 22119)
City Place 1, 185 Asylum Street
Hartford, CT  06103
Tel.: (860) 275-0314
Fax: (860) 275-0343

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio (CT 22983)
230 Park Avenue, Suite 301
New York, NY  10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

MILBANK, TWEED, HADLEY & McCLOY, LLP
Scott A. Edelman (CT 25268)
Thomas A. Arena (CT 25269)
1 Chase Manhattan Plaza
New York, NY  10005-1413
Tel.: (212) 530-5000
Fax: (212) 530-5219

Attorneys for Defendant E. Kirk Shelton

-3-

**CERTIFICATION**

    I hereby certify that on April 21, 2005 a copy of the foregoing was served on the following parties via fax and US Mail:

        John J. Carney, Esq.
        James McMahon, Esq.
        Richard J. Schechter, Esq.
        Norman Gross, Esq.
        United States Attorney's Office
        District of New Jersey
        970 Broad Street, Suite 700
        Newark, NJ  07101

                                              _____
                                                    Gary H. Collins