**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA       )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
WALTER A. FORBES and            )
E. KIRK SHELTON                )
-------------------------------
```

**ENDORSEMENT ORDER**

    Defendant E. Kirk Shelton's Motion to Unseal Portions of the Trial Transcript (Doc. No. 1510) is hereby GRANTED.  Although it is not apparent how the referenced portions of the transcript are necessary to enable Mr. Shelton to respond to the issues before the court, those portions of the transcript shall be unsealed only for counsel for Mr. Shelton, counsel for Mr. Forbes, and counsel for the government.

    It is so ordered.

    Dated this 25th day of April 2005, at Hartford, Connecticut.

                                                   /s/
                                      Alvin W. Thompson
                            United States District Judge