UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | CASE NO. 3:02 CR 00264 (AWT) |
| v. ) | |
| ) | |
| WALTER A. FORBES and ) | |
| E. KIRK SHELTON, ) | |
| Defendants. ) | |
| _____) | APRIL 27, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw her appearance on behalf of Third Party Witness Peter H. Lewis ("Mr. Lewis"). There is good cause for the Court to grant this Motion because the undersigned has resigned from her position with Bingham McCutchen LLP. In the event that Mr. Lewis is subpoenaed to testify in any retrial, he will continue to be represented by James R. Rollins, Esq. of Bingham McCutchen, who previously entered an appearance in this matter.

-2-

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

**THIRD-PARTY WITNESS**
**PETER H. LEWIS**

By: _____//S//_____
Tanya Tymchenko [ct22289]
**BINGHAM McCUTCHEN LLP**
One State Street
Hartford, CT 06103-3178
Tel: (860) 240-2700
Fax: (860) 240-2800
Email: tanya.tymchenko@bingham.com

His Attorney

-3-

## CERTIFICATION OF SERVICE

This is to certify that the foregoing was delivered to all counsel or parties of record on this 27th day of April, 2005, as follows:

Kevin G. Walsh
Assistant U.S. Attorney
District of New Jersey
970 Broad Street, Ste 700
Newark, NJ 07102
*By First Class U.S. Mail*

John J. Carney
Special Attorney
U.S. Department of Justice
450 Main Street
Hartford, CT 06103
*By First Class U.S. Mail*

Barry Simon
William & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
***Counsel for Walter A. Forbes***
*By First Class U.S. Mail*

James T. Cowdery
Cowdery, Ecker & Murphy LLC
750 Main Street
Hartford, CT 06103
***Counsel for Walter A. Forbes***
*By First Class U.S. Mail*

CTDOCS/1626503.1

Stanley A. Twardy, Jr.
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103
**Counsel for E. Kirk Shelton**
*By First Class U.S. Mail*

Thomas P. Puccio
230 Park Avenue, Ste 301
New York, NY 10169
**Counsel for E. Kirk Shelton**
*By First Class U.S. Mail*

Scott Edelman
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
**Counsel for E. Kirk Shelton**
*By First Class U.S. Mail*

                                           //S//
                                     Tanya Tymchenko