UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| WALTER A. FORBES, and | : | |
| E. KIRK SHELTON. | : | April 29, 2005 |

**MOTION OF DEFENDANT E. KIRK SHELTON
TO SEAL MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR INQUIRY INTO OUTSIDE INFLUENCE UPON JUROR**

Defendant E. Kirk Shelton, through undersigned counsel, hereby moves pursuant to Local Rule 57(b) of the District of Connecticut Rules of Criminal Procedure for an order sealing from public view the accompanying Memorandum of Law in Support of Motion of Defendant E. Kirk Shelton For Inquiry Into Outside Influence Upon Juror. The Memorandum contains personal and sensitive, non-public information relating to a juror.

In order to preserve the juror's privacy at this juncture, Mr. Shelton respectfully requests that this Court order that the Memorandum be filed under seal.

DATED: April 29, 2005

                Respectfully submitted,

                DAY, BERRY & HOWARD LLP

By: _____
     Stanley A. Twardy, Jr. (CT 05096)
     Gary H. Collins (CT 22119)
     City Place I, 185 Asylum Street
     Hartford, CT 06103
     Tel.: (860) 275-0314
     Fax: (860) 275-0343

     LAW OFFICES OF THOMAS P. PUCCIO
     Thomas P. Puccio (CT 22983)
     230 Park Avenue, Suite 301
     New York, NY 10172
     Tel.: (212) 883-6383
     Fax: (212) 883-6388

     MILBANK, TWEED, HADLEY & McCLOY LLP
     Scott A. Edelman (CT 25268)
     Thomas A. Arena (CT 25269)
     1 Chase Manhattan Plaza
     New York, NY 10005-1413
     Tel.: (212) 530-5000
     Fax: (212) 530-5219

     Attorneys for Defendant E. Kirk Shelton

-3-

## **CERTIFICATION**

    I hereby certify that on a copy of the foregoing was served via fax and US Mail on the following parties:

>John J. Carney, Esq.
>Special Attorney
>U.S. Department of Justice
>450 Main Street, Room 617
>Hartford, CT 06103

_____
Gary H. Collins