# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:02CR00264 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

U.S. v. Walter Forbes & E. Kirk Shelton

---

| | |
|---|---|
| 5/3/05 | *[Signature]* |
| **Date** | **Signature** |
| 24933 | Norman Gross |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 856-968-4930 | U.S. Attorney's Office<br>401 Market Street, 4th Floor |
| **Telephone Number** | **Address** |
| 856-968-4917 | Camden, NJ 08101 |
| **Fax Number** | |
| norman.gross@usdoj.gov | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Barry S. Simon, Esq.  
Williams and Connelly  
725 Twelfth Street, N.W.  
Washington, D.C. 20005  

Law Offices of Thomas P. Puccio  
Thomas P. Puccio, Esq.  
230 Park Avenue, Suite 301  
New York, NY 10172  

*[Signature]*  
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)