UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 APR 28 P 1: 23

|  |  |
| --- | --- |
| UNITED STATES OF AMERICA | ) |
|  | ) CASE NO. 3:02 CR 00264 (AWT) COURT |
| v. | ) HARTFORD, CT. |
|  | ) |
| WALTER A. FORBES and | ) |
| E. KIRK SHELTON, | ) |
| Defendants. | ) |
|  | ) APRIL 27, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw her appearance on behalf of Third Party Witness Peter H. Lewis ("Mr. Lewis"). There is good cause for the Court to grant this Motion because the undersigned has resigned from her position with Bingham McCutchen LLP. In the event that Mr. Lewis is subpoenaed to testify in any retrial, he will continue to be represented by James R. Rollins, Esq. of Bingham McCutchen, who previously entered an appearance in this matter.

2005 MAY -5 A II: 2b
U.S. DISTRICT COURT
HARTFORD, CT.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  5/ 4/ 05