1513

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| --- | --- | --- |
| v. | : | |
| WALTER A. FORBES, and E. KIRK SHELTON. | : | April 29, 2005 |

U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION OF DEFENDANT E. KIRK SHELTON TO SEAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR INQUIRY INTO OUTSIDE INFLUENCE UPON JUROR

Defendant E. Kirk Shelton, through undersigned counsel, hereby moves pursuant to Local Rule 57(b) of the District of Connecticut Rules of Criminal Procedure for an order sealing from public view the accompanying Memorandum of Law in Support of Motion of Defendant E. Kirk Shelton For Inquiry Into Outside Influence Upon Juror. The Memorandum contains personal and sensitive, non-public information relating to a juror.

In order to preserve the juror's privacy at this juncture, Mr. Shelton respectfully requests that this Court order that the Memorandum be filed under seal.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  5/5/05

FILED