UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | May 4, 2005 |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON | : | |

### GOVERNMENT'S MOTION TO SEAL MOTION FOR EXTENSION OF TIME

The United States, through undersigned counsel, hereby moves pursuant to Local Rule 57(b) of the District of Connecticut Rules of Criminal Procedure for an order sealing from public view the accompanying Motion for an Extension of Time to Respond to Defendant E. Kirk Shelton's Motion for Inquiry into Outside Influence upon Juror.  The extension motion refers to a motion that contains personal and sensitive, non-public information relating to a juror.

In order to protect the juror's privacy, the United States requests that this Court order that the appended Extension Motion be filed under seal.

Respectfully submitted,

NORMAN GROSS
Special Attorney
U.S. Department of Justice
Federal Bar No. 24933

**GRANTED.  It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  5/5/05