UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | May 6, 2005 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Philadelphia, PA on Sunday, May 15, 2005 and returning to Daren, Connecticut on Monday, May 16, 2005 in order to attend Mr. Shelton's niece's graduation ceremony from the University of Pennsylvania. Mr. Shelton and his family would be staying at Loews Philadelphia Hotel, 1200 Market Street, Philadelphia, PA 19107, telephone no. 215-627-1200. On the way to Philadelphia on Sunday, Mr. Shelton and his family also would like permission to stop at the house of Mr. Shelton's mother-in-law, Mona Schultz, in Fanwood, New Jersey.

      The undersigned counsel attempted to contact Assistant United States Attorney John Carney today regarding the Government's position on this motion, but he is not available to indicate the Government's position. The undersigned counsel would note that the Government previously has objected to similar motions for permission to travel.

      For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel to Philadelphia, PA (and to visit his mother-in-law in New Jersey on the way) on May 15, 2005 and to return to Darien, Connecticut on May 16, 2005.

**THE DEFENDANT,**
**E. Kirk Shelton**


BY_____
HOPE C. SEELEY
Federal Bar No. ct 4863
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio, Esq. (CT 22983)
230 Park Avenue, Suite 301
New York, NY 10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

DAY, BERRY & HOWARD LLP
Stanley A. Twardy, Jr. (CT 05096)
Gary H. Collins, Esq. (CT 22119)
City Place 1, 185 Asylum Street
Hartford, CT 06103
Tel: (860) 275-0314
Fax: (860) 275-0343

MILBANK, TWEED, HADLEY & McCLOY, LLP
Scott A. Edelman, Esq. (CT 25268)
Thomas A. Arena, Esq. (CT 25269)
1 Chase Manhattan Plaza
New York, NY 10005-1413
Tel.: (212) 530-5000
Fax: (212) 530-5219

-3-

## **CERTIFICATION**

I hereby certify that on May 6, 2005 copy of the foregoing was served on the following parties and interested persons via fax and U.S. Mail:

John J. Carney, Esq.
James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ  07101
Tel: (973) 645-2700
Fax: (973) 645-2857

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571

_____
HOPE C. SEELEY