**UNITED STATE DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | May 12, 2005 |

**MOTION TO CONTINUE SENTENCING**

The Defendant, E. Kirk Shelton, respectfully moves to continue the date of his sentencing hearing from the week of July 18-22 to a later date since the undersigned counsel (Hubert J. Santos and Hope C. Seeley) will be on trial in a criminal case in state court. In support of this motion, Mr. Shelton makes the following representations:

1. Mr. Shelton retained Attorneys Santos and Seeley (hereinafter "the undersigned counsel") in order to assist the defense team in all aspects of the sentencing proceeding.

2. Both counsel have been involved in preparing Mr. Shelton's case for the sentencing hearing. The undersigned counsel have been involved in numerous internal defense meetings and telephone conferences, conferences and communications with Mr. Maxwell, including being present for the home visit and probation interviews, telephone conferences with the Court, preparation of Motions For Permission To Travel, preparation of the bond documents and both counsel will be involved in drafting and finalizing the Memorandum In Aid Of Sentencing. Furthermore, both counsel will be involved in the preparation of the presentation at sentencing.

3.  The undersigned counsel were scheduled to begin jury selection on April 27, 2005 in a state criminal case in Litchfield, *State v. Robert Stillman*, Docket No. 02-108923 (six counts of sexual assault in the first degree; six counts of risk of injury to a minor). The *Stillman* case was continued to June 22, 2005 for a firm trial date due to unresolved discovery matters.

4.  Because there is individual voir dire in state court in Connecticut, the undersigned counsel expect jury selection to last two weeks, and it is anticipated that the evidence will be presented in approximately two to three weeks.

5.  Accordingly, because the undersigned counsel anticipate that the trial in Litchfield will be held from June 22, 2005 to the end of July 2005, a continuance of the sentencing hearing in *United States v. Shelton* is requested.

**THE DEFENDANT,**
**E. Kirk Shelton**

BY_____
SANTOS & SEELEY, P.C.
Hubert J. Santos (CT 00069)
Hope C. Seeley (CT 04863)
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio, Esq. (CT 22983)
230 Park Avenue, Suite 301
New York, NY  10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

DAY, BERRY & HOWARD LLP
Stanley A. Twardy, Jr. (CT 05096)
Gary H. Collins, Esq. (CT 22119)
City Place 1, 185 Asylum Street
Hartford, CT  06103
Tel: (860) 275-0314
Fax: (860) 275-0343

MILBANK, TWEED, HADLEY & McCLOY, LLP
Scott A. Edelman, Esq. (CT 25268)
Thomas A. Arena, Esq. (CT 25269)
1 Chase Manhattan Plaza
New York, NY  10005-1413
Tel.: (212) 530-5000
Fax: (212) 530-5219

## **CERTIFICATION**

I hereby certify that on May 12, 2005 copy of the foregoing was served on the following parties and interested persons via fax and U.S. Mail:

John J. Carney, Esq.
James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ  07101
Tel: (973) 645-2700
Fax: (973) 645-2857

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571

C. Warren Maxwell
Deputy Chief Porbation Officer
United States Probation Office
157 Church Street, 22nd Floor
New Haven, CT 06510
Tel: (203) 773-2100
Fax: (203) 773-2200

_____
HUBERT J. SANTOS