1522

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | May 6, 2005 |

FILED
2005 MAY 6  P 3: 43
U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Philadelphia, PA on Sunday, May 15, 2005 and returning to Daren, Connecticut on Monday, May 16, 2005 in order to attend Mr. Shelton's niece's graduation ceremony from the University of Pennsylvania. Mr. Shelton and his family would be staying at Loews Philadelphia Hotel, 1200 Market Street, Philadelphia, PA 19107, telephone no. 215-627-1200. On the way to Philadelphia on Sunday, Mr. Shelton and his family also would like permission to stop at the house of Mr. Shelton's mother-in-law, Mona Schultz, in Fanwood, New Jersey.

The undersigned counsel attempted to contact Assistant United States Attorney John Carney today regarding the Government's position on this motion, but he is not available to indicate the Government's position. The undersigned counsel would note that the Government previously has objected to similar motions for permission to travel.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel to Philadelphia, PA (and to visit his mother-in-law in New Jersey on the way) on May 15, 2005 and to return to Darien, Connecticut on May 16, 2005.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  5/12/05