UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | May 17, 2005 |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON | : | |

**MOTION OF THE UNITED STATES PURSUANT TO D. CONN. L. CIV. R. 7(a)(2) FOR AN EXTENSION OF THE PAGE LIMIT FOR THE GOVERNMENT'S MEMORANDUM IN OPPOSITION TO SHELTON'S POST-TRIAL MOTIONS**

The United States, through undersigned counsel, respectfully moves for permission to file a Memorandum of Law in Opposition to defendant E. Kirk Shelton's "Motion for a Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 or for a New Trial, Pursuant to Fed. R. Crim. P. 33" (Shelton's "post-trial motions"). The Government's opposition is presently due on Thursday, May 19, 2005.

This Court granted Shelton's unopposed motion to file a memorandum of law in support of his post-trial motions which substantially exceeded the forty page limit of D. Conn. L. Civ. R. 7(a)(2). Thereafter Shelton filed a 140 page memorandum, which appears to be set in 10 point type.

The Government has prepared a draft of its memorandum of law in opposition to Shelton's post-trial motions ("Government's Opposition"). The draft is set in 12 point type, and is 210 pages long. If the Government's Opposition is converted to 10 point type, it reduces to approximately 150

pages. Because the 12 point type is considerably easier to read, the Government proposes to file its memorandum in that format.

The Government is keenly aware of the burden that this case, with its protracted trial and extensive motion practice, has placed on the Court, and has accordingly sought to limit the size of its Opposition. Given the extent of the relevant evidence that is implicated by Shelton's post-trial motions, the large number of claims, and Shelton's own extensive briefing, the Government believes that further reductions in its Opposition will not assist the Court's resolution of Shelton's post-trial motions.

Gary Collins, Esquire, one of Shelton's lawyers, informed AUSA Norman Gross today that Shelton does not oppose this request for an extension of the page limit for the Government's Opposition.

WHEREFORE, the Government respectfully requests permission to file a Memorandum of Law in Opposition to Shelton's post-trial motions that does not exceed 210 pages, with 12 point type.

                                      Respectfully submitted,

                                      CHRISTOPHER J. CHRISTIE
                                      United States Attorney

                          By:  NORMAN GROSS
                              Special Attorney
                              U.S. Department of Justice
                              Federal Bar No. 24933

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via email delivery:

   Gary Collins, Esq.

      I declare under penalty of perjury that the foregoing is true and correct.

_____
Norman Gross
U.S. Department of Justice

Dated: May 17, 2005
       Camden, New Jersey