1541

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | May 17, 2005 |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON | : | |

**MOTION OF THE UNITED STATES PURSUANT TO D. CONN. L. CIV. R. 7(a)(2) FOR AN EXTENSION OF THE PAGE LIMIT FOR THE GOVERNMENT'S MEMORANDUM IN OPPOSITION TO SHELTON'S POST-TRIAL MOTIONS**

The United States, through undersigned counsel, respectfully moves for permission to file a Memorandum of Law in Opposition to defendant E. Kirk Shelton's "Motion for a Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 or for a New Trial, Pursuant to Fed. R. Crim. P. 33" (Shelton's "post-trial motions"). The Government's opposition is presently due on Thursday, May 19, 2005.

This Court granted Shelton's unopposed motion to file a memorandum of law in support of his post-trial motions which substantially exceeded the forty page limit of D. Conn. L. Civ. R. 7(a)(2). Thereafter Shelton filed a 140 page memorandum, which appears to be set in 10 point type.

The Government has prepared a draft of its memorandum of law in opposition to Shelton's post-trial motions ("Government's Opposition"). The draft is set in 12 point type, and is 210 pages long. If the Government's Opposition is converted to 10 point type, it reduces to approximately 150

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 5/18/05