*[Left margin, handwritten sideways]: DENIED, without prejudice, at the telephonic conference held on the record today. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.   Hartford, CT   5/20/05*

## UNITED STATE DISTRICT COURT
## DISTRICT OF CONNECTICUT



FILED
2005 MAY 12 P 3:19
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:02 CR 264 (AWT) |
| v. | |
| E. KIRK SHELTON. | May 12, 2005 |

### MOTION TO CONTINUE SENTENCING

The Defendant, E. Kirk Shelton, respectfully moves to continue the date of his sentencing hearing from the week of July 18-22 to a later date since the undersigned counsel (Hubert J. Santos and Hope C. Seeley) will be on trial in a criminal case in state court. In support of this motion, Mr. Shelton makes the following representations:

1. Mr. Shelton retained Attorneys Santos and Seeley (hereinafter "the undersigned counsel") in order to assist the defense team in all aspects of the sentencing proceeding.

2. Both counsel have been involved in preparing Mr. Shelton's case for the sentencing hearing. The undersigned counsel have been involved in numerous internal defense meetings and telephone conferences, conferences and communications with Mr. Maxwell, including being present for the home visit and probation interviews, telephone conferences with the Court, preparation of Motions For Permission To Travel, preparation of the bond documents and both counsel will be involved in drafting and finalizing the Memorandum In Aid Of Sentencing. Furthermore, both counsel will be involved in the preparation of the presentation at sentencing.