UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | June 7, 2005 |

**MOTION FOR LEAVE TO FILE REPLY**
**MEMORANDA IN EXCESS OF FORTY PAGES**

      Defendant, E. Kirk Shelton, respectfully requests, pursuant to D. Conn. L. Civ. R. 7(a)(2) (applicable in criminal actions pursuant to D. Conn. L. Cr. R. 1(c)), for leave to file his reply memoranda in support of his motion for judgment of acquittal and for new trial in excess of forty (40) pages. Mr. Shelton respectfully requests that the page limit for this submission be extended to one hundred (100) pages. In support of this motion, Mr. Shelton represents as follows:

      1.      On or about January 4, 2005, the Court, after more than eight months of trial, received the jury's verdict in this matter.[1] On January 25, 2005, the court ordered that Mr. Shelton "shall file his post-trial motions by no later than April 4, 2005."

      2.      On March 7, 2005, Mr. Shelton filed his twenty-one (21) page Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 or For a New Trial Pursuant to Fed. R. Crim. P. 33. On April 4, 2005, Mr. Shelton filed his one-hundred and forty (140) page supporting memorandum. On May 19, 2005, the government its two-hundred and nine (209) page opposition to the supporting memorandum.

      3.      D. Conn. L. Civ. R. 7(a)(2), applicable in criminal actions pursuant to D. Conn. L. Cr. R. 1(c), provides: [e]xcept by permission of the Court, briefs or memoranda shall not exceed

---

[1] Opening statements commenced on May 10, 2004. Tr. 27.

*forty (40)* 8 ½" by 11" pages of double spaced standard typographical print, exclusive of pages containing a table of contents, table of statutes, rules or the like."

4. Mr. Shelton now seeks leave to file his memoranda in support of his reply motion for judgment of acquittal and for new trial in excess of forty (40) pages. As evidence by the lengthy submissions outlined above, the record in this matter raises numerous complex issues of law that must be analyzed in the context of a record that exceeds sixteen thousand (16,000) pages. To fairly and adequately explain and analyze the grounds raised in his motion, a brief of this size is necessary. Accordingly, Mr. Shelton respectfully requests that the Court grant him permission to file his reply memorandum of law in support of his motion for judgment of acquittal and for new trial not exceeding one hundred (100) pages in length.

5. On June 7, 2005, the undersigned counsel contacted the government regarding this motion and has not yet heard from them regarding their position.

**WHEREFORE**, Mr. Shelton respectfully requests, pursuant to D. Conn. L. Civ. R. 7(a)(2) (applicable in criminal actions pursuant to D. Conn. L. Cr. R. 1(c)) for leave to file his reply memorandum of law in support of his motion for judgment of acquittal and for new trial not exceeding one hundred (100) pages.

DATED:     Hartford, Connecticut
           June 7, 2005

Respectfully submitted,

DAY, BERRY & HOWARD LLP

By: _____
Gary H. Collins (CT 22119)
City Place 1, 185 Asylum Street
Hartford, CT 06103
Tel.: (860) 275-0314
Fax: (860) 275-0343

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio (CT 22983)
230 Park Avenue, Suite 301
New York, NY 10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

MILBANK, TWEED, HADLEY & McCLOY, LLP
Scott A. Edelman (CT 25268)
Thomas A. Arena (CT 25269)
1 Chase Manhattan Plaza
New York, NY 10005-1413
Tel.: (212) 530-5000
Fax: (212) 530-5219

Attorneys for Defendant E. Kirk Shelton

-4-

## **CERTIFICATION**

      I hereby certify that on June 7, 2005 a copy of the foregoing was served on the following parties via fax and US Mail:

              John J. Carney, Esq.
              James McMahon, Esq.
              Richard J. Schechter, Esq.
              Norman Gross, Esq.
              United States Attorney's Office
              District of New Jersey
              970 Broad Street, Suite 700
              Newark, NJ  07101

 

_____
                                        Gary H. Collins

Case 3:02-cr-00264-AWT    Document 1573    Filed 06/07/2005    Page 4 of 4

-4-