UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | June 7, 2005 |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDA IN EXCESS OF FORTY PAGES

Defendant, E. Kirk Shelton, respectfully requests, pursuant to D. Conn. L. Civ. R. 7(a)(2) (applicable in criminal actions pursuant to D. Conn. L. Cr. R. 1(c)), for leave to file his reply memoranda in support of his motion for judgment of acquittal and for new trial in excess of forty (40) pages. Mr. Shelton respectfully requests that the page limit for this submission be extended to one hundred (100) pages. In support of this motion, Mr. Shelton represents as follows:

1. On or about January 4, 2005, the Court, after more than eight months of trial, received the jury's verdict in this matter.[1] On January 25, 2005, the court ordered that Mr. Shelton "shall file his post-trial motions by no later than April 4, 2005."

2. On March 7, 2005, Mr. Shelton filed his twenty-one (21) page Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 or For a New Trial Pursuant to Fed. R. Crim. P. 33. On April 4, 2005, Mr. Shelton filed his one-hundred and forty (140) page supporting memorandum. On May 19, 2005, the government its two-hundred and nine (209) page opposition to the supporting memorandum.

3. D. Conn. L. Civ. R. 7(a)(2), applicable in criminal actions pursuant to D. Conn. L. Cr. R. 1(c), provides: [e]xcept by permission of the Court, briefs or memoranda shall not exceed

---

[1] Opening statements commenced on May 10, 2004. Tr. 27.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/8/05