# Exhibit A

Explore the TechTarget Network at SearchTechTarget.com.                Activate your FREE member:



HOME | LOOK IT UP | LEARNING CENTER | FAST REFERENCES

ADVERTISEMENT

**Whatis.com** *Target Search*™
**Search our IT-specific encyclopedia for:**

[Search]    or jump to a topic:   [Choose a topic...] [Go]

**Advanced Search**

**Browse alphabetically:**
A B **C** D E F G H I J K L M N O P Q R S T U V W X Y Z #

All Categories → Computing Fundamentals → General Computing Terms

### cheat sheet

EXPLORE THIS AREA: RICH-MEDIA AD

1) A cheat sheet is a piece of paper with information written down on it that an unethical person might create if they weren't prepared for a test. The meaning of cheat sheet has broadened to include any memory refreshing tool.

2) In IT training, a cheat sheet is a reference tool that provides simple, brief instructions for accomplishing a specific task.

**Read more about it at:**
> We've compiled a handy compendium of Our Favorite Cheat Sheets.

**Last updated on:** Jun 01, 2004

Vendor Webcast Simplifying IT Infrastructures.
Create your own help desk Put in a ticket at IT Knowledge Exchange.

**What's New?**

**WORD OF THE DAY...**
**Calibrated Vectored Cooling**

**LEARN MORE ABOUT...**
**Quiz: Writing for business**

- Major IT players: How'd they start out?
- A wolf in sheep's clothing?
- SGI archive a slam dunk for NBA
- Secret Word of the Day
- Daily geek trivia
- IT Alphabet Soup Q&A
- Site Map for whatis.com
- Recently added/updated


**Email a friend:**

**Send this page to a friend!**  Email a friend
Note: Email addresses will only be used to send site content to your friend(s).

HOME | LOOK IT UP | LEARNING CENTER | FAST REFERENCES

About Us | Contact Us | For Advertisers | For Business Partners | Reprints | RSS | Awards

Whatis.com is part of the TechTarget network of industry-specific IT Web sites

**WINDOWS**
SearchExchange.com
SearchSQLServer.com
SearchVB.com
SearchWin2000.com
SearchWindowsSecurity.com
SearchWinSystems.com
Labmice.net
MyITForum.com

**APPLICATIONS**
SearchCRM.com
SearchSAP.com

**ENTERPRISE IT MANAGEMENT**
SearchCIO.com
SearchDataCenter.com
SearchSMB.com

**CORE TECHNOLOGIES**
SearchEnterpriseVoice.com
SearchMobileComputing.com
SearchNetworking.com
SearchOracle.com
SearchSecurity.com
SearchStorage.com
SearchWebServices.com
WhatIs.com

**PLATFORMS**
Search390.com
Search400.com
SearchDomino.com
SearchEnterpriseLinux.com

TechTarget Expert Answer Center | TechTarget Enterprise IT Conferences | TechTarget Corporate Web Site |

Explore **SearchTechTarget.com**, the guide to the TechTarget network of industry-specific IT Web sites.

All Rights Reserved, Copyright 2000 - 2005, TechTarget                Read our Pr