# Exhibit B

Explore the TechTarget Network at SearchTechTarget.com.    Activate your FREE member:



Whatis.com *Target Search*™

**Search our IT-specific encyclopedia for:**

[          ] Search    or jump to a topic: [Choose a topic... ▼] Go

**Advanced Search**

**Browse alphabetically:**
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

# Our Favorite Cheat Sheets

You never know when a good cheat sheet will come in handy -- bookmark this page to keep our treasure trove of use at your fingertips! Looking for more in-depth information? Check out our **Learning Guides and Tutorials**.

**AS/400**

   AS/400 commands for UNIX programs
   http://www-128.ibm.com/developerworks/eserver/articles/building.html

   Common AS/400 commands
   http://whatis.techtarget.com/content/0,290959,sid9_gci827107,00.html

   Favorite iSeries cheat sheets
   http://search400.techtarget.com/general/0,295582,sid3_gci1049222,00.html>

**Best cheat sheet resource we know of for beginners**

   **Beginners.co.uk** provides over 450 beginner's tutorials on a wide variety of subjects, including:

   - **Active Server Pages**
   - **C++**
   - **Cisco**
   - **Dreamweaver**
   - **Flash**
   - **HTML**
   - **Internet**
   - **MSCE**

- MS Access
- MS Excel
- MS Word
- Networking
- Outlook
- PC Support
- Photoshop
- SQL
- Web Development
- Windows
- XML

**Networking**

802.xx specifications
http://searchmobilecomputing.techtarget.com/sDefinition/0,290660,sid40_gci992311,00.html

Categories of twisted pair cabling systems
http://searchnetworking.techtarget.com/sDefinition/0,,sid7_gci211752,00.html

Data rates for transmission technologies
http://whatis.techtarget.com/definition/0,289893,sid9_gci214198,00.html

Digital signal X
http://searchsmb.techtarget.com/sDefinition/0,,sid44_gci212004,00.html

Network Cabling Tutorials
http://www.techtutorials.info/netcable.html

Optical carrier levels
http://searchnetworking.techtarget.com/sDefinition/0,290660,sid7_gci212685,00.html

OSI Reference Model
http://searchnetworking.techtarget.com/sDefinition/0,290660,sid7_gci523729,00.html

**HTML and Web page cheat sheets**

Web Monkey HTML cheat sheet
http://hotwired.lycos.com/webmonkey/reference/html_cheatsheet/

Cheat sheet for creating links
http://www.webdiner.com/webadv/begin/cheat4.htm

Copy and paste JavaScript cheat sheet
http://javascript.internet.com/

ASCII code
http://htmlgoodies.earthweb.com/tutors/ascii.html

Special ASCII characters and how to type them
http://searchwin2000.techtarget.com/sDefinition/0,290660,sid1_gci847800,00.html

Special characters
http://hotwired.lycos.com/webmonkey/reference/special_characters/

"&" Commands

http://htmlgoodies.earthweb.com/tutors/&command.html

XHTML cheat sheet
http://www.tunna-resources.co.uk/tunna/main/tutorialfolder/xhtmlcheatsheet.htm

Cascading Style Sheet (CSS) cheat sheet
http://www.tek271.com/articles/css_cheat_sheet.html

**Keyboard shortcuts**

Keyboard shortcuts for Windows
http://www.labmice.net/articles/keyboard.htm

Keyboard shortcuts for Word
http://www.fgcu.edu/support/office2000/word/shortcuts.html

Keyboard shortcuts for Excel
http://www.fgcu.edu/support/office2000/excel/shortcuts.html

Keyboard shortcuts for PowerPoint
http://www.fgcu.edu/support/office2000/ppt/shortcuts.html

Outlook Express shortcuts
http://www.dbcc.cc.fl.us/fipse_sh/oeshortcuts.htm

More Outlook Express shortcuts
http://www.stevenchalmers.com/Tips/Outlook.shtml

Microsoft Outlook - Keyboard shortcuts
http://blogs.msdn.com/kclemson/archive/2003/12/19/44746.aspx

Alt+num combinations for Word - sorted by task
http://whatis.techtarget.com/content/1,290959,sid9_gci827341,00.html

**Microsoft Excel Cheat Sheet**

Using the basics in Excel
http://www.carleton.edu/campus/ITS/staff/sfox/excel_cheat_sheet.pdf

**Microsoft Outlook**

http://www.dinecollege.edu/email/Outlook_2002_Cheatsheet.pdf

Setting rules in Outlook to limit spam
http://whatis.techtarget.com/content/0,290959,sid9_gci840291,00.html

**Microsoft Word Cheat Sheets**

Troubleshooting autoformat defaults
http://www.addbalance.com/usersguide/troubleshooting.htm

Getting rid of that (*)#"@^ paperclip! - Taming the Office Assistant

http://www.addbalance.com/word/officeassistant.htm

Creating equations in Word
http://ist.uwaterloo.ca/ec/equations/equation.html

**Miscellaneous cheat sheets**

Dreamweaver acronyms and terms cheat sheet
http://www.dmxzone.com/ShowDetail.asp?NewsId=7676

CVS cheat sheet
http://www.webfunds.org/guide/cvs.html

Theoretical Computer Science - 10 pages of commonly used formulas and other useful information for computer scien
http://www.tug.org/texshowcase/cheat.pdf

Essential FTP Commands
http://www.windowsitpro.com/Article/ArticleID/21193/21193.html

File formats
http://whatis.techtarget.com/fileFormatA/0,289933,sid9,00.html

How many bytes for... (storage)
http://searchstorage.techtarget.com/sDefinition/0,290660,sid5_gci944596,00.html

Kibi, mebi, gibi, tebi, pebi, and all that
http://searchstorage.techtarget.com/sDefinition/0,290660,sid5_gci825099,00.html

Kilo, mega, giga, tera, peta, and all that
http://searchsmb.techtarget.com/sDefinition/0,290660,sid44_gci499008,00.html

Logic gates
http://searchsmb.techtarget.com/sDefinition/0,290660,sid44_gci213512,00.html

Mathematical Symbols
http://searchsmb.techtarget.com/sDefinition/0,290660,sid44_gci803019,00.html

SCSI
http://www.goesp.com/Downloads/Documents/scsi-cheat-sheet.pdf

Table of physical constants
http://searchsmb.techtarget.com/sDefinition/0,290660,sid44_gci860994,00.html

Table of physical units
http://searchsmb.techtarget.com/sDefinition/0,290660,sid44_gci551931,00.html

**On the Net**

Advertising Terminology on the Net
http://searchcio.techtarget.com/sDefinition/0,290660,sid19_gci211535,00.html

Chat Abbreviations
http://searchsmb.techtarget.com/sDefinition/0,290660,sid44_gci211776,00.html

Emoticons

http://searchmobilecomputing.techtarget.com/sDefinition/0,290660,sid40_gci212057,00.html

Japanese Emoticons
http://searchmobilecomputing.techtarget.com/sDefinition/0,290660,sid40_gci212056,00.html

**Operating Systems**

DOS commands
http://www.csulb.edu/~murdock/dosindex.html

DOS to Linux cheat sheet
http://www.redhat.com/docs/manuals/linux/RHL-6.2-Manual/getting-started-guide/ch-doslinux.html

Linux Cheat Sheet for Mac and Windows Programmers
http://www.mozilla.org/build/unix-cheatsheet.html

Unix commands
http://hotwired.lycos.com/webmonkey/reference/unix_guide/

More Unix commands
http://www.sloppycode.net/nix/

Rosetta Stone for Unix
http://bhami.com/rosetta.html

Treebeard's Unix cheat sheet
http://www.rain.org/~mkummel/unix.html

Windows error messages
http://whatis.techtarget.com/definition/0,289893,sid9_gci990463,00.html

**Programming and Scripting Languages**

PHP cheat sheet
http://www.blueshoes.org/en/developer/php_cheat_sheet

BASH programming
http://kearneylug.org/sections.php?op=printpage&artid=4

ASPLogin
http://support.acmeinternet.com/powerfaqs/asplogincheatsheet.htm

OpenGL Vertex programming
http://developer.nvidia.com/attach/6361

Javascript cheat sheet from Web Monkey
http://hotwired.lycos.com/webmonkey/reference/javascript_code_library/

Sybase SQL cheat sheet
http://www.selectorweb.com/sql_sybase.html

SQL cheat sheet
http://www.3gwt.net/demo/SQL_redux.html

Erich's Java cheat sheet for C++ programmers

**http://www4.ncsu.edu/~kaltofen/courses/Languages/JavaExamples/cpp_vs_java/**

Do you have a favorite cheat sheet that you'd like us to consider posting? **Let us know**!

**This word suggested by:** Andrea, Marie Belcredi, Carla Bombey, Kevin Cummings, Bruce Davidson, DietHard, Glen Doe, Desta Elliot, Lisa Fanning, Jacqueline Fretto, Barbara Gordon, Sue Huhn, Tina M, Doug Mize, Rob Oatman, Steve Procissi, John Sims, Scott Varney, Brad Williamson
**Last updated on:** Apr 26, 2005

**Vendor Webcast** Simplifying IT Infrastructures.

**Create your own help desk** Put in a ticket at IT Knowledge Exchange.

What's New?

**WORD OF THE DAY...**
**Calibrated Vectored Cooling**

**LEARN MORE ABOUT...**
**Quiz: Writing for business**

- Major IT players: How'd they start out?
- A wolf in sheep's clothing?
- SGI archive a slam dunk for NBA
- Secret Word of the Day
- Daily geek trivia
- IT Alphabet Soup Q&A
- Site Map for whatis.com
- Recently added/updated

**Email a friend:**

Send this page to a friend! Email a friend
Note: Email addresses will only be used to send site content to your friend(s).

HOME | LOOK IT UP | LEARNING CENTER | FAST REFERENCES

About Us | Contact Us | For Advertisers | For Business Partners | Reprints | RSS | Awards

Whatis.com is part of the TechTarget network of industry-specific IT Web sites

| WINDOWS | ENTERPRISE IT MANAGEMENT | PLATFORMS |
|---|---|---|
| SearchExchange.com | SearchCIO.com | Search390.com |
| SearchSQLServer.com | SearchDataCenter.com | Search400.com |
| SearchVB.com | SearchSMB.com | SearchDomino.com |
| SearchWin2000.com | | SearchEnterpriseLinux.com |
| SearchWindowsSecurity.com | **CORE TECHNOLOGIES** | |
| SearchWinSystems.com | SearchEnterpriseVoice.com | |
| Labmice.net | SearchMobileComputing.com | |
| MyITForum.com | SearchNetworking.com | |
| | SearchOracle.com | |
| **APPLICATIONS** | SearchSecurity.com | |

SearchCRM.com　　　　　　　　SearchStorage.com
SearchSAP.com　　　　　　　　SearchWebServices.com
　　　　　　　　　　　　　　　　WhatIs.com

TechTarget Expert Answer Center  |  TechTarget Enterprise IT Conferences  |  TechTarget Corporate Web Site  |

Explore **SearchTechTarget.com**, the guide to the TechTarget network of industry-specific IT Web sites.

All Rights Reserved, Copyright 2000 - 2005, TechTarget　　　　　　　　　　　　　　　　　　　Read our Pr