UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | June 9, 2005 |
| | : | |
| E. KIRK SHELTON | : | |

**MOTION OF THE UNITED STATES TO FILE A SURREPLY BRIEF IN OPPOSITION TO DEFENDANT SHELTON'S POST-TRIAL MOTIONS**

The United States, by its undersigned counsel, moves the Court to permit the Government to file a surreply brief in opposition to defendant E. Kirk Shelton's post-trial motions. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice

/s/ Norman Gross

By:  NORMAN GROSS
     Special Attorney
     U.S. Department of Justice
     Federal Bar No. 24933

Dated: June 9, 2005