UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | June 9, 2005 |
| | : | |
| **E. KIRK SHELTON** | : | |

**MEMORANDUM IN SUPPORT OF MOTION OF THE UNITED STATES TO FILE A SURREPLY BRIEF IN OPPOSITION TO DEFENDANT SHELTON'S POST-TRIAL MOTIONS**

On June 8, 2005, defendant Shelton filed an eighty-three page reply brief in support of his post-trial motions. The Government did not oppose Shelton's request to file an over-lengthy reply brief. Given the length of that brief, the large number of issues presented by Shelton's post-trial motions, and the significance of the disposition of Shelton's post-trial motions to this very extensive case, the Government requests permission to file a relatively short surreply brief. See Edberg v. Neogen Corp., 17 F.Supp.2d 104, 113 (D.Conn. 1998)(addressing plaintiff's surreply brief in opposition to defendant's motion to dismiss the complaint); Thaler v. Casella, 960 F.Supp. 691, 697 (S.D.N.Y. 1997)(noting that "plaintiffs requested and were granted permission to file a sur-reply").

If granted permission to file a surreply brief, the Government intends to articulate only a few salient arguments with respect to each of the ten claims raised in Shelton's post-trial motions. The Government anticipates that, unlike the

previous briefs filed in this case regarding Shelton's post-trial motions, the Government's proposed surreply brief will not exceed the 40 page limit for initial and responsive briefs established by D.Conn.L.Civ. R. 7(a).  The Government requests that, if this Court grants this motion, the Government be permitted to file its surreply brief within two weeks of that ruling.  The Government believes that its proposed surreply brief will assist the Court's resolution of Shelton's post-trial motions, and should not delay the Court's scheduled disposition of those motions during the week of July 18, 2005.

On June 9, 2005, Gary Collins, Esquire, one of the attorneys for defendant Shelton, informed the undersigned that Shelton was opposed to this request.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Court permit the Government to file a surreply brief in opposition to Shelton's post-trial motions.

        Respectfully submitted,

        CHRISTOPHER J. CHRISTIE
        Special Attorney
        U.S. Department of Justice

        /s/ Norman Gross

By:  NORMAN GROSS
     Special Attorney
     U.S. Department of Justice
     Federal Bar No. 24933

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via fax and United States Mail:

  Gary Collins, Esq.

      I declare under penalty of perjury that the foregoing is true and correct.

                                                _____
                                                Norman Gross
                                                U.S. Department of Justice

Dated:  June 9, 2005
        Camden, New Jersey