UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| WALTER A. FORBES, and | : | June 13, 2005 |
| E. KIRK SHELTON. | : | |
| | : | |
| | : | |

**MOTION OF DEFENDANT E. KIRK SHELTON
TO SEAL REPLY MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR INQUIRY INTO OUTSIDE INFLUENCE UPON JUROR**

Defendant E. Kirk Shelton, through undersigned counsel, hereby moves pursuant to Local Rule 57(b) of the District of Connecticut Rules of Criminal Procedure for an order sealing from public view the accompanying Motion of Defendant E. Kirk Shelton's Reply Memorandum Of Law In Support Of Motion For Inquiry Into Outside Influence Upon Juror. The Reply Memorandum contains personal and sensitive, non-public information relating to a juror.

In order to preserve the juror's privacy at this juncture, Mr. Shelton respectfully requests that this Court order that the Memorandum be filed under seal.

DATED: June 13, 2005

        Respectfully submitted,

        DAY, BERRY & HOWARD LLP

By: _____
    Stanley A. Twardy, Jr. (CT 05096)
    Gary H. Collins (CT 22119)
    City Place I, 185 Asylum Street
    Hartford, CT 06103
    Tel.: (860) 275-0314
    Fax: (860) 275-0343

    LAW OFFICES OF THOMAS P. PUCCIO
    Thomas P. Puccio (CT 22983)
    230 Park Avenue, Suite 301
    New York, NY 10172
    Tel.: (212) 883-6383
    Fax: (212) 883-6388

    MILBANK, TWEED, HADLEY & McCLOY LLP
    Scott A. Edelman (CT 25268)
    Thomas A. Arena (CT 25269)
    1 Chase Manhattan Plaza
    New York, NY 10005-1413
    Tel.: (212) 530-5000
    Fax: (212) 530-5219

    Attorneys for Defendant E. Kirk Shelton

-3-

## **CERTIFICATION**

    I hereby certify that on June 13, 2005 a copy of the foregoing was served on the following parties via overnight mail:

        John J. Carney, Esq.
        James McMahon, Esq.
        Richard J. Schechter, Esq.
        Norman Gross, Esq.
        United States Attorney's Office
        District of New Jersey
        970 Broad Street, Suite 700
        Newark, NJ  07101

        _____
        Gary H. Collins