15177

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264(AWT) |
| v. | : | June 9, 2005 |
| E. KIRK SHELTON | : | |

FILED 2005 JUN 13 P 12:20 U.S. DISTRICT COURT HARTFORD, CT

**MOTION OF THE UNITED STATES TO FILE A SURREPLY BRIEF IN OPPOSITION TO DEFENDANT SHELTON'S POST-TRIAL MOTIONS**

The United States, by its undersigned counsel, moves the Court to permit the Government to file a surreply brief in opposition to defendant E. Kirk Shelton's post-trial motions. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice

By: NORMAN GROSS
Special Attorney
U.S. Department of Justice
Federal Bar No. 24933

Dated: June 9, 2005

GRANTED. The government's surreply brief shall be filed on or before June 27, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J. Hartford, CT 6/13/05

FILED 2005 JUN 14 P 4:04 U.S. DISTRICT COURT HARTFORD, CT