1518

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUN 13 P 3:13
DISTRICT COURT
HARTFORD, CT.

| UNITED STATES OF AMERICA, | : | No. 3:02-CR 264 (AWT) |
|---|---|---|
| v. | : | |
| WALTER A. FORBES, and E. KIRK SHELTON. | : | June 13, 2005 |

### MOTION OF DEFENDANT E. KIRK SHELTON TO SEAL REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR INQUIRY INTO OUTSIDE INFLUENCE UPON JUROR

Defendant E. Kirk Shelton, through undersigned counsel, hereby moves pursuant to Local Rule 57(b) of the District of Connecticut Rules of Criminal Procedure for an order sealing from public view the accompanying Motion of Defendant E. Kirk Shelton's Reply Memorandum Of Law In Support Of Motion For Inquiry Into Outside Influence Upon Juror. The Reply Memorandum contains personal and sensitive, non-public information relating to a juror.

In order to preserve the juror's privacy at this juncture, Mr. Shelton respectfully requests that this Court order that the Memorandum be filed under seal.

GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/16/05

2005 JUN 20 A 8:54
U.S. DISTRICT COURT
HARTFORD, CT.
FILED