UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | June 22, 2005 |

## MOTION TO UNSEAL PORTIONS OF HEARING FOR COUNSEL REVIEW

Defendant, E. Kirk Shelton, respectfully moves the court, pursuant to D. Conn. L. Cr. R. 57(b)(3), to unseal the sealed portions of the hearing transcripts from June 17, 2005 for review by counsel for Mr. Shelton, counsel for Mr. Forbes and counsel for the government, for the limited purpose of reviewing the court's ruling. In support of this motion, Mr. Shelton represents as follows:

1.  On June 17, 2005, the Court convened a conference call with the parties to discuss an issue relating to a juror and the appropriate scope of any potential communication initiated by the court with the juror.

2.  During the call, the court sealed the sealed portion of the hearing transcript (pages 4-11) relating to the court's disposition of the issue relating to this matter.

3.  Counsel for Mr. Shelton now seeks an order from the court to also unseal the portions of the transcript to unseal the sealed portions of the hearing transcripts from June 17, 2005 (pages 4-11) for review by counsel for Mr. Shelton, counsel for Mr. Forbes and counsel for the government, for the limited purpose of reviewing the court's ruling.

**WHEREFORE**, Mr. Shelton respectfully requests, pursuant to D. Conn. L. Cr. R. 57(b)(3), that the court order the unsealing of the sealed portions of the hearing (pages 4-11) for review by counsel for Mr. Shelton, counsel for Mr. Forbes and counsel for the government, for the limited purpose of reviewing the court's ruling.

DATED:    Hartford, Connecticut
          June 22, 2005

                                        Respectfully submitted,

                                        DAY, BERRY & HOWARD LLP

                                    By: _____
                                        Gary H. Collins (CT 22119)
                                        City Place 1, 185 Asylum Street
                                        Hartford, CT  06103
                                        Tel.: (860) 275-0314
                                        Fax: (860) 275-0343

                                        LAW OFFICES OF THOMAS P. PUCCIO
                                        Thomas P. Puccio (CT 22983)
                                        230 Park Avenue, Suite 301
                                        New York, NY  10172
                                        Tel.: (212) 883-6383
                                        Fax: (212) 883-6388

                                        MILBANK, TWEED, HADLEY & McCLOY, LLP
                                        Scott A. Edelman (CT 25268)
                                        Thomas A. Arena (CT 25269)
                                        1 Chase Manhattan Plaza
                                        New York, NY  10005-1413
                                        Tel.: (212) 530-5000
                                        Fax: (212) 530-5219

                                        Attorneys for Defendant E. Kirk Shelton

## **CERTIFICATION**

      I hereby certify that on June 22, 2005 a copy of the foregoing was served on the following parties via fax and US Mail:

>John J. Carney, Esq.
>James McMahon, Esq.
>Richard J. Schechter, Esq.
>Norman Gross, Esq.
>United States Attorney's Office
>District of New Jersey
>970 Broad Street, Suite 700
>Newark, NJ  07101

 

_____
Gary H. Collins