UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | June 22, 2005 |

## MOTION TO UNSEAL PORTIONS OF HEARING FOR COUNSEL REVIEW

Defendant, E. Kirk Shelton, respectfully moves the court, pursuant to D. Conn. L. Cr. R. 57(b)(3), to unseal the sealed portions of the hearing transcripts from June 17, 2005 for review by counsel for Mr. Shelton, counsel for Mr. Forbes and counsel for the government, for the limited purpose of reviewing the court's ruling. In support of this motion, Mr. Shelton represents as follows:

1. On June 17, 2005, the Court convened a conference call with the parties to discuss an issue relating to a juror and the appropriate scope of any potential communication initiated by the court with the juror.

2. During the call, the court sealed the sealed portion of the hearing transcript (pages 4-11) relating to the court's disposition of the issue relating to this matter.

3. Counsel for Mr. Shelton now seeks an order from the court to also unseal the portions of the transcript to unseal the sealed portions of the hearing transcripts from June 17, 2005 (pages 4-11) for review by counsel for Mr. Shelton, counsel for Mr. Forbes and counsel for the government, for the limited purpose of reviewing the court's ruling.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/23/05

41605881.1 082703-00000
June 22, 2005 9:17 AM