UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:02CR264 (AWT) |
| v. | ) | |
| | ) | |
| E. KIRK SHELTON. | ) | June 30, 2005 |

## CHARACTER LETTERS

I. **FAMILY & COMMUNITY**

    A.    **Nuclear Family & Close Relations**

Amy Shelton (wife) .............................. 001-003
Scott Shelton (son) ............................. 004-005
Vicki Shelton de Angeli (sister) ............ 006-009
Michael de Angeli (brother-in-law) ....... 010-012
Christine de Angeli (niece) .................. 013-014
GerriAnne & Brian Mason
    (sister-in-law/brother-in-law) ..... 015-016
Gene & Terry Szczecina
    (brother-in-law/sister-in-law) ..... 017-021
Valerie Schultz (sister-in-law) ............. 022-023
John Schultz (brother-in-law) .............. 024-025
Bob Schultz (brother-in-law) ..................... 025A
Mona C. Schultz (mother-in-law) ................ 026
Richard A. Ratner (cousin) .................. 027-029
Carolyn J. Ratner (cousin) ......................... 030
Geoffrey A. Klafter (nephew) ..................... 031
Robert M. Klafter (nephew) ....................... 032

    B.    **Friends**

        1.    **Childhood friends**

Jack Skydel ....................................... 033-035
Tim Werner ....................................... 036-040
Joseph W. Prokop .............................. 041-043
Mary Pollack ...................................... 044-045
Bob Bauerle ...................................... 046-048
Jonathan W. Storck .................................. 049
Wendy J. Werner ..................................... 050
Ben Werner, Jr. ....................................... 051

2. **College & Graduate School friends**

    Anthony G. Petrello............................. 052-055
    Catherine M. Petrello ....................... 055A-055B
    Arthur Cohen...................................... 056-057
    Bruce A. Pollack................................. 058-059
    Robin Jackson.................................... 060-062
    Peter Tolnai........................................ 063

3. **Family friends**

    Cristina Antunes................................ 064-065
    Kathy Costa ....................................... 066
    Patrick G. Healy ................................. 067-069
    Sheila M. Phelan................................. 070-072
    Kevin Phelan..................................... 072A-072B
    Scott Frisoli ....................................... 073-074
    Laurie Doering................................... 075-076
    Lisa Ross-Benjamin .......................... 077-078
    Melissa Ross ..................................... 079-080
    Bill Cook............................................. 081-082
    Paula Noll........................................... 083-084
    Adrienne Wald.................................... 085-086
    Manuel & Peg Perez .......................... 087-089
    Martina H. DeMott.............................. 090
    Clifford Wald....................................... 091-092
    Morris B. Sachs, III............................. 093-094
    Kenneth L. Gestal .............................. 095-096
    Tim Hanratty....................................... 097
    Joan Hennessey ................................ 098

C. **Community**

    Charles H. Ainsworth ......................... 099-100
    Salvatore A. Cingari ........................... 101-102
    Alex Weiner........................................ 103
    Carol M. Holland ................................ 104
    Catherine E. Mishkin.......................... 105
    F. Scott Conant .................................. 106
    Timothy B. Hodges............................. 106A-106B
    Angie Lopez ....................................... 106C

II. **BUSINESS**

    A. **First employment:**

        Eugene M. Isenberg ........................... 107-108

    B. **CUC**

        Craig Sherman ................................. 109-112
        John P. Tuohy .................................. 113-115
        L. Sue Trizila .................................... 116-117
        Richard J. Fernandes ........................ 118-121
        Amy N. Lipton .................................. 121A-121B
        Christopher K. McLeod ..................... 121C-121D
        Ken Keith ........................................ 122-124
        Michael Bodetti ................................ 125-126
        Kelly E. Green ................................. 127-129
        Andrew D. Carr ............................... 130-133
        Vincent D'Agostino ........................... 134-136
        Carolyn Pazara ............................... 137-138
        Christian M. Deschermeier ................ 139-140
        Jeffrey Feuer .................................. 141-142
        Henry C. McCall .............................. 143-144
        Jonathan E. Beyman ........................ 145-146
        William B. Avery .............................. 147-148
        William B. King ................................ 149-150
        Robert J. Flowers, Sr. ....................... 151
        Jesse Fink ...................................... 152-153
        Anne S. Karfopoulos ......................... 154-155
        Robert La Mar & William Thomas ....... 156-157
        David Stueber ................................. 158-159
        Thomas Maurath .............................. 160

    C. **LivePerson**

        Robert LoCascio .............................. 161-162
        Victor Cheng ................................... 163-166
        Scott E. Cohen ................................ 167-168
        Tim Bixby ........................................ 169-170

    D. **YPO**

        Alexius C. Conroy ............................ 171-172
        Keith Camhi .................................... 173-176
        Steven J. Gilbert .............................. 177-178
        William M. Aron ............................... 179
        Kevin C. Clark ................................. 180-181

Daniel A. Weiss.................................... 182-183
Carl R. Kuehner, III ............................. 184-186
Carl W. Nichols, Jr. ............................. 187-188
Christopher J. Garcia .......................... 189-190
James M. Pugliese............................... 191-192
James D. Halper ................................. 193-194
Daniel M. Schley ................................. 195-196
Ronald V. Davis .................................. 197-198
Douglas Mellinger ............................... 199-200
Frank D. Osborn.................................. 201-202
Meredith Reuben................................. 203-204
William E. Lipner ......................................... 205
Edmund A. Hajim ........................................ 206
Darrell Harvey .............................................. 207
John Shaw .................................................. 208
David Corbin ................................................ 209
Peter Scannell............................................. 210

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:02CR264 (AWT) |
| v. | ) | |
| | ) | |
| E. KIRK SHELTON. | ) | June 30, 2005 |

**CHARACTER LETTERS: ALPHABETICAL ORDER**

| | |
|---|---|
| Ainsworth, Charles H. | 099-100 |
| Antunes, Cristina | 064-065 |
| Aron, William M. | 179 |
| Avery, William B. | 147-148 |
| Bauerle, Bob | 046-048 |
| Beyman, Jonathan E. | 145-146 |
| Bixby, Tim | 169-170 |
| Bodetti, Michael | 125-126 |
| Camhi, Keith | 173-176 |
| Carr, Andrew D. | 130-133 |
| Cheng, Victor | 163-166 |
| Cingari, Salvatore A. | 101-102 |
| Clark, Kevin C. | 180-181 |
| Cohen, Arthur | 056-057 |
| Cohen, Scott E. | 167-168 |
| Conant, F. Scott | 106 |
| Conroy, Alexius C. | 171-172 |
| Cook, Bill | 081-082 |
| Corbin, David | 209 |
| Costa, Kathy | 066 |
| D'Agostino, Vincent | 134-136 |
| Davis, Ronald V. | 197-198 |
| de Angeli Christine | 013-014 |
| de Angeli, Michael | 010-012 |
| de Angeli, Vicki Shelton | 006-009 |
| DeMott, Martina H. | 090 |
| Deschermeier, Christian M. | 139-140 |
| Doering, Laurie | 075-076 |
| Fernandes, Richard J. | 118-121 |
| Feuer, Jeffrey | 141-142 |
| Fink, Jesse | 152-153 |
| Flowers, Robert J., Sr. | 151 |
| Frisoli, Scott | 073-074 |
| Garcia, Christopher J. | 189-190 |

Gilbert, Steven J. .................................. 177-178
Green, Kelly E. ................................... 127-129
Gestal, Kenneth L. ............................. 095-096
Hajim, Edmund A. .................................... 206
Halper, James D. ............................... 193-194
Hanratty, Tim ........................................... 097
Harvey, Darrell ........................................ 207
Hodges, Timothy B. ........................ 106A-106B
Healy, Patrick G. ................................ 067-069
Hennessey, Joan ..................................... 098
Holland, Carol M. ..................................... 104
Isenberg, Eugene M. ........................... 107-108
Jackson, Bruce A. ............................... 060-062
Karfopoulos, Anne S. ........................... 154-155
Keith, Ken .......................................... 122-124
King, William B. .................................. 149-150
Klafter, Geoffrey A. ................................... 031
Klafter, Robert M. ..................................... 032
Kuehner, Carl R., III ............................ 184-186
La Mar, Robert & Thomas, William .... 156-157
Lipner, William E. ..................................... 205
Lipton, Amy N. ................................. 121A-121B
LoCascio, Robert ............................... 161-162
Lopez, Angie ........................................... 106C
Maurath, Thomas ...................................... 160
Mason, GerriAnne & Brian ................. 015-016
McCall, Henry C. ................................ 143-144
McLeod, Christopher K. ................. 121C-121D
Mellinger, Douglas ............................. 199-200
Mishkin, Catherine E. ................................ 105
Nichols, Carl W., Jr ............................. 187-188
Noll, Paula .......................................... 083-084
Osborn, Frank D. ................................ 201-202
Pazara, Carolyn .................................. 137-138
Perez, Manuel & Peg .......................... 087-089
Petrello, Anthony G. ............................ 052-055
Petrello, Catherine M. ..................... 055A-055B
Pollack, Bruce A. ................................. 058-059
Pollack, Mary ...................................... 044-045
Prokop, Joseph W. .............................. 041-043
Phelan, Kevin ................................. 072A-072B
Phelan, Sheila M. ............................... 070-072
Pugliese, James M. ............................ 191-192
Ratner, Carolyn J. .................................... 030
Ratner, Richard A. ............................. 027-029
Reuben, Meredith ............................... 203-204

| | |
|---|---|
| Ross, Melissa | 079-080 |
| Ross-Benjamin, Lisa | 077-078 |
| Sachs, Morris B., III | 093-094 |
| Scannell, Peter | 210 |
| Schley, Daniel M. | 195-196 |
| Schultz, Bob | 025A |
| Schultz, John | 024-025 |
| Schultz, Mona C. | 026 |
| Schultz, Valerie | 022-023 |
| Shaw, John | 208 |
| Shelton, Amy | 001-003 |
| Shelton, Scott | 004-005 |
| Sherman, Craig | 109-112 |
| Skydel, Jack | 033-035 |
| Storck, Jonathan W. | 049 |
| Stueber, David | 158-159 |
| Szczecina, Gene & Terry | 017-021 |
| Tolnai, Peter | 063 |
| Trizila, L. Sue | 116-117 |
| Tuohy, John P. | 113-115 |
| Wald, Adrienne | 085-086 |
| Wald, Clifford | 091-092 |
| Weiner, Alex | 103 |
| Weiss, Daniel A. | 182-183 |
| Werner, Ben Jr. | 051 |
| Werner, Tim | 036-040 |
| Werner, Wendy J. | 050 |