## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | July 5, 2005 |

# DEFENDANT SHELTON'S
# MEMORANDUM IN AID OF SENTENCING

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio, Esq. (CT 22983)
230 Park Avenue, Suite 301
New York, NY 10169
Tel: (212) 883-6383
Fax: (212) 883-6388

SANTOS & SEELEY, P.C.
Hubert J. Santos (CT 00069)
Hope C. Seeley (CT 04863)
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

DAY, BERRY & HOWARD LLP
Stanley A. Twardy, Jr. (CT 05096)
Gary H. Collins, Esq. (CT 22119)
City Place 1, 185 Asylum Street
Hartford, CT 06103
Tel: (860) 275-0314
Fax: (860) 275-0343

MILBANK, TWEED, HADLEY &
McCLOY, LLP
Scott A. Edelman, Esq. (CT 25268)
Thomas A. Arena, Esq. (CT 25269)
1 Chase Manhattan Plaza
New York, NY 10005-1413
Tel.: (212) 530-5000
Fax: (212) 530-5219

# TABLE OF CONTENTS

I.  Introduction ...............................................................................................................1

II. Factors To Be Considered In Imposing A "Reasonable" And
    "Individualized" Sentence Pursuant To Section 18 U.S.C. § 3553(a).........................8

III. The History And Character Of E. Kirk Shelton..........................................................13

    A.  Mr. Shelton's Parents And Upbringing ...............................................................13

    B.  Mr. Shelton's High School, College And Graduate School Years .......................15

    C.  Mr. Shelton's Strong Commitment To His Wife And Children............................19

    D.  Mr. Shelton's Exemplary Employment History .....................................................25

    E.  Mr. Shelton's Life-Time Dedication To Good Works
        And Charitable Activities .....................................................................................35

IV. The Nature And Circumstances Of The Offense........................................................59

    A.  Mr. Shelton Was Not The Mastermind Of The Fraud And
        His Knowledge/Participation, At Most, Was Minimal.........................................59

    B.  Mr. Shelton Did Not Take Advantage Of The Fraud By
        Engaging In Insider Trading Activities Nor Was There
        Any Intent To Harm Shareholders.......................................................................63

    C.  Mr. Shelton Did Not Engage In "Corporate Looting"
        And Cendant's Employees Continue To Work At A Thriving
        And Productive Company....................................................................................64

V.  The Advisory Guidelines Calculation........................................................................67

    A.  The Advisory Sentencing Guidelines Range .......................................................67

    B.  Objections To The Total Offense Level Calculation ..........................................68

    C.  Arguments For Downward Departure..................................................................74

## TABLE OF CONTENTS, continued

VI.  A Sentence Of Probation Would Sufficiently Satisfy The Purposes Of Sentencing ..................................................................................................95

    A.  Adequate Deterrence ...............................................................................95

    B.  Protecting The Public ............................................................................100

    C.  Just Punishment .....................................................................................101

VII.  Mr. Shelton Should Receive A Sentence Consistent With Those Imposed Upon Similarly Situated Fraud Offenders In Order To Avoid Unwarranted Disparity ................................................................102

VIII.  The Need To Provide Restitution To Any Victim Of The Offense .................106

IX.  Sentencing Recommendation ..........................................................................106

X.  Conclusion ........................................................................................................109