UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA         :
                                 :
v.                               : No. 3:02CR264 (AWT)
                                 :
E. KIRK SHELTON                  :

## ORDER

Pursuant to 18 U.S.C. § 3771, the United States seeks an order authorizing the government to provide notice by, among other methods, publication to the large number of crime victims in this case. Under Section 3771(a)(2), crime victims have a right to "reasonable, accurate, and timely notice" of public court proceedings, including sentencings. In this case, the victims of the charged securities fraud scheme are individual investors who purchased the stock of CUC International, Inc. or Cendant, Inc. The United States estimates that there are thousands of individual investors who purchased CUC and Cendant stock during the relevant time period. It will thus be impracticable for the government to identify and locate all investors and provide them with reasonable, accurate, and timely notice by mail in advance of defendant Shelton's sentencing hearing, which is scheduled to commence on July 19, 2005.

Under such circumstances, Section 3771(d)(2) of the Justice for All Act gives the court the authority to "fashion a reasonable procedure to give effect to this chapter that does not unduly complicate or prolong the proceedings." The government

seeks authorization to provide additional notice to the investors by publication of a notice in The Wall Street Journal advising potential victims that defendant Shelton's sentencing. The text of the proposed notice is contained in the United States' motion.

The court finds (1) that the "multiple victim" provisions of 18 U.S.C. § 3771(d)(2) apply to the above-captioned case; (2) that it is impractical for the government to identify all of the direct and proximate victims of the charged offenses on an individual basis at this time without unduly delaying the sentencing process; and (3) notice by publication, in addition to the other methods of notification identified in the government's motion, is a "reasonable procedure" to give effect to the provisions of 18 U.S.C. § 3771.

Accordingly, it is ordered that the United States is authorized to comply with 18 U.S.C. § 3771(a)(2) by providing notice of upcoming court proceedings by publication for one day in The Wall Street Journal of the notice included in the United States' motion.

Dated this 8th of July 2005, at Hartford, Connecticut.

_____
Alvin W. Thompson
United States District Judge

2