UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264(AWT) |
| | : | |
| v. | : | July 7, 2005 |
| | : | |
| E. KIRK SHELTON | : | |

### MOTION BY UNITED STATES TO PROVIDE NOTICE TO VICTIMS BY PUBLICATION

The United States of America, through undersigned counsel, seeks an order from the Court authorizing the Government to provide notice by publication to the large number of potential victims in the instant case.

The Justice for All Act of 2004 ("the Act"), codified at 18 U.S.C. § 3771, was signed into law on October 30, 2004. The Act provides certain rights to victims in federal criminal proceedings. Among these rights are the right to "reasonable, accurate, and timely notice" of public court proceedings, including sentencings. 18 U.S.C. § 3771(a). The Act defines a crime victim as "a person directly and proximately harmed as a result of the commission of a Federal offense . . . ." 18 U.S.C. § 3771(e). Importantly, the Act recognizes that for crimes involving multiple victims, the Court has discretion to adopt procedures that will not unduly interfere with the criminal proceedings. Thus, 18 U.S.C. §3771(d)(2) provides:

[i]n a case where the court finds that the number of

---

GRANTED, nunc pro tunc July 8, 2005, in accordance with the discussion at the status conference held that day on the record. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 7/11/05