Table of Contents                                    Page

Introduction . . . . . . . . . . . . . . . . . . . . . . . . 1

Part 1
Guidelines Issues . . . . . . . . . . . . . . . . . . . . . 3

     A.   The Appropriate Offense Level is 34 . . . . . . . . . 4

1.   Base offense level: (Begin at level 6) . . . . . . . . . 5

2.   The Loss Amount:  (Add 18 levels) . . . . . . . . . . . 5

     a.   The Loss Substantially Exceeds $80 Million . . . . 6

     b.   An 18 Level Enhancement for Loss Does Not Overstate the
        Seriousness of Shelton's Crimes . . . . . . . . . . 10

        i.   Shelton's Intended Harm Argument is
           Baseless . . . . . . . . . . . . . . . . . . 11

        ii.  Shelton, Who Pleaded Not Guilty, Is Not Entitled
           to the Benefits of the Plea Agreements of His Co-
           Conspirators . . . . . . . . . . . . . . . . 14

        iii. The Case Law Does Not Support Shelton . . . . 16

        iv.  Shelton's "Loss Amount" is More Than $80
           Million . . . . . . . . . . . . . . . . . . . 20

        v.   Shelton Benefitted Greatly From the Fraud . . 23

3.   More Than Minimal Planning, Multiple Victims:
   (Add 2 levels) . . . . . . . . . . . . . . . . . . . . 25

4.   Abuse of a Position of Trust: (Add 2 levels) . . . . . . 26

5.   Role in the Offense: (Add 4 levels) . . . . . . . . . 27

6.   Perjury, Obstruction of Justice: (Add 2 levels) . . . . 31

7.   No Acceptance of Responsibility:(Subtract 0 levels) . . 39

     B.   Shelton is Not Entitled to a Downward Departure . . 41

        1.   General Principles Do Not Favor Departures . . 41

        2.   A Departure For Good Deeds is Unwarranted . . 43

        3.   A Departure to Avoid Disparity is
           Unwarranted . . . . . . . . . . . . . . . . . 51

i

4.   No Departure is Warranted Due to "Overlapping Conduct." . . . . . . . . . . . . . . . . 56

5.   No Departure is Warranted Due to an Overstatement of the Seriousness of the Offense . . . . . . 60

6.   No Departure is Warranted Due to Family Circumstances . . . . . . . . . . . . . . . . 60

B.   No Departure is Warranted by Combining the Motions . . . . . . . . . . . . . . . . . . . 61

Part 2
Section 3553 Factors . . . . . . . . . . . . . . . . . . 63

A.   The Nature and Circumstances of the Offense . . . . 64

B.   History and Characteristics of Shelton . . . . . . . 68

C.   The Sentence Must Promote Respect for the Law . . . 70

D.   The Court Should Consider General Deterrence . . . . 71

E.   Shelton Has Earned A Lengthy Sentence Comparable to Those Imposed on Similarly Situated Offenders . . . 75

G.   An Order of Restitution Should be Imposed . . . . . 77

Conclusion . . . . . . . . . . . . . . . . . . . . . . . 86

ii