CERTIFICATE OF SERVICE

    The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via fed ex delivery:

    Thomas Puccio, Esq.
    Gary Collins, Esq.
    Hope C. Seely, Esq.

    I declare under penalty of perjury that the foregoing is true and correct.

                                    s/Maggie Caraballo
                                    _____
                                    Maggie Caraballo
                                    U.S. Department of Justice


Dated: July 12, 2005
       Newark, New Jersey