AO 187 (Rev. 7/87) Exhibit and Witness List
Case 3:02-cr-00264-AWT   Document 1617   Filed 07/20/2005   Page 1 of 1
United States District Court
District of Connecticut
FILED AT HARTFORD
July 20, 2005
Kevin F. Rowe, Clerk
by S. L. Smith
Deputy Clerk

# United States District Court

DISTRICT OF Connecticut

USA v. Kirk Shelton

Joint EXHIBIT ~~AND WITNESS~~ List

CASE NUMBER: 02CR264 (AWT)

| PRESIDING JUDGE Thompson | PLAINTIFF'S ATTORNEY McMahon, Schechter | DEFENDANT'S ATTORNEY Puccio, Edelman, Collins |
|---|---|---|
| TRIAL DATE(S) 7/20/05 | COURT REPORTER Thompson, Huntington, Warner | COURTROOM DEPUTY Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/20/05 | ✓ | | Affidavit of Frank C. Dorkey |
| | 1 | " | ✓ | | Binder of Letters o/b/o Kirk Shelton |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages