UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| WALTER A. FORBES and | : | July 25, 2005 |
| E. KIRK SHELTON. | : | |

**MOTION OF DEFENDANT E. KIRK SHELTON FOR BAIL PENDING APPEAL**

Defendant E. Kirk Shelton, through undersigned counsel, respectfully moves, pursuant to 18 U.S.C. § 3143(b), that the Court grant bail pending appeal in this matter. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

DATED: July 25, 2005

                                          Respectfully submitted,

                                        DAY, BERRY & HOWARD LLP

                  By:_____
                      Stanley A. Twardy, Jr. (CT 05096)
                      Gary H. Collins (CT 22119)
                      City Place 1, 185 Asylum Street
                      Hartford, CT 06103
                      Tel.: (860) 275-0314
                      Fax: (860) 275-0343

                      LAW OFFICES OF THOMAS P. PUCCIO
                      Thomas P. Puccio (CT 22983)
                      230 Park Avenue, Suite 301
                      New York, NY 10172
                      Tel.: (212) 883-6383
                      Fax: (212) 883-6388

                      MILBANK, TWEED, HADLEY & McCLOY LLP
                      Scott A. Edelman (CT 25268)
                      Thomas A. Arena (CT 25269)
                      1 Chase Manhattan Plaza
                      New York, NY 10005-1413
                      Tel.: (212) 530-5000
                      Fax: (212) 530-5219

                      Attorneys for Defendant E. Kirk Shelton

-2-

## **CERTIFICATION**

      I hereby certify that on July 25, 2005 a copy of the foregoing was served on the following parties via fax and US Mail:

      James McMahon, Esq.
      Richard J. Schechter, Esq.
      United States Attorney's Office
      District of New Jersey
      970 Broad Street, Suite 700
      Newark, NJ  07101


      _____
                  Gary H. Collins