# United States District Court

DISTRICT OF Connecticut

USA v. Shelton

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02CR264

| PRESIDING JUDGE Thompson | PLAINTIFF'S ATTORNEY McMahon, Schechter | DEFENDANT'S ATTORNEY Puccio, Collins, Seeley |
|---|---|---|
| TRIAL DATE(S) 7/26/05 | COURT REPORTER Huntington, Thompson | COURTROOM DEPUTY Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | 7/26/05 | ✓ | | Computer Disk - Claimant List |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages