UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | August 1, 2005 |

**MOTION FOR CONTINUANCE OF SENTENCING HEARING**

The Defendant, E. Kirk Shelton, respectfully requests this Court to continue the sentencing hearing to either August 31, 2005 or September 1, 2005 for the following reasons:

1. During the proceedings held on July 26, 2005, the Court at sidebar raised important issues that undersigned counsel immediately began to explore and are currently still exploring in order to be completely assured that a full and precise factual record regarding the Defendant's role in the offense and his unique personal circumstances are clearly before the Court when sentence is imposed.

2. While the undersigned counsel have spent considerable time since July 26 addressing these concerns, a brief, additional adjournment is needed in order for counsel to responsibly and fully complete the further necessary due diligence that this complex representation of Defendant Shelton requires.

3. Unfortunately and unavoidably, Mr. Puccio is scheduled to leave the country on Saturday, August 6th and return on Sunday, August 21st for a trip that has been scheduled for some time and which cannot be re-scheduled.

4.  The Government opposes this motion for a continuance.

5.  The undersigned counsel would be prepared to go forward as early as August 25th; however, Mr. Schechter will not be in his office during the work week beginning August 22 . If the Court were to grant this Motion, Mr. Schechter has requested that the sentencing resume on August 31st or September 1st.

        **THE DEFENDANT,**
        **E. Kirk Shelton**

BY_____
    HOPE C. SEELEY
    Federal Bar No. ct 4863
    SANTOS & SEELEY, P.C.
    51 Russ Street
    Hartford, CT 06106
    Tel: (860) 249-6548
    Fax:(860) 724-5533

    LAW OFFICES OF THOMAS P. PUCCIO
    Thomas P. Puccio, Esq. (CT 22983)
    230 Park Avenue, Suite 301
    New York, NY  10172
    Tel.: (212) 883-6383
    Fax: (212) 883-6388

    DAY, BERRY & HOWARD LLP
    Stanley A. Twardy, Jr. (CT 05096)
    Gary H. Collins, Esq. (CT 22119)
    City Place 1, 185 Asylum Street
    Hartford, CT  06103
    Tel: (860) 275-0314
    Fax: (860) 275-0343

    MILBANK, TWEED, HADLEY & McCLOY, LLP
    Scott A. Edelman, Esq. (CT 25268)
    Thomas A. Arena, Esq. (CT 25269)
    1 Chase Manhattan Plaza
    New York, NY  10005-1413
    Tel.: (212) 530-5000
    Fax: (212) 530-5219

## **CERTIFICATION**

      I hereby certify that on August 1, 2005 copy of the foregoing was served on the following parties and interested persons via fax and email, and by U.S. Mail on August 2, 2005:

James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ  07101
Tel: (973) 645-2700
Fax: (973) 645-2857

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571

C. Warren Maxwell
Deputy Chief U.S. Probation Officer
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510

                                                                 _____
                                                                       HOPE C. SEELEY