1627

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:02 CR 264 (AWT) |
| v. | |
| E. KIRK SHELTON. | August 1, 2005 |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

The Defendant, E. Kirk Shelton, respectfully requests this Court to continue the sentencing hearing to either August 31, 2005 or September 1, 2005 for the following reasons:

1. During the proceedings held on July 26, 2005, the Court at sidebar raised important issues that undersigned counsel immediately began to explore and are currently still exploring in order to be completely assured that a full and precise factual record regarding the Defendant's role in the offense and his unique personal circumstances are clearly before the Court when sentence is imposed.

2. While the undersigned counsel have spent considerable time since July 26 addressing these concerns, a brief, additional adjournment is needed in order for counsel to responsibly and fully complete the further necessary due diligence that this complex representation of Defendant Shelton requires.

3. Unfortunately and unavoidably, Mr. Puccio is scheduled to leave the country on Saturday, August 6th and return on Sunday, August 21st for a trip that has been scheduled for some time and which cannot be re-scheduled.

```
DENIED for the reasons set forth at a telephonic hearing held on the record
today.  It is so ordered.

Alvin W. Thompson, U.S.D.J.           Hartford, CT     8/2/2005
```