CERTIFICATE OF SERVICE

    The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via email delivery:

    Thomas P. Puccio, Esq.
    Scott Edelman, Esq.
    Thomas Arena, Esq.
    Hope C. Seeley, Esq.
    Gary Collins, Esq.

    I declare under penalty of perjury that the foregoing is true and correct.

                                        s/Maggie Caraballo
                                        MAGGIE CARABALLO
                                        U.S. Department of Justice

Dated: August 4, 2005
       Newark, New Jersey