UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) Case No.: 3:02 CR 264 (AWT) |
| v. | ) <br> ) July 26, 2005 |
| WALTER A. FORBES and E. KIRK SHELTON, | ) <br> ) |
| Defendants. | ) <br> ) |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules, Attorney Joel H. Thompson withdraws his appearance on behalf of the defendant, Ernst & Young, in the above-captioned matter.

_____
Joel H. Thompson   ct24654

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Telephone 203-333-9441
Facsimile: 203-333-1489
Email: ssadin@znclaw.com

## CERTIFICATION

I hereby certify that on ~~July 26~~, 2005, a copy of the foregoing Motion To Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated at Bridgeport, Connecticut this ~~26th~~ *12th* day of ~~July~~ *August* 2005.

_____
Joel H. Thompson