## CERTIFICATE OF SERVICE

The undersigned certifies that, on September 12, 2005, I caused to be served via federal express copies of (1) Notice of Appearance of Samuel M. Forstein and Kathleen Cody as counsel for the SEC, Thomas Newkirk, James Kidney, David Frohlich, Roger Paszamant, Matthew Greiner, and Susan Markel, (2) Motion of the SEC to Quash Six Subpoenas Seeking Testimony from its Enforcement Staff, (3) supporting memorandum with 3 exhibits, (4) proposed order, and (5) this certificate of service to:

> Craig Carpenito, Esq.
> United States Attorney's Office
> for the District of New Jersey
> 970 Broad Street
> Suite 700
> Newark, New Jersey 07102
>
> Meg Keeley, Esq.
> Williams & Connolly
> 725 12th Street, N.W.
> Washington, D.C. 20005

*Kathleen Cody*
Kathleen Cody

Dated: September 12, 2005
      Washington, D.C.