UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| | : | |
| Plaintiff, | : | 3:02 CR 00264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON, | : | |
| | : | |
| Defendants. | : | SEPTEMBER 16, 2005 |

MOTION FOR ORDER IN AID OF EXECUTION

Cendant Corporation ("Cendant"), the victim of the crimes committed by Defendant E. Kirk Shelton ("Defendant"), pursuant to D. Conn. L. Civ. R. 7(a)(1), made applicable herein by D. Conn. L. Cr. R. 1(c) and Fed. R. Civ. P. 69, hereby moves for an order in aid of execution of the Restitution Order entered in its favor on August 12, 2005 ("Restitution Order"). The Restitution Order and intent thereof was to enable Cendant to recover the sum of $3.275 billion to compensate it for the losses it suffered as a result of the Defendant's criminal conduct. Therefore, Cendant seeks to recover the balance of the $3.275 billion (other than as set forth in the Restitution Order) by: (1) liquidating the Defendant's known assets; (2) setting aside known transfers of the Defendant's property, or property interests, which Cendant believes are avoidable under the applicable fraudulent transfer laws; and (3) the Defendant's disclosure of all assets and asset transfer.

ORAL ARGUMENT REQUESTED

Accordingly, pursuant to Conn. Gen. Stat. § 52-356(b), made applicable herein by Fed. Civ. P. 69, in furtherance of satisfying the Restitution Order, the Court should order the turn over by Defendant of following:

a. The deed to the real property located at 595 Vail Valley Drive in Vail, Colorado;

b. The deed to the real property located at 573 Middlesex Road in Darien, Connecticut;

c. The Mercedes-Benz automobile registered in the State of Connecticut with license plate identification number 718NPM;

d. All documentary evidence of the $7.5 million Irrevocable Trust that was created eight (8) days after the Defendant's first meeting with the prosecutors (See Sentencing Memorandum of The United States dated July 12, 2005, p. 54 n.21 (Doc. No. 1604-1));

e. All documentary evidence of the management group identified as "SCIP" and to which the Defendant placed his wife in control despite the admission that she had no involvement with that identity (See Sentencing Memorandum of The United States dated July 12, 2005, p. 54 n.21 (Doc. No. 1604-1));

f. All documents related to the $2 million dollars which was, following the verdict in this case, "shielded" by the transfer to Defendant's legal counsel as purported prepaid fees (See Sentencing Memorandum of The United States dated July 12, 2005, p. 54 n.21 (Doc. No. 1604-1));

g. All funds in the checking account the Defendant maintains at Bank of America;

h. All evidence of any and all property, real and personal, tangible and intangible, in which Defendant has an interest, and any and all debts and obligations owing to him (all such property, debts, and obligations being herein referred to as the "assets"), including, but not limited to, the following:

   i. Bank Accounts. The type of account (e.g., checking, savings, certificate of deposit); the names and addresses of the institutions where such accounts are maintained; the present balance in each such account; the account numbers.

    ii. <u>Money Market Funds or Accounts</u>. The names of the money market funds or accounts; the names and addresses of the institutions where such funds or accounts are maintained; the present balance in each such fund or account; the fund or account numbers

    iii. <u>Real Property</u>. The record owner(s); the location and address of the property; the legal property description; the nature of the interest in the property; the estimated market value of the Defendant's interest; the names and addresses of any lienholder on the property and the amount of such liens.

    iv. <u>Stocks, Bonds, Commercial Paper and Securities (collectively, the "securities")</u>. The entities issuing the securities; the type of security, the amount of shares owned in each entity (if the securities are capital stock) or the principal amount of the securities, as the case may be; the market value of the securities; the present location of the securities; the series numbers of any stock and bond certificates.

    v. <u>Accounts Receivable</u>. The names and addresses of the account debtors; the amount of the account debtors' obligations; the date on which the obligations were incurred; the dates on which such obligations became or become due.

    vi. <u>Motor Vehicles, Boats, and Airplanes</u>. Description and registration number; the city or town where registered; the names and addresses of any lienholder and the amount of such liens; the estimated market value.

    vii. <u>All Other Tangible and Intangible Assets Having a Value of $500 or More</u>. Description of all such assets; the location of such assets; the names and addresses of lienholders and the amount of such liens; the estimated market value.

    viii. Any Evidence of Transfers of Assets, Property, or Interest Made by Defendant in the Last Ten Years.

Pursuant to D. Conn. L. Civ. R. 7(a)(1), made applicable herein by D. Conn. L. Cr. R. 1(c), Cendant submits a memorandum of law in support of this Motion.

-4-

WHEREFORE, Cendant respectfully request that the Court grant this Motion for Order in Aid of Execution.

MOVANT - CENDANT CORPORATION

By  **/s/ Robert E. Kaelin**

Robert E. Kaelin - ct11631
rkaelin@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Fax:  (860) 240-6150
Its Attorneys

-5-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on September 16, 2005 to:

Counsel For The U.S. Government

James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07101

Counsel For E. Kirk Shelton

Hope C. Seeley, Esq.
Hubert Santos, Esq.
Santos & Seeley, PC
51 Russ Street
Hartford, CT 06106

Law Offices of Thomas P. Puccio
Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY 10172

Day, Berry & Howard LLP
Stanley A. Twardy, Jr., Esq.
Gary H. Collins, Esq.
CityPlace 1, 185 Asylum Street
Hartford, CT 06103

MilBank, Tweed, Hadley & McCloy, LLP
Scott A. Edelman, Esq.
Thomas A. Arena, Esq.
1 Chase Manhattan Plaza
New York, NY 10005-1413

   /s/ Robert E. Kaelin
   Robert E. Kaelin

829782