UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| | : | |
| Plaintiff, | : | 3:02 CR 00264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON, | : | |
| | : | |
| Defendants. | : | SEPTEMBER 16, 2005 |

CENDANT CORPORATION'S MOTION
FOR THE LIMITED RELEASE OF DEFENDANT E. KIRK SHELTON'S
PRE-SENTENCE REPORT AND QUARTERLY FINANCIAL PROGRESS REPORTS

Pursuant to D. Conn. L. Cr. R. 32(i), Cendant Corporation ("Cendant"), the victim of the crimes committed by Defendant E. Kirk Shelton ("Defendant"), hereby moves for an Order permitting the limited release of the Defendant's Pre-Sentence Report and quarterly progress reports. Specifically, Cendant seeks those portions of the Pre-Sentence Report and quarterly progress reports that discuss the Defendant's financial history and condition.

Pursuant to D. Conn. L. Civ. R. 7(a)(1), made applicable herein by D. Conn. L. Cr. R. 1(c), Cendant submits a memorandum of law in support of this Motion.

WHEREFORE, Cendant respectfully requests that the Court grant this Motion for the Limited Release of Defendant E. Kirk Shelton's Pre-Sentence Report and Quarterly Financial Progress Reports.

**ORAL ARGUMENT REQUESTED**

-2-

MOVANT - CENDANT CORPORATION


By  /s/ Robert E. Kaelin
    Robert E. Kaelin - ct11631
    rkaelin@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Fax: (860) 240-6150
Its Attorneys

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on September 16, 2005 to:

Counsel For The U.S. Government

James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07101

Counsel For E. Kirk Shelton

Hope C. Seeley, Esq.
Hubert Santos, Esq.
Santos & Seeley, PC
51 Russ Street
Hartford, CT 06106

Law Offices of Thomas P. Puccio
Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY 10172

Day, Berry & Howard LLP
Stanley A. Twardy, Jr., Esq.
Gary H. Collins, Esq.
CityPlace 1, 185 Asylum Street
Hartford, CT 06103

MilBank, Tweed, Hadley & McCloy, LLP
Scott A. Edelman, Esq.
Thomas A. Arena, Esq.
1 Chase Manhattan Plaza
New York, NY 10005-1413

/s/ Robert E. Kaelin
Robert E. Kaelin

829799