# MANDATE

B.I.A.
A70-900-447

NH CT/Conn
02-CR-264
Thompson

United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 13th day of September, two thousand and five,

Present:
    Hon. Richard J. Cardamone,
    Hon. José A. Cabranes,
    Hon. Rosemary S. Pooler,
        *Circuit Judges.*

---

United States of America,

    Appellee,

    v.        Docket No. 05-4342-cr

E. Kirk Shelton,

    Defendant-Appellant.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

FILED SEP 13 2005 — UNITED STATES COURT OF APPEALS, SECOND CIRCUIT

---

The motion for bond pending appeal is GRANTED. The order directing Sheldon's surrender is STAYED until further order of this Court. The condition of bond now in effect as a result of orders of the District Court shall remain in full force and effect until further order of the District Court, to which the cause is remanded pending appeal for the sole purpose of monitoring the conditions of trial and entering such orders thereon as may be appropriate in the circumstances. The mandate, for this limited purpose only, shall issue forthwith.

        FOR THE COURT:
        Roseann B. MacKechnie, Clerk of Court

        By: _____
        Oliva M. George, Deputy Clerk

SAO/PLM

ISSUED AS MANDATE SEP 1 3 2005