**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

2005 SEP 26 A 11: 10

| | |
|---|---|
| Date: | 9/19/05 |
| Docket Number: | 05-4342-cr |
| Short Title: | USA v. Forbes (Shelton) |
| DC Docket Number: | 02-cr-264 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Alvin Thompson |

Dear Clerk,

The mandate in the above captioned appeal has been recalled.

The mandate was issued to your office on 9/13/05.

Please return the mandate to me so that I may hold it pursuant to the court's order filed 9/13/05

I enclosed herein a certified copy of the above-mentioned order for your files.

Very truly yours,

Roseann B. MacKechnie, Clerk

By: _____
Sandra L. McKnight
Deputy Clerk

FILED

2005 SEP 26 A 11: 10

United States Court of Appeals
FOR THE
SECOND CIRCUIT

NHCT
02-CR-264
Thompson

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 13th day of September, two thousand and five,

Present:

    Hon. Richard J. Cardamone,
    Hon. José A. Cabranes,
    Hon. Rosemary S. Pooler,
           *Circuit Judges.*

United States of America,

    Appellee,

    v.                                    Docket No. 05-4342-cr

E. Kirk Shelton,

    Defendant-Appellant.

The motion for bond pending appeal is GRANTED. The order directing Sheldon's surrender is STAYED until further order of this Court. The condition of bond now in effect as a result of orders of the District Court shall remain in full force and effect until further order of the District Court, to which the cause is remanded pending appeal for the sole purpose of monitoring the conditions of trial and entering such orders thereon as may be appropriate in the circumstances. The mandate, for this limited purpose only, shall issue forthwith.

                FOR THE COURT:
                Roseann B. MacKechnie, Clerk of Court

                By: *[signature]*
                Oliva M. George, Deputy Clerk

SAO/PLM

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _[signature]_
    DEPUTY CLERK

Certified:   SEP 19 2005