**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | October 4, 2005 |

**MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION FOR STAY OF SENTENCE PROVIDING FOR RESTITUTION**

Pursuant to Rule 38(e) of the Federal Rules of Criminal Procedure and Rule 1(c) of

the Local Rules of Criminal Procedure, adopting Rule 7(a) of the Local Rules of Civil

Procedure, the Defendant, E. Kirk Shelton, respectfully submits this Memorandum of

Law in support of his Motion For Stay Of Sentence Providing For Restitution.

**I.    BACKGROUND**

On August 3, 2005, this Court imposed sentence in this matter. As part of the

sentence, this Court ordered the Defendant to pay restitution in the amount of $3.275

billion.  The Defendant was ordered to make a lump sum payment of $15 million by no

later than October 24, 2005.  The proceeds of that $15 million lump sum payment will

be held by the Clerk's Office until such time as the Defendant no longer has any right to

appeal from the judgment in this case.

On August 16, 2005, the Defendant filed an Amended Notice Of Appeal in which

he indicated that he was appealing the Judgment, including (a) his convictions on Count

1 through 12 of the Superseding Indictment, (b) his sentence on Counts 1 through 12,

and (c) the order of restitution of $3.275 billion.  The Defendant filed a Motion For Bail

Pending Appeal which was denied by this Court by written decision dated August 16,

2005.  On September 13, 2005, the Court of Appeals for the Second Circuit

granted the motion for bond pending appeal and stayed the Defendant's surrender date

until further order of the court.  The Court of Appeals remanded the case pending

appeal for the sole purpose of monitoring the conditions of bond. The Court of Appeals

further stated that the conditions of bond in effect as ordered by the District Court shall

remain in full force and effect. *See* Exhibit A, Order of the Court of Appeals.

On September 16, 2005, Cendant Corporation filed a Motion For Order In Aid Of

Execution and Motion For Limited Release Of Presentence Report And Quarterly

Financial Progress Reports.  On this date, October 4, 2005, the Defendant has filed a

Motion For Stay Of Sentence Providing For Restitution in accordance with Rule 38(e) of

the Federal Rules of Criminal Procedure.  The Defendant will deposit the lump sum

payment of $15 million with the Clerk's Office prior to October 24, 2005 and he will

continue to comply with the Court's order of filing monthly financial reports with the

United States Probation Office.  However, the Defendant moves to stay the restitution

order because the matter is on appeal.

## II.    ARGUMENT

### A.   Legal Standard

Rule 38(e) of the Federal Rules of Criminal Procedure provides:

> (1) In General.  If the defendant appeals, the district court, or the court of
> appeals under Federal Rule of Appellate Procedure 8, may stay – on any
> terms considered appropriate – any sentence providing for restitution
> under 18 U.S.C. § 3556 or notice under 18 U.S.C. § 3555.
> (2) Ensuring Compliance.  The court may issue any order reasonably
> necessary to ensure compliance with a restitution order or a notice order
> after disposition of an appeal ….

Fed. R. Crim. P. 38(e).

### B.  A Stay Is Appropriate In This Case

The Second Circuit Court of Appeals has already ordered that the Defendant should be released on bond pending appeal.  See Exhibit A.  In so ordering, the Court of Appeals has necessarily found, inter alia, that the Defendant's appeal was not filed for purposes of delay and that it raises a substantial question of law or fact.  See generally Exhibit A; see also 18 U.S.C. § 3143(b).  Because of the legitimate issues raised on appeal, it is appropriate to stay the payment of restitution.  If the Defendant were to pay the full restitution prior to the resolution of the appeal and then were to succeed on appeal, the restitution will be required to be paid back to him.

Also, the Defendant will be depositing a portion of the restitution payment, in the sum of $15 million, with the Clerk's Office, to be held until such time as the Defendant no longer has any right to appeal from the judgment in this case.  This substantial payment is sufficient to ensure that the order of restitution will be complied with if the Defendant were to lose the appeal.  Further, as a condition of his bond, the Defendant is required to report financial information to the United States Probation Office.  This reporting requirement will not be affected by any stay ordered by this Court, and will ensure that the Defendant is not jeopardizing any assets that may be used to pay restitution if required after the resolution of the pending appeal.

### III.  CONCLUSION

The Defendant has raised substantial issues on appeal and will be paying a large sum of restitution to be held by the Clerk's Office pending appeal.  For the foregoing reasons, and for any reasons as may be presented at oral argument on this matter, the Defendant respectfully submits that there is sufficient security to ensure that restitution

-4-

will be paid should his appeal be unsuccessful.  Wherefore, the Defendant respectfully

requests that his Motion For Stay Of Sentence Providing For Restitution be granted.

**THE DEFENDANT,**
**E. Kirk Shelton**


BY_____
HOPE C. SEELEY
Federal Bar No. ct 4863
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio, Esq. (CT 22983)
230 Park Avenue, Suite 301
New York, NY  10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

-5-

## **CERTIFICATION**

I hereby certify that on October 4, 2005 copy of the foregoing was served on the following parties and interested persons via email or fax, and by U.S. Mail:


James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ  07101
Tel: (973) 645-2700
Fax: (973) 645-2857

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571

C. Warren Maxwell
Deputy Chief U.S. Probation Officer
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I – 85 Asylum Street
Hartford, CT  06103-3469
Tel: (860) 240-6000
Fax: (860) 240-6150


                                    _____
                                    HOPE C. SEELEY