UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | October 4, 2005 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO CENDANT CORPORATION'S MOTION FOR ORDER IN AID OF EXECUTION OF MOTION FOR LIMITED RELEASE OF PRESENTENCE REPORT AND <u>QUARTERLY FINANCIAL PROGRESS REPORTS</u>**

The Defendant, E. Kirk Shelton, respectfully moves this Court for an extension of time to respond to Cendant's Motion For Order In Aid Of Execution and Motion For The Limited Release Of Pre-Sentence Report and Quarterly Financial Progress Reports. In support of this Motion, the Defendant makes the following representations:

1. This Court imposed sentence in this matter on August 3, 2005. As part of the sentence, this Court ordered restitution in the amount of $3.275 billion.

2. This Court ordered the Defendant to make a lump sum payment of $15 million by no later than October 24, 2005. The proceeds of that $15 million lump sum payment will be held by the Clerk's Office until such time as the defendant no longer has any right to appeal from the judgment in this case.

3. The Defendant filed an Amended Notice Of Appeal on August 16, 2005 in which he indicated that he was appealing the Judgment, including (a) his convictions on Count 1 through 12 of the Superseding Indictment, (b) his sentence on Counts 1 through 12, and (c) the order of restitution of $3.275 billion.

**ORAL ARGUMENT IS NOT REQUESTED**

-2-

4. This Court denied the Defendant's Motion For Bail Pending Appeal and issued its written decision on August 16, 2005.

5. On September 13, 2005, the Court of Appeals for the Second Circuit granted the motion for bond pending appeal and stayed the Defendant's surrender date until further order. The Court of Appeals remanded the case pending appeal for the sole purpose of monitoring the conditions of bond. The Court further stated that the conditions of bond in effect as ordered by the District Court shall remain in full force and effect. *See* Exhibit A, Order of the Court of Appeals.

6. On September 16, 2005, Cendant Corporation filed a Motion For Order In Aid Of Execution and Motion For Limited Release Of Presentence Report And Quarterly Financial Progress Reports.

7. On this date, October 4, 2005, the Defendant has filed a Motion For Stay Of Sentence Providing For Restitution in accordance with Rule 38(e) of the Federal Rules of Criminal Procedure.

8. The Defendant will deposit the lump sum payment of $15 million with the Clerk's Office prior to October 24, 2005 and he will continue to comply with the Court's order of filing monthly financial reports with the United States Probation Office. However, the Defendant is moving to stay the restitution order since the matter is on appeal.

9. The Defendant moves for an extension of time to respond to Cendant Corporation's motions until two weeks after this Court rules on his Motion For Stay Of Sentence Providing For Restitution.

10. Attorney Robert E. Kaelin, counsel for Cendant Corporation, was contacted regarding this Motion For Extension of Time and he indicated that his client objects to this motion.

**WHEREFORE,** the Defendant respectfully moves for an extension of time to respond to Cendant Corporation's motions until two weeks after this Court rules on his Motion For Stay Of Sentence Providing For Restitution.

**THE DEFENDANT,
E. Kirk Shelton**

BY_____
HOPE C. SEELEY
Federal Bar No. ct 4863
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio, Esq. (CT 22983)
230 Park Avenue, Suite 301
New York, NY 10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

# **CERTIFICATION**

I hereby certify that on October 4, 2005 copy of the foregoing was served on the following parties and interested persons via email or fax, and by U.S. Mail:

James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ  07101
Tel: (973) 645-2700
Fax: (973) 645-2857

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571

C. Warren Maxwell
Deputy Chief U.S. Probation Officer
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I – 85 Asylum Street
Hartford, CT  06103-3469
Tel: (860) 240-6000
Fax: (860) 240-6150

                _____
                HOPE C. SEELEY