**MANDATE**

**FILED**

2005 SEP 30 P 1:03
United States Court of Appeals
U.S. DISTRICT COURT
FOR THE
SECOND CIRCUIT
NEW HAVEN CT

B.I.A.
A70-900-447

NH CT
02-CR-264
Thompson



At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 20th day of September, two thousand and five,

Present:

    Hon. Richard J. Cardamone,
    Hon. José A. Cabranes,
    Hon. Rosemary S. Pooler,
                *Circuit Judges.*

---

United States of America,

    Appellee,

    v.

E. Kirk Shelton,

    Defendant-Appellant.

AMENDED ORDER
Docket No. 05-4342-cr

---

The motion for bond pending appeal is GRANTED. The order directing Sheldon's surrender is STAYED until further order of this Court. The condition of bond now in effect as a result of orders of the District Court shall remain in full force and effect until further order of the District Court, to which the cause is remanded pending appeal for the sole purpose of monitoring the conditions of bail and entering such orders thereon as may be appropriate in the circumstances. The mandate, for this limited purpose only, shall issue forthwith.

                            FOR THE COURT:
                            Roseann B. MacKechnie, Clerk of Court

                            By: *[signature]*
                            Oliva M. George, Deputy Clerk

SAO/PLM

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
      DEPUTY CLERK

Certified: 9/20/05