UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : No. 3:02 CR 264 (AWT) |
| v. | : |
| E. KIRK SHELTON. | : October 4, 2005 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO CENDANT CORPORATION'S MOTION FOR ORDER IN AID OF EXECUTION OF MOTION FOR LIMITED RELEASE OF PRESENTENCE REPORT AND <u>QUARTERLY FINANCIAL PROGRESS REPORTS</u>**

The Defendant, E. Kirk Shelton, respectfully moves this Court for an extension of time to respond to Cendant's Motion For Order In Aid Of Execution and Motion For The Limited Release Of Pre-Sentence Report and Quarterly Financial Progress Reports. In support of this Motion, the Defendant makes the following representations:

1. This Court imposed sentence in this matter on August 3, 2005. As part of the sentence, this Court ordered restitution in the amount of $3.275 billion.

2. This Court ordered the Defendant to make a lump sum payment of $15 million by no later than October 24, 2005. The proceeds of that $15 million lump sum payment will be held by the Clerk's Office until such time as the defendant no longer has any right to appeal from the judgment in this case.

3. The Defendant filed an Amended Notice Of Appeal on August 16, 2005 in which he indicated that he was appealing the Judgment, including (a) his convictions on Count 1 through 12 of the Superseding Indictment, (b) his sentence on Counts 1 through 12, and (c) the order of restitution of $3.275 billion.

**ORAL ARGUMENT IS NOT REQUESTED**

[Margin note, left side:] The defendant's Motion for Extension of Time to Respond to Cendant Corporation's Motion for Order in Aid of Execution of Motion for Limited Release of Presentence Report and Quarterly Financial Progress Reports is hereby GRANTED, over objection. It is so ordered.

Alvin W. Thompson, U.S.D.J.    Hartford, CT    10/06/05

[Stamp:] FILED 2005 OCT -4 P 12: 26 US DISTRICT COURT HARTFORD CT