EXHIBIT A

**Cendant Corporation**
**Split Dollar Life Insurance Policies**
**Info Provided By MidAmerica as of 6/30/05**
**Reserve Analysis as of 6/30/05**
**Acct#-100-26000**

| Insured | Policy # | Insurance Company | Annual Premium | (X) Cumulative Premiums Paid By Cendant (H) | CSV | Less Loan & Interest | (Y) CSV Net of Loans | [Lessor of X or Y] Asset Recorded By Cendant | A Minimum Settlement Amount Expected | B Maximum Reserve Need | C Maximum Settlement Amount Expected | D Minimum Reserve Need | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E. Kirk Shelton | 2636034 | Canada Life | 180,000 | 1,080,000 | 2,313,981 | 1,052,482 | 1,261,500 | 1,080,000 | - | 1,080,000 | 1,080,000 | - | Litigation with former employee. See (A). |
| | 2993536 | Guardian | 8,661 | 129,916 | 308,245 | 42,769 | 265,477 | 129,916 | - | 129,916 | 129,916 | - | Litigation with former employee. See (A). |
| | 3022608 | Guardian | 8,067 | 121,004 | 276,232 | 54,505 | 221,727 | 121,004 | - | 121,004 | 121,004 | - | Litigation with former employee. See (A). |
| | 2909164 | Guardian | 11,026 | 187,439 | 452,547 | 53,394 | 399,153 | 187,439 | - | 187,439 | 187,439 | - | Litigation with former employee. See (A). |
| | 1046440 | Security Mutual | 26,359 | 614,627 | 1,579,221 | 155,183 | 1,424,037 | 614,627 | - | 614,627 | 614,627 | - | Litigation with former employee. See (A). |
| | 1074718 | Security Mutual | 25,000 | 500,000 | 855,889 | 32,119 | 823,770 | 500,000 | - | 500,000 | 500,000 | - | Litigation with former employee. See (A). |
| | | | | 2,632,986 | 5,786,116 | 1,390,452 | 4,395,664 | 2,632,986 | - | 2,632,986 | 2,632,986 | - | |
| Total | | | | 2,632,986 | 5,786,116 | 1,390,452 | 4,395,664 | 2,632,986 | - 0 | 2,632,986 | 2,632,986 | - | |

| | | |
|---|---|---|
| Executive Team (See separate analysis) | - | |
| G/L Should Be | 2,632,986 | |
| Actual G/L Balance | 2,632,986 | A/C #: 100-0000-26000 |
| Difference | 0 | |

(A) - This former employee is subject to litigation with Cendant. Rich Meisner is trying to terminate these polices and cash them out. Instead we have opted to draw on loan balance as opposed to paying cash for premiums.
If Cendant is successful litigation procedures, then the cash surrender value asset would be realized; however, Cendant may have exposure related to the litigation with the former EE's or could settle where Cendant does not receive any the the CSV
Therefore, fully reserved in account 100-26802 ( including loan balance).

C:\Documents and Settings\jdickman\Local Settings\Temp\MXLibDir\[nyc7-1047418-1.xls]6-30-05

Prepared by: Arrie Finley

Signed by: ____________

**Cendant Corporation**
**Split Dollar Life Insurance Policies**
**Info Provided By MidAmerica as of 6/30/05**
**Reserve Analysis as of 6/30/05**
**Acct#-100-26802**

Note - Comparison of minimum and maximum reserve needs to reserve recorded in the general ledger:

| | | |
|---|---|---|
| Minimum Potential Reserve Need | - | |
| Maximum Potential Reserve Need | 2,632,986 | **Balance from 100-26000** |
| Loan Balance | 1,390,452 | |
| Total | 4,023,438 | |
| **Reserve Per G/L at 6/30/05** | 2,732,561 | **A/C #: 100-0000-26802** |
| **Reserve Adj. At 6/30/05** | | |
| **Reserve Per G/L at 6/30/05** | 2,732,561 | |

The reserve in the general ledger falls above maximum potential reserve needed
Based on discussions with Rich Meisner, Legal, Cendant has opted to draw on loan balance as opposed to paying cash for premiums. When employees cash the policies out or die, Cendant has the right to receive the cumulative premiums paid but Cendant has to pay the loan amount to employees as employees/beneficiaries are entitled to the gross amount of the policy.
Therefore, we needed additional reserve for the loan balance.
Conclusion - Reserve balance at 06-30-05 is adequate

This account is used to record the quarterly true-up of the liability Cendant has in the cash surrender value of executives and HFS. This reserve balance is above the maximum potential reserve needed. Rich Meisner in Legal Dept also reviews this information to ensure that there is no exposure to Cendant.

**C:\Documents and Settings\jdickman\Local Settings\Temp\MXLibDir\[nyc7-1047418-1.xls]6-30-05**

Prepared by: Arrie Finley

Signed by: ____________