**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | October 27, 2005 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Washington, D.C. on Monday, November 7, 2005 in order to meet with his appellate counsel, John W. Nields, Howrey Simon, Arnold & White LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004, tel. 202-383-6639. The Defendant would return to his home on the following afternoon, November 8, 2005.

Assistant United States Attorney Norman Gross has been contacted by the undersigned counsel regarding this motion and he indicated that the Government does not object to this motion.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel to Washington, D.C. on November 7, 2005 and return to Connecticut on November 8, 2005 in order to meet with appellate counsel.

**THE DEFENDANT,**
**E. Kirk Shelton**


BY_____
    HOPE C. SEELEY
    Federal Bar No. ct 4863
    SANTOS & SEELEY, P.C.
    51 Russ Street
    Hartford, CT 06106
    Tel: (860) 249-6548
    Fax:(860) 724-5533

    LAW OFFICES OF THOMAS P. PUCCIO
    Thomas P. Puccio, Esq. (CT 22983)
    230 Park Avenue, Suite 301
    New York, NY  10172
    Tel.: (212) 883-6383
    Fax: (212) 883-6388

Case 3:02-cr-00264-AWT   Document 1900   Filed 10/27/2005   Page 3 of 3

## **CERTIFICATION**

  I hereby certify that on October 27, 2005 copy of the foregoing was served on the following parties and interested persons via fax and U.S. Mail:

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC  20005

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT  06604
Tel: (203) 696-3000
Fax: (203) 579-5550

Norman Gross, Esq.
United States Attorney's Office
United States Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, N.J. 0810-2098
Tel:  (856) 968-4930
Fax: (856) 968-4917

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571

                _____
                HOPE C. SEELEY

-3-