## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | October 27, 2005 |

FILED 2005 OCT 27 A 11: 28
U.S. DISTRICT COURT
HARTFORD, CT.

### MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Washington, D.C. on Monday, November 7, 2005 in order to meet with his appellate counsel, John W. Nields, Howrey Simon, Arnold & White LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004, tel. 202-383-6639. The Defendant would return to his home on the following afternoon, November 8, 2005.

Assistant United States Attorney Norman Gross has been contacted by the undersigned counsel regarding this motion and he indicated that the Government does not object to this motion.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel to Washington, D.C. on November 7, 2005 and return to Connecticut on November 8, 2005 in order to meet with appellate counsel.

FILED 2005 NOV -2 P 12: 29

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/1/05

SANTOS & SEELEY, P.C. • ATTORNEYS AT LAW • 51 RUSS STREET • HARTFORD, CT 06106-1566 • (860) 249-6548 • FAX (860) 724-5533 • JURIS NO. 07230