UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | November 9, 2005 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Charlestown, RI on Sunday, November 13, 2005 and returning to Darien, Connecticut on Monday, November 14, 2005 in order to attend the semiannual YPO Forum. Mr. Shelton would be staying at the house of another YPO member located at 272 Pond Shore Drive, Charlestown, RI  02813, tel. 401-364-1657. This Court previously permitted Mr. Shelton to attend the YPO retreat held earlier this year in February in Stowe, Vermont (*See* Docket Entries 1441 and 1442).

The undersigned counsel contacted Assistant United States Attorney Norman Gross regarding the Government's position on this motion. AUSA Gross indicated that the Government objects to this motion.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel to Charlestown, RI on November 13, 2005 and to return to Darien, Connecticut on November 14, 2005.

-2-

      **THE DEFENDANT,**
      E. Kirk Shelton


BY_____
      HOPE C. SEELEY
      Federal Bar No. ct 4863
      SANTOS & SEELEY, P.C.
      51 Russ Street
      Hartford, CT 06106
      Tel: (860) 249-6548
      Fax:(860) 724-5533

      LAW OFFICES OF THOMAS P. PUCCIO
      Thomas P. Puccio, Esq. (CT 22983)
      230 Park Avenue, Suite 301
      New York, NY  10172
      Tel.: (212) 883-6383
      Fax: (212) 883-6388

## **CERTIFICATION**

       I hereby certify that on November 9, 2005, a copy of the foregoing Motion For Permission To Travel was served on the following parties by email or facsimile <u>and</u> U.S. Mail:

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT  06604
Tel: (203) 696-3000
Fax: (203) 579-5550

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC  20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, N.J. 0810-2098
Tel:  (856) 968-4930
Fax: (856) 968-4917

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571


                                                _____
                                                HOPE C. SEELEY

-4-