1961

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264(AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | November 9, 2005 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Charlestown, RI on Sunday, November 13, 2005 and returning to Darien, Connecticut on Monday, November 14, 2005 in order to attend the semiannual YPO Forum. Mr. Shelton would be staying at the house of another YPO member located at 272 Pond Shore Drive, Charlestown, RI 02813, tel. 401-364-1657. This Court previously permitted Mr. Shelton to attend the YPO retreat held earlier this year in February in Stowe, Vermont (*See* Docket Entries 1441 and 1442).

The undersigned counsel contacted Assistant United States Attorney Norman Gross regarding the Government's position on this motion. AUSA Gross indicated that the Government objects to this motion.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel to Charlestown, RI on November 13, 2005 and to return to Darien, Connecticut on November 14, 2005.

GRANTED, over the objection of the government after consultation with the United States Probation Office. It is so ordered.

Alvin W. Thompson, U.S.D.J.

FILED 2005 NOV 14 P U.S. DISTRICT COURT HARTFORD, CT

11/11/2005 Hartford, CT