UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| Plaintiff, | : | 3:02 CR 00264 (AWT) |
| v. | : | |
| WALTER A. FORBES and E. KIRK SHELTON, | : | |
| Defendants. | : | NOVEMBER 15, 2005 |

CENDANT CORPORATION'S MOTION FOR
AN ORDER COMPELLING DEFENDANT E. KIRK SHELTON
TO COMPLY WITH THE COURT'S AUGUST 12, 2005 RESTITUTION ORDER

Cendant Corporation ("Cendant"), the victim of the crimes committed by Defendant E. Kirk Shelton ("Defendant"), hereby moves for an Order compelling the Defendant to comply with this Court's Restitution Order dated August 12, 2005 and entered pursuant to 18 U.S.C.A. §§ 3663, 3663A, and 3664. Specifically, Cendant requests that the Defendant be ordered to comply with the provision of the Restitution Order that mandates a "lump sum payment" of $15 million to have been made on or before October 24, 2005. The Defendant has not yet fulfilled this requirement of the Restitution Order.

Pursuant to D. Conn. L. Civ. R. 7(a) (1), made applicable herein by D. Conn. L. Cr. R. 1(c), Cendant submits a memorandum of law in support of this Motion.

ORAL ARGUMENT REQUESTED

-2-

WHEREFORE, Cendant respectfully requests that the Court grant this Motion and compel the Defendant to comply with the validly-entered Restitution Order and to begin to satisfy his debt owed to Cendant, the victim of his crimes.

MOVANT - CENDANT CORPORATION

By /s/ Robert E. Kaelin
    Robert E. Kaelin - ct11631
    rkaelin@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Fax: (860) 240-6150
Its Attorneys

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on November 15, 2005 to:

<u>Counsel For The U.S. Government</u>
James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07101

<u>Counsel For E. Kirk Shelton</u>
Hope C. Seeley, Esq.
Hubert Santos, Esq.
Santos & Seeley, PC
51 Russ Street
Hartford, CT 06106

Law Offices of Thomas P. Puccio
Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY 10172

Day, Berry & Howard LLP
Stanley A. Twardy, Jr., Esq.
Gary H. Collins, Esq.
CityPlace 1, 185 Asylum Street
Hartford, CT 06103

MilBank, Tweed, Hadley & McCloy, LLP
Scott A. Edelman, Esq.
Thomas A. Arena, Esq.
1 Chase Manhattan Plaza
New York, NY 10005-1413

                              ___/s/_Robert E. Kaelin____
                                  Robert E. Kaelin