UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| Plaintiff, | : | 3:02 CR 00264 (AWT) |
| v. | : | |
| WALTER A. FORBES and<br>E. KIRK SHELTON, | : | |
| Defendants. | : | NOVEMBER 15, 2005 |

**APPENDIX TO CENDANT CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR AN ORDER COMPELLING DEFENDANT E. KIRK SHELTON TO COMPLY WITH THE COURT'S AUGUST 12, 2005 RESTITUTION ORDER**

A. Restitution Order, Docket Entry No. 1638

B. Excerpt of testimony of E. Kirk Shelton

C. October 7, 2005 letter

D. Motion for Stay of Sentence Providing for Restitution dated October 4, 2005

E. Cendant Corporation's Memorandum of Law in Opposition

F. Letter dated October 24, 2005

G. Affidavit of Richard S. Meisner

H. Reply Memorandum in Support for Stay of Sentence of Restitution

-2-

                        MOVANT - CENDANT CORPORATION

                        By:      /s/ Robert E. Kaelin
                             Robert E. Kaelin - ct11631
                             rkaelin@murthalaw.com

                             Murtha Cullina LLP
                             CityPlace I - 185 Asylum Street
                             Hartford, Connecticut 06103-3469
                             Telephone:   (860) 240-6000
                             Facsimile:    (860) 240-6150
                             Its Attorneys

Of Counsel:

Samuel Kadet - ct07880
skadet@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone:   (212) 735-3000
Facsimile:    (212) 735-2000

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on November 15, 2005 to:

Counsel For The U.S. Government

James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq. (and facsimile)
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07101

Counsel For E. Kirk Shelton

Hope C. Seeley, Esq. (and facsimile)
Hubert Santos, Esq.
Santos & Seeley, PC
51 Russ Street
Hartford, CT 06106

Law Offices of Thomas P. Puccio
Thomas P. Puccio, Esq. (and facsimile)
230 Park Avenue, Suite 301
New York, NY 10172

Day, Berry & Howard LLP
Stanley A. Twardy, Jr., Esq.
Gary H. Collins, Esq.
CityPlace 1, 185 Asylum Street
Hartford, CT 06103

MilBank, Tweed, Hadley & McCloy, LLP
Scott A. Edelman, Esq.
Thomas A. Arena, Esq.
1 Chase Manhattan Plaza
New York, NY 10005-1413

/s/ Robert E. Kaelin
Robert E. Kaelin