Page 12429

Vol. LXII

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA        : No. 3:02CR264(AWT)
:
vs.                             :
:
WALTER A. FORBES,               :
E. KIRK SHELTON,                :
:
           Defendants           : HARTFORD, CONNECTICUT
                                : SEPTEMBER 15, 2004
:
- - - - - - - - - - - - - - - - - x

JURY TRIAL

VOLUME LXII

BEFORE:

   HON. ALVIN W. THOMPSON, U.S.D.J.,

   and a Jury of 12

                        Diana Huntington, RMR
                        Corinna Thompson, RPR
                        Melanie G. Collard, RDR
                        Official Court Reporters

Page 12622

1  the victim of a fraud that happened at CUC International
2  and Cendant?
3  A. Absolutely.
4  Q. Mr. Shelton, let me ask you a couple of questions.
5     You told the jury that you have a house in Darien,
6  Connecticut?
7  A. That's where I live, yes.
8  Q. Is that a nice house?
9  A. It is a nice house is.
10 Q. It worth a lot of money?
11 A. Yes.
12 Q. What's it worth, Mr. Shelton?
13 A. We paid a little over a million for it. It's
14 probably more than doubled in value.
15 Q. You think it's worth $2 million?
16 A. I do.
17 Q. Could it be worth $3 million, Mr. Shelton?
18 A. I don't believe so, but in this market, anything is
19 possible.
20 Q. It's worth $2 million, correct?
21 A. I think it would be a little more than two.
22 Q. Is that the only house you own, Mr. Shelton?
23 A. I own a condo as well.
24 Q. Where is that condo?
25 A. I own a rental condo, a ski condo in Vail, Colorado.

Page 12623

1  Q. What's that worth, Mr. Shelton?
2  A. Probably worth a million dollars.
3  Q. We heard from someone about a Nissan Maxima. Do you
4  have that car still, Mr. Shelton?
5  A. No, that car is long gone.
6  Q. But you do have cars?
7  A. I do.
8  Q. How many cars do you have, Mr. Shelton?
9  A. We own a total of four cars.
10 Q. What kind of cars do you own?
11 A. We have two wagons, an Audi and a Mercedes. And we
12 have an Audi sedan and Lincoln LS sedan.
13 Q. Total of four cars?
14 A. Yes.
15 Q. What about other assets besides the house, condo, and
16 the four cars? Do you have other assets?
17 A. I have financial assets.
18 Q. What are your financial assets? You have stocks?
19 A. Yes.
20 Q. What is the value of your stock holdings?
21 A. I don't know. I don't know how it breaks down. I
22 know roughly how much I have in total. I have stocks and
23 bonds and some mutual funds.
24 Q. Total is approximately 30 million?
25 A. Yes.

Page 12624

1  Q. Now, I take it, Mr. Shelton, you didn't inherit a
2  sizable inheritance, correct?
3  A. I did not.
4  Q. And so when you got to CUC International, was it
5  1981?
6  A. Yes, it was.
7  Q. You had worked at Durawal before that, correct?
8  A. Yes.
9  Q. You had worked with Chris McLeod at Durawal, correct?
10 A. Yes, I did.
11 Q. In fact, Mr. McLeod had been a friend of yours since
12 the time you met him at Durawal, actually when you
13 discussed with him whether he should come to Durawal,
14 correct?
15 A. Actually even before I met him when I was trying to
16 decide if I should go to Durawal.
17 Q. You've known him for 25 years?
18 A. Yes, I have.
19 Q. He's a friend of yours, correct?
20 A. Yes, he is.
21 Q. He's still a friend of yours, correct?
22 A. Correct.
23 Q. I take it when you became working at
24 CUC International you didn't have a net worth of
25 30 million, did you?

Page 12625

1  A. No, I not.
2  Q. What was net worth when you joined CUC International
3  in 1981?
4  A. Almost zero.
5  Q. So since the time you began working to the time you
6  left April 15th or April 14th, 1998, it was during that
7  period of time that you accumulated the wealth that you
8  had on April 14th, 1998, correct?
9  A. Yes, it is.
10 Q. So during the period of 1981 to 1998, is it fair to
11 say that you were able to accumulate approximately
12 $30 million after what happened on April 15th, but
13 $60 million prior to what happened on April 15th, correct?
14 A. Yes.
15 Q. So over the course of 17 years, '81 to '98, you were
16 able to accumulate $60 million of net worth, correct?
17 A. As of April 14th.
18 Q. And the next day it was still $30 million of net
19 worth, correct?
20 A. Yes, it was.
21 Q. Let me in the remaining time, if I may, ask you to
22 take a look at Government Exhibit 549. Is it in evidence,
23 before we put it up?
24    And Mr. Shelton, we placed on the overhead 549. Is
25 it difficult for you to read? Let us know and we'll make