**SANTOS & SEELEY, P.C.**
ATTORNEYS AT LAW
51 RUSS STREET
HARTFORD, CONNECTICUT 06106-1566

HUBERT J. SANTOS
HOPE C. SEELEY
JAMES A. WELCOME

TELEPHONE
(860) 249-6548
TELECOPIER
(860) 724-5533

October 7, 2005

Clerk of the Court
United States District Court
450 Main Street
Hartford, CT 06103

RECEIVED
OCT 07 2005
U.S. DISTRICT COURT
HARTFORD, CONN.

Dear Sir or Madam:

Per Judge Thompson's restitution order regarding case No. 3:02CR264 (AWT), Mr. Shelton is making the $15,000,000 payment to the Clerk of the Court. Enclosed are the following items:

| Item | $ Value |
|---|---|
| Assignment Canada Life Policy: #2636034 | $1,306,498 |
| Assignment Security Mutual policy: #001074718 | $ 840,850 |
| Assignment Security Mutual policy: #001046440 | $1,436,125 |
| Assignment 98,075 shares Cendant Corporation | $1,902,655 |
| Check payable to the Clerk of the Court | $9,513,872 |
| **Total payment** | **$15,000,000** |

Thank you for your assistance.

Very truly yours,

HOPE C. SEELEY

HCS/etm
encl.
cc: The Hon. Alvin W. Thompson (without encl.)
    Thomas P. Puccio, Esq. (without encl.)
    Norman Gross, AUSA (without encl.)
    Richard J. Schechter, AUSA (without encl.)
    James McMahon, AUSA (without encl.)
    C. Warren Maxwell, USPO (without encl.)
    Robert E. Kaelin, Esq. (without encl.)

#1797

**RECEIVING RECORD**     1220

RECEIVED FROM: E. Kirk Shelton
ADDRESS: 599 Middlesex Rd., Darien, CT 06820

PURCHASE ORDER NO. OR RETURNED GOODS: 3:02CR264 (AWT)
FREIGHT-BILL NO.:
DATE: 10/7/05
PREPAID / COLLECT:

| # | QUANTITY | ITEM NUMBER | DESCRIPTION |
|---|---|---|---|
| 1 | 1 | | Assignment Canada Life Policy |
| 2 | | | #2636034 |
| 3 | 1 | | Assignment Security Mutual policy |
| 4 | | | #001074718 |
| 5 | 1 | | Assignment Security Mutual policy |
| 6 | | | #001046440 |
| 7 | 43 | Certificate | Assignment 98,015 Shares |
| 8 | | | Cendant Corp. |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

REMARKS: CONDITIONS, ETC.

#1628 Restitution Order

| NO. PACKAGES | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | | | |

Tops FORM 46260

BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE

```
              RECEIPT FOR PAYMENT
              DISTRICT COURT OF
                 CONNECTICUT
              HARTFORD DIVISION

                                    #017331
RECEIVED FROM:

E. KIRK SHELTON
573 MIDDLESEX RD
DARIEN, CT 06820

Case Number: 3:02CR264

F/U/B/O:

Party ID:
E. KIRK SHELTON

Tender Type:        CHECK

86-6855XX          $9,513,872.80

restitution

Remarks: check #1028.  USDJ:AWT
         (See #1638 Restitution
         Order)

         Subtotal:   $9,513,872.80



Receipt Total:      $9,513,872.80
=============================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date:    10/7/05
Clerk:
             EPD
```