## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | October 4, 2005 |

## MOTION FOR STAY OF SENTENCE PROVIDING FOR RESTITUTION

In accordance with Rule 38(e) of the Federal Rules of Criminal Procedure, the Defendant, E. Kirk Shelton, respectfully moves this Court to stay the sentence providing for restitution in the amount of $3.275 billion with the exception of making the lump sum payment of $15 million by October 24, 2005 which will be held by the Clerk's Office until the Defendant no longer has any right to appeal from the judgment in this case. The Defendant submits that the payment of the $15 million to the Court and his continued filing of monthly financial statements with the United States Probation Office will ensure compliance with a restitution order after disposition of the appeal.

The Defendant submits herewith a memorandum of law in support of this Motion.

**WHEREFORE,** the Defendant respectfully moves for a stay providing for restitution in the amount of $3.275 billion with the exception of making the lump sum payment of $15 million to the Clerk's Office.

**ORAL ARGUMENT REQUESTED**

**THE DEFENDANT,**
**E. Kirk Shelton**


BY_____
      HOPE C. SEELEY
      Federal Bar No. ct 4863
      SANTOS & SEELEY, P.C.
      51 Russ Street
      Hartford, CT 06106
      Tel: (860) 249-6548
      Fax:(860) 724-5533

      LAW OFFICES OF THOMAS P. PUCCIO
      Thomas P. Puccio, Esq. (CT 22983)
      230 Park Avenue, Suite 301
      New York, NY  10172
      Tel.: (212) 883-6383
      Fax: (212) 883-6388

## CERTIFICATION

I hereby certify that on October 4, 2005 copy of the foregoing was served on the following parties and interested persons via email or fax, and by U.S. Mail:


James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ  07101
Tel: (973) 645-2700
Fax: (973) 645-2857

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571

C. Warren Maxwell
Deputy Chief U.S. Probation Officer
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I – 85 Asylum Street
Hartford, CT  06103-3469
Tel: (860) 240-6000
Fax: (860) 240-6150


HOPE C. SEELEY