SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2570
DIRECT FAX
(917) 777-2570
EMAIL ADDRESS
SKADET@SKADDEN.COM

FIRM/AFFILIATE OFFICES
―
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
―
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 24, 2005

**VIA FACSIMILE & REGULAR MAIL**

Hope C. Seeley, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, Connecticut 06106-1566

      RE:   United States v. Walter A. Forbes and E. Kirk Shelton, Crim. No. 3:02CR264 (AWT) (D. Conn.)

Dear Ms. Seeley:

      We represent Cendant Corporation ("Cendant"). As you know, on August 5, 2005, the Court entered an order (the "Restitution Order") in the above-captioned action requiring E. Kirk Shelton to make a lump sum payment of $15 million by no later than October 24, 2005 to be held by the Clerk of the Court until such time as Mr. Shelton no longer has any right to appeal from the judgment of conviction simultaneously entered, at which point this $15 million is to be remitted to Cendant.

      On October 7, 2005, Mr. Shelton, through you, deposited with the Clerk of the Court (a) assignments of three life insurance policies to which he ascribed an aggregate value of $ 3,583,473; (b) assignment of 98,075 shares of Cendant common stock to which he ascribed a value of $1,902,655; and (c) $9,513,872 in cash.

      This deposit does not comply with the Restitution Order because Mr. Shelton's interest in the three insurance policies amounts to approximately $1,314,680, not $3,583,473. This is because Cendant has paid $2,194,627 in premiums on those policies and such premiums must be returned to Cendant. More

Hope C. Seeley, Esq.
October 24, 2005
Page 2

specifically, Cendant is unconditionally entitled to recover all policy premiums paid by it on each policy from the policy proceeds upon Mr. Shelton's death or surrender of the policy.

Plainly, Mr. Shelton cannot use Cendant's own property to satisfy his obligations under the Restitution Order. Please let me know immediately how Mr. Shelton plans to remedy this failure to comply with the Restitution Order.

Very truly yours,

Samuel Kadet