UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | December 6, 2005 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO CENDANT CORPORATION'S MOTION FILED ON NOVEMBER 15, 2005**

The Defendant, E. Kirk Shelton, hereby moves for an extension of time of seven (7) days to respond to Cendant Corporation's Motion For An Order Compelling Defendant E. Kirk Shelton To Comply With The Court's August 12, 2005 Restitution Order.

This motion for extension of time is being filed in order to permit counsel sufficient time to properly respond to the arguments and allegations made in Cendant Corporation's motion filed on November 15, 2005. This is Mr. Shelton's first request for an extension of time in connection with Cendant's motion filed on November 15, 2005. The undersigned counsel was out of state in connection with family obligations over the Thanksgiving Holiday weekend (11/24/05 through 11/27/05). Additionally, the undersigned counsel's time and attention over the past 21 days have been devoted to numerous prior obligations, including presenting a sentencing hearing before Judge Kravitz, assisting in the preparation of a sentencing hearing before Judge Chatigny, preparing for a change of plea hearing before Judge Dorsey, preparing several memoranda in connection with state and federal matters, and having numerous court appearances in state court on other cases.

-2-

The undersigned counsel contacted Attorney Robert E. Kaelin, counsel for Cendant Corporation, both late yesterday and this morning, but he has not been available to discuss this request. However, the undersigned counsel would note that Cendant Corporation has opposed previous motions for extension of time in this matter.

**WHEREFORE,** the Defendant respectfully moves for an extension of time of seven (7) days, to and including December 13, 2005, to respond to Cendant Corporation's Motion filed on November 15, 2005.

        **THE DEFENDANT,**
        **E. Kirk Shelton**

BY_____
    HOPE C. SEELEY
    Federal Bar No. ct 4863
    SANTOS & SEELEY, P.C.
    51 Russ Street
    Hartford, CT 06106
    Tel: (860) 249-6548
    Fax:(860) 724-5533

    LAW OFFICES OF THOMAS P. PUCCIO
    Thomas P. Puccio, Esq. (CT 22983)
    230 Park Avenue, Suite 301
    New York, NY  10172
    Tel.: (212) 883-6383
    Fax: (212) 883-6388

**CERTIFICATION**

I hereby certify that on December 6, 2005, a copy of the foregoing Motion For Extension Of Time was served on the following parties by Telefax and U.S. Mail:

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC  20005

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT  06604
TEL: (203) 696-3000
Fax: (203) 579-5550

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, N.J. 0810-2098
Tel:  (856) 968-4930
Fax: (856) 968-4917

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I – 85 Asylum Street
Hartford, CT  06103-3469
Tel: (860) 240-6000
Fax: (860) 240-6150

C. Warren Maxwell
Deputy Chief U.S. Probation Officer
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510
Tel: (203) 579-5707
Fax: (203) 579-5571

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571

_____
HOPE C. SEELEY