UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | December 7, 2005 |

**MOTION FOR PERMISSION TO TRAVEL**

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Vail, Colorado on Wednesday, December 21, 2005 and returning to Darien, Connecticut on Thursday, December 29, 2005 for the Christmas holiday. Mr. Shelton would be traveling with his wife and two sons and staying at Mrs. Shelton's condominium located at 595 East Vail Valley Drive, Vail, CO, 81657, tel. 970-476-5000.

This Motion is being filed in part so that the Shelton family may visit long-time family friends, Ronald and Lucy Davis, who were in a serious plane crash on June 13, 2005 in the Arizona desert. Mr. Davis testified at Mr. Shelton's trial. *See* Transcript, 9/2/04, Vol. LVI at 11423. Initially, it was believed that neither Mr. or Mrs. Davis would survive. They sustained serious injuries, including a broken back, fractured skull, punctured lungs and other broken bones. They spent three months in various hospitals (Flagstaff Hospital, Johns Hopkins and Vail Valley Medical Center) and are presently recovering at their home in Edwards, Colorado. Attached to this motion as Exhibit A is an email from Mr. Davis to the undersigned counsel confirming this information and providing his contact information.

-2-

    The undersigned counsel contacted Assistant United States Attorney Norman Gross regarding the Government's position on this motion. AUSA Gross indicated that the Government objects to this motion.

    For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel with his family for the Christmas Holiday to Vail, Colorado on December 21, 2005 and to return to Darien, Connecticut on December 29, 2005.

**THE DEFENDANT,**
**E. Kirk Shelton**

BY_____
HOPE C. SEELEY
Federal Bar No. ct 4863
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio, Esq. (CT 22983)
230 Park Avenue, Suite 301
New York, NY 10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

## **CERTIFICATION**

      I hereby certify that on December 7, 2005, a copy of the foregoing Motion For Permission To Travel was served on the following parties by email or facsimile <u>and</u> U.S. Mail:

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT  06604
Tel: (203) 696-3000
Fax: (203) 579-5550

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC  20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, N.J. 0810-2098
Tel:  (856) 968-4930
Fax: (856) 968-4917

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571

 

                                                _____
                                                HOPE C. SEELEY

-4-

Case 3:02-cr-00264-AWT     Document 2021     Filed 12/07/2005     Page 4 of 4