2018

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 DEC 15 P 3: 09

| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| --- | --- | --- |
| v. | : | HARTFORD, CT. |
| E. KIRK SHELTON. | : | December 6, 2005 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO CENDANT CORPORATION'S MOTION FILED ON NOVEMBER 15, 2005**

The Defendant, E. Kirk Shelton, hereby moves for an extension of time of seven (7) days to respond to Cendant Corporation's Motion For An Order Compelling Defendant E. Kirk Shelton To Comply With The Court's August 12, 2005 Restitution Order.

This motion for extension of time is being filed in order to permit counsel sufficient time to properly respond to the arguments and allegations made in Cendant Corporation's motion filed on November 15, 2005. This is Mr. Shelton's first request for an extension of time in connection with Cendant's motion filed on November 15, 2005. The undersigned counsel was out of state in connection with family obligations over the Thanksgiving Holiday weekend (11/24/05 through 11/27/05). Additionally, the undersigned counsel's time and attention over the past 21 days have been devoted to numerous prior obligations, including presenting a sentencing hearing before Judge Kravitz, assisting in the preparation of a sentencing hearing before Judge Chatigny, preparing for a change of plea hearing before Judge Dorsey, preparing several memoranda in connection with state and federal matters, and having numerous court appearances in state court on other cases.

Extension GRANTED, over objection, to and including December 13, 2005. It is so ordered.

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT   12/15/05

SANTOS & SEELEY, P.C. • ATTORNEYS AT LAW • 51 RUSS STREET • HARTFORD, CT 06106-1566 • (860) 249-6548 • FAX (860) 724-5533 • JURIS NO. 07230