UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| --- | --- | --- |
| v. | : | |
| E. KIRK SHELTON. | : | December 7, 2005 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Vail, Colorado on Wednesday, December 21, 2005 and returning to Darien, Connecticut on Thursday, December 29, 2005 for the Christmas holiday. Mr. Shelton would be traveling with his wife and two sons and staying at Mrs. Shelton's condominium located at 595 East Vail Valley Drive, Vail, CO, 81657, tel. 970-476-5000.

This Motion is being filed in part so that the Shelton family may visit long-time family friends, Ronald and Lucy Davis, who were in a serious plane crash on June 13, 2005 in the Arizona desert. Mr. Davis testified at Mr. Shelton's trial. *See* Transcript, 9/2/04, Vol. LVI at 11423. Initially, it was believed that neither Mr. or Mrs. Davis would survive. They sustained serious injuries, including a broken back, fractured skull, punctured lungs and other broken bones. They spent three months in various hospitals (Flagstaff Hospital, Johns Hopkins and Vail Valley Medical Center) and are presently recovering at their home in Edwards, Colorado. Attached to this motion as Exhibit A is an email from Mr. Davis to the undersigned counsel confirming this information and providing his contact information.

```
GRANTED, over the objection of the government.  The court is scheduling a conference
to discuss certain of the issues raised in the government's objection.  It is so
ordered.
```

Hartford, CT   12/21/2005

SANTOS & SEELEY, P.C. • ATTORNEYS AT LAW • 51 RUSS STREET • HARTFORD, CT 06106-1566 • (860) 249-6548 • FAX (860) 724-5533 • JURIS NO. 07230