UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| Plaintiff, | : | 3:02 CR 00264 (AWT) |
| v. | : | |
| WALTER A. FORBES and E. KIRK SHELTON, | : | |
| Defendants. | : | DECEMBER 21, 2005 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of CENDANT CORPORATION in the above-captioned action.

           CENDANT CORPORATION

By: /s/ Samuel Kadet
       Samuel Kadet – ct07880
       skadet@skadden.com

       Skadden, Arps, Slate, Meagher & Flom LLP
       Four Times Square New York, New York 10036
       Telephone: (212) 735-2570
       Fax: (917) 777-2570
       Its Attorneys

-2-

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on

December 21, 2005 to:

| | |
|---|---|
| <u>Counsel For The U.S. Government</u><br>James McMahon, Esq.<br>Richard J. Schechter, Esq.<br>Norman Gross, Esq.<br>United States Attorney's Office<br>District of New Jersey<br>970 Broad Street, Suite 700<br>Newark, NJ 07101 | Barry S. Simon<br>Williams & Connolly<br>725 12th St., N.W.<br>Washington, DC 20005-5901<br><br>Brendan V. Sullivan, Jr.<br>Margaret A. Keeley<br>Robert M. Cary<br>Williams & Connolly<br>725 12th St., N.W.<br>Washington, DC 20005-5901 |
| <u>Counsel For E. Kirk Shelton</u><br>Hope C. Seeley, Esq.<br>Hubert Santos, Esq.<br>Santos & Seeley, PC<br>51 Russ Street<br>Hartford, CT 06106 | James T. Cowdery<br>Thomas J. Murphy<br>Cowdery, Ecker & Murphy<br>750 Main St., Suite 910<br>Hartford, CT 06103-4477 |
| Law Offices of Thomas P. Puccio<br>Thomas P. Puccio, Esq.<br>230 Park Avenue, Suite 301<br>New York, NY 10172 | Alfred U. Pavlis<br>Daly & Pavlis<br>107 John St.<br>Southport, CT 06490 |
| Day, Berry & Howard LLP<br>Stanley A. Twardy, Jr., Esq.<br>Gary H. Collins, Esq.<br>CityPlace 1, 185 Asylum Street<br>Hartford, CT 06103 | Scott A. Edelman<br>Edward A. Stelzer<br>Kylie Davidson<br>Thomas A. Arena<br>Milbank, Tweed, Hadley & McCloy-NYC<br>One Chase Manhattan Plaza<br>New York, NY 10005 |
| MilBank, Tweed, Hadley & McCloy, LLP<br>Scott A. Edelman, Esq.<br>Thomas A. Arena, Esq.<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413 | Daniel E. Reynolds<br>Lankler, Siffert & Wohl<br>500 Fifth Ave., 33rd Fl.<br>New York, NY 10110-3398 |

Helen Gredd
Lauren Freundlich
Lankler, Siffert & Wohl
500 Fifth Ave., 33rd Fl.
New York, NY 10110-3398

Douglas S. Eakeley
R. Scott Thompson
Lowenstein, Sandler, Kohl, Fisher & Boylan
65 Livingston Avenue
Roseland, NJ 07068-1791

Joel H. Thompson
Shelley R. Sadin
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740

Alan R. Friedman
Gary P. Naftalis
Michael Tremonte
Kramer, Levin, Naftalis & Frankel
919 Third Ave.
New York, NY 10022-3903

Christopher K. Kiplok
Derek J.T. Adler
William R. Maguire
Hughes, Hubbard & Reed
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Joel B. Casey
Peter W. Hull
McCarter & English
Cityplace I - 185 Asylum St.
36th Fl.
Hartford, CT 06103-3495

Richard C. Tynan
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

Robert Fettweis
Wolf Block Brach Eichler
101 Eisenhower Pkwy.
Roseland, NJ 07068

Ralph G. Elliot
Tyler Cooper & Alcorn
Cityplace-35Th Floor
Hartford, CT 06103-3488

Harold James Pickerstein
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-1436

Peter W. Tomlinson
Saul B. Shapiro
Gregory L. Diskant
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Audrey Strauss
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza, 25th Floor
New York, NY 10004-1980

Ira B. Grudberg
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St., Po Box 606
New Haven, CT 06503-0001

Ethan A. Levin-Epstein
Garrison Leven-Epstein Chimes & Richardson
405 Orange Street
New Haven, CT  06511

-4-

| | |
|---|---|
| Melinda Hardy | Ed Dauber |
| U.S. Securities & Exchange Commission | Greenberg Dauber Epstein & Tucker |
| 450 Fifth Street, NW | One Gateway Center |
| Washington, DC  20549 | Newark, NY 07102 |
| | |
| Faisal M. Zubairi | Christopher J. Christie |
| Kirkpatrick & Lockhart LLP – NJ | James McMahon |
| One Newark Center | John J. Carney |
| Newark, NJ  07102 | Ralph J. Marra, Jr. |
| | Richard J. Schechter |
| | US Attorney's Office |
| | 970 Broad Street, Suite 700 |
| | Newark, NJ 07102 |

/s/ C. Donald Neville
C. Donald Neville – ct24001

852473