JAN-11-2006 02:11       FROM-                                          T-454  P.006/006  F-031

**929987**
Page: 1 of 1
09/20/2005 12:16P
Teak J Simonton Eagle, CO    432    R 6.00    D 70.00

Filed for record the ____ day of ____ A.D. ____ at ____ o'clock __ M.
Reception No. ____                                    RECORDER
                                              By ____ DEPUTY

# WARRANTY DEED

THIS DEED, Made on this day of **September 09, 2005**, between
**R. KIRK SHELTON AND AMY M. SHELTON**

of the _____ County of _____ and State of **CONNECTICUT**, of the Grantor(s), and
**SHELTON CHILDREN IRREVOCABLE TRUST, AS TO AN UNDIVIDED 50% INTEREST AND AMY M. SHELTON,
AS TO AN UNDIVIDED 50% INTEREST**

whose legal address is : **161 SUMMER STREET, APT. 412 STAMFORD, CT 06901**
of the _____ County of _____ and State of **CONNECTICUT**, of the Grantee(s);

WITNESS, That the Grantor(s), for and in consideration of the sum of ($700,000.00)
*** Seven Hundred Thousand and 00/100 ***                                      DOLLARS

the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these
presents does grant, bargain, sell, convey and confirm unto the Grantee(s), his heirs and assigns forever, all the
real property, together with improvements, if any, situate, lying and being in the _____ County of
**EAGLE** and State of Colorado, described as follows:

**CONDOMINIUM UNIT 202, BUILDING C, MANOR VAIL, A CONDOMINIUM, ACCORDING TO THE RECORDED
CONDOMINIUM MAP THEREOF AND AS DEFINED AND DESCRIBED IN THE AMENDED CONDOMINIUM
DECLARATION FOR MANOR VAIL, A CONDOMINIUM, RECORDED JULY 1, 1974 IN BOOK 235 AT PAGE
346, COUNTY OF EAGLE, STATE OF COLORADO.**

also known as street number **UNIT 202 BUILDING C, MANOR VAIL, VAIL CO 81657**

TOGETHER with all and singular and hereditaments and appurtenances thereto belonging, or in anywise appertaining
and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right,
title, interest, claim and demand whatsoever of the Grantor(s), either in law or equity, of, in and to the above bargained
premises, with the hereditaments and appurtenances;
TO HAVE AND TO HOLD the said premises above bargained and described with appurtenances, unto the Grantee(s),
his heirs and assigns forever. The Grantor(s), for himself, his heirs and personal representatives, does covenant, grant,
bargain, and agree to and with the Grantee(s), his heirs and assigns, that at the time of the ensealing and delivery
of these presents, he is well seized of the premises above conveyed, has good, sure, perfect, absolute and indefeasible
estate of inheritance, in law, in fee simple, and has good right, full power and lawful authority to grant, bargain,
sell and convey the same in manner and form as aforesaid, and that the same are free and clear from all former and other
grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind or nature soever,
EXCEPT GENERAL TAXES AND ASSESSMENTS FOR THE YEAR 2005 AND SUBSEQUENT YEARS AND SUBJECT TO THOSE ITEMS AS SET FORTH ON
EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN.

The Grantor(s) shall and will WARRANT AND FOREVER DEFEND the above bargained premises in the quiet and peaceable
possession of the Grantee(s), his heirs and assigns, against all and every person or persons lawfully claiming the whole
or any part thereof. The singular number shall include the plural, and the plural the singular, and the use of any gender
shall be applicable to all genders.
IN WITNESS WHEREOF, the Grantor(s) has executed this deed on the date set forth above.

BY: _____
    R. KIRK SHELTON

BY: _____
    AMY M. SHELTON

STATE OF **CONNECTICUT**
County of **Fairfield**  Stamford

Instrument was acknowledged before me on this day of **September 09, 2005**
by R. KIRK SHELTON AND AMY M. SHELTON

10/31/06
_____
Official Seal                Connie M. Falkenstein
                             NOTARY PUBLIC

Name and Address of Person Creating Newly Created Legal Description ( 38-35-106.5, C.R.S.)

When Recorded Return to: SHELTON CHILDREN IRREVOCABLE TRUST, AS TO AN
UNDIVIDED 50%
573 MIDDLESEX ROAD, DARIEN, CT 06820

WARRANTY DEED (Photographic)                                             [2248555]

VS000193

**CONNIE M. FALKENSTEIN**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES OCT 31 2006