IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> DAVID C. WITTIG and ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 03-40142-JAR & <br> 02-40140-JAR |

## ORDER MEMORIALIZING JANUARY 6, 2006 HEARING

On December 14, 2005, the government filed a motion for a hearing to determine whether the defendant violated conditions of his release which would warrant revocation of his release in two different cases wherein the Court imposed identical conditions of release. The motion in *United States v. Wittig and Lake*, 03-40142, can be found at Doc. 564. The motion in *United States v. Weidner and Wittig*, 02-40140, can be found at Doc. 278. This date the Court heard and received evidence and argument from counsel for the government and the defense. Having considered the evidence and arguments the Court has decided to continue this matter until **Tuesday, January 17, 2006, at 9:30 a.m.**

In the meantime the Court makes the following orders:

1. The defendant is restrained from engaging in **any** financial transaction, other than the payment of routine monthly household expenses, such as mortgage, utility and living expenses. If there is any question regarding a particular household expense, counsel for defendant shall contact the Court, the United States Attorney's Office and the United

States Probation Office for approval. Otherwise there shall be no sales, nor purchases, nor transfers of funds between accounts, between he and his wife, nor between he and anyone else. This restraint shall continue until further order of this Court.

2. By **5:00 p.m., CST, Friday, January13, 2006**, the defendant shall provide to the Court, the United States Attorney's Office and the United States Probation Office, an accounting of all financial transactions involving $25,000 or more, whether it involved he or his wife, jointly or individually, since October, 2002, including supplementation of the accounting provided in the March 23, 2004 letter from Piper Rudnick as well as a full accounting from March 23, 2004 to the present. The accounting shall include an identification of the name, location and account number of every account, whether banking or investment, held by himself and his wife at any time during the period of October 2002 to the present, whether joint or individual, and shall include a copy of the last annual, quarterly or monthly report, showing the balance in the account and the transactions consummated during the period of the account statement. The accounting shall also include information from Piper Rudnick, Weil Gotschal and Berkowitz Oliver about legal fee payments paid and legal fee obligations.

SO ORDERED this 6th day of January, 2006.

                                             S/ Julie A. Robinson
                                             Julie A. Robinson
                                             United States District Court Judge