## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | February 2, 2006 |

### DEFENDANT'S MOTION TO SEAL MOTION FOR PERMISSION TO TRAVEL

Pursuant to Rule 57 of the Local Rules of Federal Criminal Procedure, the

Defendant, E. Kirk Shelton, hereby moves this Court for an Order sealing his Motion For

Permission To Travel since the motion relates to business travel and it would be unfair

to subject the company to adverse publicity. Additionally, Mr. Shelton should be

permitted to pursue employment (with proper oversight by Probation) without having his

specific business activities being available for public view.

**THE DEFENDANT,**
**E. Kirk Shelton**


BY_____
    HOPE C. SEELEY
    Federal Bar No. ct 4863
    SANTOS & SEELEY, P.C.
    51 Russ Street
    Hartford, CT 06106
    Tel: (860) 249-6548
    Fax:(860) 724-5533

    LAW OFFICES OF THOMAS P. PUCCIO
    Thomas P. Puccio, Esq. (CT 22983)
    230 Park Avenue, Suite 301
    New York, NY  10172
    Tel.: (212) 883-6383
    Fax: (212) 883-6388

## **CERTIFICATION**

I hereby certify that on February 2, 2006, a copy of the foregoing Motion To Seal was served on the following parties by email or facsimile and U.S. Mail:

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT  06604
Tel: (203) 696-3000
Fax: (203) 579-5550

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC  20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, N.J. 0810-2098
Tel:  (856) 968-4930
Fax: (856) 968-4917

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571

_____
HOPE C. SEELEY