UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:02 CR 264 (AWT) |
| v. | |
| E. KIRK SHELTON. | February 2, 2006 |

**DEFENDANT'S MOTION TO SEAL MOTION FOR PERMISSION TO TRAVEL**

Pursuant to Rule 57 of the Local Rules of Federal Criminal Procedure, the Defendant, E. Kirk Shelton, hereby moves this Court for an Order sealing his Motion For Permission To Travel since the motion relates to business travel and it would be unfair to subject the company to adverse publicity. Additionally, Mr. Shelton should be permitted to pursue employment (with proper oversight by Probation) without having his specific business activities being available for public view.

THE DEFENDANT,
E. Kirk Shelton

BY _____
HOPE C. SEELEY
Federal Bar No. ct 4863
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax: (860) 724-5533

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/3/06

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio, Esq. (CT 22983)
230 Park Avenue, Suite 301
New York, NY 10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

SANTOS & SEELEY, P.C. • ATTORNEYS AT LAW • 51 RUSS STREET • HARTFORD, CT 06106-1566 • (860) 249-6548 • FAX (860) 724-5533 • JURIS NO. 07230