3058

United States District Court
District of Connecticut
FILED AT HARTFORD
January 26, 2006
Kevin F. Rowe, Clerk
By S. L. Smith
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | January 25, 2006 |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON | | |

UNITED STATES' MOTION TO OBTAIN COPIES OF NOTES FROM THE
DELIBERATING JURY DURING THE INITIAL TRIAL THAT WERE PLACED UNDER
SEAL BY THE COURT

Defendant Shelton's appeal from the judgment of

conviction and sentence in this case is currently pending before

the United States Court of Appeals for the Second Circuit.

United States v. E. Kirk Shelton, Second Circuit No. 05-4342cr.

In connection with that appeal, Government counsel wish to

examine certain notes sent by the deliberating jury to the Court

during the first trial in this case, which notes were placed

under seal by the Court.  The jury notes at issue were designated

Court Exhibits numbers 44, 45, 47, 48, 49, 54, and 63.

Government and defense counsel reviewed those notes

during the initial trial, but the Government does not have copies

of those notes.  The Government is not requesting that the notes

be unsealed at this time, but only that the Court direct the

Clerk to deliver sealed copies of those notes to Government

counsel and to Shelton's appellate counsel.

GRANTED.  The Clerk shall deliver sealed copies of Court Exhibits Nos. 44, 45, 47, 48, 49, 54 and 63 to the government and the defendant's appellate counsel.  It is so ordered.

02/15/2006

Alvin W. Thompson
United States District Judge