# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED

## APPEARANCE

2006 FEB 17 A 9: 56

United States of America

    v.                        CASE NUMBER:   3:02 CR 00264 (AWT)

E. Kirk Shelton

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   the United States

| | |
|---|---|
| 2/16/06 | *[signature]* |
| **Date** | **Signature** |
| phv0901 | John G. Silbermann |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (973) 353-6094 | 970 Broad St., Ste. 700 |
| **Telephone Number** | **Address** |
| (973) 297-2010 | Newark, NJ 07102 |
| **Fax Number** | |
| | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

| | | |
|---|---|---|
| Law Offices of Thomas P. Puccio | MilBank, Tweed, Hadley & McCloy, LLP | Day, Berry & Howard LLP |
| Thomas P. Puccio, Esq. | Scott A. Edelman, Esq. | Stanley A. Twardy, Jr., Esq. |
| 230 Park Avenue, Suite 301 | Thomas A. Arena, Esq. | Gary H. Collins, Esq. |
| New York, NY 10172 | 1 Chase Manhattan Plaza | CityPlace 1, 185 Asylum Street |
| | New York, NY 10005-1413 | Hartford, CT 06103 |

Hope C. Seeley, Esq.
Hubert Santos, Esq.
Santos & Seeley, PC
51 Russ Street
Hartford, CT 06106

*[signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24