**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON | : | March 3, 2006 |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER**
**AND CONFIDENTIALITY ORDER**

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the Defendant, E. Kirk Shelton ("Mr. Shelton"), hereby moves for a protective order and a confidentiality order as it relates to disclosure of his assets, liabilities and financial transactions. In support hereof, Mr. Shelton files a Memorandum of Law herewith.

        **THE DEFENDANT,**
        **E. Kirk Shelton**

By   _____
     HOPE C. SEELEY
     Federal Bar No. ct 4863
     SANTOS & SEELEY, P.C.
     51 Russ Street
     Hartford, CT 06106
     Tel: (860) 249-6548
     Fax:(860) 724-5533

     LAW OFFICES OF THOMAS P. PUCCIO
     Thomas P. Puccio, Esq. (CT 22983)
     230 Park Avenue, Suite 301
     New York, NY  10172
     Tel.: (212) 883-6383
     Fax: (212) 883-6388

## **CERTIFICATION**

      I hereby certify that on March 3, 2006, a copy of the foregoing Motion for Protective Order and Confidentiality Order was served on the following parties by email or facsimile <u>and</u> U.S. Mail:

| | |
|---|---|
| Richard J. Schechter, Esq.<br>U.S. Attorney's Office<br>915 Lafayette Blvd., Rm. 309<br>Bridgeport, CT  06604<br>Tel: (203) 696-3000<br>Fax: (203) 579-5550 | James McMahon, Esq.<br>Fraud Section<br>US Department of Justice<br>1400 New York Ave., NW, 4th Floor<br>Washington, DC  20005 |
| Norman Gross, Esq.<br>United States Attorney's Office<br>U.S. Courthouse and Federal Building<br>401 Market Street, 4th Floor<br>Camden, N.J. 0810-2098<br>Tel:  (856) 968-4930<br>Fax: (856) 968-4917 | Robert E. Kaelin, Esq.<br>Murtha Cullina LLP<br>CityPlace I<br>185 Asylum Street<br>Hartford, CT  06103-3569 |
| John Silberman, Esq.<br>United States Attorney's Office<br>970 Broad Street<br>Newark, NJ  07102 | Samuel Kadet, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, NY  10036-3897 |

 

                                              _____
                                              HOPE C. SEELEY