UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 02 CR 264 (AWT) |
| | : | |
| vs. | : | |
| | : | |
| WALTER FORBES and E. KIRK SHELTON | : | |
| | : | |
| Defendants. | : | MARCH 30, 2006 |

## MOTION FOR ADMISSION OF VISITING LAWYERS

The undersigned, a member of the bar of this Court, respectfully moves, pursuant to D. Conn. L. Cr. R. l(c) and D. Conn. L. Civ. R. 83. 1 (d), for the admission of attorneys Richard J. Schaeffer and Andrew Kanter as visiting attorneys in this Court.

Mr. Schaeffer is a member of the law firm of Dornbush Schaeffer Strongin & Weinstein, LLP at 747 Third Avenue, New York, New York 10017.  He is a member in good standing of the bar of the State of New York.  He is admitted to practice before the Supreme Court of the United States of America, the United States Courts of Appeals for the Second Circuit and the United States District Court for the Southern and Eastern Districts of New York.  Upon information and belief, Mr. Schaeffer has never been denied admission or disciplined by this Court or any other court.  (Mr. Schaeffer's fully executed affidavit in compliance with D. Conn. L. Civ. R. 83.I(d) is attached hereto at Exhibit A).

Mr. Kanter is an associate of the law firm of Dornbush Schaeffer Strongin & Weinstein, LLP at 747 Third Avenue, New York, New York 10017.  He is a member in good standing of the bar of the State of New York.  He is admitted to practice before the United States District Court for the Southern District of New York, the Eastern District of New York and the Northern District of New York.  Upon information and belief, Mr. Kanter has never been denied

admission or been disciplined by this Court or by any other court. (Mr. Kanter's fully executed affidavit in compliance with D. Conn. 1. Civ. R. 83.1(d) is attached hereto at Exhibit B).

Payment to the Clerk of the fees of $25.00 for each respective visiting lawyer, as required by D. Conn. L. Civ. R. 83.1(d)(2), accompanies this application.

Pursuant to D. Conn. L. Civ. R. 83.1(c)(1) of the Local Rules of this Court, Messrs. Schaeffer and Kanter designate the undersigned attorney Gary H. Collins and his office, Day, Berry & Howard LLP, CityPlace 1, Hartford, CT 06103, telephone number (860) 275-0100, as the members of the bar of this Court upon whom service of all papers shall also be made.

WHEREFORE, the undersigned requests that Messrs. Schaeffer and Kanter be admitted to appear as visiting lawyers to represent the defendant E. Kirk Shelton.

By: _____
    Gary H. Collins (ct22119)
    Day Berry & Howard LLP
    CityPlace I
    Hartford, CT 06703
    860-275-0100 - Telephone
    860-275-0343 - Facsimile
    e-mail: ghcollins@dbh.com

    Attorneys for Defendant
    E. Kirk Shelton

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was sent on March 30, 2006, by first class mail, postage prepaid, to:

>Christopher J. Christie, Esq.
>Norman Gross, Esq.
>Richard J. Schechter, Esq.
>United States Attorney's Office
>District of New Jersey
>970 Broad Street, Suite 700
>Newark, NJ 07102
>
>James T. Cowdery, Esq.
>Thomas J. Murphy, Esq.
>Cowdery, Ecker & Murphy, L.L.C.
>750 Main Street
>Hartford, CT 06103
>
>Brendan V. Sullivan, Esq.
>Barry S. Simon, Esq.
>Williams & Connolly LLP
>725 Twelfth Street, N.W.
>Washington, DC 20005.

                                                                _____
                                                                                  Gary H. Collins

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 02 CR 264 (A WT) |
| | : | |
| vs. | : | |
| | : | |
| WALTER FORBES and E. KIRK SHELTON | : | |
| | : | |
| Defendants. | : | March 30, 2006 |

### **AFFIDAVIT OF RICHARD J. SCHAEFFER**

STATE OF NEW YORK    }
                                        ss.:
COUNTY OF NEW YORK   }

RICHARD J. SCHAEFFER hereby affirms under penalty of perjury, as follows:

1. I submit this Affidavit pursuant to Rule 83.1(d) of the Local Rules of this Court to accompany the motion of Gary H. Collins for Admission of Visiting Attorneys in the above-captioned case. Mr. Collins is a member of the law firm of Day, Berry & Howard LLP, CityPlace 1, Hartford, Connecticut 06103, and a member of the bar of this Court.

2. My office address and related information are as follows:

> Richard J. Schaeffer
> Dornbush Schaeffer Strongin & Weinstein, LLP
> 747 Third Avenue
> New York, NY, 10017
> Telephone: 212-759-3300
> Facsimile: 212-753-7673
> Email: schaeffer@dsswlaw.com

3. I am a member in good standing of the bar of the State of New York. I am admitted to practice before the Supreme Court of the United States of America, the United States

2

Court of Appeals for the Second Circuit and the United States District Courts for the Southern, and Eastern Districts of New York.

    4.    I have not been denied admission or disciplined by this Court or any other court.

    5.    I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

_____
Richard J. Schaeffer

Sworn to before me this
\_\_\_\_\_ day of March, 2006

_____
Notary Public

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 02 CR 264 (AWT) |
| | : | |
| vs. | : | |
| | : | |
| WALTER FORBES and E. KIRK SHELTON | : | |
| | : | |
| Defendants. | : | March 30, 2006 |

**AFFIDAVIT OF ANDREW KANTER**

ANDREW KANTER hereby affirms under penalty of perjury, as follows:

1. I submit this affidavit pursuant to Rule 83.1(d) of the Local Rules of this Court to accompany the motion submitted by Gary H. Collins for Admission of Visiting Attorneys in the above-captioned case. Mr. Collins is a member of the law firm of Day, Berry & Howard LLP, CityPlace 1, Hartford, Connecticut 06103, and a member of the bar of this Court.

2. My office address and related information are as follows:

> Andrew Kanter
> Dornbush Schaeffer Strongin & Weinstein, LLP
> 747 Third Avenue
> New York, NY, 10017
> Telephone: 212-759-3300
> Facsimile: 212-753-7673
> Email: kanter@dsswlaw.com

3. I am a member in good standing of the bar of the State of New York. I am admitted to practice before the United States District Courts for the Southern District of New York, the Eastern District of New York, and the Northern District of New York.

4. I have not been denied admission or disciplined by this Court or any other court.

5.  I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

_____
Andrew Kanter

Sworn to before me this
\_\_\_\_\_ day of March, 2006

_____
Notary Public