2163

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 02 CR 264 (AWT) |
| vs. | : | |
| WALTER FORBES and E. KIRK SHELTON | : | |
| Defendants. | : | MARCH 30, 2006 |

### MOTION FOR ADMISSION OF VISITING LAWYERS

The undersigned, a member of the bar of this Court, respectfully moves, pursuant to D. Conn. L. Cr. R. 1(c) and D. Conn. L. Civ. R. 83. 1 (d), for the admission of attorneys Richard J. Schaeffer and Andrew Kanter as visiting attorneys in this Court.

Mr. Schaeffer is a member of the law firm of Dornbush Schaeffer Strongin & Weinstein, LLP at 747 Third Avenue, New York, New York 10017. He is a member in good standing of the bar of the State of New York. He is admitted to practice before the Supreme Court of the United States of America, the United States Courts of Appeals for the Second Circuit and the United States District Court for the Southern and Eastern Districts of New York. Upon information and belief, Mr. Schaeffer has never been denied admission or disciplined by this Court or any other court. (Mr. Schaeffer's fully executed affidavit in compliance with D. Conn. L. Civ. R. 83.I(d) is attached hereto at Exhibit A).

Mr. Kanter is an associate of the law firm of Dornbush Schaeffer Strongin & Weinstein, LLP at 747 Third Avenue, New York, New York 10017. He is a member in good standing of the bar of the State of New York. He is admitted to practice before the United States District Court for the Southern District of New York, the Eastern District of New York and the Northern District of New York. Upon information and belief, Mr. Kanter has never been denied

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  04/04/06