## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:02CR264 (AWT) |
| V. | ) | |
| | ) | |
| WALTER A. FORBES and | ) | April 6, 2006 |
| E. KIRK SHELTON. | ) | |

## MOTION TO WITHDRAW APPEARANCE
## FOR E. KIRK SHELTON

    Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned hereby moves to withdraw his appearance in this action for Defendant E. Kirk Shelton. In support of this motion, the undersigned states that other counsel has entered appearances for Mr. Shelton.

    WHEREFOR, the undersigned respectfully request that his appearance be withdrawn for Defendant E. Kirk Shelton.

    /s/ _____
Stanley A. Twardy, Jr. (ct05096)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: (203) 977-7300
Facsimile:  (203) 977-7301
satwardy@dbh.com

71334494.1

## CERTIFICATION

I hereby certify that on  a copy of the foregoing was served on the following parties via first-class mail:

> John J. Carney, Esq.
> Christopher J. Christie, Esq.
> James McMahon, Esq.
> Richard J. Schechter, Esq.
> Norman Gross, Esq.
> United States Attorney's Office
> District of New Jersey
> 970 Broad Street, Suite 700
> Newark, NJ  07101
>
> Brendan V. Sullivan, Esq.
> Barry S. Simon, Esq.
> Margaret A. Keeley, Esq.
> Williams & Connolly LLP
> 725 Twelfth Street, N.W.
> Washington, DC 20005
>
> James T. Cowdery, Esq.
> Thomas J. Murphy, Esq.
> Cowdery, Ecker & Murphy, L.L.C.
> 750 Main Street
> Hartford, CT 06103

         /s/
Stanley A. Twardy, Jr.