# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

United States of America
        Plaintiff,
  v.
E. Kirk Shelton
        Defendant

CASE NUMBER: 03:02-264 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  Robin D. Jackson, Trustee

Date: April 5, 2006

Connecticut Federal Bar Number: 09353

Telephone Number: 203-789-1320

Fax Number: 203-785-8127

E-mail address: jeremy.mellitz@withersworldwide.com

Signature: Jeremy A. Mellitz

Print Clearly or Type Name: Withers Bergman LLP

Address: 157 Church Street
New Haven, CT 06510

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

John G. Silbermann, Jr., Esq.
U.S. Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102

See attached list

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

**CONTINUED CERTIFICATION OF SERVICE**

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NH, 4th Floor
Washington, DC 20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, NJ 0810-2098
Tel: 856.968.4930
Fax: 856.968.4917

C. Warren Maxwell
Deputy Chief US Probation Officer
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510
Tel: 203.579.5707
Fax: 203.579.5571

Samuel Kadet, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Richard J. Schechter, Esq.
US attorney's Office
915 Lafayette Blvd Room 309
Bridgeport, CT 06604
Tel: 203.696.3000
Fax: 203.579.5550

538953.1.

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I – 85 Asylum Street
Hartford, CT 06103-3469
Tel: 860.240.6000
Fax: 860.240.6150

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT 06606
Tel: 203.579.5707
Fax: 203.579.5571

Hope C. Seeley
Santos & Seeley PC
51 Russ Street
Hartford, CT 06016
Tel: 860.249.6548
Fax: 860.724.5533


Law Offices of Thomas P. Puccio
Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY 10172
Tel: 212.883.6383
Fax: 212.883.6388

_____
Jeremy A. Mellitz

538953.1.