IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| Plaintiff | : | NO.: 03:02-264 (AWT) |
| v. | : | |
| E. KIRK SHELTON | | |
| Defendant | : | April 5, 2006 |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA**

Pursuant to D. Conn. L. Civ. R. 37(a)3, the non-party prospective witness Robin D. Jackson, Trustee ("Trustee") files the within Memorandum. As the nature of the case, the item of discovery opposed, and the specifications setting forth the reason why discovery is opposed, are all embodied and set forth in the Motion for Protective Order and to Quash filed contemporaneously herewith by the Trustee, in the interest of brevity the Trustee incorporates herein by reference the contents of the

- 1 -
538740.2.

Motion for Protective Order and to Quash as if fully set forth herein.

ROBIN D. JACKSON, TRUSTEE

By:_____
    Jeremy A. Mellitz, Esquire (#ct 09353)
    His Attorney
    Withers Bergman LLP
    157 Church Street, P.O. Box 426
    New Haven, Connecticut 06510
    Telephone: (203) 789-1320
    Fax: (203) 785-8127
    Email: Jeremy.Mellitz@withersworldwide.com

538740.2.

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent on this 5th day of April, 2006 by facsimile and simultaneously mailed by first class mail, postage prepaid, to the following counsel, as follows:

John G. Silbermann, Jr., Esq.
U.S. Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: 973.353.6094
Fax: 973.297.2010

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, NJ 0810-2098
Tel: 856.968.4930
Fax: 856.968.4917

Samuel Kadet, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NH, 4th Floor
Washington, DC 20005

C. Warren Maxwell
Deputy Chief US Probation Officer
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510
Tel: 203.579.5707
Fax: 203.579.5571

Richard J. Schechter, Esq.
US attorney's Office
915 Lafayette Blvd Room 309
Bridgeport, CT 06604
Tel: 203.696.3000
Fax: 203.579.5550

538740.2.

| | |
|---|---|
| Robert E. Kaelin, Esq.<br>Murtha Cullina LLP<br>CityPlace I – 85 Asylum Street<br>Hartford, CT 06103-3469<br>Tel: 860.240.6000<br>Fax: 860.240.6150 | Nicole Owens, USPO<br>United States Probation Office<br>United States District Court<br>915 Lafayette Street<br>Bridgeport, CT 06606<br>Tel: 203.579.5707<br>Fax: 203.579.5571 |
| Hope C. Seeley, Esq.<br>Santos & Seeley PC<br>51 Russ Street<br>Hartford, CT 06016<br>Tel: 860.249.6548<br>Fax: 860.724.5533 | Law Offices of Thomas P. Puccio<br>Thomas P. Puccio, Esq.<br>230 Park Avenue, Suite 301<br>New York, NY 10172<br>Tel: 212.883.6383<br>Fax: 212.883.6388 |

                                _____
                                Jeremy A. Mellitz

538740.2.