IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff | : | NO.: 03:02-264 (AWT) |
| v. | : | |
| E. KIRK SHELTON | | |
| Defendant | : | April 5, 2006 |

**AFFIDAVIT RE: SUBPOENA DATED MARCH 13, 2006**

I, Jeremy A. Mellitz, being duly sworn, hereby depose and say that:

1. I am over the age of eighteen and believe in the obligations of an oath;

2. This Affidavit is filed pursuant to D. Conn. L. Civ. R. 37(a)2 in connection with a Motion for Protective Order and to Quash and an Objection to Subpoena, both filed contemporaneously herewith;

3. The undersigned represents Robin D. Jackson, Trustee, as to whom the plaintiff United States of America purported to serve a subpoena on Friday, March 31, 2006 for a deposition scheduled to take place on Monday morning, April 3, 2006;

4. Because of how the subpoena was served (abode service, not in hand service), service was improper such that the subpoena is of no force and effect;

5. In addition, if and to the extent that the subpoena is enforceable, or to the extent that a similar subpoena may be issued and properly served in the

- 1 -

538739.1.

future, legitimate issues exist regarding the scope of the subpoena and costs associated with complying with the subpoena;

6. The subpoena indicates that the issuing officer is John G. Silbermann, Jr., of the U.S. Attorney's Office in Newark, New Jersey;

7. After having conferred with the Trustee on Monday, April 3, 2006, the undersigned thereafter attempted to speak to Attorney Silbermann by phone at the telephone number identified on the subpoena but was unable to make contact with him;

8. As of the time of execution of this Affidavit, Attorney Silbermann has apparently not had an opportunity to return the telephone calls that were placed to him by the undersigned;

9. In the interest of protecting the rights of the Trustee, and to avoid suggestions of untimeliness or waiver, the undersigned has felt compelled to file the Motion for Protective Order and to Quash, the Objection to Subpoena and the related filings without further delay.

_____
Jeremy A. Mellitz

Subscribed and sworn to before me
this ___ day of April, 2006.

_____
Commissioner of the Superior Court

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent on this 5th day of April, 2006 by facsimile and simultaneously mailed by first class mail, postage prepaid, to the following counsel, as follows:

John G. Silbermann, Jr., Esq.
U.S. Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: 973.353.6094
Fax: 973.297.2010

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NH, 4th Floor
Washington, DC 20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, NJ 0810-2098
Tel: 856.968.4930
Fax: 856.968.4917

C. Warren Maxwell
Deputy Chief US Probation Officer
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510
Tel: 203.579.5707
Fax: 203.579.5571

Samuel Kadet, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Richard J. Schechter, Esq.
US attorney's Office
915 Lafayette Blvd Room 309
Bridgeport, CT 06604
Tel: 203.696.3000
Fax: 203.579.5550

538739.1.

| | |
|---|---|
| Robert E. Kaelin, Esq.<br>Murtha Cullina LLP<br>CityPlace I – 85 Asylum Street<br>Hartford, CT 06103-3469<br>Tel: 860.240.6000<br>Fax: 860.240.6150 | Nicole Owens, USPO<br>United States Probation Office<br>United States District Court<br>915 Lafayette Street<br>Bridgeport, CT 06606<br>Tel: 203.579.5707<br>Fax: 203.579.5571 |
| Hope C. Seeley, Esq.<br>Santos & Seeley PC<br>51 Russ Street<br>Hartford, CT 06016<br>Tel: 860.249.6548<br>Fax: 860.724.5533 | Law Offices of Thomas P. Puccio<br>Thomas P. Puccio, Esq.<br>230 Park Avenue, Suite 301<br>New York, NY 10172<br>Tel: 212.883.6383<br>Fax: 212.883.6388 |

_____
Jeremy A. Mellitz

538739.1.