IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| Plaintiff | : | NO.: 03:02-264 (AWT) |
| v. | : | |
| | | |
| E. KIRK SHELTON | : | |
| | | |
| | | |
| Defendant | : | April 5, 2006 |

## <u>OBJECTION TO SUBPOENA</u>

Pursuant to FRCP 45, the prospective non-party witness Robin D. Jackson, Trustee hereby objects to the subpoena dated March 13, 2006 issued by plaintiff United States of America, which subpoena is the subject of a Motion for Protective Order and to Quash filed contemporaneously herewith.  In the interest of brevity, the Trustee incorporates herein by reference the contents of the Motion for Protective Order and to Quash filed contemporaneously herewith.

ROBIN D. JACKSON, TRUSTEE

By:_____

Jeremy A. Mellitz, Esquire (#ct 09353)
His Attorney
**ARGUMENT REQUESTED**
Withers Bergman LLP
157 Church Street, P.O. Box 426
New Haven, Connecticut  06510
Telephone: (203) 789-1320
Fax: (203) 785-8127
Email:Jeremy.Mellitz@withersworldwide.com

- 1 -

538741.2.

## CERTIFICATION

This is to certify that a copy of the foregoing was sent on this 5th day of

April, 2006 by facsimile and simultaneously mailed by first class mail, postage

prepaid, to the following counsel, as follows:

John G. Silbermann, Jr., Esq.
U.S. Attorney's Office
970 Broad Street, Suite 700
Newark, NJ  07102
Tel: 973.353.6094
Fax: 973.297.2010

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NH, 4th Floor
Washington, DC 20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, NJ 0810-2098
Tel: 856.968.4930
Fax: 856.968.4917

C. Warren Maxwell
Deputy Chief US Probation Officer
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510
Tel: 203.579.5707
Fax: 203.579.5571

Samuel Kadet, Esq.
Skadden Arps Slate Meagher & Flom
LLP
Four Times Square
New York, NY 10036-6522

Richard J. Schechter, Esq.
US attorney's Office
915 Lafayette Blvd Room 309
Bridgeport, CT 06604
Tel: 203.696.3000
Fax: 203.579.5550

538741.2.

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I – 85 Asylum Street
Hartford, CT 06103-3469
Tel: 860.240.6000
Fax: 860.240.6150

Hope C. Seeley, Esq.
Santos & Seeley PC
51 Russ Street
Hartford, CT 06016
Tel: 860.249.6548
Fax: 860.724.5533

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT 06606
Tel: 203.579.5707
Fax: 203.579.5571

Law Offices of Thomas P. Puccio
Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY 10172
Tel: 212.883.6383
Fax: 212.883.6388

_____
Jeremy A. Mellitz

538741.2.