IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| Plaintiff | : | NO.: 03:02-264 (AWT) |
| v. | : | |
| | | |
| E. KIRK SHELTON | : | |
| | | |
| Defendant | : | April 10, 2006 |

### MOTION TO WITHDRAW "MOTION FOR PROTECTIVE ORDER AND TO QUASH", "OBJECTION TO SUBPOENA", "MEMORANDUM OF LAW" AND "DISCOVERY AFFIDAVIT"

The nonparty prospective deponent Robin D. Jackson, Trustee hereby respectfully moves to withdraw the "Motion for Protective Order and to Quash", the "Objection to Subpoena", the related "Memorandum of Law" and the "Affidavit" all dated April 5, 2006 and filed on or about that date (the "Withdrawn Filings").

The above referenced Withdrawn Filings were directed at a subpoena dated March 13, 2006 which is no longer at issue, as a subsequent subpoena was served on or about April 6, 2006. The within motion is not intended to waive such issues as may have been raised in the Withdrawn Filings which may bear the newly issued subpoena; to that end, such issues may be raised in

**NO ARGUMENT REQUESTED**

539904.1.

a motion for protective order and the like to be filed at some future date.


ROBIN D. JACKSON, TRUSTEE


By: _____
Jeremy A. Mellitz, Esquire (#ct 09353)
His Attorney
Withers Bergman LLP
157 Church Street, P.O. Box 426
New Haven, Connecticut 06510
Telephone: (203) 789-1320
Fax: (203) 785-8127
Email:Jeremy.Mellitz@withersworldwide.com

539904.1.

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent on this 10th day of

April, 2006 by facsimile and simultaneously mailed by first class mail, postage

prepaid, to the following counsel, as follows:

| | |
|---|---|
| John G. Silbermann, Jr., Esq.<br>U.S. Attorney's Office<br>970 Broad Street, Suite 700<br>Newark, NJ 07102<br>Tel: 973.353.6094<br>Fax: 973.297.2010 | James McMahon, Esq.<br>Fraud Section<br>US Department of Justice<br>1400 New York Ave., NH, 4th Floor<br>Washington, DC 20005 |
| Norman Gross, Esq.<br>United States Attorney's Office<br>U.S. Courthouse and Federal Building<br>401 Market Street, 4th Floor<br>Camden, NJ 0810-2098<br>Tel: 856.968.4930<br>Fax: 856.968.4917 | C. Warren Maxwell<br>Deputy Chief US Probation Officer<br>United States Probation<br>157 Church Street, 22nd Floor<br>New Haven, CT 06510<br>Tel: 203.579.5707<br>Fax: 203.579.5571 |
| Samuel Kadet, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br>Tel: 212.735.3000<br>Fax: 212.735.2000 | Richard J. Schechter, Esq.<br>US attorney's Office<br>915 Lafayette Blvd Room 309<br>Bridgeport, CT 06604<br>Tel: 203.696.3000<br>Fax: 203.579.5550 |

539904.1.

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I – 85 Asylum Street
Hartford, CT 06103-3469
Tel: 860.240.6000
Fax: 860.240.6150

Hope C. Seeley, Esq.
Santos & Seeley PC
51 Russ Street
Hartford, CT 06016
Tel: 860.249.6548
Fax: 860.724.5533

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT 06606
Tel: 203.579.5707
Fax: 203.579.5571

Law Offices of Thomas P. Puccio
Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY 10172
Tel: 212.883.6383
Fax: 212.883.6388

_____
Jeremy A. Mellitz

539904.1.