## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | April 12, 2006 |

### <u>DEFENDANT'S MOTION TO SEAL PORTIONS OF CENDANT'S MEMORANDUM AND APPENDICES C, F, G, H AND J</u>

Pursuant to Rule 57 of the Local Rules of Federal Criminal Procedure, the Defendant, E. Kirk Shelton, hereby moves this Court for an Order sealing page 9 (beginning with the text following the argument heading) through 12 of Cendant's Memorandum In Further Support Of Motion To Compel Compliance With Restitution Order, and Appendices C, F, G, H and J to Cendant's Memorandum.

Mr. Shelton requests pages 9-12 of Cendant's Memorandum and the identified Appendices be sealed because they contain financial information that has been provided to the Probation Office that is not available to the public. This information was provided to the Government and Cendant following the status conference held before the Court on February 17, 2006. Disclosure of this information was premised on the understanding that there would be a confidentiality order in place. *See* Transcript, 2/17/06 at 55-56.[1] Therefore, this information should be sealed in order to further the understanding of the parties during the February 17, 2006 court proceeding.

---

[1] Mr. Puccio indicated that Mr. Shelton would disclose this information pursuant to a confidentiality agreement and the Court responded, "Actually, I forgot to mention that but I was assuming that." Transcript, 2/17/06 at 55-56.

**THE DEFENDANT,**
**E. Kirk Shelton**


BY_____
HOPE C. SEELEY
Federal Bar No. ct 4863
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio, Esq. (CT 22983)
230 Park Avenue, Suite 301
New York, NY  10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

## **CERTIFICATION**

I hereby certify that on April 12, 2006, a copy of the foregoing Motion To Seal was served on the following parties by email or facsimile <u>and</u> U.S. Mail:

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT  06604
Tel: (203) 696-3000
Fax: (203) 579-5550

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC  20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal
Building
401 Market Street, 4th Floor
Camden, N.J. 0810-2098
Tel:  (856) 968-4930
Fax: (856) 968-4917

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103-3569

John Silberman, Esq.
United States Attorney's Office
970 Broad Street
Newark, NJ  07102

Samuel Kadet, Esq.
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY  10036-3897

_____
HOPE C. SEELEY