UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | April 12, 2006 |

**DEFENDANT'S MOTION TO SEAL PORTIONS OF CENDANT'S MEMORANDUM AND APPENDICES C, F, G, H AND J**

Pursuant to Rule 57 of the Local Rules of Federal Criminal Procedure, the Defendant, E. Kirk Shelton, hereby moves this Court for an Order sealing page 9 (beginning with the text following the argument heading) through 12 of Cendant's Memorandum In Further Support Of Motion To Compel Compliance With Restitution Order, and Appendices C, F, G, H and J to Cendant's Memorandum.

Mr. Shelton requests pages 9-12 of Cendant's Memorandum and the identified Appendices be sealed because they contain financial information that has been provided to the Probation Office that is not available to the public. This information was provided to the Government and Cendant following the status conference held before the Court on February 17, 2006. Disclosure of this information was premised on the understanding that there would be a confidentiality order in place. See Transcript, 2/17/06 at 55-56.[1] Therefore, this information should be sealed in order to further the understanding of the parties during the February 17, 2006 court proceeding.

---

[1] Mr. Puccio indicated that Mr. Shelton would disclose this information pursuant to a confidentiality agreement and the Court responded, "Actually, I forgot to mention that but I was assuming that." Transcript, 2/17/06 at 55-56.