UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| | : | |
| Plaintiff, | : | 3:02 CR 00264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON, | : | |
| | : | |
| Defendants. | : | APRIL 12, 2006 |

NOTICE OF MANUAL FILING OF EXHIBITS A THROUGH J TO APPENDIX TO
MEMORANDUM OF CENDANT CORPORATION IN FURTHER SUPPORT OF
MOTION TO COMPEL COMPLIANCE WITH THE RESTITUTION ORDER AND IN
FURTHER OPPOSITION TO DEFENDANT E. KIRK SHELTON'S MOTION FOR
<u>STAY OF SENTENCE PROVIDING FOR RESTITUTION</u>

   This document has not been filed electronically because

   [X]  the document or thing cannot be converted to an electronic format.

   [X]  the document or thing has been manually served on all parties.

   Pages 9 through 12 and Exhibits C, F, G, H and J of Memorandum of Cendant Corporation in Further Support of Motion to Compel Compliance with the Restitution Order and in Further Opposition to Defendant E. Kirk Shelton's Motion for Stay of Sentence Providing for Restitution are being filed under seal.

-2-

        MOVANT - CENDANT CORPORATION

By:    /s/ Robert E. Kaelin
      Robert E. Kaelin - ct11631
      rkaelin@murthalaw.com

      Murtha Cullina LLP
      CityPlace I - 185 Asylum Street
      Hartford, Connecticut 06103-3469
      Telephone:   (860) 240-6000
      Facsimile:    (860) 240-6150
      Its Attorneys

Of Counsel:

Samuel Kadet - ct07880
skadet@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone:   (212) 735-3000
Facsimile:    (212) 735-2000

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was sent on April 12, 2006 via UPS/Overnight to the following:

<u>Counsel For The U.S. Government</u>

James McMahon, Esq.
Richard J. Schechter, Esq.
Norman Gross, Esq.
John Silbermann, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07101

<u>Counsel For E. Kirk Shelton</u>

Hope C. Seeley, Esq.
Hubert Santos, Esq.
Santos & Seeley, PC
51 Russ Street
Hartford, CT 06106

Law Offices of Thomas P. Puccio
Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY 10172

/s/ Robert E. Kaelin
Robert E. Kaelin ct11631