UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON | : | April 13, 2006 |

**CONDITIONAL MOTION TO MODIFY THE ORDER OF RESTITUTION**

In the event that this Court determines that the Defendant, E. Kirk Shelton, has not complied with the Order of Restitution, dated August 12, 2005 ("the Restitution Order"), the Defendant respectfully moves the Court to excuse such non-compliance and, pursuant to 18 U.S.C. § 3664(k), to modify the Restitution Order so as deem the Defendant's October 7, 2005 payment to the Clerk of the Court an adequate and sufficient "lump sum payment." The Defendant submits that he has, in fact, thus far complied with the Restitution Order, but to the extent the Court finds otherwise, the Defendant's good faith attempt to comply with the Order, coupled with his present inability to supplement his October 7th payment, constitute sufficient cause for the relief requested herein.

The Defendant submits herewith a memorandum of law in support of this Conditional Motion.

**ORAL ARGUMENT REQUESTED**

**WHEREFORE**, in the event the Court determines that the Defendant has not complied with the Restitution Order, the Defendant respectfully requests that the Court excuse such non-compliance and modify the Restitution Order to deem amount the Defendant paid to the Clerk of the Court on October 7th an adequate and sufficient "lump sum payment" as referenced therein.

                                         THE DEFENDANT,
                                         E. Kirk Shelton


BY  _____
       LAW OFFICES OF THOMAS P. PUCCIO
       Thomas P. Puccio, Esq. (ct 22983)
       230 Park Avenue, Suite 301
       New York, NY  10172
       Tel.: (212) 883-6383
       Fax: (212) 883-6388


       Hope C. Seeley, Esq. (ct 4863)
       SANTOS & SEELEY, P.C.
       51 Russ Street
       Hartford, CT 06106
       Tel: (860) 249-6548
       Fax: (860) 724-5533

Of Counsel:

Richard J. Schaeffer, Esq. (phv 0973)
Andrew Kanter, Esq. (phv 0974)
DORNBUSH SCHAEFFER STRONGIN & VENAGLIA, LLP
747 Third Avenue
New York, NY  10017
Tel: (212) 759-3300
Fax: (212) 753-7673

**CERTIFICATION**

I hereby certify that on April 13, 2006, a copy of the foregoing was served on the following parties by Telefax and U.S. Mail:

| | |
|---|---|
| James McMahon, Esq.<br>Fraud Section<br>US Department of Justice<br>1400 New York Ave., NW, 4th Floor<br>Washington, DC  20005 | Richard J. Schechter, Esq.<br>U.S. Attorney's Office<br>915 Lafayette Blvd.<br>Bridgeport, CT  06604<br>TEL: (203) 696-3000<br>Fax: (203) 579-5550 |
| Norman Gross, Esq.<br>United States Attorney's Office<br>U.S. Courthouse and Federal Building<br>401 Market Street, 4th Floor<br>Camden, N.J. 0810-2098<br>Tel:  (856) 968-4930<br>Fax: (856) 968-4917 | Robert E. Kaelin, Esq.<br>Murtha Cullina LLP<br>CityPlace I, 85 Asylum St.<br>Hartford, CT  06103-3469<br>Tel: (860) 240-6000<br>Fax: (860) 240-6150 |
| C. Warren Maxwell<br>Deputy Chief U.S. Probation Officer<br>United States Probation<br>157 Church Street, 22nd Floor<br>New Haven, CT 06510<br>Tel: (203) 579-5707<br>Fax: (203) 579-5571 | Nicole Owens, USPO<br>U.S. Probation Office<br>U.S. District Court<br>915 Lafayette Street<br>Bridgeport, CT  06604<br>Tel: (203) 579-5707<br>Fax: (203) 579-5571 |
| Samuel Kadet, Esq.<br>Skadden, Arps, Slate,<br>Meagher & Flom<br>Four Times Square<br>New York, NY  10036-3897 | |

_____
HOPE C. SEELEY