UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | April 13, 2006 |

**DEFENDANT'S MOTION TO SEAL PORTIONS OF DEFENDANT'S MEMORANDUM AND APPENDICES A THROUGH K**

Pursuant to Rule 57 of the Local Rules of Federal Criminal Procedure, the Defendant, E. Kirk Shelton, hereby moves this Court for an Order sealing pages 13 and 14 of Mr. Shelton's Memorandum Of Law In Support Of Motion To Modify The Order Of Restitution, and Appendices A through K to his Memorandum.

Mr. Shelton requests pages 13 and 14 of his Memorandum and the identified Appendices be sealed because they contain financial information that has been provided to the Probation Office that is not available to the public. This information was provided to the Government and Cendant following the status conference held before the Court on February 17, 2006. Disclosure of this information was premised on the understanding that there would be a confidentiality order in place. *See* Transcript, 2/17/06 at 55-56.[1] Therefore, this information should be sealed in order to further the understanding of the parties during the February 17, 2006 court proceeding.

---

[1] Mr. Puccio indicated that Mr. Shelton would disclose this information pursuant to a confidentiality agreement and the Court responded, "Actually, I forgot to mention that but I was assuming that." Transcript, 2/17/06 at 55-56.

-2-

**THE DEFENDANT,
E. Kirk Shelton**

BY_____
    HOPE C. SEELEY
    Federal Bar No. ct 4863
    SANTOS & SEELEY, P.C.
    51 Russ Street
    Hartford, CT 06106
    Tel: (860) 249-6548
    Fax:(860) 724-5533

    LAW OFFICES OF THOMAS P. PUCCIO
    Thomas P. Puccio, Esq. (CT 22983)
    230 Park Avenue, Suite 301
    New York, NY  10172
    Tel.: (212) 883-6383
    Fax: (212) 883-6388

-3-

## CERTIFICATION

    I hereby certify that on April 13, 2006, a copy of the foregoing Motion To Seal was served on the following parties by email or facsimile <u>and</u> U.S. Mail:

| | |
|---|---|
| Richard J. Schechter, Esq.<br>U.S. Attorney's Office<br>915 Lafayette Blvd., Rm. 309<br>Bridgeport, CT  06604<br>Tel: (203) 696-3000<br>Fax: (203) 579-5550 | James McMahon, Esq.<br>Fraud Section<br>US Department of Justice<br>1400 New York Ave., NW, 4th Floor<br>Washington, DC  20005 |
| Norman Gross, Esq.<br>United States Attorney's Office<br>U.S. Courthouse and Federal Building<br>401 Market Street, 4th Floor<br>Camden, N.J. 0810-2098<br>Tel:  (856) 968-4930<br>Fax: (856) 968-4917 | Robert E. Kaelin, Esq.<br>Murtha Cullina LLP<br>CityPlace I<br>185 Asylum Street<br>Hartford, CT  06103-3569 |
| John Silberman, Esq.<br>United States Attorney's Office<br>970 Broad Street<br>Newark, NJ  07102 | Samuel Kadet, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, NY  10036-3897 |

                                                                                       _____
                                                                                       HOPE C. SEELEY