> GRANTED. The Clerk shall terminate the Motion for Protective Order and To Quash Subpoena (Doc. No. 2226). It is so ordered.
>
> Alvin W. Thompson U.S.D.J.    Hartford, CT    4/18/06

**FILED**
2006 APR 11 A 9:51
U.S. DISTRICT COURT
HARTFORD, CT.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff | : | NO.: 03:02-264 (AWT) |
| v. | : | |
| E. KIRK SHELTON | : | |
| | : | |
| Defendant | : | April 10, 2006 |

### MOTION TO WITHDRAW "MOTION FOR PROTECTIVE ORDER AND TO QUASH", "OBJECTION TO SUBPOENA", "MEMORANDUM OF LAW" AND "DISCOVERY AFFIDAVIT"

The nonparty prospective deponent Robin D. Jackson, Trustee hereby respectfully moves to withdraw the "Motion for Protective Order and to Quash", the "Objection to Subpoena", the related "Memorandum of Law" and the "Affidavit" all dated April 5, 2006 and filed on or about that date (the "Withdrawn Filings").

The above referenced Withdrawn Filings were directed at a subpoena dated March 13, 2006 which is no longer at issue, as a subsequent subpoena was served on or about April 6, 2006. The within motion is not intended to waive such issues as may have been raised in the Withdrawn Filings which may bear the newly issued subpoena; to that end, such issues may be raised in

**NO ARGUMENT REQUESTED**

- 1 -

539904.1.