UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:02 CR 264 (AWT) |
| v. | |
| E. KIRK SHELTON. | April 13, 2006 |

FILED 2006 APR 13 P 3:0
U.S. DISTRICT COURT
HARTFORD, CT.

## DEFENDANT'S MOTION TO SEAL PORTIONS OF DEFENDANT'S MEMORANDUM AND APPENDICES A THROUGH K

Pursuant to Rule 57 of the Local Rules of Federal Criminal Procedure, the Defendant, E. Kirk Shelton, hereby moves this Court for an Order sealing pages 13 and 14 of Mr. Shelton's Memorandum Of Law In Support Of Motion To Modify The Order Of Restitution, and Appendices A through K to his Memorandum.

Mr. Shelton requests pages 13 and 14 of his Memorandum and the identified Appendices be sealed because they contain financial information that has been provided to the Probation Office that is not available to the public. This information was provided to the Government and Cendant following the status conference held before the Court on February 17, 2006. Disclosure of this information was premised on the understanding that there would be a confidentiality order in place. *See* Transcript, 2/17/06 at 55-56.[1] Therefore, this information should be sealed in order to further the understanding of the parties during the February 17, 2006 court proceeding.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  4/18/06

---

[1] Mr. Puccio indicated that Mr. Shelton would disclose this information pursuant to a confidentiality agreement and the Court responded, "Actually, I forgot to mention that but I was assuming that." Transcript, 2/17/06 at 55-56.