IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| Plaintiff | : | NO.: 03:02-264 (AWT) |
| v. | : | |
| | | |
| E. KIRK SHELTON | | |
| | | |
| Defendant | : | April 20, 2006 |

## MOTION FOR PROTECTIVE ORDER
## RE: DEPOSITION AND SUBPOENA OF ROBIN D. JACKSON, TRUSTEE

Pursuant to FRCP 26(c), FRCP 45, D. Conn. L. Civ. R. 37 and the Court's
inherent authority, the prospective non-party witness Robin D. Jackson, Trustee
("Trustee") hereby moves for a protective order as to the subpoena dated April
3, 2006 and attached as Exhibit A which was served by plaintiff United States of
America on the Trustee on April 6, 2006.  As summarized below and as more
particularly set forth in the Memorandum of Law filed contemporaneously
herewith, the Trustee seeks protective orders from the court as to matters of
confidentiality and as to the role of Cendant Corporation with respect to the

**ARGUMENT REQUESTED**

- 1 -

541442.1.

deposition and with respect to materials to be produced in connection with the subpoena.  The basis for this motion is as follows:

**1.    Nature of the Case**

The named defendant, E. Kirk Shelton, was convicted in this court early in 2005 and is the subject of a subsequent restitution order entered by this court in August, 2005.  The attached subpoena would appear to have been issued in connection with post-judgment orders;

**2.    Confidentiality**

To the extent that plaintiff seeks information regarding other persons or entities[1], such disclosure involves documents and information which should properly remain confidential and which properly should not be disclosed to the public or third parties, including but not limited to financial information.  As to this or some future subpoena, the Trustee seeks an appropriate confidentiality order from the court barring such disclosures;

**3.    The Role of Cendant Corporation**

In correspondence recently received by the Trustee's counsel from Cendant's counsel, Cendant announced that it intends to be present at the deposition of the Trustee and intends to participate in questioning of the Trustee.  As more particularly set forth in the accompanying Memorandum of Law, there is no proper legal basis for Cendant Corporation to be present at or participate in the deposition of the Trustee; nor does Cendant have a right to obtain from the

---

[1] SCIP Partners, L.P.; SCIP Management Company, Inc.; 2002 Shelton Family Trust; Shelton Children Irrevocable Trust

541442.1.

government the information otherwise to be obtained by the Government from the Trustee.  As a result, the Trustee seeks an appropriate order from the court barring Cendant Corporation from being present at or participating in the deposition of the Trustee and barring Cendant Corporation from obtaining such information from the plaintiff US Government.

**4.    Costs**

Finally, to the extent that documents are produced by the Trustee in connection with this subpoena, then to the extent costs are or have been incurred by the Trustee with respect to such production, such costs should properly be borne by plaintiff.  It is unfair to place that financial burden on the Trustee, who is a non-party.

**WHEREFORE**, for the reasons set forth above, the Trustee moves for a protective order as to the April 3, 2006 subpoena.

ROBIN D. JACKSON, TRUSTEE

By: _____
      Jeremy A. Mellitz, Esquire (#ct 09353)
      His Attorney
      Withers Bergman LLP
      157 Church Street, P.O. Box 426
      New Haven, Connecticut  06510
      Telephone: (203) 789-1320
      Fax: (203) 785-8127
      Email: Jeremy.Mellitz@withersworldwide.com

541442.1.

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent on this 20th day of

April, 2006 by facsimile and simultaneously mailed by first class mail, postage

prepaid, to the following counsel, as follows:

John G. Silbermann, Jr., Esq.
U.S. Attorney's Office
970 Broad Street, Suite 700
Newark, NJ  07102
Tel: 973.353.6094
Fax: 973.297.2010

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NH, 4th Floor
Washington, DC 20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, NJ 0810-2098
Tel: 856.968.4930
Fax: 856.968.4917

C. Warren Maxwell
Deputy Chief US Probation Officer
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510
Tel: 203.579.5707
Fax: 203.579.5571

Samuel Kadet, Esq.
Skadden Arps Slate Meagher & Flom
LLP
Four Times Square
New York, NY 10036-6522
Fax: 212.735.2000

Richard J. Schechter, Esq.
US attorney's Office
915 Lafayette Blvd Room 309
Bridgeport, CT 06604
Tel: 203.696.3000
Fax: 203.579.5550

541442.1.

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I – 85 Asylum Street
Hartford, CT 06103-3469
Tel: 860.240.6000
Fax: 860.240.6150

Hope C. Seeley, Esq.
Santos & Seeley PC
51 Russ Street
Hartford, CT 06016
Tel: 860.249.6548
Fax: 860.724.5533

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT 06606
Tel: 203.579.5707
Fax: 203.579.5571

Law Offices of Thomas P. Puccio
Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY 10172
Tel: 212.883.6383
Fax: 212.883.6388

Jeremy A. Mellitz

541442.1.