IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff : | NO.: 03:02-264 (AWT) |
| v. : | |
| E. KIRK SHELTON | |
| Defendant : | April 20, 2006 |

### AFFIDAVIT RE: SUBPOENA DATED APRIL 3, 2006

I, Jeremy A. Mellitz, being duly sworn, hereby depose and say that:

1. I am over the age of eighteen and believe in the obligations of an oath;

2. This Affidavit is filed pursuant to D. Conn. L. Civ. R. 37(a)2 in connection with a Motion for Protective Order Re: Deposition And Subpoena Of Robin D. Jackson, Trustee filed contemporaneously herewith;

3. The undersigned represents Robin D. Jackson, Trustee, as to whom the plaintiff United States of America served a subpoena on Thursday, April 6, 2006 for a deposition scheduled to take place on Tuesday, May 2, 2006;

4. The subpoena indicates that the issuing officer is John G. Silbermann, Jr., of the US Attorney's Office in Newark, New Jersey;

5. The undersigned has spoken with Attorney Silbermann about issues of confidentiality and the role of Cendant Corporation in connection with the Subpoena and the anticipated deposition of the Trustee;

- 1 -

541453.1.

6. The undersigned advised Attorney Silbermann that the subpoenaed documents would be produced to the plaintiff United States so long as there was an agreement not to disclose the documents to third parties;

7. Attorney Silbermann advised that he could not give such an assurance, further stated that Cendant Corporation would likely raise an issue regarding Cendant's interest in viewing such documents and in attending the deposition and suggested that an appropriate motion might have to be filed with the Court;

8. In fact, shortly thereafter, Cendant's counsel unambiguously advised the undersigned in writing that Cendant believes it has the right to attend the Trustee's deposition and question the Trustee. In the same communication, Cendant's counsel further stated that should the Trustee have an issue with the position taken by Cendant, that the Trustee should file an appropriate motion with the Court (see Exhibit A attached hereto);

9. Based on the obvious impasse between the United States, Cendant and the Trustee on these issues, the Trustee has filed a Motion for Protective Order and accompanying Memorandum of Law.

_____
Jeremy A. Mellitz

Subscribed and sworn to before me
this 20 day of April, 2006.

_____
Commissioner of the Superior Court

## CERTIFICATION

This is to certify that a copy of the foregoing was sent on this 20th day of April, 2006 by facsimile and simultaneously mailed by first class mail, postage prepaid, to the following counsel, as follows:

John G. Silbermann, Jr., Esq.
U.S. Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: 973.353.6094
Fax: 973.297.2010

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NH, 4th Floor
Washington, DC 20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, NJ 0810-2098
Tel: 856.968.4930
Fax: 856.968.4917

C. Warren Maxwell
Deputy Chief US Probation Officer
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510
Tel: 203.579.5707
Fax: 203.579.5571

Samuel Kadet, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
Fax: 212.735.2000

Richard J. Schechter, Esq.
US attorney's Office
915 Lafayette Blvd Room 309
Bridgeport, CT 06604
Tel: 203.696.3000
Fax: 203.579.5550

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I – 85 Asylum Street
Hartford, CT 06103-3469
Tel: 860.240.6000
Fax: 860.240.6150

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT 06606
Tel: 203.579.5707
Fax: 203.579.5571

541453.1.

| | |
|---|---|
| Hope C. Seeley, Esq.<br>Santos & Seeley PC<br>51 Russ Street<br>Hartford, CT 06016<br>Tel: 860.249.6548<br>Fax: 860.724.5533 | Law Offices of Thomas P. Puccio<br>Thomas P. Puccio, Esq.<br>230 Park Avenue, Suite 301<br>New York, NY 10172<br>Tel: 212.883.6383<br>Fax: 212.883.6388 |

_____
Jeremy A. Mellitz

541453.1.

# MURTHA CULLINA LLP

ATTORNEYS AT LAW

CITYPLACE 1
185 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-3469

TELEPHONE (860) 240-6000
FACSIMILE (860) 240-6150
www.murthalaw.com

ROBERT E. KAELIN
(860) 240-6036
RKAELIN@MURTHALAW.COM

April 14, 2006

**VIA FACSIMILE and MAIL**

Jeremy A. Mellitz, Esq.
Withers Bergman LLP
157 Church Street
New Haven, Connecticut 06510

Re:   United States of America v. E. Kirk Shelton
      Case No. 03:02-264(AWT)
      <u>Deposition of Robin D. Jackson, Trustee</u>

Dear Attorney Mellitz:

As I believe you are aware, our Firm represents Cendant Corporation ("Cendant"), the victim of the crimes committed by E. Kirk Shelton, in the above-referenced matter. It is my understanding that the deposition of your client, Robin D. Jackson, Trustee ("Mr. Jackson"), in response to the Subpoena of the United States Government, is now scheduled for 10:00 a.m. on Tuesday, May 2, 2006 at the law office of Zeldes, Needle & Cooper.

Please be advised that Cendant, by and through its counsel, will be attending the deposition of Mr. Jackson and is reserving the right to examine Mr. Jackson if necessary. Judge Thompson could not have been clearer at the February 17th hearing in stating that he wanted input from both the Government *and* Cendant on, among other things, Mr. Shelton's financial affairs and that he was authorizing the Government *and* Cendant to proceed with collecting such information. Cendant absolutely has a right to attend the deposition. Hence, should you have an issue with Cendant attending the deposition, I would suggest you file the appropriate Motion with Judge Thompson.

Very truly yours,

Robert E. Kaelin

cc:   John G. Silbermann, Jr., Esq.
      Hope C. Seeley, Esq.
      Samuel Kadet, Esq.

BOSTON      HARTFORD      NEW HAVEN      STAMFORD      WOBURN

EXHIBIT A