IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                Plaintiff<br>v.<br>E. KIRK SHELTON<br>                Defendant | CASE NO: 3:02 CR 00264 (AWT)<br><br><br>APRIL 27, 2006 |

### MOTION FOR ADMISSION OF VISITING LAWYER PRO HAC VICE

PURSUANT TO Local Rule of Criminal Procedure 1 (c) and Local Rule of Civil Procedure 83.1 (d), the undersigned, a member in good standing of the bar of this court, respectfully moves the Court for the admission of Charles Matays, Esq. to appear on behalf of Robin Jackson, Trustee, in the above-captioned proceeding.

The undersigned represents as follows:

1.    Charles Matays is a member of the law firm of Matays & Kretschmann, having an office at 271 Madison Avenue, Suite 705, New York, New York 10016 (Telephone: 212-213-5000, Facsimile: 212-725-6677, Email: CMatays@aol.com).

2.    Attorney Matays is a member in good standing of the New York State bar (admitted 1972) and the U.S. Tax Court (admitted 1973). He is also admitted to the Second Circuit Court of Appeals (1972).

541827.1.

3. Attorney Matays has been neither denied admission nor disciplined by any Court.

4. Attorney Matays has submitted the attached Affidavit in Support of Motion for Admission of Visiting Lawyer Pro Hac Vice.

5. Assistant United States Attorney John G. Silbermann, Jr , counsel for the United States of America, has indicated that he has no objection to this motion.

ROBIN D. JACKSON, TRUSTEE

By: _____
Jeremy A. Mellitz, Esquire (CT 09353)
His Attorney
Withers Bergman LLP
157 Church Street, P.O. Box 426
New Haven, Connecticut  06510
Telephone: (203) 789-1320
Fax: (203) 785-8127
Jeremy.Mellitz@withersworldwide.com

541827.1.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>E. KIRK SHELTON<br>Defendant | CASE NO: 3:02 CR 00264 (AWT) |

## ORDER GRANTING MOTION FOR
## ADMISSION OF VISITING LAWYER PRO HAC VICE

Upon the application of Jeremy Mellitz, Esq. for the admission of Charles Matays, Esq., pro hac vice, and good cause appearing, it is hereby

**ORDERED**, that pursuant to Local Rule of Criminal Procedure 1 (c) and Local Rule of Civil Procedure 83.1 (d) Charles Matays, Esq. is admitted to this Court to appear on behalf of Robin Jackson, Trustee in the above-captioned matter.

Dated: Hartford, Connecticut, _____, 2006.

_____
Honorable Alvin W. Thompson
U.S. District Court Judge

541827.1.

## CERTIFICATION

This is to certify that a copy of the foregoing was sent on this 27th day of April, 2006 by facsimile and simultaneously mailed by first class mail, postage prepaid, to the following counsel, as follows:

John G. Silbermann, Jr., Esq.
U.S. Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: 973.353.6094
Fax: 973.297.2010

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NH, 4th Floor
Washington, DC 20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, NJ 0810-2098
Tel: 856.968.4930
Fax: 856.968.4917

C. Warren Maxwell
Deputy Chief US Probation Officer
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510
Tel: 203.579.5707
Fax: 203.579.5571

Samuel Kadet, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
Tel: 212.735.3000
Fax: 212.735.2000

Richard J. Schechter, Esq.
US attorney's Office
915 Lafayette Blvd Room 309
Bridgeport, CT 06604
Tel: 203.696.3000
Fax: 203.579.5550

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I – 85 Asylum Street
Hartford, CT 06103-3469
Tel: 860.240.6000
Fax: 860.240.6150

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT 06606
Tel: 203.579.5707
Fax: 203.579.5571

541827.1.

| | |
|---|---|
| Hope C. Seeley, Esq.<br>Santos & Seeley PC<br>51 Russ Street<br>Hartford, CT 06016<br>Tel: 860.249.6548<br>Fax: 860.724.5533 | Law Offices of Thomas P. Puccio<br>Thomas P. Puccio, Esq.<br>230 Park Avenue, Suite 301<br>New York, NY 10172<br>Tel: 212.883.6383<br>Fax: 212.883.6388 |

_____
Jeremy A. Mellitz

541827.1.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>E. KIRK SHELTON<br>Defendant | CASE NO: 3:02 CR 00264 (AWT) |

## AFFIDAVIT OF CHARLES MATAYS, ESQ. IN SUPPORT OF MOTION FOR ADMISSION OF VISITING LAWYER PRO HAC VICE

Charles Matays, Esq., being duly sworn, hereby deposes and says:

1.      Pursuant to Local Rule of Criminal Procedure 1 (c) and Local Rule of Civil Procedure 83.1 (d), I respectfully submit this affidavit in support of the motion for my admission to appear on behalf of Robin Jackson, Trustee in the above-referenced matter.

2.      I am an attorney and member of the law firm of Matays & Kretschmann, having an office at 271 Madison Avenue, Suite 705, New York, New York 10016, (Telephone: 212-213-5000, Facsimile: 212-725-6677, Email: Cmatays@aol.com).

541827.1.

3.  I am a member in good standing of the New York State bar (admitted 1972) and the U.S. Tax Court (admitted 1973). I am also admitted to the Second Circuit Court of Appeals (1972).

4.  I have not been denied admission nor disciplined by this Court or any other Court.

5.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Charles Matays, Esq.

Subscribed and sworn to before me this 27th day of April, 2006.

_____
Notary Public
My commission expires: 2/28/2010

PAUL H. KRETSCHMANN
Notary Public, State of New York
No. 02KR4645266
Qualified in New York County
Commission Expires February 28, 20 10

541827.1.