IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff<br>v.<br>E. KIRK SHELTON<br>　　　　　　　　Defendant | CASE NO: 3:02 CR 00264 (AWT)<br><br><br><br>APRIL 27, 2006 |

**MOTION FOR ADMISSION OF VISITING LAWYER PRO HAC VICE**

PURSUANT TO Local Rule of Criminal Procedure 1 (c) and Local Rule of Civil Procedure 83.1 (d), the undersigned, a member in good standing of the bar of this court, respectfully moves the Court for the admission of Charles Matays, Esq. to appear on behalf of Robin Jackson, Trustee, in the above-captioned proceeding.

The undersigned represents as follows:

1.　Charles Matays is a member of the law firm of Matays & Kretschmann, having an office at 271 Madison Avenue, Suite 705, New York, New York 10016 (Telephone: 212-213-5000, Facsimile: 212-725-6677, Email: CMatays@aol.com).

2.　Attorney Matays is a member in good standing of the New York State bar (admitted 1972) and the U.S. Tax Court (admitted 1973). He is also admitted to the Second Circuit Court of Appeals (1972).

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   5/4/06

541827.1