UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| | : | |
| Plaintiff, | : | 3:02 CR 00264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON, | : | |
| | : | |
| Defendants. | : | |

## CONFIDENTIALITY ORDER

1.  All documents in this case produced to Cendant Corporation (and all depositions taken in this case in which Cendant participates) that are designated by the producing party (or deponent) with the designation "Confidential Material" may be disclosed by Cendant only to the following persons:

    (a)  Counsel to the United States of America, counsel to Cendant Corporation (including in-house counsel), experts (retained by the United States of America or Cendant Corporation), and staff employed by any such counsel or expert who are assisting with respect to the collection of the restitution award; and

    (b)  the Court, court personnel, and court reporters and their employees associated with the collection of the restitution award.

2.  Any exhibits filed with this Court by Cendant containing said "Confidential Material" shall be filed under seal, but related court pleadings need not be so filed.

3.  This Confidentiality Order is amenable to modification as deemed appropriate by the Court either by way of motion or by the Court, *sua sponte*.

BY THE COURT,

Dated: _____, 2006                    _____

Honorable Alvin J. Thompson