UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No.: |
| Plaintiff | : | 3:02 CR 00264 (AWT) |
| v. | | |
| E. KIRK SHELTON, | : | |
| Defendants | : | May 26, 2006 |

**APPEARANCE**

**TO THE CLERK OF THIS COURT:**

Please enter the appearance of **JEFFREY HELLMAN OF ZEISLER & ZEISLER, P.C.**, 558 Clinton Avenue, P.O. Box No. 3186, Bridgeport, Connecticut 06605 (203)368-4234, as attorney for Amy Shelton in the above captioned matter.

AMY SHELTON

BY /s/ Jeffrey Hellman
Jeffrey Hellman ct04102
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234
jhellman@zeislaw.com

Appearance for A Shelton

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent either via U.S. mail, postage prepaid, on this, the 26th day of May, 2006 to the following:

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I-185 Asylum Street
Hartford, CT 06103-3469

James McMahon, Esq.;
John J. Carney, Esq.
United States Attorney's Office
District of New Jersey
970 Broad St. – Suite 700
Newark, NJ 07101

Craig Carpenito, Esq.;
Christopher Christie, Esq.
United States Attorney's Office
District of New Jersey
970 Broad St. – Suite 700
Newark, NJ 07101

Kathleen Cody
Securities & Exchange Commission
100 F. St., NE
Washington, DC 20549-9612

Norman J. Gross, Esq.
U.S. Attorney's Office – Camden N.J.
Camden Federal Bldg. & U.S. Courthouse
401 Market Street – 4th Flr
Camden, NJ 08101

Martin J. Auerbach, Esq.
747 Third Avenue – 11th Flr.
New York, NY 10017

Richard J. Schechter, Esq.
U.S. Attorney's Office – BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

by _____
Jeffrey Hellman ct04102

2