UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No.: |
| Plaintiff | : | 3:02 CR 00264 (AWT) |
| v. | | |
| E. KIRK SHELTON, | : | |
| Defendant | : | June 6, 2006 |

### MOTION TO ADMIT ATTORNEY PRO HAC VICE

The undersigned, Jeffrey Hellman, a member of the Bar of this Court, hereby moves pursuant to D. Conn. L. Civ, R. 2(d)(1) for permission to allow Frank Franzino to appear pro hac vice on behalf of Amy Shelton in the above captioned action. In support of this motion the undersigned represents as follows:

1. Mr. Franzino's office address is 570 Lexington Avenue, New York, New York 10022.

2. Mr. Franzino is a member of the Bar of the State of New York and the Bar of the United States District for the Southern, Western and Eastern Districts of New York, the United States Tax Court, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Second, Third, Fourth, Fifth and Federal Circuits.

3. Mr. Franzino has not been denied admission or disciplined by this Court or any other court.

4.  Pursuant to D. Conn. L. Civ. R. 2(c), Mr. Franzino hereby designates 558 Clinton Avenue, Bridgeport, CT 06605 as his local address.

5.  Mr. Franzino has reviewed the Local Rules of the United States District Court for the District of Connecticut and is familiar with said rules.

WHEREFORE, the undersigned respectfully moves this Court for an order admitting Frank Franzino pro hac vice as additional counsel for the Defendant in this case.

AMY SHELTON

By: _____
Jeffrey Hellman (ct04102)
Zeisler & Zeisler P.C.
558 Clinton Avenue
Bridgeport, CT 06605-0186
(203) 368-4234
jhellman@zeislaw.com

2

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been sent either via U.S. mail, postage prepaid, on this, the 6th day of June, 2006 to the following:

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I-185 Asylum Street
Hartford, CT 06103-3469

James McMahon, Esq.;
John J. Carney, Esq.
United States Attorney's Office
District of New Jersey
970 Broad St. – Suite 700
Newark, NJ 07101

Craig Carpenito, Esq.;
Christopher Christie, Esq.
United States Attorney's Office
District of New Jersey
970 Broad St. – Suite 700
Newark, NJ 07101

Kathleen Cody
Securities & Exchange Commission
100 F. St., NE
Washington, DC 20549-9612

Norman J. Gross, Esq.
U.S. Attorney's Office – Camden N.J.
Camden Federal Bldg. & U.S. Courthouse
401 Market Street – 4th Flr
Camden, NJ 08101

Martin J. Auerbach, Esq.
747 Third Avenue – 11th Flr.
New York, NY 10017

Richard J. Schechter, Esq.
U.S. Attorney's Office – BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

by _____
Jeffrey Hellman ct04102