UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:02CR264 (AHN) |
| V. ) | |
| ) | |
| WALTER A. FORBES and ) | June 8, 2006 |
| E. KIRK SHELTON. ) | |

## RENEWED MOTION TO WITHDRAW
## APPEARANCE FOR E. KIRK SHELTON

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned hereby moves to withdraw his appearance in this action for Defendant E. Kirk Shelton. The undersigned submitted a similar Motion on April 6, 2006, which has not yet been acted upon by the Court. In support of this motion, the undersigned states that other counsel has entered appearances for Mr. Shelton.

WHEREFORE, the undersigned respectfully request that his appearance be withdrawn for Defendant E. Kirk Shelton.

_____
Stanley A. Twardy, Jr. (ct05096)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: (203) 977-7300
Facsimile: (203) 977-7301
satwardy@dbh.com

71343698.1

**CERTIFICATION**

    I hereby certify that on  a copy of the foregoing was served on the following parties via first-class mail:

        John J. Carney, Esq.
        Christopher J. Christie, Esq.
        James McMahon, Esq.
        Norman Gross, Esq.
        United States Attorney's Office
        District of New Jersey
        970 Broad Street, Suite 700
        Newark, NJ  07101

        Brendan V. Sullivan, Esq.
        Barry S. Simon, Esq.
        Margaret A. Keeley, Esq.
        Williams & Connolly LLP
        725 Twelfth Street, N.W.
        Washington, DC 20005

        James T. Cowdery, Esq.
        Thomas J. Murphy, Esq.
        Cowdery, Ecker & Murphy, L.L.C.
        750 Main Street
        Hartford, CT 06103

        _____
        Stanley A. Twardy, Jr.