UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No.: |
| Plaintiff | : | 3:02 CR 00264 (AWT) |
| v. | | |
| E. KIRK SHELTON, | : | |
| Defendant | : | June 16, 2006 |

**MOTION TO ADMIT ATTORNEY PRO HAC VICE**

The undersigned, Jeffrey Hellman, a member of the Bar of this Court, hereby moves pursuant to D. Conn. L. Civ, R. 2(d)(1) for permission to allow Frank Franzino to appear pro hac vice on behalf of Amy Shelton in the above captioned action. In support of this motion the undersigned represents as follows:

1. Mr. Franzino's office address is 570 Lexington Avenue, New York, New York 10022.

2. Mr. Franzino is a member of the Bar of the State of New York and the Bar of the United States District for the Southern, Western and Eastern Districts of New York, the United States Tax Court, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Second, Third, Fourth, Fifth and Federal Circuits.

3. Mr. Franzino has not been denied admission or disciplined by this Court or any other court.

4.  Pursuant to D. Conn. L. Civ. R. 2(c), Mr. Franzino hereby designates 558 Clinton Avenue, Bridgeport, CT 06605 as his local address.

5.  Mr. Franzino has reviewed the Local Rules of the United States District Court for the District of Connecticut and is familiar with said rules.

WHEREFORE, the undersigned respectfully moves this Court for an order admitting Frank Franzino pro hac vice as additional counsel for the Defendant in this case.

> AMY SHELTON
>
> By: _____
> Jeffrey Hellman (ct04102)
> Zeisler & Zeisler P.C.
> 558 Clinton Avenue
> Bridgeport, CT 06605-0186
> (203) 368-4234
> jhellman@zeislaw.com

2

ZEISLER & ZEISLER, P.C. • ATTORNEYS AT LAW
558 CLINTON AVENUE • P. O. BOX 3186 • BRIDGEPORT, CONNECTICUT 06605-0186 • (203) 368-4234 • JURIS NO. 69625

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent either via electronic mail or U.S. mail, postage prepaid, on this, the 16th day of June, 2006 to the following:

Robert E. Kaelin, Esq.;
Francis J. Brady, Esq; and
Amanda F. Lawrence, Esq.
Murtha Cullina LLP
CityPlace I-185 Asylum Street
Hartford, CT 06103-3469

by _____
Jeffrey Hellman/ct04102

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No.: |
| Plaintiff | : | 3:02 CR 00264 (AWT) |
| v. | | |
| E. KIRK SHELTON, | : | |
| Defendant | : | June 14, 2006 |

### AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT ATTORNEY PRO HAC VICE

I, Frank J. Franzino, Jr., being duly sworn, hereby depose and say:

1. My office address is Meier Franzino & Scher, LLP, 570 Lexington Avenue, New York, New York 10022, tel. (212) 759-9770, fax (212) 644-2298.

2. I am a member of the Bars of the States of New York and New Jersey and the Bars of the United States District Courts for the Southern, Western and Eastern Districts of New York, the United States Tax Court, the United States District Court for the District of New Jersey and the United States Courts of Appeals for the Second, Third, Fourth, Fifth and Federal Circuits.

3. I have not been denied admission or disciplined by this Court or any other court.

4. I have reviewed the Local Rules of the United States District Court for the District of Connecticut and am familiar with said rules.

_____
Frank J. Franzino, Jr.

Sworn to before me this
14th day of June, 2006

_____
Notary Public

DAVIDA S. SCHER
Notary Public, State of New York
No. 02SC5055328
Qualified in Westchester County
Commission Expires February 5, 19__
2006