UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | June 21, 2006 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Boston, Massachusetts on Sunday, June 25, 2006 and returning to Darien, Connecticut on Tuesday, June 27, 2006 in order to bring his oldest son to college orientation. Mr. Shelton would be staying at Hotel Commonwealth, 500 Commonwealth Ave., Boston, MA 02215, tel. 617-933-5000.

The undersigned counsel attempted to contact Assistant United States Attorney Norman Gross regarding the Government's position on this motion, but he is out of the office until Thursday, June 22, 2006. The undersigned counsel then contacted AUSA Richard J. Schechter and he indicated he would speak to AUSA Gross to determine the Government's position.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel with his son to Boston, Massachusetts on June 25, 2006 and to return to Darien, Connecticut on June 27, 2006.

-2-

**THE DEFENDANT,
E. Kirk Shelton**

BY_____
HOPE C. SEELEY
Federal Bar No. ct 4863
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio, Esq. (CT 22983)
230 Park Avenue, Suite 301
New York, NY  10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

## **CERTIFICATION**

  I hereby certify that on June 21, 2006, a copy of the foregoing Motion For Permission To Travel was served on the following parties by email or facsimile <u>and</u> U.S. Mail:

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT  06604
Tel: (203) 696-3000
Fax: (203) 579-5550

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC  20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, N.J. 0810-2098
Tel:  (856) 968-4930
Fax: (856) 968-4917

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571


                _____
                HOPE C. SEELEY