UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Criminal Action No. |
| Plaintiff, | : 3:02 CR 00264 (AWT) |
| v. | : |
| WALTER A. FORBES and<br>E. KIRK SHELTON, | : |
| Defendants. | : JULY 27, 2006 |

CENDANT CORPORATION'S MOTION FOR ADJUDICATION OF PENDING MOTIONS

Plaintiff Cendant Corporation ("Cendant") hereby requests adjudication from the Court of all motions pending before the Court relating to Defendant Shelton's restitution obligations.

In support hereof, Cendant respectfully represents as follows:

1. On August 12, 2005, this Court, in connection with his conviction, ordered the Defendant, E. Kirk Shelton ("Shelton"), to pay $3.275 billion to Cendant as restitution (the "Restitution Order")(Doc. ID # 1638).

2. The following motions have been filed in this case since entry of the Restitution Order:[1]

- Cendant's Motion for Order in Aid of Execution (Doc. ID # 1711) (and supporting Memorandum of Law) dated September 16, 2005;

---

[1] The United States Government has also filed a number of Motions and Memoranda in this case since entry of the Restitution Order. The majority of them have, not yet been adjudicated.

- Cendant's Motion for Limited Release of Defendant E. Kirk Shelton's Pre-Sentencing Report and Quarterly Financial Progress Report (Doc. ID # 1713) (and supporting Memorandum of Law) dated September 16, 2005;

- Shelton's Motion for Stay of Sentence Providing For Restitution (Doc. ID # 1786) (and supporting Memorandum of Law) dated October 4, 2005;

- Cendant's Motion for an Order Compelling Defendant E. Kirk Shelton to Comply with the Court's August 12, 2005 Restitution Order (Doc. ID # 1990) (and supporting Memorandum of Law as well as a Memorandum in Further Support (Doc. ID # 2235)) dated November 15, 2005;[2] and

- Robin D. Jackson's Motion for Protective Order Re: Deposition and Subpoena of Robin D. Jackson, Trustee (Doc. ID # 2296) (and supporting Memorandum of Law) dated April 20, 2006.

3.  This Court has not ruled on any of the pending motions listed in Paragraph 2.

4.  18 U.S.C. §3771 "Crime Victim's Rights" provides that the crime victim, such as Cendant, has certain rights, including: (a)(6) "The right to full and timely restitution as provided in law;" and (a)(7) "The right to proceedings <u>free from unreasonable delay</u>."

5.  18 U.S.C. §3771 further provides in subsection (d)(3) that "The district court shall take up and decide any motion asserting a victim's right <u>forthwith</u>" and that "[i]n no event shall proceedings be stayed or subject to a continuance of <u>more than five days</u> for purposes of enforcing this chapter."

---

[2] This motion was filed in an attempt to compel Shelton to comply with the $15 million "lump sum payment" provision in the Restitution Order. In fact, the Court *has repeatedly agreed and admitted* that Shelton has not complied with this provision. For example, at a February 17, 2006 Court Hearing, the Court stated that: "…I don't think there's an issue as to whether the defendant has complied with the order. He hasn't complied with the order, period." (February 17, 2006 Hearing Transcript, p. 5). Likewise, during a March 9, 2006 Telephonic Status Conference, the Court reiterated again that "the fact of the matter was, it [the lump sum payment requirement] was not complied with." (March 9, 2006 Conference Call Transcript, p. 43).

6.    Because the pending motions have not yet been resolved, Cendant found it necessary to file a separate civil suit, now pending before this Court (No. 3:06-CV-854(AWT)).

7.    Since entry of the Restitution Order, while Cendant has been awaiting adjudication of all pending motions, at least $17,966,000 has been transferred out of and among the various entities controlled by Shelton.

8.    Continued delay is to the detriment of Cendant and causes undue prejudice.

WHEREFORE the foregoing reasons, Cendant respectfully requests that the Court grant this Motion for Adjudication.

MOVANT – CENDANT CORPORATION

By  /s/ 
Francis J. Brady – ct04296
Robert E. Kaelin - ct11631

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email: fbrady@murthalaw.com
       rkaelin@murthalaw.com
Its Attorneys

Of Counsel:

Samuel Kadet- ct07880
skadet@skadden.com

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036-6522
Telephone:    (212) 735-3000
Facsimile:    (212) 735-2000

CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2006, a copy of foregoing Cendant Corporation's Motion for Adjudication of Pending Motions was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and via U.S. Mail, Postage Prepaid to those not using the electronic filing system. Parties may access this filing through the Court's system.

_____
Robert E. Kaelin - ct11631

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103
Telephone:  (860) 240-6000
Facsimile:   (860) 240-6150
Email: rkaelin@murthalaw.com