**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA     )
                             )
v.                           )     Criminal No. 3:02CR00264(AWT)
                             )
E. KIRK SHELTON              )
-------------------------------
```

**RULING ON CONDITIONAL MOTION TO MODIFY THE ORDER OF RESTITUTION**

The defendant's Conditional Motion to Modify the Order of Restitution (Doc. No. 2237) is hereby DENIED, consistent with the court's Order Re Motion for Stay of Order of Restitution dated August 1, 2006.

It is so ordered.

Dated this 1st day of August 2006 at Hartford, Connecticut.

                                                        /s/ (AWT)
                                        Alvin W. Thompson
                               United States District Judge