**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

------------------------------
UNITED STATES OF AMERICA    )
                            )
v.                          )    Criminal No. 3:02CR00264(AWT)
                            )
E. KIRK SHELTON             )
------------------------------

**RULING ON CENDANT CORPORATION'S MOTION FOR AN ORDER COMPELLING DEFENDANT E. KIRK SHELTON TO COMPLY WITH THE COURT'S AUGUST 12, 2005 RESTITUTION ORDER**

Cendant Corporation's Motion for an Order Compelling Defendant E. Kirk Shelton to Comply With the Court's August 12, 2005 Restitution Order (Doc. No. 1990) is hereby DENIED in part and GRANTED in part.  As set forth in the court's Order Re Motion for Stay of Order of Restitution, dated August 1, 2006, Cendant Corporation's motion (i) is being denied to the extent it seeks an order requiring the defendant to supplement his deposit in the court registry to make up the difference between the $3,583,473 combined cash value of the three life insurance policies and the actual value of the defendant's interest in those policies as of October 7, 2005; (ii) is being granted to the extent it seeks an order requiring the defendant to supplement his deposit in the court registry to compensate for any diminution in value of the 98,075 shares of Cendant Corporation common stock deposited in the court registry; and (iii) is being granted to the extent it seeks an order from the court enjoining the defendant from transferring, dissipating, or shielding his assets and requiring

him to seek approval for expenditures beyond necessary and ordinary living expenses.

It is so ordered.

Dated this 1st day of August 2006 at Hartford, Connecticut.

_____/s/ (AWT)_____
Alvin W. Thompson
United States District Judge
