**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA       )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
E. KIRK SHELTON                )
-------------------------------
```

**RULING ON MOTION FOR ORDER IN AID OF EXECUTION**

    Cendant Corporation's Motion for Order in Aid of Execution (Doc. No. 1711) is hereby DENIED in part and DENIED, as moot, in part, consistent with the court's Order Re Motion for Stay of Order of Restitution dated August 1, 2006.

    Cendant's motion is being denied to the extent it seeks an order liquidating the defendant's known assets and setting aside known transfers of the defendant's property or property interests.  It is being denied as moot to the extent it seeks disclosure by the defendant of all of his assets and transfers of assets in light of the defendant's production of documents (KS 000001 to KS 000129) in response to the United States of America/Cendant Corporation's Request for Production of Documents dated February 21, 2006, and the discussion at the hearing on March 9, 2006.

    It is so ordered.

    Dated this 1st day of August 2006 at Hartford, Connecticut.

                                                     /s/ (AWT)
                                           Alvin W. Thompson
                                  United States District Judge