UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )     Criminal No. 3:02CR00264(AWT)
                              )
E. KIRK SHELTON               )
-------------------------------
```

**RULING ON CENDANT CORPORATION'S MOTION FOR THE LIMITED RELEASE OF DEFENDANT E. KIRK SHELTON'S PRE-SENTENCE REPORT AND QUARTERLY FINANCIAL PROGRESS REPORTS**

Cendant Corporation's Motion for the Limited Release of Defendant E. Kirk Shelton's Pre-Sentence Report and Quarterly Financial Progress Reports (Doc. No. 1713) is hereby DENIED, as moot, based on the discussion at the hearing on February 17, 2006. (See Hearing Tr., Feb. 17, 2006, at 47-59.)

It is so ordered.

Dated this 1st day of August 2006 at Hartford, Connecticut.

　　　　　　　　　　　　　　　　　　　　／s／ (AWT)
　　　　　　　　　　　　　　　　　　　Alvin W. Thompson
　　　　　　　　　　　　　　　　　United States District Judge