UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA     )
                             )
v.                           )     Criminal No. 3:02CR00264(AWT)
                             )
E. KIRK SHELTON              )
-------------------------------
```

**RULING ON MOTION FOR PROTECTIVE ORDER RE: DEPOSITION AND SUBPOENA OF ROBIN D. JACKSON, TRUSTEE**

Trustee, Robin D. Jackson's Motion for Protective Order Re: Deposition and Subpoena of Robin D. Jackson, Trustee (Doc. No. 2296) is hereby DENIED, as moot, because (1) the government has already deposed the Trustee, and (2) Cendant Corporation may pursue discovery in the context of its civil law suit (see Cendant Corp. v. E. Kirk Shelton, Amy Shelton and Robin D. Jackson, Trustee of the Shelton Children Irrevocable Trust, 3:06CV00854 (AWT)), in which Robin D. Jackson, Trustee is named as a defendant.

It is so ordered.

Dated this 1st day of August 2006 at Hartford, Connecticut.

/s/ (AWT)
Alvin W. Thompson
United States District Judge