```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT
```

```
-------------------------------
UNITED STATES OF AMERICA       )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
E. KIRK SHELTON                )
-------------------------------
```

**RULING ON ROBIN D. JACKSON, TRUSTEE'S MOTION
<u>FOR STAY PENDING APPEAL</u>**

Robin D. Jackson, Trustee's Motion for Stay Pending Appeal (Doc. No. 2324) is hereby DENIED, as moot.  (<u>See</u> Ruling on Trustee, Robin D. Jackson's Motion for Protective Order Re: Deposition and Subpoena of Robin D. Jackson, Trustee, dated August 1, 2006.)

It is so ordered.

Dated this 1st day of August 2006 at Hartford, Connecticut.

                                                            /a/ (AWT)
                                          Alvin W. Thompson
                                  United States District Judge