UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA     )
                             )
v.                           )    Criminal No. 3:02CR00264(AWT)
                             )
E. KIRK SHELTON              )
-------------------------------
```

**RULING ON ROBIN D. JACKSON, TRUSTEE'S MOTION
FOR STAY PENDING APPEAL**

    Robin D. Jackson, Trustee's Motion for Stay Pending Appeal (Doc. No. 2324) is hereby DENIED, as moot. (See Ruling on Trustee, Robin D. Jackson's Motion for Protective Order Re: Deposition and Subpoena of Robin D. Jackson, Trustee, dated August 1, 2006.)

    It is so ordered.

    Dated this 1st day of August 2006 at Hartford, Connecticut.

                                                  /a/ (AWT)
                                    Alvin W. Thompson
                            United States District Judge