UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | August 4, 2006 |

## DEFENDANT'S MOTION TO SEAL MOTION TO MODIFY TO TRAVEL

Pursuant to Rule 57 of the Local Rules of Federal Criminal Procedure, the Defendant, E. Kirk Shelton, hereby moves this Court for an Order sealing his Motion For Permission To Travel since the motion relates in part to business travel and his prior motions relating to business travel have been filed under seal. Additionally, Mr. Shelton should be permitted to pursue employment (with proper oversight by Probation) without having his specific business activities being available for public view.

**THE DEFENDANT,**
**E. Kirk Shelton**

BY_____
HOPE C. SEELEY
Federal Bar No. ct 4863
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548; Fax:(860) 724-5533

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio, Esq. (CT 22983)
230 Park Avenue, Suite 301
New York, NY 10172
Tel.: (212) 883-6383; Fax: (212) 883-6388

Richard J. Schaeffer, Esq.
Andrew Kanter, Esq.
Dornbush Schaeffer Strongin & Venaglia, LLP
747 Third Avenue
New York, NY 10017
Tel: (212) 759-3300; Fax: (212) 753-7673

-2-

## **CERTIFICATION**

      I hereby certify that on August 4, 2006, a copy of the foregoing Motion To Seal was served on the following parties by email or facsimile <u>and</u> U.S. Mail:

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT  06604
Tel: (203) 696-3000
Fax: (203) 579-5550

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC  20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, N.J. 0810-2098
Tel:  (856) 968-4930
Fax: (856) 968-4917

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571


                                                  _____
                                                  HOPE C. SEELEY