UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | **FILED UNDER SEAL** |
| | : | |
| E. KIRK SHELTON. | : | August 4, 2006 |

## MOTION TO MODIFY TRAVEL (FILED UNDER SEAL)

The Defendant, E. Kirk Shelton, respectfully moves to modify the Court's previous order regarding his travel to Colorado for business purposes to permit him to travel to Colorado from on or about August 8, 2006 to August 20, 2006 as follows:

(1) Travel to the Denver area for business purposes on or about Tuesday, August 8, 2006;[1]

(2) Travel from the Denver area to Vail, Colorado during the middle of the travel period to be with his family at the condominium owned by his wife located at 595 East Vail Valley Drive, Vail, CO, 81657, tel. 970-476-5000;

(3) Travel from Vail, Colorado to the Denver area for business purposes towards the end of the travel period;

(4) Travel from the Denver area to Darien, Connecticut on or about August 20, 2006.

The Court's previous order granted Mr. Shelton permission to travel to Colorado two times a month to serve as a business consultant as long as he provided his travel

---

[1] Since no travel arrangements have been made yet, the exact dates of travel depend on airline availability and scheduling. As with prior travel, Mr. Shelton would provide his probation officer with the exact schedule once reservations were confirmed.

itinerary to the United States Probation Office prior to travel. This motion is being made so that Mr. Shelton may spend time with his family at the condominium in Vail in-between his business travel.

The undersigned counsel contacted Assistant United States Attorney Richard Schechter regarding the Government's position on this motion. AUSA Schechter indicated that the Government objects to this motion.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel to the Denver, Colorado area on or about August 8, 2006 for business purposes, then to Vail, Colorado to be with his family, and then back to the Denver area for business purposes, and to return to Darien, Connecticut on or about August 20, 2006. Mr. Shelton will provide his exact itinerary to Probation as soon as those travel arrangements have been made.

        **THE DEFENDANT,**
        **E. Kirk Shelton**

BY_____
    HOPE C. SEELEY (CT 04863)
    SANTOS & SEELEY, P.C.
    51 Russ Street
    Hartford, CT 06106
    Tel: (860) 249-6548; Fax:(860) 724-5533

    LAW OFFICES OF THOMAS P. PUCCIO
    Thomas P. Puccio, Esq. (CT 22983)
    230 Park Avenue, Suite 301
    New York, NY 10172
    Tel.: (212) 883-6383; Fax: (212) 883-6388

    Richard J. Schaeffer, Esq.
    Andrew Kanter, Esq.
    Dornbush Schaeffer Strongin & Venaglia, LLP
    747 Third Avenue
    New York, NY 10017
    Tel: (212) 759-3300; Fax: (212) 753-7673

## **CERTIFICATION**

      I hereby certify that on August 4, 2006, a copy of the foregoing Motion To Modify Travel was served on the following parties by email or facsimile <u>and</u> U.S. Mail:

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT  06604
Tel: (203) 696-3000
Fax: (203) 579-5550

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC  20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, N.J. 0810-2098
Tel:  (856) 968-4930
Fax: (856) 968-4917

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571


                                                                           _____
                                                                HOPE C. SEELEY