UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | **FILED UNDER SEAL** |
| E. KIRK SHELTON. | : | August 8, 2006 |

**REPLY TO GOVERNMENT'S MEMORANDUM TO DEFENDANT'S
MOTION TO MODIFY TRAVEL (FILED UNDER SEAL)**

The Defendant, E. Kirk Shelton, respectfully replies to the Government's objections to Mr. Shelton's Motion To Modify the Court's previous order regarding his travel to Colorado for business purposes to permit him to travel to Colorado from on or about August 8, 2006 to August 20, 2006 as follows:

1.  The Government's objection to Mr. Shelton spending funds for the purpose of a Vail vacation is without merit. Mr. Shelton's airfare is paid for by the company for which he is serving as a consultant. He intends to travel to Colorado during August for two business trips regardless of whether the Court permits him to be with his family in Colorado during the time period between the two trips. Therefore, if Mr. Shelton were to be permitted to spend time with his family in Vail, the travel costs incurred by the company will be reduced from two round trip tickets to only one round trip ticket. Mr. Shelton will not be spending money for lodging while in Vail, and he will be required to live within the reduced budgetary guidelines established by the Court in its recent Order dated August 1, 2006.

2.  The Government's objection that Mr. Shelton has not complied with the Court's Restitution Order will be moot either tomorrow or the next day. Mr. Shelton is sending payment in the amount ordered by the Court to the undersigned counsel and

the undersigned counsel will deposit the payment with the Clerk's Office immediately upon receipt.

3.  While Mr. Shelton's motion indicated that he intended to travel on or about August 8, 2006, and that exact date has passed, he would still travel to Colorado under the terms outlined in his Motion if the Court were to grant the motion.

For the reasons stated herein and for the reasons previously stated in the Motion To Modify Travel, Mr. Shelton respectfully requests that he be given permission to travel to the Denver, Colorado area on or about August 8, 2006 for business purposes, then to Vail, Colorado to be with his family, and then back to the Denver area for business purposes, and to return to Darien, Connecticut on or about August 20, 2006. Mr. Shelton will provide his exact itinerary to Probation as soon as those travel arrangements have been made.

        **THE DEFENDANT,**
        **E. Kirk Shelton**

BY_____
    HOPE C. SEELEY (CT 04863)
    SANTOS & SEELEY, P.C.
    51 Russ Street
    Hartford, CT 06106
    Tel: (860) 249-6548; Fax:(860) 724-5533

    LAW OFFICES OF THOMAS P. PUCCIO
    Thomas P. Puccio, Esq. (CT 22983)
    230 Park Avenue, Suite 301
    New York, NY 10172
    Tel.: (212) 883-6383; Fax: (212) 883-6388

    Richard J. Schaeffer, Esq.
    Andrew Kanter, Esq.
    Dornbush Schaeffer Strongin & Venaglia, LLP
    747 Third Avenue
    New York, NY 10017
    Tel: (212) 759-3300; Fax: (212) 753-7673

## **CERTIFICATION**

      I hereby certify that on August 8, 2006, a copy of the foregoing Reply To Government's Memorandum In Opposition To Defendant's Motion To Modify Travel was served on the following parties by email or facsimile <u>and</u> U.S. Mail:

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT  06604
Tel: (203) 696-3000
Fax: (203) 579-5550

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC  20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, N.J. 0810-2098
Tel:  (856) 968-4930
Fax: (856) 968-4917

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571


                                                               _____
                                                            HOPE C. SEELEY