**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
E. KIRK SHELTON               )
-----------------------------
```

**ENDORSEMENT ORDER**

The Defendant's Motion to Seal Motion to Modify Travel (Doc. No. 2423) is hereby DENIED, because the underlying motion to travel does not disclose information that the court agreed should be kept confidential.

It is so ordered.

Dated this 11th day of August 2006 at Hartford, Connecticut.

                      /s/ (AWT)
                    Alvin W. Thompson
                 United States District Judge