**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA    )
                            )
v.                          )    Criminal No. 3:02CR00264(AWT)
                            )
E. KIRK SHELTON             )
-------------------------------
```

**ENDORSEMENT ORDER**

The defendant's Motion to Modify Travel (Doc. No. 2424) is hereby DENIED, without prejudice.  Given the fact that different factors govern consideration of requests to travel for business purposes and requests to travel for vacation for someone in the defendant's situation, requests for these two different types of travel should not be combined.

It is so ordered.

Dated this 11th day of August 2006 at Hartford, Connecticut.

                                      /s/ (AWT)
                                  Alvin W. Thompson
                             United States District Judge