**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | August 14, 2006 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully moves for permission to travel from Denver, Colorado to Vail, Colorado on or about August 18, 2006 through August 28, 2006 to spend time with his family for vacation. While in Vail, Colorado, Mr. Shelton would be staying at 595 East Vail Valley Drive, Vail, CO, 81657, tel. 970-476-5000 with his family.

The Court previously granted Mr. Shelton permission to travel to Colorado two times a month to serve as a business consultant as long as he provided his travel plans to the United States Probation Office prior to travel. In accordance with that prior order, Mr. Shelton intends to travel to Colorado for business purposes during the month of August and he will provide his business travel itinerary to the Probation Office. He intends to coordinate his business travel schedule with this requested family vacation if this Court were to grant Mr. Shelton's Motion For Permission To Travel.

The undersigned counsel previously contacted Assistant United States Attorney Richard Schechter regarding the Government's position on a similar motion that was filed on August 4, 2006. AUSA Schechter indicated that the Government objected to that motion and filed a memorandum in opposition to said motion.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel from Denver, Colorado to Vail, Colorado on or about August 18, 2006 through August 28, 2006 to spend time with his family for vacation. Mr. Shelton will provide his exact itinerary to Probation as soon as those travel arrangements have been made if this Court were to grant his motion.

**THE DEFENDANT,**
**E. Kirk Shelton**

BY_____
HOPE C. SEELEY (CT 04863)
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548; Fax:(860) 724-5533

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio, Esq. (CT 22983)
230 Park Avenue, Suite 301
New York, NY  10172
Tel.: (212) 883-6383; Fax: (212) 883-6388

Richard J. Schaeffer, Esq.
Andrew Kanter, Esq.
Dornbush Schaeffer Strongin & Venaglia, LLP
747 Third Avenue
New York, NY  10017
Tel: (212) 759-3300; Fax: (212) 753-7673

## CERTIFICATION

I hereby certify that on August 14, 2006, a copy of the foregoing Motion For Permission To Travel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT 06604
Tel: (203) 696-3000
Fax: (203) 579-5550

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC 20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, N.J. 0810-2098
Tel: (856) 968-4930
Fax: (856) 968-4917

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT 06604
Tel: (203) 579-5707
Fax: (203) 579-5571

C. Warren Maxwell
Deputy Chief U.S. Probation Officer
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510

_____
HOPE C. SEELEY

-3-