**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA     )
                             )
v.                           )    Criminal No. 3:02CR00264(AWT)
                             )
E. KIRK SHELTON              )
-------------------------------
```

**ENDORSEMENT ORDER**

The defendant's Motion for Permission to Travel (Doc. No. 2429) is hereby DENIED, because approving travel for a two week vacation to Vail would be inconsistent with the objectives of the court's Order Re Motion for Stay of Order of Restitution (Doc. No. 2414).

It is so ordered.

Dated this 17th day of August 2006 at Hartford, Connecticut.

/s/ (AWT)
Alvin W. Thompson
United States District Judge