UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | August 21, 2006 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Boston, Massachusetts on Sunday, September 3, 2006 and returning to Darien, Connecticut on Tuesday, September 5, 2006 in order to bring his oldest son to college. Mr. Shelton would be staying at Hotel Commonwealth, 500 Commonwealth Ave., Boston, MA 02215, tel. 617-933-5000.

The undersigned counsel contacted Assistant United States Attorney Norman Gross regarding the Government's position on this motion. AUSA Gross indicated that the Government does not object to this motion.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel with his son to Boston, Massachusetts on September 3, 2006 and to return to Darien, Connecticut on September 5, 2006.

**THE DEFENDANT,**
**E. Kirk Shelton**


BY_____/s/_____
    HOPE C. SEELEY
    Federal Bar No. ct 4863
    SANTOS & SEELEY, P.C.
    51 Russ Street
    Hartford, CT 06106
    Tel: (860) 249-6548
    Fax:(860) 724-5533

    LAW OFFICES OF THOMAS P. PUCCIO
    Thomas P. Puccio, Esq. (CT 22983)
    230 Park Avenue, Suite 301
    New York, NY  10172
    Tel.: (212) 883-6383
    Fax: (212) 883-6388

    Richard J. Schaeffer, Esq.
    Andrew Kanter, Esq.
    Dornbush Schaeffer Strongin & Venaglia, LLP
    747 Third Avenue
    New York, NY  10017
    Tel: (212) 759-3300
    Fax: (212) 753-7673

## **CERTIFICATION**

I hereby certify that on August 21, 2006, a copy of the foregoing Motion For Permission To Travel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT  06604
Tel: (203) 696-3000
Fax: (203) 579-5550

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC  20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, 4th Floor
Camden, N.J. 0810-2098
Tel:  (856) 968-4930
Fax: (856) 968-4917

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571

C. Warren Maxwell
Deputy Chief U.S. Probation Officer
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510

           /s/
          HOPE C. SEELEY