**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | September 27, 2006 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to and from Rhode Island on Friday, September 29, 2006 to attend the funeral of Stanley I. Wald, a close friend's father. The funeral will be held in the Jamestown/Newport area.

The undersigned counsel contacted Assistant United States Attorney Norman Gross late this afternoon via email and via telephone message in the early evening hours regarding the Government's position on this motion, but we have not yet been able to discuss this matter.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel to Rhode Island on September 27, 2006 and return to Darien, Connecticut on the same date.

**THE DEFENDANT,**
**E. Kirk Shelton**


BY_____/s/_____
      HOPE C. SEELEY
      Federal Bar No. ct 4863
      SANTOS & SEELEY, P.C.
      51 Russ Street
      Hartford, CT 06106
      Tel: (860) 249-6548
      Fax:(860) 724-5533

      LAW OFFICES OF THOMAS P. PUCCIO
      Thomas P. Puccio, Esq. (CT 22983)
      230 Park Avenue, Suite 301
      New York, NY  10172
      Tel.: (212) 883-6383
      Fax: (212) 883-6388

      Richard J. Schaeffer, Esq.
      Andrew Kanter, Esq.
      Dornbush Schaeffer Strongin & Venaglia, LLP
      747 Third Avenue
      New York, NY  10017
      Tel: (212) 759-3300
      Fax: (212) 753-7673

## CERTIFICATION

I hereby certify that on September 27, 2006, a copy of the foregoing Motion For Permission To Travel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT  06604
Tel: (203) 696-3000
Fax: (203) 579-5550

James McMahon, Esq.                     Norman Gross, Esq.
Fraud Section                           United States Attorney's Office
US Department of Justice                U.S. Courthouse and Federal Blding
1400 New York Ave., NW, 4th Floor       401 Market Street, 4th Floor
Washington, DC  20005                   CAMDEN, N.J. 08101-2098
                                        Tel:  (856) 968-4930
                                        Fax: (856) 968-4917

Nicole Owens, USPO                      C. Warren Maxwell
United States Probation Office          Deputy Chief U.S.P.O.
United States District Court            United States Probation
915 Lafayette Street                    157 Church Street, 22nd Floor
Bridgeport, CT  06604                   New Haven, CT 06510
Tel: (203) 579-5707                     Tel (203) 773-2100
Fax: (203) 579-5571                     Fax (203) 773-2200


_____/s/_____
HOPE C. SEELEY