UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | October 6, 2006 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel to Boston, Massachusetts on Friday, October 20, 2006 and returning to Darien, Connecticut on Sunday, October 22, 2006 in order to attend Parents' Weekend at the college in Boston that his oldest son is attending. Mr. Shelton would be staying at Hotel Commonwealth, 500 Commonwealth Ave., Boston, MA 02215, tel. 617-933-5000.

The undersigned counsel contacted Assistant United States Attorney Norman Gross regarding the Government's position on this motion. He indicated that the Government does not object to this motion.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel to Boston, Massachusetts on October 20, 2006 and return to Darien, Connecticut on October 22, 2006.

**THE DEFENDANT,**
**E. Kirk Shelton**


BY_____/s/_____
      HOPE C. SEELEY
      Federal Bar No. ct 4863
      SANTOS & SEELEY, P.C.
      51 Russ Street
      Hartford, CT 06106
      Tel: (860) 249-6548
      Fax:(860) 724-5533

      LAW OFFICES OF THOMAS P. PUCCIO
      Thomas P. Puccio, Esq. (CT 22983)
      230 Park Avenue, Suite 301
      New York, NY  10172
      Tel.: (212) 883-6383
      Fax: (212) 883-6388

      Richard J. Schaeffer, Esq.
      Andrew Kanter, Esq.
      Dornbush Schaeffer Strongin & Venaglia, LLP
      747 Third Avenue
      New York, NY  10017
      Tel: (212) 759-3300
      Fax: (212) 753-7673

-3-

**CERTIFICATION**

    I hereby certify that on October 6, 2006, a copy of the foregoing Motion For Permission To Travel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT  06604
Tel: (203) 696-3000
Fax: (203) 579-5550

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC  20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Blding
401 Market Street, 4th Floor
CAMDEN, N.J. 08101-2098
Tel:  (856) 968-4930
Fax: (856) 968-4917

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571

C. Warren Maxwell
Deputy Chief U.S.P.O.
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510
Tel (203) 773-2100
Fax (203) 773-2200

                /s/
        HOPE C. SEELEY