UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA      )
                              )
v.                            )    Criminal No. 3:02CR00264(AWT)
                              )
E. KIRK SHELTON               )
-------------------------------
```

## ORDER RE RELEASE OF STOCK CERTIFICATES

In response to the Order of Restitution (Doc. No. 1638) dated August 12, 2005, defendant E. Kirk Shelton deposited into the court registry 98,075 shares of Cendant Corporation common stock. The court's Order Re Motion for Stay of Restitution (Doc. No. 2414) gave Shelton an option, at pages 6 to 7 of that order, of substituting cash for the Cendant Corporation common stock. By letter dated August 10, 2006, defendant Shelton notified the Clerk that he was electing to substitute cash for the 98,075 shares of Cendant Corporation common stock. (See the attached copy of the August 10, 2006 letter and copy of follow-up fax documenting payments by defendant Shelton).

The Clerk is hereby ordered to hand over to counsel for defendant Shelton the stock certificates for the 98,075 shares of Cendant Corporation common stock (and the related stock powers) now being held in the Clerk's Office in the Hartford seat of court.

It is so ordered.

Dated this 18th day of October 2006 at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge