# SANTOS & SEELEY, P.C.
## ATTORNEYS AT LAW
51 RUSS STREET
HARTFORD, CONNECTICUT 06106-1566

HUBERT J. SANTOS
HOPE C. SEELEY
SANDRA L. SNADEN
BENJAMIN B. ADAMS

TELEPHONE
(860) 249-6548
TELECOPIER
(860) 724-5533

August 10, 2006

Clerk of the Court
United States District Court
450 Main Street
Hartford, CT 06103

Re:   United States v. Shelton, No. 3:02CR264 (AWT)

Dear Sir or Madam:

Per Judge Thompson's recent order (Doc. 2414) regarding the above-referenced matter, Mr. Shelton is providing funds in the amount of $1,914,577.00, which represents $1,902,655.00 plus interest at the rate of 1.5% per annum, compounded monthly, from March 15, 2006.

Thank you for your assistance.

Very truly yours,

HOPE C. SEELEY

HCS/etm
encl.
cc:   The Hon. Alvin W. Thompson (without encl.)
      Thomas P. Puccio, Esq. (without encl.)
      Richard Schaeffer, Esq. (without encl.)
      Norman Gross, AUSA (without encl.)
      Richard J. Schechter, AUSA (without encl.)
      James McMahon, AUSA (without encl.)
      C. Warren Maxwell, USPO (without encl.)
      Robert E. Kaelin, Esq. (without encl.)

# SANTOS & SEELEY, P.C.
## 51 Russ Street, Hartford, CT 06106
### TEL: 860-249-6548  FAX: 860-724-5533

# FAX COVER SHEET

DATE: September 14, 2006

PAGES: 3

TO: Sandy Smith, Clerk, U.S. District Court

FAX: 240-3211

FROM: Hope C. Seeley, Esq.
SANTOS & SEELEY, P.C.

RE: USA v. Shelton – stock certificates

**Message:**

Please see attached.

THIS MESSAGE IS ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION. Any dissemination, distribution or copying of this communication other than by the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (collect) and destroy all copies of the communication. Thank you.

Print | Close Window

Check Images are available for 18 months after posting.

| Account Number | Check Number | Amount | Date Posted |
|---|---|---|---|
| X07379727 | 4980 | $914,577.00 | 08/14/2006 |

E KIRK SHELTON
AMY M SHELTON
573 MIDDLESEX RD
DARIEN, CT 06820

4980

80-568/1012

Date 8/8/06

Pay to the Order of Clerk, U.S District Court     $914,577.00

Nine hundred fourteen Thousand five hundred seventy seven and 00/100 Dollars

Fidelity Investments
UMB Missouri Bank
Kansas City, Missouri

For 3:02CR264 AWT ret

⑇101205681⑇ 4980⑇ 7710507379727⑇  ⑇00914577700⑇

PAY TO THE ORDER OF
BANK OF AMERICA
111000012
FOR DEPOSIT ONLY
U.S. DISTRICT COURT
A/C 4481400
3755415093

Bank of America | Account Activity | Transaction Image Screen

Page 1 of 2


Bank of America  Higher Standards

Online Ba

Accounts | Bill Pay & e-Bills | Transfer Funds | Investments | Search · Locations · Mail · Help
Accounts Overview | Account Activity | Account Summary | Customer Service | Find a Transaction | Open an Account

## Check Image – Front and Back

Posting Date: 08/11/2006    Check #: 3547    Amount: $1,000,000.00
Reference: 84170592243    Account: DDA-2061    Nickname:

```
Edward K. Shelton
Amy M. Shelton                                              3547
573 Middlesex Road
Darien, CT 06820              8/8  2006

Pay to the Order of  Clerk, U.S. District Court      $ 1,000,000.00
One million and 00/100 ------------------------------ Dollars

FLEET BANK
DARIEN, CONNECTICUT

For 3:02cr264 AWT                      [signature]
```

To print this page for reference purposes please use the print button on your browser or click "File" and "Print". More information about images and image availability.

[Return to Account Activity]

https://onlineeast2.bankofamerica.com/cgi-bin/ias/d07Km6oEHMhD75RcQpzA_lr6AGR...  9/14/2006