**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------X
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :    Crim. No. 3:02CR00264(AWT)
                              :
E. KIRK SHELTON               :
                              :
------------------------------X
```

### AMENDMENT TO ORDER SETTING CONDITIONS OF RELEASE

The Order Setting Conditions of Release (Doc. No. 1432) dated January 5, 2005, as amended by the Amendment to Order Setting Conditions of Release (Doc. No. 1477) dated March 3, 2005, is hereby amended to provide that defendant E. Kirk Shelton shall be on home confinement with voice verification monitoring. The defendant shall be responsible for payment for the costs of voice verification monitoring.

It is so ordered.

Dated this 7th day of December 2006 at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge