UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | December 12, 2006 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, E. Kirk Shelton, respectfully requests permission to travel with his trial counsel, Thomas P. Puccio, to Washington, D.C. on Monday, December 18, 2006 in order to meet with his appellate counsel, John W. Nields, Howrey Simon, Arnold & White LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004, tel. 202-383-6639. Mr. Shelton will be leaving his home in Darien at approximately 6:00 a.m. in order to travel on an early shuttle, and he will be returning to his home no later than midnight on the same date. As soon as the specific travel arrangements have been made, Mr. Shelton will provide the flight itinerary to the Probation Office.

The undersigned counsel contacted Assistant United States Attorney Norman Gross regarding the Government's position on this motion. He indicated that the Government objects to this motion.

For the foregoing reasons, Mr. Shelton respectfully requests that he be given permission to travel with his trial counsel, Thomas P. Puccio, to Washington, D.C. on Monday, December 18, 2006 in order to meet with his appellate counsel and return to Darien, Connecticut by midnight on December 18, 2006.

**THE DEFENDANT,**
**E. Kirk Shelton**


BY_____/s/_____
HOPE C. SEELEY
Federal Bar No. ct 4863
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

LAW OFFICES OF THOMAS P. PUCCIO
Thomas P. Puccio, Esq. (CT 22983)
230 Park Avenue, Suite 301
New York, NY 10172
Tel.: (212) 883-6383
Fax: (212) 883-6388

Richard J. Schaeffer, Esq.
Andrew Kanter, Esq.
Dornbush Schaeffer Strongin & Venaglia, LLP
747 Third Avenue
New York, NY 10017
Tel: (212) 759-3300
Fax: (212) 753-7673

## CERTIFICATION

I hereby certify that on December 12, 2006, a copy of the foregoing Motion For Permission To Travel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Richard J. Schechter, Esq.
U.S. Attorney's Office
915 Lafayette Blvd., Rm. 309
Bridgeport, CT  06604
Tel: (203) 696-3000
Fax: (203) 579-5550

James McMahon, Esq.
Fraud Section
US Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC  20005

Norman Gross, Esq.
United States Attorney's Office
U.S. Courthouse and Federal Blding
401 Market Street, 4th Floor
CAMDEN, N.J. 08101-2098
Tel:  (856) 968-4930
Fax: (856) 968-4917

Nicole Owens, USPO
United States Probation Office
United States District Court
915 Lafayette Street
Bridgeport, CT  06604
Tel: (203) 579-5707
Fax: (203) 579-5571

C. Warren Maxwell
Deputy Chief U.S.P.O.
United States Probation
157 Church Street, 22nd Floor
New Haven, CT 06510
Tel (203) 773-2100
Fax (203) 773-2200

                                                /s/
                                    HOPE C. SEELEY