

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*NORMAN GROSS*  *Camden Federal Building and*  PHONE: *(856) 968-4930*
*Assistant United States Attorney*  *United States Courthouse*  FAX:   *(856) 968-4917*
*P. O. Box 2098*
*Camden, New Jersey 08101-2098*

December 14, 2006

**BY FAX AND FIRST CLASS MAIL**

Honorable Alvin W. Thompson
United States District Judge
United States District Court
450 Main Street
Hartford, CT  06103

      Re:  United States v. Shelton
           No. 3:02CR00264 (AWT)

Dear Judge Thompson:

      The Government opposes defendant E. Kirk Shelton's most recent motion to travel outside the District of Connecticut, this time to consult with appellate counsel.  As this Court is aware, the Court of Appeals recently affirmed, in a summary order and opinion, the judgment of conviction and sentence in this case.  Because the Court of Appeals has yet to remand this case to this Court, and because the Court of Appeals has stayed this Court's September 2005 order that defendant Shelton surrender to the Bureau of Prisons to commence service of his sentence, the Government has filed a motion in the Court of Appeals to lift the stay and direct the defendant to surrender forthwith.  The Government's motion is still pending before the Court of Appeals.

      Defendant Shelton's present motion to leave the District of Connecticut fails to set forth sufficient reasons why face-to-face consultations between Shelton and his appellate counsel are necessary at this stage of the proceedings.  The Government submits that any consultations between defendant Shelton and his appellate counsel can be effectively accomplished over the telephone.  Although the Court stated during the most recent status conference in this case that it would entertain a motion from defendant Shelton to travel in order to meet with counsel, the instant motion does not set forth a compelling or even persuasive reason to permit defendant Shelton to leave the District.

      Accordingly, the United States respectively requests that Shelton's motion to leave the District of Connecticut to consult with appellate counsel be denied.

                                      Respectfully submitted,

                                      CHRISTOPHER J. CHRISTIE
                                      Special Attorney
                                      U.S. Department of Justice


                                      /S/
                                      By: NORMAN GROSS
                                      Special Attorney
                                      U.S. Department of Justice

cc:   Hope S. Seeley, Equire
       by fax and first class mail