```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


------------------------------X
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :    Crim. No. 3:02CR00264(AWT)
                              :
E. KIRK SHELTON               :
                              :
------------------------------X
```

## ORDER SETTING SURRENDER DATE
## AND REVISING RECOMMENDATION RE DESIGNATION

On February 20, 2007, defendant E. Kirk Shelton shall surrender for service of his sentence to the federal correctional facility designated by the United States Bureau of Prisons or to such other place as the United States Marshal Service may direct.

Pursuant to 18 U.S.C. § 3621(b)(4), the court now recommends that the defendant be designated to the Federal Prison Camp at Otisville, New York. The court is revising the original recommendation,[1] included in the Amended Judgment dated August 12, 2005, because of a change in circumstances with respect to the defendant's family.

The Clerk shall deliver a certified copy of this order to the United States Marshal of the District of Connecticut.

---

[1] The original recommendation was "that the defendant be designated to the federal minimum security prison camp in Schuykill, in Minersville, Pennsylvania in order to facilitate visits by his family." Amended Judgment in a Criminal Case (Doc. No. 1637).

Dated this 31st day of January 2007 at Hartford, Connecticut.

```
            _____/s/AWT_____
                 Alvin W. Thompson
              United States District Judge
```