# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF CONNECTICUT



- - - - - - - - - - - - - - - - X
CENDANT CORPORATION                 NO.3:06CV00854(AWT)

           PLAINTIFF

     VS.

E. KIRK SHELTON, ET AL
                                    HARTFORD, CONNECTICUT
               DEFENDANTS           DECEMBER 6, 2006
- - - - - - - - - - - - - - - - X




                         MOTION HEARING




     BEFORE:

           HON. ALVIN W. THOMPSON, U.S.D.J.






                                    CORINNA F. THOMPSON, RPR

                                    OFFICIAL COURT REPORTER
```

```
 1    APPEARANCES:

 2       FOR THE PLAINTIFF:

 3            MURTHA, CULLINA
                   CITYPLACE I
 4                 185 ASYLUM STREET
                   HARTFORD, CONNECTICUT 06103-3469
 5            BY:  ROBERT E. KAELIN, ESQ
                   AMANDA F. LAWRENCE, ESQ.
 6                 FRANCIS J. BRADY, ESQ.

 7       FOR THE DEFENDANT, E. KIRK SHELTON:

 8            LAW OFFICE OF THOMAS P. PUCCIO
                   230 PARK AVENUE
 9                 SUITE 301
                   NEW YORK, NEW YORK  10169
10            BY:  THOMAS P. PUCCIO, ESQ.

11            DORNBUSH, SCHAEFFER, STRONGIN & VENAGLIA
                   747 THIRD AVENUE
12                 NEW YORK, NEW YORK  10017
              BY:  RICHARD J. SCHAEFFER, ESQ.
13                 ANDREW KANTER, ESQ.

14            SANTOS & SEELEY
                   51 RUSS STREET
15                 HARTFORD, CONNECTICUT  06106
              BY:  HOPE C. SEELEY, ESQ.
16

17       FOR THE DEFENDANT, AMY SHELTON:

18            ZEISLER & ZEISLER
                   558 CLINTON AVENUE
19                 BRIDGEPORT, CONNECTICUT  06605-0186
              BY:  JEFFREY R. HELLMAN, ESQ.
20
              MEIER, FRANZINO & SCHER
21                 570 LEXINGTON AVENUE
                   NEW YORK, NEW YORK  10022
22            BY:  FRANK J. FRANZINO, JR., ESQ.

23

24

25
```

```
 1      APPEARANCES, CONT'D:

 2              WITHERS BERGMAN
                    157 CHURCH STREET
 3                  NEW HAVEN, CONNECTICUT  06510
            BY:  JEREMY A. MELLITZ, ESQ.
 4               JOHN A. FARNSWORTH, ESQ.

 5              MATAYS & KRETSCHMANN
                    271 MADISON AVENUE
 6                  SUITE 705
                    NEW YORK, NEW YORK  10016
 7          BY:  CHARLES MATAYS, ESQ.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 50

|  |  |
|---|---|
|  | 1  THAT IT WAS A FRAUDULENT TRANSFER.  IF YOU'RE MOVING IN A |
|  | 2  THAT, I'LL ONLY SAY, YOUR HONOR, THAT ONE COULD, I |
|  | 3  SUPPOSE, GO TO THE RECORD AND PULL SCRAPS FROM HERE AND |
|  | 4  THERE AND MAKE SUCH AN ARGUMENT. |
| 17:28:50 | 5          I WOULD ONLY URGE YOUR HONOR -- |
| 17:28:51 | 6          THE COURT:  THEY ARE NOT CALLED SCRAPS; IT'S |
|  | 7  CALLED CIRCUMSTANTIAL EVIDENCE. |
| 17:28:56 | 8          MR. PUCCIO:  I WOULD ONLY URGE YOUR HONOR TO |
|  | 9  THINK TWICE ABOUT THAT BECAUSE I THINK THAT THE BETTER |
|  | 10 ARGUMENT, THE MUCH BETTER ARGUMENT IS THAT CENDANT IS |
|  | 11 UNLIKELY TO PREVAIL ON ANYTHING THAT HAPPENED BEFORE 1995. |
| 17:29:09 | 12         THE COURT:  I WILL CERTAINLY CONSIDER YOUR |
|  | 13 ARGUMENTS, MR. PUCCIO.  I ALWAYS DO. |
| 17:29:13 | 14         MR. PUCCIO:  THAT'S ALL HAVE I TO SAY, YOUR |
|  | 15 HONOR. |
| 17:29:15 | 16         THE COURT:  I DO HAVE ONE GENERAL OBSERVATION |
|  | 17 ABOUT THIS, AND THIS ISN'T GOING TO AFFECT HOW I RULE. |
| 17:29:25 | 18         WITH ALL THESE LAWYERS HERE, RUNNING THE METER, |
|  | 19 AT THE END OF THE DAY, THE WAY THINGS LOOK TO ME, THERE'S |
|  | 20 GOING TO BE A CONCLUSION THAT THERE WERE FRAUDULENT |
|  | 21 CONVEYANCES HERE AND THINGS ARE GOING TO BE DRAGGED BACK |
|  | 22 INTO MR. SHELTON'S ESTATE AND THEY'RE GOING TO GO |
|  | 23 CENDANT -- MAYBE YOU'LL BE RIGHT ABOUT THE HALF INTEREST |
|  | 24 IN THE HOUSE AND MAYBE YOU'LL BE WRONG -- CENDANT IS |
|  | 25 CLAIMING IT WANTS TO GET THE WHOLE INTEREST OF THE HOUSE. |

47509a9b-6e10-4fa5-84d7-075882c6f950

```
 1
 2
 3                    C E R T I F I C A T E
 4
 5         CENDANT CORP. V. E. KIRK SHELTON, ET AL
 6                      3:06CV00854(AWT)
 7
 8
 9
10         I, CORINNA F. THOMPSON, RPR, OFFICIAL COURT
11   REPORTER FOR THE UNITED STATES DISTRICT COURT FOR THE
12   DISTRICT OF CONNECTICUT, DO HEREBY CERTIFY THAT THE
13   FOREGOING PAGES, PAGES 1 - 67, ARE A TRUE AND ACCURATE
14   TRANSCRIPTION OF MY SHORTHAND NOTES TAKEN IN THE
15   AFOREMENTIONED MATTER TO THE BEST OF MY SKILL AND ABILITY.
16
17
18
19
20         _____
              CORINNA F. THOMPSON, RPR
21              OFFICIAL COURT REPORTER
              450 MAIN STREET, ROOM #225
22            HARTFORD, CONNECTICUT 06103
                   (860) 547-0580
23
24
25
```