# EXHIBIT A

## PAYMENTS MADE FOR E. KIRK SHELTON'S LEGAL DEFENSE

| Law Firm | Date | Amount ($) | Comments |
|---|---|---|---|
| Martin J. Auerbach, Esq. | 12/11/1998 | 250,000.00 | |
| | 7/12/2001 | 25,275.02 | |
| | 9/26/2001 | 20,775.82 | |
| Subtotal - Martin J. Auerbach, Esq. | | 296,050.84 | |
| Stephen E. Kaufman, Esq. | 12/16/1998 | 250,000.00 | |
| Thomas P. Puccio | 7/15/2003 | 500,000.00 | |
| | 3/31/2004 | 100,000.00 | |
| | 1/11/2005 | 4,000,000.00 | |
| Subtotal - Thomas P. Puccio | | 4,600,000.00 | |
| Howrey LLP | 7/28/2006 | 15,000.00 | |
| | 8/31/2006 | 250,000.00 | |
| | 12/8/2006 | 160,000.00 | |
| Subtotal - Howrey LLP | | 425,000.00 | |
| Dornbush Schaeffer Strongin & Venaglia LLP | 7/27/1998 | 8,000.00 | |
| | 9/9/1998 | 8,000.00 | |
| | 12/11/1998 | 250,000.00 | |
| | 1/19/1999 | 8,249.21 | |
| | 1/19/1999 | 19,924.99 | |
| | 2/19/1999 | 6,233.10 | |
| | 4/12/1999 | 11,758.23 | |
| | 5/24/1999 | 22,937.53 | |
| | 6/21/1999 | 3,314.18 | |
| | 7/26/1999 | 2,415.60 | |
| | 7/26/1999 | 3,830.32 | |
| | 9/1/1999 | 3,023.44 | |
| | 10/8/1999 | 3,000.00 | |
| | 11/1/1999 | 3,000.00 | |
| | 3/24/2000 | 7,534.22 | |
| | 8/23/2000 | 72.40 | |
| | 8/23/2000 | 75,893.62 | |
| | 9/27/2000 | 10,162.01 | |
| | 11/28/2000 | 46,356.11 | |
| | 11/28/2000 | 1,594.55 | |
| | 2/7/2001 | 25,110.53 | |
| | 2/7/2001 | 702.08 | |
| | 3/20/2001 | 36,296.94 | |
| | 3/20/2001 | 12,545.78 | |
| | 5/23/2001 | 23,276.86 | |
| | 7/5/2001 | 738.38 | |
| | 8/29/2001 | 158.96 | |
| | 3/13/2002 | 280.00 | |
| | 5/28/2002 | 829.89 | |
| | 12/10/2002 | 920.00 | |
| | 2/27/2003 | 240.00 | |
| | 3/11/2003 | 1,102.05 | |
| | 4/21/2002 | 602.00 | |
| | 5/30/2003 | 999.00 | |
| | 8/28/2003 | 6,819.00 | |
| | 9/18/2003 | 225.00 | |

## PAYMENTS MADE FOR E. KIRK SHELTON'S LEGAL DEFENSE

| Law Firm | Date | Amount ($) | Comments |
|---|---|---|---|
| | 10/2/2003 | 551.97 | |
| | 12/4/2003 | 2,539.00 | |
| | 3/29/2004 | 22,904.17 | |
| | 3/29/2004 | 4,596.27 | |
| | 5/11/2004 | 11,195.50 | |
| | 5/11/2004 | 90.00 | |
| | 9/30/2004 | 1,935.00 | |
| | 9/30/2004 | 6,442.78 | |
| | 7/11/2006 | 5,000.00 | |
| Subtotal - Dornbush Schaeffer Strongin & Venaglia LLP | | 661,400.67 | |
| Milbank Tweed Hadley & McCoy LLP | 3/15/1999 | 25,000.00 | |
| | 1/18/2000 | 8,090.54 | |
| | 6/28/2000 | 6,636.92 | |
| | 11/14/2000 | 4,875.49 | |
| | 2/2/2001 | 2,120.00 | |
| | 6/4/2001 | 1,753.25 | |
| | 10/9/2001 | 2,243.67 | |
| | 2/25/2002 | 764.45 | |
| | 4/8/2002 | 3,302.30 | |
| | 6/2/2003 | 6,156.87 | |
| | 10/20/2003 | 2,512.50 | |
| | 11/28/2003 | 599,798.00 | |
| | 12/30/2003 | 357,138.00 | |
| | 2/13/2004 | 308,899.59 | |
| | 3/9/2004 | 479,003.18 | |
| | 4/7/2004 | 426,690.20 | |
| | 4/12/2004 | 516.15 | |
| | 5/4/2004 | 529,042.05 | |
| | 6/23/2004 | 781,274.05 | |
| | 7/23/2004 | 676,136.21 | |
| | 8/17/2004 | 669,654.12 | |
| | 9/14/2004 | 574,036.67 | |
| | 10/20/2004 | 627,687.46 | |
| | 12/7/2004 | 547,646.09 | |
| | 12/28/2004 | 631,368.00 | |
| | 1/11/2005 | 97,462.56 | |
| | 2/1/2005 | 78,041.75 | |
| | 5/3/2005 | 1,843.95 | |
| Subtotal - Milbank Tweed Hadley & McCoy LLP | | 7,449,694.02 | |
| Day, Berry & Howard | 2/6/2004 | 34,772.14 | |
| | 3/10/2004 | 896.93 | |
| | 4/15/2004 | 879.69 | |
| | 5/7/2004 | 6,053.06 | |
| | 5/10/2004 | 20,000.00 | |
| | 6/4/2004 | 27,942.02 | |
| | 7/22/2004 | 31,702.60 | |
| | 8/16/2004 | 48,195.67 | |
| | 9/29/2004 | 65,456.03 | |
| | 11/12/2004 | 71,285.07 | |
| | 12/3/2004 | 71,076.75 | |

## PAYMENTS MADE FOR E. KIRK SHELTON'S LEGAL DEFENSE

| Law Firm | Date | Amount ($) | Comments |
|---|---|---|---|
| | 12/27/2004 | 103,129.09 | |
| | 1/14/2005 | 39,675.11 | |
| | 2/1/2005 | 23,103.05 | |
| | 2/22/2005 | 32,544.82 | |
| **Subtotal - Day, Berry & Howard** | | 576,712.03 | |
| Wilmer Cutler and Pickering | 4/11/2001 | 750,000.00 | |
| | 6/7/2002 | 84,991.77 | |
| | 9/16/2002 | 49,778.00 | |
| | 3/10/2003 | 69,828.53 | |
| | 7/7/2003 | 159,952.58 | |
| | 3/29/2004 | 7,953.00 | |
| | 5/11/2004 | 345.05 | |
| | 7/27/2004 | 206.95 | |
| | 7/27/2004 | 2,825.24 | |
| **Subtotal - Wilmer Cutler and Pickering** | | 1,125,881.12 | |
| Santos and Seeley, P.C. | 1/30/2006 | 3,873.87 | |
| | 2/26/2006 | 18,000.00 | |
| | 3/2/2006 | 10,000.00 | |
| | 5/5/2006 | 3,833.25 | |
| | 6/8/2006 | 1,593.25 | |
| | 7/12/2006 | 766.09 | |
| | 8/18/2006 | 1,880.94 | |
| | 9/19/2006 | 3,153.71 | |
| | 10/25/2006 | 1,085.00 | |
| | 11/10/2006 | 1,211.95 | |
| **Subtotal - Santos & Seeley, P.C.** | | 45,398.06 | |
| **TOTAL - ALL ACCOUNTS** | | 15,430,136.74 | |