UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| Plaintiff, | 3:02 CR 00264 (AWT) |
| - against - | |
| WALTER A. FORBES and E. KIRK SHELTON | |
| Defendants. | |

------------------------------x

### AFFIDAVIT OF JOHN H. CARLEY

STATE OF NEW YORK    )
                     )  ss.
COUNTY OF NEW YORK )

JOHN H. CARLEY, being duly sworn, deposes and says:

1. Since June 1, 1998, I have been an officer of Cendant Corporation, now known as Avis Budget Group, Inc. ("Cendant"). My responsibilities have included the administration and supervision of all legal actions arising from the disclosure of the accounting fraud at the former CUC International, Inc. ("CUC"). As part of my duties, I have reviewed and approved for payment legal bills submitted by lawyers for E. Kirk Shelton in accordance with the legal obligation of Cendant to advance reasonable monies for his defense against both civil and criminal actions brought against him.

2. Pursuant to Delaware law, Mr. Shelton provided Cendant with undertakings in good faith which promised to repay any monies advanced should it ultimately be determined that he was not entitled to be indemnified. Mr. Shelton provided

1

an undertaking shortly after the disclosure of the fraud at CUC and a supplemental undertaking shortly after he was indicted.

3. On May 7, 2004, Mr. Shelton, through one of his lawyers, represented to Cendant that he continued to possess, and would maintain, accessible assets sufficient to repay the monies advanced to him should a determination ultimately be made that he is not entitled to be indemnified. A true and correct copy of that written representation is attached hereto as Exhibit A.

4. From 1998 through October 27, 2004, Cendant advanced $21,967,558.49 to 6 separate law firms representing Mr. Shelton in the civil and criminal proceedings brought against him. In particular, after he was retained in the summer of 2003, Cendant paid attorney Thomas Puccio $3,423,425.43 of that above amount for his services rendered through September 30, 2004.

5. On January 3, 2005 Shelton was convicted of crimes involving securities fraud by a jury, and Cendant ceased advancing any further monies for his defense.

6. Among the facts learned by Cendant in related actions before this Court is that lawyers representing Mr. Shelton and other entities controlled by Mr. Shelton received in excess of $6 million after he had been convicted of crimes on January 3, 2005.

7. The most significant payment following Mr. Shelton's conviction was a payment of $4 million to attorney Thomas Puccio on January 5, 2005. At that time, as noted, Cendant had paid Mr. Puccio $3,423,425.43 and had received bills for October

and November 2004 totaling $580, 630.18. Following Mr. Shelton's conviction, Mr. Puccio submitted bills for December 2004, January and February 2005 totaling another $423,826 which also remain unpaid by Cendant.

                                             John H. Carley

Sworn and subscribed to before me
this 9th day of March, 2007

Notary Public

CHERYL B. CAVANAGH
Notary Public, State of New York
No. 01CA6058634
Qualified in New York County
Commission Expires - 5/14/2007

**DORNBUSH MENSCH MANDELSTAM & SCHAEFFER, LLP**
747 THIRD AVENUE
NEW YORK, N.Y. 10017
(212) 759-3300

FACSIMILE: (212) 753-7673
CABLE: DORMENSTAM NEWYORK
TELEX: 424631

May 7, 2004

**BY FACSIMILE**
**AND FIRST CLASS MAIL**

Samuel Kadet, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Re: E. Kirk Shelton

Dear Sam:

I have your letter dated April 29, 2004 to Thomas Puccio and me.

Kirk has authorized me to represent to Cendant Corporation that he continues to possess and will maintain accessible assets sufficient to repay the monies advanced to him should a determination ultimately be made that he is not entitled to indemnification.

Regards,

Cordially,

Richard Schaeffer

RJS:mak

161199.1