UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| Plaintiff, | : | 3:02 CR 00264 (AWT) |
| v. | : | |
| WALTER A. FORBES and<br>E. KIRK SHELTON, | : | |
| Defendants. | : | JUNE 1, 2007 |

CENDANT CORPORATION'S MOTION FOR RELEASE
OF PAYMENTS MADE BY DEFENDANT E. KIRK SHELTON INTO COURT REGISTRY

Cendant Corporation ("Cendant"), now known as Avis Budget Group, Inc., by and through its attorneys, Murtha, Cullina LLP, hereby moves the Court for an Order, pursuant to the Court's Restitution Order dated August 12, 2005 (the "Restitution Order," Doc. ID # 1638), releasing the funds Defendant E. Kirk Shelton ("Shelton") deposited into the Court Registry. These funds consist of: (1) a deposit of $9,513,872 in cash; (2) the assignment of three life insurance policies totaling $3,583,473; and (3) a deposit of $1,914,577 in cash.

In support of this Motion, Cendant states the following:

1. On August 12, 2005, this Court entered the Restitution Order requiring Shelton to pay Cendant, the victim of his crimes, $3.275 billion in restitution. (A true and accurate copy of the Restitution Order dated August 12, 2005 is attached hereto as Exhibit A.)

2. Pursuant to the terms of the Restitution Order, Shelton was required to deliver to the Clerk's Office by October 24, 2005 a lump sum payment in the amount of $15 million.

3. In an attempt to comply with the Restitution Order, on October 7, 2005, Shelton deposited into the Court Registry $9,513,872 in cash, 98,075 shares of Cendant stock (with a market value as of August 1, 2006 of $1,902,655), and the assignment of three life insurance policies totaling $3,583,473. (See, Order Re Motion for Stay of Order of Restitution dated August 1, 2006, Doc. ID # 2414) (attached hereto as Exhibit B).

4. On August 1, 2006, this Court issued its Order Re Motion for Stay of Order of Restitution in which it required Shelton to either maintain the value of the deposited stocks or to substitute $1,902,655 plus interest in cash into the Court Registry. (See Exhibit B).

5. Accordingly, on August 15, 2006, Shelton deposited $1,914,577 into the Court Registry. (See, Court Docket attached hereto as Exhibit C).

6. Pursuant to the terms of the Restitution Order, the lump sum payment is to be forwarded to the victim once Shelton no longer has any right to appeal. (See, Restitution Order, p. 2).

7. On May 29, 2007, the United States Supreme Court denied Mr. Shelton's Petition for Writ of Certiorari.

8. As such, Mr. Shelton's appellate rights have been fully exhausted. Thus, pursuant to the terms of the Restitution Order, Cendant is now entitled to the funds placed in the Court Registry by Shelton on October 7, 2005 and August 15, 2006.

9. The Restitution Order states that the Clerk's Office shall forward funds received to the victim at Cendant Corporation, 9 W. 57th Street, New York, NY 10019, Attn: John H. Carley, Senior Vice President for Legal and Regulatory Affairs. However, subsequent to entry of the Restitution Order, Cendant underwent a reorganization. (See Affidavit of Jean Sera, attached hereto at Exhibit D). The funds should therefore be forwarded

-3-

to: Avis Budget Group, Inc., 6 Sylvan Way, Parsippany, New Jersey, 07054, Attn: David Wyshner.

WHEREFORE, Cendant prays for the entry of an order:

a. releasing the lump sum payment (comprised of three separate amounts (two from October 7, 2005, and one from August 15, 2006) less the amounts due the Clerk's Office for its Registry Fee; and

b. for such other and further relief as the Court may deem appropriate and just under the circumstances.

MOVANT - CENDANT CORPORATION

By _____
Robert E. Kaelin - ct11631
rkaelin@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:     (860) 240-6000
Facsimile:      (860) 240-6150
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2007, a copy of foregoing Cendant Corporation's Motion For Release Of Payments Made By Defendant E. Kirk Shelton Into The Court Registry was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Robert E. Kaelin – ct11631

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103
Telephone:    (860) 240-6000
Facsimile:    (860) 240-6150
Email:    rkaelin@murthalaw.com

937174v1