| | | (Entered: 08/01/2006) |
|---|---|---|
| 08/04/2006 | 2423 | MOTION to Seal document by E. Kirk Shelton. (Blue, A.) (Entered: 08/04/2006) |
| 08/04/2006 | 2424 | MOTION to travel by E. Kirk Shelton. (Blue, A.) Modified on 8/15/2006 (S-D'Onofrio, B.). (Entered: 08/04/2006) |
| 08/08/2006 | 2426 | REPLY TO RESPONSE to 2424 MOTION to Travel by E. Kirk Shelton (Sunbury, B.) Modified on 8/15/2006 (S-D'Onofrio, B.). (Entered: 08/11/2006) |
| 08/10/2006 | | Restitution Payment by E. Kirk Shelton in the amount of $1,914,577.00, receipt#H020206 (Montgomery, A.) (Entered: 08/15/2006) |
| 08/11/2006 | 2425 | MEMORANDUM IN OPPOSITION by USA as to E. Kirk Shelton re 2424 MOTION to Travel (Sunbury, B.) Modified on 8/15/2006 (S-D'Onofrio, B.). (Entered: 08/11/2006) |
| 08/11/2006 | 2427 | ENDORSEMENT ORDER. The Defendant's Motion to Seal Motion to Modify Travel (Doc. No. 2423) is being DENIED. It is so ordered. Signed by Judge Alvin W. Thompson on 08/11/2006. (Mattei, C.) (Entered: 08/11/2006) |
| 08/11/2006 | 2428 | ENDORSEMENT ORDER. The defendant's Motion to Modify Travel (Doc. No. [2424] is being DENIED, without prejudice. Signed by Judge Alvin W. Thompson on 08/11/2006. (Mattei, C.) (Entered: 08/11/2006) |
| 08/14/2006 | 2429 | MOTION to Travel by E. Kirk Shelton. (Seeley, Hope) (Entered: 08/14/2006) |
| 08/15/2006 | | Docket Entry Correction as to E. Kirk Shelton re 2424 MOTION to Travel, 2426 Reply to Response 2425 Memorandum in Opposition modified to unseal the documents at the direction of Chambers. (D'Onofrio, B.) (Entered: 08/15/2006) |
| 08/17/2006 | 2432 | ENDORSEMENT ORDER: The defendant's Motion for Permission to Travel (Doc. No. 2429) is being DENIED. Signed by Judge Alvin W. Thompson on 08/17/2006. (Mattei, C.) (Entered: 08/17/2006) |
| 08/21/2006 | 2435 | MOTION to Travel by E. Kirk Shelton. (Seeley, Hope) (Entered: 08/21/2006) |
| 08/22/2006 | 2436 | ELECTRONIC ORDER: The defendant's Motion for Permission to Travel (Doc. No. 2435) to Boston, Massachusetts on September 3, 2006, returning to Darien, Connecticut on September 5, 2006, is hereby GRANTED, absent objection. It is so ordered. Signed by Judge Alvin W. Thompson on 8/22/06. (Bock, M.) (Entered: 08/22/2006) |
| 09/13/2006 | 2458 | Memorandum in Opposition by Cosmo Corigliano as to Walter A. Forbes, E. Kirk Shelton re [2447] MOTION for Order Re: Amending the Court?s Order Governing the Issuance of Rule 17 Subpoenas, Docket No. 2195 (Forbes Third Trial Motion No. 14) (Attachments: # 1 Exhibit A) (Friedman, Alan) (Entered: 09/13/2006) |