**EXHIBIT D**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Criminal Action No. |
| Plaintiff, | : 3:02 CR 00264 (AWT) |
| v. | : |
| WALTER A. FORBES and E. KIRK SHELTON, | : |
| Defendants. | : MAY 31, 2007 |

AFFIDAVIT IN SUPPORT OF MOTION FOR RELEASE
OF PAYMENTS MADE BY DEFENDANT E. KIRK SHELTON INTO COURT REGISTRY

I, <u>Jean Marie Sera</u>, having been duly sworn, hereby depose and say:

1. I am over the age of eighteen years and I believe in the obligations of oath.

2. I am the Senior Vice President and Corporate Secretary for Avis Budget Group, Inc., successor company to the victim, Cendant Corporation ("Cendant"), and an authorized representative thereof. In such capacity, I am familiar with the transactions involved in the Motion for Release of Payments Made by Defendant E. Kirk Shelton into Court Registry and in this Affidavit or otherwise have knowledge, and the facts set forth herein are true to the best of my knowledge and belief.

3. Avis Budget Group, Inc. is a publicly-traded company with world headquarters located at 6 Sylvan Way, Parsippany, New Jersey, 07054.

4. During the third quarter, 2006, Cendant, by agreement, was split into four separate companies: Realogy, Wyndham Worldwide, Travelport, and Avis Budget Group, Inc. (the "Separation Agreement").

5. In July, 2006, Realogy and Wydham Worldwide were "spun off" into independent, publicly-traded corporations.

6. In August, 2006, Cendant sold Travelport.

7. Following this, Avis Budget Group, Inc. remained as the sole successor to Cendant.

8. After stockholder approval on August 29, 2006, Cendant officially changed its name to Avis Budget Group, Inc.

9. Pursuant to the terms of the Separation Agreement, Avis Budget Group, Inc. is to recover any and all funds from Mr. Shelton owing to Cendant by virtue of the Restitution Order and divide them between Realogy Corporation (as to 62.5%) and Wyndham Worldwide Corporation (as to 37.5%).

*[signature]*
Jean Marie Sera
Senior Vice President and
Corporate Secretary

STATE OF *New Jersey*
COUNTY OF *Morris*
: ss. _____
:

Subscribed and sworn to before me this *31st* day of *May*, 2007.

*[signature]*
Notary Public
My Commission Expires:

NATASHA D. JOSEPH-FREITAS
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES NOVEMBER 14, 2011

-2-