**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
----------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :    Criminal No. 3:02CR00264(AWT)
                                  :
E. KIRK SHELTON                   :
----------------------------------x
```

**ORDER RE RELEASE OF LUMP SUM PAYMENT**
**MADE BY DEFENDANT SHELTON INTO THE COURT REGISTRY**

Cendant Corporation's Motion for Release of Payments Made by Defendant E. Kirk Shelton into Court Registry (Doc. No. 2711) is hereby GRANTED.

The Clerk shall contact forthwith Cendant Corporation, c/o David Wyshner, Avis Budget Group, Inc., 6 Sylvan Way, Parsippany, New Jersey 07054 to obtain wire transfer information for purposes of forwarding to the victim the $9,513,872 deposited in the court registry by defendant Shelton on October 7, 2005 and the $1,914,577 deposited in the court registry by defendant Shelton on August 15, 2006, together with all interest earned on those amounts.  Because this case was brought by the United States of America, the Clerk shall not withhold any amount for a registry fee pursuant to Local Rule 67(b).

In addition, counsel for Cendant Corporation shall appear forthwith at the Clerk's Office, 450 Main Street, Hartford, CT 06103, and the Clerk shall deliver to said counsel (i) the assignment of Canada Life Policy #2636034, (ii) the assignment of Security Mutual Policy #001074718, and (iii) the assignment of Security Mutual Policy #001046440, each deposited by defendant Shelton with the Clerk on October 7, 2005.

It is so ordered.

Dated this 5th day of June 2007 at Hartford, Connecticut.

```
                                     /s/AWT
                                  Alvin W. Thompson
                               United States District Judge
```