**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :   Criminal No. 3:02CR00264(AWT)
                                :
E. KIRK SHELTON                 :
-------------------------------x
```

**ORDER RE ABSOLUTE ASSIGNMENT OF SECURITY MUTUAL**
**LIFE INSURANCE COMPANY OF NEW YORK LIFE INSURANCE POLICIES**

Defendant E. Kirk Shelton was sentenced on August 3, 2005 to a term of ten years of imprisonment to be followed by 3 years of supervised following his conviction for violations of 18 U.S.C. § 371, 18 U.S.C. § 1341, 18 U.S.C. § 1343, 15 U.S.C. §78ff(a), and 15 U.S.C. §§ 78j(b) and 78ff(a).  In connection with the defendant's sentencing, the court issued an Order of Restitution (Doc. No. 1638) dated August 12, 2005 pursuant to the mandatory restitution provisions of 18 U.S.C. §§ 3663 and 3663A.  Pursuant to the Order of Restitution, the defendant was required to make a lump sum payment of $15 million by no later than October 24, 2005.  The court ordered the $15 million lump sum payment due under the Order of Restitution to be deposited in the court registry and maintained there until the defendant no longer had any right to appeal from the judgment in this case.  In partial satisfaction of his obligation to make that $15 million lump sum payment, the defendant deposited with the Clerk of the Court on October 7, 2005 assignments of three life insurance policies, viz., The Canada Life Assurance Company Policy No. 2636034,

Security Mutual Life Insurance Company of New York Policy No. 001074718, and Security Mutual Life Insurance Company of New York Policy No. 001046440, valued at $3,583,473 in the aggregate. With respect to each of those life insurance policies, the defendant executed an absolute assignment of life insurance policy, thereby assigning and transferring all of his right, title, and interest in the policy to the Clerk of the Court, United States District Court for the District of Connecticut.

The defendant no longer has any right to appeal from the judgment in this case, and in accordance with the Order of Restitution, each of the life insurance policies shall be absolutely assigned to the victim, Cendant Corporation. Cendant Corporation is now known as "Avis Budget Group, Inc." (hereinafter "Avis"), and its address for purposes of this order is 6 Sylvan Way, Parsippany, New Jersey 07054, Attn: David Wyshner.

This Order relates to the two Security Mutual Life Insurance Company of New York life insurance policies identified above.

Accordingly, it is hereby, ORDERED:

That all right, title and interest in Security Mutual Life Insurance Company of New York Policy No. 001074718 and Security Mutual Life Insurance Company of New York Policy No. 001046440 is hereby assigned and transferred to Avis.

That Security Mutual Life Insurance Company of New York

shall effectuate and record on its books the aforesaid absolute assignment and transfer to Avis of all right, title, and interest in Security Mutual Life Insurance Company of New York Policy No. 001046440 and Security Mutual Life Insurance Company of New York Policy No. 001074718.

That the Clerk of the Court shall forward certified copies of (i) this order, (ii) the Amended Judgment in this case (Doc. No. 1637), (iii) the Order of Restitution (Doc. No. 1638), and (iv) the court's Order re Motion for Stay of Order of Restitution dated August 1, 2006 (Doc. No. 2414) to

    F. David Mistretta, General Counsel
    Security Mutual Life Insurance Company of New York
    P.O. Box 1625
    Binghamton, NY 13902

That, because the Clerk of the Court has turned over to the victim the original assignments by defendant Shelton to the Clerk of the Court, the victim shall forward the original assignments to Security Mutual Life Insurance Company of New York at its address set forth above.

It is so ordered.

Dated this 18th day of June 2007 at Hartford, Connecticut.

                                        /s/AWT
                                 Alvin W. Thompson
                         United States District Judge