UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No.: |
| Plaintiff | : | 3:02 CR 00264 (AWT) |
| v. | | |
| E. KIRK SHELTON, | : | |
| Defendants | : | JUNE 18, 2007 |

## APPEARANCE

TO THE CLERK OF THIS COURT:

Please enter the appearance of **JEFFREY HELLMAN OF ZEISLER & ZEISLER, P.C.,** 558 Clinton Avenue, P.O. Box No. 3186, Bridgeport, Connecticut 06605 (203)368-4234, as attorney for Ames Ink, LLC in the above captioned matter.

AMES INK, LLC

BY /s/ Jeffrey Hellman
Jeffrey Hellman ct04102
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234
jhellman@zeislaw.com

**CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing has been sent either via CM/ECF on this, the 18th day of June, 2007 to the following:

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I-185 Asylum Street
Hartford, CT 06103-3469

James McMahon, Esq.;
John J. Carney, Esq.
United States Attorney's Office
District of New Jersey
970 Broad St. – Suite 700
Newark, NJ 07101

Craig Carpenito, Esq.;
Christopher Christie, Esq.
United States Attorney's Office
District of New Jersey
970 Broad St. – Suite 700
Newark, NJ 07101

Kathleen Cody
Securities & Exchange Commission
100 F. St., NE
Washington, DC 20549-9612

Norman J. Gross, Esq.
U.S. Attorney's Office – Camden N.J.
Camden Federal Bldg. & U.S. Courthouse
401 Market Street – 4th Flr
Camden, NJ 08101

John G. Silbermann, Esq.
Special Attorney
U.S. Department of Justice
970 Broad Street-Suite 700
Newark, NJ 07102

Richard J. Schechter, Esq.
U.S. Attorney's Office – BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

Wachovia Bank, NA
Legal Order Processing
401 Market Street
Philadelphia, PA 19106

by: _____
Jeffrey Hellman (ct04102)