UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No.: |
| Plaintiff | : | 3:02 CR 00264 (AWT) |
| v. | | |
| E. KIRK SHELTON, | : | |
| Defendants | : | JUNE 18, 2007 |

## MOTION TO QUASH

Movant Ames Ink, LLC hereby moves to Quash the Subpoena attach as Exhibit A for the reasons set forth in the attached Memorandum of Law.

AMES INK, LLC

BY  /s/ Jeffrey Hellman
Jeffrey Hellman ct04102
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234
jhellman@zeislaw.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing has been sent via the Court's CMECF system or Federal Express, on this, the 18th day of June, 2007 to the following:

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I-185 Asylum Street
Hartford, CT 06103-3469

James McMahon, Esq.;
John J. Carney, Esq.
United States Attorney's Office
District of New Jersey
970 Broad St. – Suite 700
Newark, NJ 07101

Craig Carpenito, Esq.;
Christopher Christie, Esq.
United States Attorney's Office
District of New Jersey
970 Broad St. – Suite 700
Newark, NJ 07101

Kathleen Cody
Securities & Exchange Commission
100 F. St., NE
Washington, DC 20549-9612

Norman J. Gross, Esq.
U.S. Attorney's Office – Camden N.J.
Camden Federal Bldg. & U.S. Courthouse
401 Market Street – 4th Flr
Camden, NJ 08101

John G. Silbermann, Esq.
Special Attorney
U.S. Department of Justice
970 Broad Street-Suite 700
Newark, NJ 07102

Richard J. Schechter, Esq.
U.S. Attorney's Office – BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

Wachovia Bank, NA
Legal Order Processing
401 Market Street
Philadelphia, PA 19106

by _____
    Jeffrey Hellman ct04102