Page 56

1 THE CASE, IF IT'S SETTLEABLE.  BUT I'M SUGGESTING YOUR,

2 HONOR, IT'S VERY HARD TO SETTLE WITH CENDANT.

17:36:44  3          MR. KAELIN:  YOUR HONOR, I'M GOING TO HAVE TO

4 TAKE NOTE AND OBJECT.  I DON'T WANT US GETTING INTO

5 SETTLEMENT DISCUSSIONS.  I'M BOTHERED BY THAT.

17:36:53  6          MR. PUCCIO:  THAT'S MY POINT, JUDGE.

17:36:55  7          THE COURT:  NO.  HIS POINT IS THAT YOU ALL

8 SHOULDN'T BE TELLING ME ABOUT YOUR SETTLEMENT DISCUSSIONS

9 AND YOU SHOULDN'T BE, AND WE WON'T HAVE ANY FURTHER

10 DISCUSSION OF THAT.

17:37:05  11          MR. HELLMAN:  YOUR HONOR, I HAVE A COUPLE OF

12 ADDITIONAL POINTS BASED ON THE COURT'S INDICATION UPON HOW

13 IT IS LIKELY TO RULE.

17:37:13  14          THE FIRST POINT IS WITH RESPECT TO THE ACCOUNT

15 AT THE BANK OF AMERICA THAT IS CURRENTLY HELD JOINTLY BY

16 MR. AND MRS. SHELTON.  THAT ACCOUNT HAS, ON MY

17 INFORMATION, APPROXIMATELY A MILLION DOLLARS IN IT.

17:37:32  18          IT IS OUR POSITION THAT RIGHT NOW THAT ACCOUNT

19 IS UNENCUMBERED.  I DO NOT WANT TO SIMPLY CLEAN OUT

20 MRS. SHELTON'S HALF INTEREST IN THAT ACCOUNT WITHOUT

21 DISCLOSING IT TO THE COURT AND MAKING A REPRESENTATION AS

22 TO WHY WE BELIEVE THAT IS APPROPRIATE, BUT I WOULD SUBMIT

23 TO THE COURT THAT IS APPROPRIATE.

17:37:56  24          CERTAINLY CENDANT IS ENTITLED TO ATTACH

25 MR. SHELTON'S INTEREST.  I DON'T DISPUTE THAT.  BUT IT

Page 57

1 SEEMS TO ME THAT THAT ACCOUNT IS JOINTLY HELD AND IN THE

2 ABSENCE OF SPECIFIC ALLEGATIONS AS TO WHY, FOR EXAMPLE,

3 THAT SHOULD BE HELD IN A CONSTRUCTIVE TRUST OR OTHERWISE,

4 IT WOULD SEEM APPROPRIATE TO US THAT MRS. SHELTON BE

5 PERMITTED TO WITHDRAW THOSE FUNDS.

17:38:18    6           THERE IS NO LEGAL IMPEDIMENT TO HER DOING SO.

7 THERE'S NO LEGAL IMPEDIMENT TO HER WITHDRAWING ALL THE

8 FUNDS, BUT OBVIOUSLY I WOULD NOT FEEL COMFORTABLE WITH HER

9 DOING SO.

17:38:30   10           SO I WANTED TO DISCUSS THE ISSUE WITH THE COURT.

11 AND THE REASON THAT I WANTED TO DISCUSS IT -- AND I'LL BE

12 UP FRONT WITH THE COURT -- THERE'S A CONNECTICUT SUPREME

13 COURT DECISION, FLEET V. CARILLO.  IT'S A 1997 DECISION

14 FROM THE CONNECTICUT SUPREME COURT WHICH SAYS THAT A

15 JUDGMENT LIEN CREDITOR CAN -- EITHER PARTY TO A JOINT

16 ACCOUNT -- CAN REACH THE ENTIRE ACCOUNT BECAUSE EITHER

17 PARTY IS FREE, SINCE THEY EACH HAVE AN ENTIRE INTEREST IN

18 THE WHOLE, EITHER PARTY CAN REMOVE ALL THE FUNDS IN THE

19 ACCOUNT.

17:39:10   20           THE STATUTE UPON WHICH IT RELIES, 36A-290 --

21 IT'S THE BANK PROTECTION STATUTE -- IT'S LITERALLY

22 DESIGNED TO PROTECT THE BANK IN THAT INSTANCE.

17:39:22   23           SO BEFORE THE ATTACHMENT GOES ON, IT WOULD BE

24 OUR INTENTION TO WITHDRAW WHAT WE BELIEVE WOULD BE MRS.

25 SHELTON'S EQUITABLE INTEREST, WHICH WOULD BE 50 PERCENT OF

Page 58

1  THAT ACCOUNT.

17:39:36   2          MR. PUCCIO:  JUDGE, SINCE THAT WAS RAISED, I

3  WOULD ONLY ADD THAT YOUR HONOR HAS ORDERS OUTSTANDING THAT

4  ALLOW MR. SHELTON TO SPEND CERTAIN AMOUNT OF DOLLARS PER

5  MONTH FOR LIVING EXPENSES.

17:39:52   6          THE COURT:  YES.

17:39:53   7          MR. PUCCIO:  AND ALSO ALLOW HIM TO PAY HIS

8  LAWYERS.

17:39:57   9          THE COURT:  YES.

17:39:58  10          MR. PUCCIO:  AND I ASSUME THAT THAT WOULD BE

11  UNDISTURBED, WHATEVER YOUR HONOR MAY DO WITH THE REST OF

12  IT.

17:40:06  13          THE COURT:  YES.

17:40:06  14          MR. HELLMAN:  THE REMAINING ISSUE I WANTED TO

15  POINT OUT TO THE COURT RELATES TO THE ISSUE THAT

16  MR. PUCCIO DISCUSSED BRIEFLY IN CONNECTION WITH THE

17  QUESTION OF WHAT HAS BEEN PROVEN, OR WITH RESPECT TO

18  MR. SHELTON'S INVOLVEMENT IN THE FRAUD PRE-1995.

17:40:27  19          OBVIOUSLY I WAS NOT IN ANY WAY INVOLVED IN THE

20  CRIMINAL TRIAL AND HAVE NO NOTION OF WHAT WAS PRESENTED AT

21  THE CRIMINAL TRIAL, BUT IT WOULD BE OUR POSITION THAT

22  ESSENTIALLY WITH RESPECT TO ANY QUESTION AS TO

23  MR. SHELTON'S INVOLVEMENT PRE-1995, THIS IS STARTING FROM

24  SQUARE ONE, BECAUSE WE WOULD HAVE -- THERE HAD BEEN NO

25  DETERMINATIONS AND WE GET A FRESH SHOT AT ALL OF THAT.