Page 61

| | | |
|---|---|---|
| 17:43:21 | 1 | MR. KAELIN: WELL, THERE IS ANOTHER ACCOUNT ON |
| | 2 | TOP OF THE BANK OF AMERICA ACCOUNT. THERE'S A VANGUARD |
| | 3 | ACCOUNT. |
| 17:43:28 | 4 | THE COURT: I THINK WHAT I'M GOING TO REQUEST |
| | 5 | YOU DO IS GIVE ME A REVISED FORM OF ORDER. |
| 17:43:36 | 6 | MR. KAELIN: OKAY. |
| 17:43:37 | 7 | THE COURT: A PROPOSED ORDER THAT YOU'RE SEEKING |
| | 8 | SO THAT I CAN MAKE SURE THAT I HAVE THE CURRENT STATE OF |
| | 9 | THINGS. |
| 17:43:42 | 10 | MR. KAELIN: SURE. |
| 17:43:44 | 11 | MR. HELLMAN: YOUR HONOR, WITH RESPECT TO THE |
| | 12 | VANGUARD ACCOUNT, THAT'S NOT BEFORE THE COURT. IT BELONGS |
| | 13 | TO MY CLIENT ONLY. IT DOES NOT BELONG TO MR. SHELTON. |
| | 14 | HE'S NOT A SIGNATORY. |
| 17:43:54 | 15 | THE COURT: MR. KAELIN WILL SEND A COPY TO |
| | 16 | DEFENSE COUNSEL AND IF YOU SEE SOMETHING ON THERE THAT YOU |
| | 17 | THINK HE OUGHT TO UNDERSTAND, DISCUSS IT FIRST WITH HIM, |
| | 18 | SEE IF HE REVISES HIS PROPOSAL, AND IF NOT, YOU CALL ME. |
| 17:44:08 | 19 | MR. HELLMAN: I ALSO WANT TO BE CLEAR, YOUR |
| | 20 | HONOR, IS THERE ANYTHING PROHIBITING MY CLIENT FROM |
| | 21 | WITHDRAWING HALF OF THE BANK OF AMERICA ACCOUNT TOMORROW? |
| 17:44:21 | 22 | THE COURT: I'M NOT AWARE OF ANYTHING, BUT I'M |
| | 23 | NOT SAYING THAT SHE WOULDN'T BE FORCED TO PUT IT BACK. |
| 17:44:28 | 24 | MR. HELLMAN: I UNDERSTAND THAT SHE WOULD BE |
| | 25 | SUBJECT TO THAT RISK, YOUR HONOR. |

```
17:44:31   1            MR. KAELIN:  THAT'S WHY I WAS ASKING FOR PERHAPS
           2   AN ORAL ORDER TODAY THAT WOULD ENJOIN HER FROM DOING SO
           3   UNTIL WE GET A HEARING.
17:44:39   4            WE DID ASK FOR THIS EX PARTE.  IT'S BEEN SEVERAL
           5   MONTHS.  THAT'S A LOT OF MONEY, YOUR HONOR.  IT COULD BE A
           6   HALF A MILLION DOLLARS.  I WOULD HATE TO HAVE TO BRING A
           7   COUNT TO THEN BRING THAT BACK.
17:44:49   8            UNTIL I CAN GET ATTORNEY HELLMAN A FORM OF ORDER
           9   TO LOOK AT, I AM CONCERNED ABOUT THAT MONEY GOING OUT THE
          10   BACK DOOR.
17:44:58  11            MR. HELLMAN:  YOUR HONOR, I'M NOT TRYING TO TAKE
          12   ALL THE MONEY.  I'M ONLY TRYING TO TAKE HALF OF IT, WHICH
          13   WOULD BE, IT'S OUR POSITION, WOULD BE HER EQUITABLE
          14   INTEREST IN THAT MILLION DOLLARS.
17:45:14  15            THE COURT:  AND YOU WANT ME TO RESTRAIN HER FROM
          16   TAKING ANY MONEY OUT OF THE ACCOUNT?
17:45:19  17            MR. KAELIN:  OTHER THAN ORDINARY LIVING
          18   EXPENSES, YOUR HONOR.
17:45:23  19            THE COURT:  WHAT WOULD YOU ANTICIPATE THAT MY
          20   ORDER WOULD PROVIDE WITH RESPECT TO THAT ACCOUNT?
17:45:28  21            MR. KAELIN:  THAT THE DEFENDANT, AMY SHELTON, IS
          22   ENJOINED FROM SPENDING, TRANSFERRING OR WITHDRAWING FUNDS
          23   FROM THE BANK OF AMERICA ACCOUNT PENDING A RULING FROM
          24   YOUR HONOR, OTHER THAN SUCH AMOUNTS AS ARE NECESSARY AND
          25   REASONABLE FOR ORDINARY LIVING EXPENSES.  HOLIDAYS ARE
```

|  |  |  |
|---|---|---|
|  | 1 | COMING UP. SHE HAS TO BUY HOLIDAY GIFTS FOR -- |
| 17:45:48 | 2 | THE COURT: AND THEN WHEN THE RULING IS ISSUED, |
|  | 3 | WHAT WOULD YOU ANTICIPATE THE RULING ITSELF WOULD SAY |
|  | 4 | ABOUT THAT ACCOUNT? |
| 17:45:55 | 5 | MR. KAELIN: PROBABLY THE SAME THING; THAT WE |
|  | 6 | WOULD BE ABLE TO ATTACH THAT ACCOUNT EXCEPT FOR REASONABLE |
|  | 7 | AND NECESSARY LIVING EXPENSES. |
| 17:46:05 | 8 | THE COURT: AND WHY IS THAT ACCOUNT COVERED BY |
|  | 9 | THE FRAUDULENT CONVEYANCE CLAIMS? |
| 17:46:15 | 10 | MR. KAELIN: BECAUSE TO THE EXTENT -- I DON'T |
|  | 11 | KNOW WHAT THE FORM OF THE ORDER IS GOING TO SAY. TO THE |
|  | 12 | EXTENT WE CAN GET A LIEN ON THE ENTIRE VAIL HOUSE -- I'M |
|  | 13 | SORRY, THE DARIEN HOUSE, THAT'S ONE THING. TO THE EXTENT |
|  | 14 | WE GET SOMETHING ON VAIL, THOUGH, AND I CAN'T GET A |
|  | 15 | SATISFACTORY ATTACHMENT, AT LEAST I'M USUALLY ENTITLED TO |
|  | 16 | ATTACH OR GARNISH OTHER ASSETS UP TO THE DOLLAR AMOUNT. |
| 17:46:43 | 17 | IT MAY NOT BE THAT I HAVE TO ATTACH THAT ACCOUNT |
|  | 18 | AS TO MRS. SHELTON, BUT THE FLIP SIDE IS THAT TO THE |
|  | 19 | EXTENT I GET A PJR ORDER THAT SAYS I CAN HAVE AN |
|  | 20 | ATTACHMENT OF UP TO $20 MILLION AS TO DEFENDANT KIRK |
|  | 21 | SHELTON, THAT ACCOUNT IS ONE OF HIS ASSETS THAT I WOULD |
|  | 22 | WANT TO GARNISH. |
| 17:47:02 | 23 | MR. HELLMAN: THAT'S EXACTLY MY POINT, YOUR |
|  | 24 | HONOR. IT'S FLEET V. CARILLO. IF I WAIT FOR YOUR HONOR |
|  | 25 | TO ISSUE THE ORDER AS TO KIRK SHELTON, MR. KAELIN WILL BE |

```
                    1  ABLE TO GET THE ENTIRE ACCOUNT.  AND I'M ASKING --
17:47:15            2           THE COURT:  WHAT DOES THIS -- THIS IS JUST AN
                    3  ACCOUNT HELD BY THE TWO OF THEM?
17:47:19            4           MR. HELLMAN:  THAT'S CORRECT.  THAT'S THE
                    5  ACCOUNT THEY LIVE OFF OF, YOUR HONOR.
17:47:25            6           THE COURT:  I'M HAVING TROUBLE, MR. KAELIN,
                    7  TYING THIS TO -- OTHER THAN THE POINT YOU JUST MADE ABOUT
                    8  IF YOU CAN'T GET AN ATTACHMENT THAT COMES UP TO THE DOLLAR
                    9  AMOUNT YOU WANT BASED ON THE PREJUDGMENT REMEDY, THEN YOU
                   10  WOULD WANT TO GO AFTER OTHER ASSETS, I'M HAVING TROUBLE
                   11  TYING THIS TO THE APPLICATION FOR A PREJUDGMENT REMEDY.
17:47:50           12           MR. KAELIN:  TAKE THE 9.5 MILLION.  WE'VE
                   13  ALLEGED THAT THE DEFENDANT MR. SHELTON IS TRANSFEROR
                   14  DEFENDANT AND THE TRUST IS A TRANSFEREE DEFENDANT TO THE
                   15  VALUE OF 9.5 MILLION.  UNDER THE ATTACHMENT GARNISHMENT
                   16  PROCEDURES, IF THERE'S A PIECE OF REAL ESTATE IN
                   17  CONNECTICUT AND I CAN RUN OUT AND IT'S IN THE NAME OF THE
                   18  TRUST AND MR. SHELTON, I CAN ATTACH IT.  I'M NOT AWARE OF
                   19  ANY PIECE OF REAL ESTATE OWNED BY EITHER OF THEM FOR
                   20  9.5 MILLION IN THE STATE OF CONNECTICUT.
17:48:16           21           THE SECOND THING, I GO OUT AND LOOK FOR WHAT
                   22  ASSETS CAN BE GARNISHED TO THAT DOLLAR AMOUNT, OR SOME
                   23  DOLLAR AMOUNT THAT GETS ME TO MY QUOTA.
17:48:24           24           RIGHT NOW, I DON'T KNOW WHAT THEY ARE.  BUT ONE
                   25  THING I DO KNOW EXISTS IS A BANK OF AMERICA ACCOUNT THAT
```

```
                1  MY MARSHAL CAN GET HIS HANDS ON WITHIN THE FOURTH CORNERS
                2  OF CONNECTICUT THAT HAS A MILLION DOLLARS IN IT.  AND I
                3  KNOW THE CONNECTICUT SUPREME COURT PRECEDENCE SAYS I CAN
                4  GRAB IT ALL.
17:48:40        5            UNTIL I GET MY ORDER, UNTIL I CAN GET OUT THERE
                6  AND SEE WHAT I CAN HOLD ON TO, BECAUSE I DON'T THINK THE
                7  DEFENDANTS ARE GOING TO BE COMING AND SAYING, HERE, WE'LL
                8  PUT IT IN YOUR HANDS -- THAT'S NOT WAY THEY HAVE BEEN
                9  OPERATING -- I HAVE TO GO DOWN EVERY AVENUE TO PROTECT MY
               10  CLIENT'S INTEREST.
17:48:57       11            THE COURT:  BASED ON THE DISCUSSION WE'VE HAD,
               12  THE WAY I'VE BEEN LOOKING AT THE APPLICATION, I DON'T SEE
               13  WHY I SHOULD KEEP MRS. SHELTON FROM USING HER HALF OF THE
               14  ACCOUNT.
17:49:06       15            MR. HELLMAN:  THANK YOU, YOUR HONOR.
17:49:11       16            THE COURT:  ANYTHING ELSE?
17:49:14       17            MR. HELLMAN:  YOUR HONOR, I JUST WOULD NOTE --
               18  AND I DON'T MEAN TO GET INTO THE SUBSTANCE AT ALL OF OUR
               19  DISCUSSIONS -- BUT I WOULD NOTE THAT I HAD PREVIOUS --
               20  YOUR HONOR MADE A SUGGESTION WITH REGARD TO SETTLEMENT.  I
               21  WOULD SIMPLY LIKE TO PUT ON THE RECORD THAT I HAD
               22  PREVIOUSLY SUGGESTED A SETTLEMENT CONFERENCE WITH A UNITED
               23  STATES MAGISTRATE JUDGE TO MR. KAELIN AS WELL.
17:49:35       24            MR. KAELIN:  AGAIN, YOUR HONOR, THIS IS TOTALLY
               25  INAPPROPRIATE.
```