# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **Criminal Action No.:** |
| **Plaintiff** | : | **3:02 CR 00264 (AWT)** |
| v. | | |
| **E. KIRK SHELTON,** | : | |
| **Defendants** | : | **JUNE 18, 2007** |

### Declaration of Amy Shelton

I declare under penalty of perjury that the foregoing is true and correct.

1.    I am over the age of 18 and I understand the obligations of an oath.

2.    I am the sole member of Ames Ink, LLC.

3.    I have been the sole member of Ames Ink, LLC since its inception.

4.    Ames Ink, LLC is a small business of which I am the sole manager.

5.    E. Kirk Shelton does not own and has not ever owned any interest in Ames Ink, LLC.

AMY SHELTON

By: _Amy Shelton_

AMES INK, LLC


By:    _____
       Jeffrey Hellman ct04102
       Zeisler & Zeisler
       558 Clinton Avenue
       Bridgeport, CT 06605
       (203) 368-4234
       jhellman@zeislaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent via CM/ECF on this, the 18th day of June, 2007 to the following:

Robert E. Kaelin, Esq.
Murtha Cullina LLP
CityPlace I-185 Asylum Street
Hartford, CT 06103-3469

James McMahon, Esq.;
John J. Carney, Esq.
United States Attorney's Office
District of New Jersey
970 Broad St. – Suite 700
Newark, NJ 07101

Craig Carpenito, Esq.;
Christopher Christie, Esq.
United States Attorney's Office
District of New Jersey
970 Broad St. – Suite 700
Newark, NJ 07101

Kathleen Cody
Securities & Exchange Commission
100 F. St., NE
Washington, DC 20549-9612

Norman J. Gross, Esq.
U.S. Attorney's Office – Camden N.J.
Camden Federal Bldg. & U.S. Courthouse
401 Market Street – 4th Flr
Camden, NJ  08101

John G. Silbermann, Esq.
Special Attorney
U.S. Department of Justice
970 Broad Street-Suite 700
Newark, NJ 07102

Richard J. Schechter, Esq.
U.S. Attorney's Office – BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

Wachovia Bank, NA
Legal Order Processing
401 Market Street
Philadelphia, PA 19106

by_____
   Jeffrey Hellman  ct04102