UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR00264 (AWT) |
| | : | |
| v. | : | July 12, 2007 |
| | : | |
| E. KIRK SHELTON | : | |

**JOINDER MOTION OF UNITED STATES REGARDING
MOTION TO MODIFY RESTITUTION ORDER FILED BY CENDANT CORP.**

The United States respectfully submits this Joinder Motion regarding the motion recently filed by Cendant Corporation to modify the restitution judgment against Defendant E. Kirk Shelton ("Mr. Shelton") (Docket Entry No. 2650) (the "Motion to Modify"). The Motion to Modify seeks an order requiring, among other things, an accounting and turnover of any and all remaining pre-paid legal fees being held by Mr. Shelton's attorneys. For the reasons set forth below, the government supports the Motion to Modify and also seeks modification to the extent necessary to obtain Writs of Garnishment against certain accounts held solely in the name of Mr. Shelton.

In support hereof, United States respectfully represents as follows:

1. The Court entered the $3.275 billion Restitution Judgment against Mr. Shelton on August 12, 2005 (the "Restitution Order") (Docket Entry No. 1638).

2. Subsequently, the Court entered its Order Modifying the Restitution Order in part on August 1, 2006 (the "2006 Order") (Docket Entry No. 2414).

3. In the 2006 Order, the Court held "that if it appears at any time that the defendant [Mr. Shelton] has the ability to make an additional lump sum payment into the court registry, the

government and/or Cendant Corporation may move for an order requiring him to do so." (Docket Entry No. 21414, p. 8.)

4. As set forth in Cendant's Motion to Modify, Mr. Shelton has paid over fifteen million dollars in legal fees to various attorneys or law firms, which in some instances were in the form of very large retainers. As with Cendant, the government firmly believes that some of these attorneys may be holding substantial amounts of Mr. Shelton's money available to satisfy the Restitution Order and there must be an accounting of the fees that have been paid.

5. As this Court is aware, Mr. Shelton has reported to prison and all of his appellate rights have been exhausted as of the United States Supreme Court's denial of Mr. Shelton's Petition for Writ of Certiorari. Accordingly, Mr. Shelton's conviction and the Restitution Order are now final.

6. The government not only joins Cendant's Motion in seeking an accounting of Mr. Shelton's attorney trust accounts, but simultaneously herewith is filing Applications for Writ of Garnishments as to the following firms which are known to the government as having recently held funds in such accounts: Law Offices of Thomas P. Puccio, Howery, LLP and Dornbush Schaffer Strongin & Venaglia, LLP.

7. In addition, the United States is simultaneously herewith filing an Application for a Writ of Garnishment as to E*Trade Financial Corporation, which the government believes is holding substantial non-exempt funds of Mr. Shelton that can and should be applied towards the Restitution Order.

WHEREFORE, the foregoing reasons, the United States submits this Motion in support

of and in addition to the Motion to Modify filed by Cendant.

                                                        Respectfully submitted,

                                                        CHRISTOPHER J. CHRISTIE
                                                        Special Attorney
                                                        U.S. Department of Justice

                                                        /s/ John G. Silbermann

                                                        By:  John G. Silbermann
                                                        Special Attorney
                                                        U.S. Department of Justice
                                                        Federal Bar No. phv0901

Dated: July 12, 2007
Newark, New Jersey

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on this day I caused to be served copies of the foregoing upon the following via e-mail:

Hope C. Seeley, Esq.
Counsel for E. Kirk Shelton
heseeley@santos-seeley.net

Thomas P. Puccio, Esq.
Counsel for E. Kirk Shelton
tpuccio@lotpp.com

Robert E. Kaelin, Esq.
Counsel for Cendant Corporation
rkaelin@murthalaw.com

Samuel Kadet, Esq.
Counsel for Cendant Corporation
skadet@skadden.com

                /s/ John G. Silbermann
                JOHN G. SILBERMANN
                Assistant U.S. Attorney

Dated: April 12, 2006
Newark, New Jersey