CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JOHN G. SILBERMANN, JR.
Special Attorney
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: john.silbermann@usdoj.gov
JGS1197

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                 *Plaintiff,*<br>v.<br><br>E. KIRK SHELTON,<br><br>                                 *Defendant,*<br>and<br><br>E*TRADE FINANCIAL CORPORATION,<br>and its successors or assigns,<br>                                 *Garnishees.* | HON. ALVIN W. THOMPSON<br><br>Criminal No. 03:02-264 (AWT)<br><br>**APPLICATION AND ORDER<br>FOR WRIT OF GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, E. Kirk Shelton, Social Security number *******8046, whose last known address is 573 Middlesex Road, Darien, CT 06820 in the above cited action in the amount of $3,275,000,000.00.

The total balance due and owing as of July 24, 2007 is $3,509,701,750.25.

Demand for payment of the above-stated debt was made upon the debtor not less than 30

days from July 24, 2007, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which E. Kirk Shelton has a substantial non-exempt interest. More specifically, the Garnishee is a brokerage which is believed to have in its custody, control, or possession, funds, securities and other property belonging to the judgment debtor, E. Kirk Shelton.

The name and address of the Garnishee or his authorized agent is:

>E*Trade Financial Corporation
>Harborside Financial Center
>501 Plaza 2, 5th Floor
>34 Exchange Pl.
>Jersey City, NJ 07311

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

>CHRISTOPHER J. CHRISTIE
>SPECIAL ATTORNEY
>U.S. DEPARTMENT OF JUSTICE
>
>By: JOHN G. SILBERMANN, JR.
>SPECIAL ATTORNEY

IT IS, on this 26th day of July, 2007,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

>HON. ALVIN W. THOMPSON
>UNITED STATES DISTRICT COURT