UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON | : | July 27, 2007 |

### AFFIDAVIT OF RICHARD SCHAEFFER

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

RICHARD SCHAEFFER, being duly sworn, deposes and says:

1. I am a member of the law firm of Dornbush Schaeffer Strongin & Venaglia, LLP, (the "Dornbush Firm") which represents E. Kirk Shelton ("Mr. Shelton").

2. Pursuant to this Court's Order, dated July 25, 2007, Modifying the August 12, 2005 Restitution Order and the August 1, 2006 Order (Docket No. 2738), I hereby attest to the following:

    a. The Dornbush Firm does not hold, directly or indirectly, any amount paid by or on behalf of Mr. Shelton.

    b. All amounts paid by or on behalf of Mr. Shelton have been disbursed by the Dornbush Firm solely for legal services for Mr. Shelton and not for the benefit of any third party.

RICHARD SCHAEFFER

Sworn to before me this
27th day of July, 2007

_____
Notary Public

CLAIR S. SEU
Notary Public, State of New York
No. 01SE6133165
Qualified in New York County
Commission Expires 9/12/2009

#179528.1