UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :   Criminal No. 3:02 CR00264 (AWT)
                                :
E. KIRK SHELTON                 :
-------------------------------x
```

STATE OF NEW YORK    :
COUNTY OF NEW YORK:

       STEPHEN E. KAUFMAN, herein attests that the law firm Stephen E. Kaufman, P.C. does not hold directly or indirectly any amount paid by or on behalf of defendant, E. Kirk Shelton, and that all amounts paid by or on behalf of defendant, E. Kirk Shelton, have been disbursed by the law firm solely for legal services for the defendant and not for the benefit of any third party.

Sworn to before me this
26th day of July, 2007.

_____
Notary Public

TERESA A SIGISMONDO
Notary Public - State of New York
NO. 01SI4507648
Qualified in New York County
My Commission Expires 12/31/09

_____
Stephen E. Kaufman