UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
|---|---|---|
| v. | : | |
| E. KIRK SHELTON | : | August 6, 2007 |

### AFFIDAVIT OF THOMAS P. PUCCIO

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

THOMAS P. PUCCIO, being duly sworn, deposes and says:

1.  I am a member of the Law Offices of Thomas P. Puccio (the "Puccio Firm") which represents E. Kirk Shelton ("Mr. Shelton").

2.  Pursuant to this Court's Order, dated July 25, 2007, Modifying the August 12, 2005 Restitution Order and the August 1, 2006 Order (Docket No. 2738), I hereby attest to the following:

    a.  The Puccio Firm does not hold, directly or indirectly, any amount paid by or on behalf of Mr. Shelton.

    b.  All amounts paid by or on behalf of Mr. Shelton have been disbursed by the Puccio Firm solely for legal services for Mr. Shelton and not for the benefit of any third party.

_____
THOMAS P. PUCCIO

Sworn to before me this
6th day of August, 2007

_____
Notary Public

JOSEPH A. MEDINA
Notary Public, State of New York
No. 01ME5088461
Qualified in New York County
Commission Expires Nov. 17, 2009