UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>V. )<br>)<br>)<br>E. KIRK SHELTON. )<br>) | No. 3:02-CR-00264 (AWT)<br><br>August 7, 2007 |

### AFFIDAVIT OF STANLEY A. TWARDY, JR.

State of Connecticut )
                     )  ss:
County of Fairfield  )

I, STANLEY A. TWARDY, JR., hereby deposes and says:

1. I am a member of the bar of the State of Connecticut and a partner at Day Pitney LLP (formerly known as Day, Berry & Howard LLP). I submit this affidavit in response to the July 27, 2007 Order of the Honorable Alvin W. Thompson in United States of America v. E. Kirk Shelton, Crim. No. 3:02-CR-00264 (AWT).

2. In preparing this response for Day Pitney LLP, I have reviewed our billing records and communicated with my former partner, Gary Collins, who was principally responsible for our firm's role in this case. I base my representations on this review and communication.

3. Our firm does not at this time hold, directly or indirectly, any amount paid by or on behalf of defendant Shelton.

71334494.3

4. All amounts paid by or on behalf of Defendant Shelton have been disbursed by our firm solely for legal services for defendant Shelton and not for the benefit of any third party.

_____
Stanley A. Twardy, Jr.

Subscribed to and sworn before me
this 7th day of August, 2007

_____
Notary Public
My Commission expires:

NATALIE L. SABANSKI
NOTARY PUBLIC
MY COMMISSION EXPIRES 9/30/10

71334494.3

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2007, a copy of the foregoing Affidavit of Stanley A. Twardy, Jr. was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                         /s/ Stanley A. Twardy, Jr.
                                                         Stanley A. Twardy, Jr.