DORNBUSH MENSCH MANDELSTAM & SCHAEFFER, LLP
747 THIRD AVENUE
NEW YORK, N.Y. 10017
(212) 759-3300

FACSIMILE: (212) 753-7673
CABLE: DORMENSTAM NEWYORK
TELEX: 424631

May 7, 2004

**BY FACSIMILE**
**AND FIRST CLASS MAIL**

Samuel Kadet, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Re: E. Kirk Shelton

Dear Sam:

I have your letter dated April 29, 2004 to Thomas Puccio and me.

Kirk has authorized me to represent to Cendant Corporation that he continues to possess and will maintain accessible assets sufficient to repay the monies advanced to him should a determination ultimately be made that he is not entitled to indemnification.

Regards,

Cordially,

Richard Schaeffer

RJS:mak

161199.1