UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| | : | |
| Plaintiff, | : | 3:02 CR 00264 (AWT) |
| | : | |
| v. | : | |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON, | : | |
| | : | |
| Defendants. | : | |

ORDER OF DEPOSITIONS IN AID OF EXECUTION

In connection with the Motion in Aid of Execution filed by Cendant Corporation, and

sufficient cause appearing therefor, it is hereby

**ORDERED** that the following deponents appear for a deposition on the following

dates and otherwise in accordance with Cendant's outstanding notices:

1.    A knowledgeable representative of the law firm of Dornbush Schaeffer

Strongin & Venaglia, LLP at 10:00 a.m. on September 12, 2007, to be deposed regarding: (i)

the factual basis upon which the May 7, 2004 Letter signed Attorney Richard Schaeffer

was issued on behalf of E. Kirk Shelton to Cendant Corporation; and (ii) the sources and

disposition of the monies that the Dornbush Firm has received from or on behalf of E. Kirk

Shetlon from 1998 to the present..

2.     A knowledgeable representative of the Law Offices of Thomas P. Puccio at

10:00 a.m. on September 14, 2007, to be deposed regarding the sources and disposition of the

$4 Million dollar retainer the Puccio Firm received on or about January 11, 2005 from E.

Kirk Shelton to the present.

Dated at Hartford, Connecticut this _____ day of August, 2007.


BY THE COURT


_____
Alvin W. Thompson
United States District Judge


968363