UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNITED STATES OF AMERICA

v.

E. KIRK SHELTON,

                Defendant.

Criminal No. 3:02CR00264 (AWT)

---

## DECLARATION OF JOHN W. NIELDS, JR.

John W. Nields, Jr. declares under penalties of perjury that the following facts are true and correct to the best of my knowledge and belief.

1. I am a member of the law firm of Howrey LLP ("the law firm") in Washington, D.C. I represented defendant E. Kirk Shelton in connection with his appeal to the United States Court of Appeals for the Second Circuit from the judgment of conviction entered against him in the above-captioned case.

2. I make this declaration pursuant to this Court's Order, dated July 25, 2007, modifying an August 12, 2005 Restitution Order and an August 1, 2006 Order.

3. The law firm currently holds in an escrow account for E. Kirk Shelton a balance of $15,457.84. These funds represent legal fees paid to the law firm for legal work done in connection with the appeal referenced in paragraph 1 above. This balance is significantly less than the amount currently owed to the law firm by Mr. Shelton for legal services

rendered to him and not for the benefit of any third party. The amount currently owed by Mr. Shelton to the law firm is $345,703.06 for legal services and related disbursements.

4. All amounts paid by or on behalf of Mr. Shelton to the law firm have been disbursed by the law firm solely for legal services for defendant Shelton and not for the benefit of any third party. The current balance of $15,457.84 will be used solely to pay the law firm for services already rendered.

John W. Nields, Jr.<br>
**HOWREY LLP**<br>
1299 Pennsylvania Avenue, N.W.<br>
Washington, DC  20004<br>
Tel: (202) 783-0800<br>
Fax: (202) 383-6610

Dated: August 10, 2007

2