UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA, : | No. 3:02 CR 264 (SWT) |
|---|---|
| v. : | |
| E. KIRK SHELTON : | August 8, 2007 |

### AFFIDAVIT OF MARTIN J. AUERBACH

STATE OF NEW YORK )
                                    ) ss.:
COUNTY OF NEW YORK )

MARTIN J. AUERBACH, being duly sworn, deposes and says:

1. I am a sole practitioner and have represented E. Kirk Shelton ("Mr. Shelton").

2. Pursuant to this Court's Order, dated July 25, 2007, Modifying the August 12, 2005 Restitution Order and the August 1, 2006 Order (Docket No. 2738), I hereby attest to the following:

    a. I do not hold, directly, or indirectly, any amount paid by or on behalf of Mr. Shelton.

    b. All amounts paid by or on behalf of Mr. Shelton have been disbursed by me for legal services for Mr. Shelton and not for the benefit of any third party.

_____
MARTIN J. AUERBACH

Sworn to before me this
9th day of August, 2007

_____
Notary Public

BRENDA HOLMAN
Notary Public - State of New York
No. 01HO6016930
Qualified in New York County
My Commission Expires 11/30/2010