UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON | : | August 14, 2007 |

## AFFIDAVIT OF PAUL A. ENGELMAYER

**STATE OF NEW YORK** )
                     ) ss.:
**COUNTY OF NEW YORK** )

PAUL A. ENGELMAYER, being duly sworn, deposes and says:

1. I am a member of the law firm of Wilmer Cutler Pickering Hale and Dorr ("WilmerHale") which, between 2001 and 2003, represented E. Kirk Shelton ("Mr. Shelton") in the criminal case then pending against him. (The law firm at the time was known as Wilmer Cutler Pickering).

2. Pursuant to this Court's Order, dated July 25, 2007, Modifying the August 12, 2005 Restitution Order and the August 1, 2006 Order (Docket No. 2738), I hereby attest to the following:

   a. WilmerHale does not hold, directly or indirectly, any amount paid by or on behalf of Mr. Shelton.

   b. All amounts paid by or on behalf of Mr. Shelton were disbursed by WilmerHale solely for legal services for Mr. Shelton and not for the benefit of any third party.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER

Sworn to before me this
14th day of August, 2007

*Janis Faith Crea*
Notary Public

JANIS FAITH CREA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CR4765064
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES JUNE 30, 20 10

USIDOCS 6320750v1