UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
|---|---|---|
| v. | : | |
| E. KIRK SHELTON | : | August 14, 2007 |

### AFFIDAVIT OF SCOTT A. EDELMAN

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

SCOTT A. EDELMAN, being duly sworn, deposes and says:

1. I am a member of the law firm of Milbank, Tweed, Hadley & McCloy LLP, ("Milbank Tweed"), which formerly represented E. Kirk Shelton ("Mr. Shelton") in this action.

2. Pursuant to this Court's Order, dated July 25, 2007, Modifying the August 12, 2005 Restitution Order and the August 1, 2006 Order (Docket No. 2738), I hereby attest that, to the best of my knowledge, after having made inquiry of Milbank Tweed's accounting department:

    a. Milbank Tweed does not hold, directly or indirectly, any amount paid by or on behalf of Mr. Shelton.

    b. To the extent that Milbank Tweed has made disbursements on behalf of Mr. Shelton, those disbursements have been to third party vendors (e.g., copying services, experts, litigation support firms) in connection with the provision of legal services to Mr. Shelton.

                                                  _____
                                                  SCOTT A. EDELMAN

Sworn to before me this
14th day of August, 2007

_____
Notary Public

KATHLEEN MEEHAN
NOTARY PUBLIC, State of New York
No. 01ME6148896
Qualified in New York County
Commission Expires July 3, 20__

NY2:#4752591v2