UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02 CR 264 (AWT) |
| v. | : | |
| E. KIRK SHELTON. | : | August 15, 2007 |

### AFFIDAVIT OF HOPE C. SEELEY

State of Connecticut    )
                        )   ss: Hartford
County of Hartford      )

I, HOPE C. SEELEY, being duly sworn, deposes and says:

1. I am a member of the law firm of Santos & Seeley, P.C. which represents E. Kirk Shelton.

2. Pursuant to this Court's Order dated July 25, 2007 modifying the August 12, 2006 Restitution Order and the August 1, 2006 Order [Docket No. 2738] in this matter, I hereby submit this affidavit.

3. Santos & Seeley, P.C. does not hold, directly or indirectly, any amount paid by or on behalf of Mr. Shelton.

4. All amounts paid on or behalf of Mr. Shelton have been disbursed by Santos & Seeley, P.C. solely for legal services for Mr. Shelton and not fo rthe benefit of any third party.

_____
HOPE C. SEELEY
Federal Bar No. ct 4863

Subscribed to and sworn before me on this 15th day of August, 2007

_____
SANDRA L. SNADEN
Commissioner of the Superior Court

SANTOS & SEELEY, P.C. • ATTORNEYS AT LAW • 51 RUSS STREET • HARTFORD, CT  06106-1566 • (860) 249-6548 • FAX (860) 724-5533 • JURIS NO. 07230

## CERTIFICATION

I hereby certify that on August 15, 2007, a copy of the foregoing Affidavit was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
HOPE C. SEELEY

SANTOS & SEELEY, P.C. • ATTORNEYS AT LAW • 51 RUSS STREET • HARTFORD, CT 06106-1566 • (860) 249-6548 • FAX (860) 724-5533 • JURIS NO. 07230