# EXHIBIT B

# MURTHA CULLINA LLP

ATTORNEYS AT LAW

CITYPLACE 1
185 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-3469

TELEPHONE (860) 240-6000
FACSIMILE (860) 240-6150
www.murthalaw.com

ROBERT E. KAELIN
(860) 240-6036
RKAELIN@MURTHALAW.COM

July 25, 2007

VIA E-MAIL (jennifer_lauria@ctd.uscourts.gov)

The Honorable Alvin W. Thompson
Chambers
United States District Court
450 Main Street
Hartford, Connecticut 06103

    Re:    United States v. E. Kirk Shelton (Case No. 3:02-CR 00264(AWT))

Dear Judge Thompson:

    As requested during last week's telephonic hearing on Cendant's Motion to Modify the Court's August 12, 2005 Restitution Order and August 1, 2006 Order (the "Motion to Modify"), enclosed please find a proposed Order respectfully submitted by Cendant Corporation and the United States Government. I believe Your Honor has already received the proposed form of Order on behalf of E. Kirk Shelton by cover letter of Attorney Schaeffer dated July 24, 2007. Thus, Your Honor is obviously aware that the parties were unable to reach consensus on a form of Order. I do wish to address, however, a point raised by Attorney Schaffer in his cover letter.

    It is not accurate that the Motion to Modify was *just* "premised on the (mistaken) belief that Mr. Shelton's lawyers are currently holding assets on Mr. Shelton's behalf." Cendant clearly requested an accounting of what deductions were made from any pre-paid retainers. See Motion to Modify, Prayer for Relief No. 2, p. 5. Furthermore, in Cendant's Reply Memorandum, in response to the disclosures that all the money had been spent, Cendant several times states how an accounting of the expenditures is necessary to determine why and how the money was spent. See Reply Memorandum, pp. 3-6. It is firmly the view of Cendant and the Government that only by seeing the underlying invoices can there be a true and accurate accounting of how so much money was spent.

BOSTON        HARTFORD        NEW HAVEN        STAMFORD        WOBURN

## Murtha Cullina LLP

The Honorable Alvin W. Thompson
July 25, 2007
Page 2

      Accordingly, we respectfully urge the Court to adopt and sign the enclosed proposed Order submitted on behalf of Cendant and the United States.

                                              Respectfully yours,

                                              Robert E. Kaelin

Enclosure
cc:    John G. Silbermann, Esq. (w/encl.) (via e-mail)
        Richard Schaffer, Esq. (w/encl.) (via e-mail)
        Andrew Kanter, Esq. (w/encl.) (via e-mail)
        Thomas P. Puccio, Esq. (w/encl.) (via e-mail)

966299v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Criminal Action No. |
| Plaintiff, | : 3:02 CR 00264 (AWT) |
| v. | : |
| WALTER A. FORBES and E. KIRK SHELTON, | : |
| Defendants. | : |

ORDER RE MOTION TO MODIFY THE COURT'S
AUGUST 12, 2005 RESTITUTION ORDER AND AUGUST 1, 2006 ORDER

On August 12, 2005, in connection with the conviction of the defendant E. Kirk Shelton ("Mr. Shelton"), the Court issued an Order of Restitution dated August 12, 2005 (the "Restitution Order") (Doc. ID # 1638), pursuant to 18 U.S.C. §§ 3663 and 3663A, requiring Mr. Shelton to pay restitution in the amount of $3.275 billion to Cendant Corporation ("Cendant").

On August 1, 2006, the Court issued an Order re Motion for Stay of Order of Restitution dated August 1, 2006 (the "2006 Order") (Doc. ID #2414) modifying the Restitution Order in part.

On February 2, 2007, Cendant filed a Motion to Modify the Courts August 12, 2005 Restitution Order and August 1, 2006 Order (the "Motion to Modify") (Doc. No. 2650) seeking an Order requiring, among other things, the turn over to the Court Registry of any and all remaining pre-paid legal fees being held by Mr. Shelton's attorneys and for an accounting

of all deducted legal fees since the payment of any retainers. In the pre-sentence disclosures made by Mr. Shelton in early 2005, Mr. Shelton represented to the Court that his attorney's held $2 million in pre-paid legal retainers beyond that which was billed as of that date, and since that time it appears Mr. Shelton has paid additional sums to his attorneys as noted by Cendant in Exhibit A to its Motion to Modify totaling $475,398 in excess of that $2 million amount.

On February 26, 2007, Mr. Shelton filed a Memorandum in Opposition to the Motion to Modify (Doc. No. 2658), and Cendant filed its Reply to that Memorandum on March 12, 2007 (Doc. No. 2670).

On July 12, 2007, the United States filed a Joinder Motion regarding the Motion to Modify (Doc. No. 2732).

After the submission of legal briefs by the parties and argument before the Court, it is hereby

ORDERED, that Cendant's Motion to Modify is granted; and it is further

ORDERED, that the defendant E. Kirk Shelton shall deposit, or cause to be deposited, into the Court Registry by Monday, July 30, 2007, the remaining balances of any amounts paid by Mr. Shelton ("Shelton Payments") and held by lawyers or law firms representing, or who have previously represented, Mr. Shelton, including, but not limited to, the following: Martin J. Auerbach, Esq.; Stephen E. Kaufman, Esq.; Thomas P. Puccio, Esq.; Howrey LLP; Dornbush Schaffer Strongin & Venaglia LLP; Millbank Tweed Hadley & McCoy LLP; Day Berry & Howard, n/k/a Day Pitney LLP; Wilmer Cutler and Pickering; and Santos and Seeley, P.C. All such payments shall be made payable to the order of the "Clerk, U.S. District Court," and checks shall be mailed or delivered to: Clerk's Office, U.S. District Court,

450 Main Street, Hartford, CT, 06103. The docket number of the case shall be written on each check sent to the Clerk's Office; and it is further

ORDERED, that there be an accounting for Shelton Payments to the following lawyers or law firms and the disbursements made therefrom: Martin J. Auerbach, Esq.; Stephen E. Kaufman, Esq.; Thomas P. Puccio, Esq.; Howrey LLP; Dornbush Schaffer Strongin & Venaglia LLP; Millbank Tweed Hadley & McCoy LLP; Day Berry & Howard, n/k/a Day Pitney LLP; Wilmer Cutler and Pickering; and Santos and Seeley, P.C.; and it is further

ORDERED, that each of the aforementioned identified lawyers and law firms shall submit a sworn affidavit to the Court by August 1, 2007 attesting to the following: (i) the dates and amounts of all Shelton Payments; (ii) stating the basis for all such Shelton Payments; (iii) identifying the recipients of any disbursements made from all Shelton Payments, along with the dates and amounts of such disbursements; (iv) stating that any and all such disbursements were made solely for legal services for Mr. Shelton and not to or for the benefit of third parties; (v) stating the amounts disbursed from the Shelton Payments for the representation of Mr. Shelton in connection with the defense of this criminal case and the amounts disbursed for the representation of Mr. Shelton in other matters; and (vi) stating the current balances of any Shelton Payments; and it is further

ORDERED, that each of the aforementioned identified lawyers and law firms shall produce to Cendant's counsel, Murtha Cullina LLP, attention Robert E. Kaelin, Esq., and the Office of the United States Attorney's Office, attention John G. Silbermann, Esq., by August 15, 2007 copies of all: (i) invoices or billing statements related to work done on behalf of Mr. Shelton; (ii) documentation supporting or evidencing payments received from Mr. Shelton; (iii) documentation supporting or evidencing disbursements made from all

Shelton Payments to either their own respective firm(s) or to any other lawyers or third parties; and (iv) documentation supporting or evidencing any balance owed to Mr. Shelton or claimed to be owed from Mr. Shelton.

IT IS SO ORDERED.

Dated this _____ day of July, 2007 at Hartford, Connecticut.

BY THE COURT

_____
Alvin W. Thompson
United States District Judge