# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
UNITED STATES OF AMERICA      :
                              :
v.                            :   Criminal No. 3:02CR00264(AWT)
                              :
E. KIRK SHELTON               :
-------------------------------x
```

### ORDER MODIFYING AUGUST 12, 2005
### RESTITUTION ORDER AND AUGUST 1, 2006 ORDER

Cendant Corporation and the government have each moved for an order modifying the court's Order of Restitution (Doc. No. 1638), dated August 12, 2005, (the "Restitution Order") and the court's Order re Motion for Stay of the Order of Restitution (Doc. No. 2414), dated August 1, 2006, (the "Supplemental Restitution Order"). Consistent with the provisions of 18 U.S.C. § 3664(k), the Restitution Order and the Supplemental Restitution Order are being modified as set forth herein.

By no later than July 30, 2007, defendant E. Kirk Shelton shall deposit or cause to be deposited in the court registry the remaining balance of any amounts paid by or on behalf of defendant Shelton ("Shelton Balance") to and held directly or indirectly by any lawyer or law firm representing, or who or which have previously represented, defendant Shelton (including, but not limited to, Martin J. Auerbach, Esq.; Stephen E. Kaufman, Esq.; Thomas P. Puccio, Esq.; Howrey LLP; Dornbush Schaffer Strongin & Venaglia LLP; Millbank Tweed Hadley & McCoy LLP; Day Berry & Howard, n/k/a Day Pitney LLP; Wilmer Cutler and Pickering; and Santos and Seeley, P.C.) to the extent that the Shelton Balance

exceeds the amount that such lawyer or law firm was owed by defendant Shelton as of July 19, 2007. All such payments shall be made payable to the order of the "Clerk, U.S. District Court," and checks shall be mailed or delivered to: Clerk's Office, U.S. District Court, 450 Main Street, Hartford, CT, 06103. The docket number of the case shall be written on each check sent to the Clerk's Office.

By no later than August 15, 2007, each of the law firms identified in Exhibit A to Cendant Corporation's Motion to Modify the Court's August 12, 2005 Restitution Order and August 1, 2006 Order (Doc. No. 2650), namely, The Law Offices of Martin J. Auerbach, Esq.; The Law Offices of Stephen E. Kaufman, Esq.; The Law Offices of Thomas P. Puccio, Esq.; Howrey LLP; Dornbush Schaffer Strongin & Venaglia, LLP; Millbank Tweed Hadley & McCoy LLP; Day Pitney LLP; Wilmer Cutler Pickering Hale and Dorr LLP; and Santos and Seeley, P.C. (collectively, the "Law Firms") shall file with the court a sworn affidavit attesting to the following:

      (1)    Either (A) that the Law Firm does not hold directly or indirectly any amount paid by or on behalf of defendant Shelton; or (B) if the Law Firm holds any such amount, that such amount is less than the amount defendant Shelton presently owes the Law Firm for legal services provided to him and not for the benefit of any third party, and identifying (i) the amount that is held and (ii) the amount the Law Firm is presently owed by defendant Shelton.

2

(2)    Either (A) that all amounts paid by or on behalf of
defendant Shelton have been disbursed by the Law Firm
solely for legal services for defendant Shelton and not
for the benefit of any third party; or (B) if clause (A)
is not applicable, as to each disbursement not described
by clause (A), the amount, date and recipient of that
disbursement.

At this point, Cendant Corporation's request for an order
permitting defendant Shelton to apply to the court for payment out
of the court registry of any legal fees that he incurs that he
cannot pay out of the remainder of his other assets appears to be
moot.

Also, the government's request for a modification, to the
extent necessary, allowing it to apply for writs of garnishment is
being granted.

Accordingly, Cendant Corporation's Motion to Modify the
Court's August 12, 2005 Restitution Order and August 1, 2006 Order
(Doc. No. 2650), is hereby GRANTED in part and DENIED as moot in
part; and the Joinder Motion of United States Regarding Motion to
Modify Restitution Order Filed by Cendant Corp. (Doc. No. 2732) is
hereby GRANTED in part and DENIED as moot in part.

It is so ordered.

Dated this 25th day of July 2007 at Hartford, Connecticut.

                              /s/AWT
                        Alvin W. Thompson
                     United States District Judge

3