# EXHIBIT E

## Kanter, Andrew

| | |
|---|---|
| **From:** | Robert E. Kaelin [RKAELIN@murthalaw.com] |
| **Sent:** | Tuesday, August 07, 2007 4:51 PM |
| **To:** | Kanter, Andrew; Schaeffer, Richard; Thomas P. Puccio |
| **Cc:** | Francis J. Brady |
| **Subject:** | Cendant/Shelton Criminal Case |

Gentlemen,

Per the Motion for Accounting in Aid of Execution filed today by Cendant, attached are copies of the 30(b)(6) Deposition Notices referenced therein.

**Robert E. Kaelin**
Partner
rkaelin@murthalaw.com

### Murtha Cullina LLP
ATTORNEYS AT LAW

CityPlace I, 185 Asylum Street
Hartford, CT 06103-3469
Direct: 860-240-6036
Direct Fax: 860-240-5836
Main: 860-240-6000
Main Fax: 860-240-6150

www.murthalaw.com

IRS CIRCULAR 230 DISCLAIMER: Any tax advice contained in this e-mail is not intended to be used, and cannot be used by any taxpayer, for the purpose of avoiding Federal tax penalties that may be imposed on the taxpayer. Further, to the extent any tax advice contained in this e-mail may have been written to support the promotion or marketing of the transactions or matters discussed in this e-mail, every taxpayer should seek advice based on such taxpayer's particular circumstances from an independent tax advisor.

CONFIDENTIALITY NOTICE: This message originates from the law firm of Murtha Cullina LLP. The information contained in this e-mail and any files transmitted with it may be a confidential attorney-client communication or may otherwise be privileged and confidential. If the reader of this message, regardless of the address or routing, is not an intended recipient, you are hereby notified that you have received this transmittal in error and any review, use, distribution, dissemination or copying is strictly prohibited. If you have received this message in error, please delete this e-mail and all files transmitted with it from your system and immediately notify Murtha Cullina by sending a reply e-mail to the sender of this message. Thank you.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Criminal Action No. |
| : | |
| Plaintiff, : | 3:02 CR 00264 (AWT) |
| : | |
| v. : | |
| : | |
| WALTER A. FORBES and : | |
| E. KIRK SHELTON, : | |
| : | |
| Defendants. : | AUGUST 7, 2007 |

NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), Cendant Corporation hereby gives notice that it will take the deposition, to be recorded by stenographic means, of a person(s) designated by Dornbush Schaeffer Strongin & Venaglia, LLP (the "Dornbush Firm") beginning at 10:00 a.m. on Wednesday, September 12, 2007 at the offices of Murtha Cullina LLP, CityPlace I, 185 Asylum Street, Hartford, Connecticut 06103. The Dornbush Firm shall designate a person(s) to testify who is knowledgeable about the following issues:

1. The factual basis upon which the May 7, 2004 Letter signed Attorney Richard Schaeffer was issued on behalf of E. Kirk Shelton to Cendant Corporation; and

2. An accounting of the sources and disposition of the monies that the Dornbush Firm has received from or on behalf of E. Kirk Shetlon from 1998 to the present.

The deposition will be recorded by stenographic means.

Cendant requests that the Dornbush Firm, on or before September 5, 2007, provide the undersigned with a written designation of the names and positions of each person the Dornbush Firm will designate to testify as to any matter set forth above.

In connection with this deposition, and pursuant to Fed. R. Civ. P. 30(b)(5), the Dornbush Firm is instructed to produce the following documents to the undersigned on or before September 12, 2007:

1.  All document reviewed and/or relied upon in issuing the May 7, 2004 Letter to Cendant Corporation; and

2.  All documentation supporting, evidencing or related to any payments received from E. Kirk Shelton from 1998 to the present;

3.  All invoices or billing statements related to work done on behalf of E. Kirk Shelton from 1998 to the present; and

4.  All documentation supporting or evidencing disbursements made from funds received from E. Kirk Shelton from 1998 to the present

You are invited to attend and cross-examine.

                       MOVANT - CENDANT CORPORATION

By: _____
     Francis J. Brady – ct04296
     Robert E. Kaelin - ct11631

     Murtha Cullina LLP
     CityPlace I - 185 Asylum Street
     Hartford, Connecticut 06103
     Telephone: (860) 240-6000
     Facsimile: (860) 240-6150
     Email: fbrady@murthalaw.com
            rkaelin@murthalaw.com
     Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Deposition was sent via first class mail, postage prepaid, and E-Mail on this 7th day of August, 2007 to:

Counsel for E. Kirk Shelton
Andrew Kanter, Esq.
Richard J. Schaeffer, Esq.
Dornbush Schaeffer Strongin & Venaglia, LLP
747 Third Avenue
New York, NY 10017

Hope C. Seeley, Esq.
51 Russ Street
Hartford, CT 06106

Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY 10169

Counsel For The U.S. Government

John G. Silbermann, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07101

Robert E. Kaelin –ct11631

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Criminal Action No. |
| Plaintiff, | : 3:02 CR 00264 (AWT) |
| v. | : |
| WALTER A. FORBES and<br>E. KIRK SHELTON, | : |
| Defendants. | : AUGUST 7, 2007 |

### NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), Cendant Corporation hereby gives notice that it will take the deposition, to be recorded by stenographic means, of a person(s) designated by the Law Offices of Thomas Puccio (the "Puccio Firm") beginning at 10:00 a.m. on Friday, September 14, 2007 at the offices of Murtha Cullina LLP, CityPlace I, 185 Asylum Street, Hartford, Connecticut 06103. The Puccio Firm shall designate a person(s) to testify who is knowledgeable about the following issues:

1.   An accounting of the sources and disposition of the $4 Million dollar retainer the Puccio Firm received on or about January 11, 2005 from E. Kirk Shetlon to the present.

The deposition will be recorded by stenographic means.

Cendant requests that the Puccio Firm, on or before September 7, 2007, provide the undersigned with a written designation of the names and positions of each person the Puccio Firm will designate to testify as to any matter set forth above.

In connection with this deposition, and pursuant to Fed. R. Civ. P. 30(b)(5), the Puccio Firm is instructed to produce the following documents to the undersigned on or before September 14, 2007:

1. All documentation supporting, evidencing or related to the $4 million payment received from Mr. Shelton on or about January 11, 2005;

2. All documentation supporting or evidencing disbursements made from the $4 million retainer, including, but not limited to, invoices or billing statements, whether to the Puccio Firm or any other third party.

You are invited to attend and cross-examine.

                    MOVANT - CENDANT CORPORATION

By: _____
      Francis J. Brady – ct04296
      Robert E. Kaelin - ct11631

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: fbrady@murthalaw.com
       rkaelin@murthalaw.com
Its Attorneys

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Deposition was sent via first class mail, postage prepaid, and E-Mail on this 7th day of August, 2007 to:

<u>Counsel for E. Kirk Shelton</u>
Andrew Kanter, Esq.
Richard J. Schaeffer, Esq.
Dornbush Schaeffer Strongin & Venaglia, LLP
747 Third Avenue
New York, NY 10017

Hope C. Seeley, Esq.
51 Russ Street
Hartford, CT 06106

Thomas P. Puccio, Esq.
230 Park Avenue, Suite 301
New York, NY 10169

<u>Counsel For The U.S. Government</u>

John G. Silbermann, Esq.
Norman Gross, Esq.
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07101

Robert E. Kaelin –ct11631