CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JOHN G. SILBERMANN, JR.
Special Attorney
U.S. Department of Justice
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: john.silbermann@usdoj.gov
JGS1197

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>E. KIRK SHELTON,<br><br>　　　　　　　　　　　*Defendant,*<br><br>and<br><br>E*TRADE FINANCIAL CORPORATION,<br>and its successors or assigns,<br><br>　　　　　　　　　　　*Garnishee.* | HON. ALVIN W. THOMPSON<br><br>Criminal No. 3:02-264 (AWT)<br><br>ANSWER OF THE GARNISHEE |

__Douglas DeRucia__, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of:

__E-Trade Financial__
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) __Legal Coordinator__ of Garnishee, __E-Trade__ a corporation, organized under the laws of the State of __NJ__.

    On __Aug 8__, 200_7_, Garnishee received the Writ of Garnishment by certified mail. The Garnishee was informed of its right to have the Writ served by the United States Marshal. The Garnishee expressly waives service of the Writ of Garnishment by United States Marshal and accepts service of the Writ of Garnishment by certified mail.

    5.    The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | Cash | $453,683.97 | |
| 2. | | | |
| 3. | | | |

    Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $ N/A | |
| 2. | $ | |
| 3. | $ | |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___   [The Garnishee makes the following claim of exemption on the part of Defendant:]

___   [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

___   [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, E. Kirk Shelton, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, E. Kirk Shelton, at (debtor's address):

> E. Kirk Shelton, Reg. #23906-050
> FCI Schuylkill
> Federal Correctional Institution
> P.O. Box 759
> Minersville, PA 17954

and (2) the United States Attorney's Office, District of New Jersey, 970 Broad Street, Suite 700, Newark, NJ 07102, Attn: John G. Silbermann, Jr., AUSA.

_____
Garnishee

Subscribed and sworn to before me this
10 day of Aug 2007.

_____
Notary Public
(Seal)

My Commission expires: _____

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

>Clerk, United States District Court
>District of Connecticut
>450 Main St.
>Hartford, CT 06103

and a copy of this Answer to:

>United States Attorney's Office
>District of New Jersey
>970 Broad Street, Suite 700
>Newark, NJ 07102
>Attention: John G. Silbermann, Jr., AUSA

and to:

>E. Kirk Shelton, Reg. #23906-050
>FCI Schuylkill
>Federal Correctional Institution
>P.O. Box 759
>Minersville, PA 17954

TO:   E*Trade Financial Corporation
Harborside Financial Center
501 Plaza 2, 5th Floor
34 Exchange Place.
Jersey City, NJ 07311

### INSTRUCTIONS TO THE GARNISHEE

Pursuant to the Federal Debt Collections Procedures Act of 1990, 28 U.S.C. §3205(c)(3)(A), the United States serves the following instructions upon Garnishee with a copy of the Writ of Garnishment.

1. Enclosed is a Writ of Garnishment requesting that you determine whether or not you have in your possession, custody or control any of the property of the debtor listed therein, or any other property of the debtor. You have the right to have this Writ served on you by the United States Marshal, instead of by certified mail. If you choose to waive this right and accept service by certified mail, please follow the instructions as stated below. If you choose to exercise your right to service by United States Marshal, please call Edward M. Clark at 973-297-2011 and he will arrange to have a Deputy United States Marshal deliver copies of these papers to you.

2. You are required by law to serve a written answer to this Writ within <u>10 days</u> of the service of this Writ. You are further required to withhold and retain any property, including earnings, in which the debtor has a substantial non-exempt interest.

DO NOT SEND THIS MONEY TO THE UNITED STATES ATTORNEY'S OFFICE AT THIS TIME; THE FEDERAL DEBT COLLECTION PROCEDURES ACT REQUIRES THAT THE GARNISHEE WITHHOLD SUCH MONEY PENDING THE ISSUANCE OF THE FINAL ORDER. WHEN A FINAL ORDER IS ISSUED IN THIS MATTER, YOU WILL BE SERVED WITH A COPY OF THAT ORDER WITH INSTRUCTIONS AS TO WHERE TO SEND THE GARNISHMENT PAYMENTS.

3. **IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEBTOR'S NON-EXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD. ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES OF AMERICA IF THE UNITED STATES FILED A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.**

4. A form answer has been included with these instructions for your use, should you desire to use it. You are not required to use the form answer. If you use the form answer, please fill out the information completely and send the original to the Clerk of Court as directed in the Writ of Garnishment. Copies of your answer must be mailed to the United States Attorney's Office and the judgment debtor.

5. If you have any additional questions concerning this procedure, please call Edward M. Clark of the United States Attorney's Office, District of New Jersey at (973) 297-2011. Written questions may be sent to: United States Attorney's Office, District of New Jersey, 970 Broad Street, Suite 700, Newark, New Jersey 07102, Attn: Edward M. Clark. The United States Attorney's Office cannot provide you with legal advice on this matter; for legal advice, you should contact an attorney. If you are unsure of how to proceed, you may want to consult an attorney.