## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **HON. ALVIN W. THOMPSON** |
| *Plaintiff,* | **Criminal No. 3:02-264 (AWT)** |
| v. | **ANSWER OF THE GARNISHEE** |
| **E. KIRK SHELTON,** | |
| *Defendant,* | |
| and | |
| **HOWREY LLP,** | |
| **and its successors or assigns,** | |
| *Garnishee.* | |

**JOHN W. NIELDS, JR.** declares under penalty of perjury:

1.     He is a member of Howrey LLP, garnishee herein.

2.     On or about August 7, 2007, garnishee received a Writ of Garnishment by mail.  Garnishee expressly waives its right to have the Writ served by the United States Marshall and accepts service of the Writ of Garnishment by mail.

3.     Garnishee believes it is not in possession of property in which the Debtor has an interest.

4.     As described in my declaration dated August 10, 2007, filed with the Court in response to the Court's Order dated July 25, 2007 (copy attached hereto), garnishee holds $15,457.84 in an escrow account in E. Kirk Shelton's name.  However,

that amount is exceeded by the amount E. Kirk Shelton owes garnishee for legal services rendered.

5.      Garnishee does not anticipate owing any amounts to E. Kirk Shelton in the future.

The Garnishee mailed a copy of this answer by first-class mail or Federal Express to (1) the Debtor, E. Kirk Shelton, at:

> E. Kirk Shelton, Reg. #23906-050
> FCI Schuylkill
> Federal Correctional Institution
> P.O. Box 759
> Minersville, PA  17954

and (2) the United States Attorney, at:

> United States Attorney's Office
> District of New Jersey
> 970 Broad Street, Suite 700
> Newark, NJ  07102
> Attn:  John G. Silbermann, Jr., AUSA

John W. Nields, Jr.
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel:  (202) 383-6649
Fax:  (202) 383-6610
email:  nieldsj@howrey.com

Dated:  August 16, 2007