UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                *Plaintiff*,

v.

**E. KIRK SHELTON,**
                *Defendant*,

and

**LAW OFFICES OF THOMAS P. PUCCIO,**
and its successors or assigns,

                *Garnishee*.

HON. ALVIN W. THOMPSON

Criminal No. 3:02-264 (AWT)

**ANSWER OF THE GARNISHEE**

-----------------------------------------------------------x

THOMAS P. PUCCIO declares under penalty of perjury:

1. He is member of the Law Offices of Thomas P. Puccio.

2. On or about August 7, 2007, garnishee received a Writ of Garnishment by mail. Garnishee expressly waives its right to have the Writ served by the United States Marshall and accepts service of the Writ of Garnishment by mail.

3. Garnishee is not in possession of property in which the Debtor has an interest.

4. Garnishee does not anticipate owing any amounts to E. Kirk Shelton in the future.

The garnishee mailed a copy of this answer by first-class mail or Federal Express to (1) the Debtor, E. Kirk Shelton, at;

> E. Kirk Shelton, Reg. #23906-050
> FCI Schuylkill
> Federal Correctional Institution
> P.O. Box 759
> Minersville, PA 17954

And (2) the United States Attorney, at:

> United States Attorney's Office
> District of New Jersey
> 970 Broad Street, Suite 700
> Newark, NJ 07102
> Attn: John G. Sibermann, Jr., USA

*(signature)*
Thomas P. Puccio
230 Park Avenue, Suite 301
New York, New York 10169
Tel: 212-883-6383
Email: tpuccio@lotpp.com

Dated: August 21, 2007