CHRISTOPHER J. CHRISTIE
Special Attorney
U.S. Department of Justice
JOHN G. SILBERMANN, JR.
Special Attorney
U.S. Department of Justice
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: john.silbermann@usdoj.gov
JGS1197

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. ALVIN W. THOMPSON |
| *Plaintiff,* | Criminal No. 3:02-264 (A WT) |
| v. | ANSWER OF THE GARNISHEE |
| E. KIRK SHELTON, | |
| *Defendant,* | |
| and | |
| DORNBUSH SCHAEFFER STRONGIN & VENAGLIA, LLP, and its successors or assigns, | |
| *Garnishee.* | |

RICHARD SCHAEFFER, BEING DULY SWORN DEPOSES AND SAYS:
        (Affiant)

IF GARNISHEE IS AN INDNIDUAL:

That he/she is Garnishee herein doing business in the name of:

_____

(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

   I am a partner of
   That ~~he/she is a member~~ Dornbush Schaeffer Strongin & Venaglia, LLP, ~~of~~ a partnership and the

Garnishee ~~composed of which~~.

~~Garnishee is a partner.~~

IF GARNISHEE IS A CORPORATION:

   That he/she is the (State Official Title) _____ of Garnishee, _____ a corporation,

organized under the laws of the State of _____.

On August 7, 2007, Garnishee received the Writ of Garnishment by ~~certified mail~~ overnight courier.

The Garnishee was informed of its right to have the Writ served by the United States Marshal.

The Garnishee expressly waives service of the Writ of Garnishment by United States Marshal

and accepts service of the Writ of Garnishment by ~~certified mail~~. overnight courier.

  ~~5.~~  The Garnishee has custody, control or possession of the following property (non-

   earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. NONE | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |

   Garnishee anticipates owing to the judgment-debtor in the
future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ NONE | _____ |
| 2. $ _____ | _____ |

3.   $_____                              _____

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___   [The Garnishee makes the following claim of exemption on the part of Defendant:)

___   [Or has the following objections, defenses, or set-offs to Plaintiffs right to apply Garnishee's indebtedness to Defendant upon Plaintiffs claim:]

_X_   [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, E. Kirk Shelton, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

                                                    U.S. Express Mail
The Garnishee mailed a copy of this answer by ~~first-class mail~~ to (1) the Debtor, E. Kirk Shelton, at (debtor's address):

> E. Kirk Shelton, Reg. #23906-050
> FCI Schuylkill
> Federal Correctional Institution
> P.O. Box 759
> Minersville, P A 17954

and (2) the United States Attorney's Office, District of New Jersey, 970 Broad Street, Suite 700, Newark, NJ 07102, Attn: John G. Silbermann, Jr., AUSA.

                                   Garnishee,
                                   DORNBUSH SCHAEFFER STRONGIN
                                   & VENAGLIA, LLP

                                   By: _____
                                        Richard Schaeffer, a Partner

Subscribed and sworn to before me this
17th day of August 2007.

_____
Notary Public
(Seal)

                                   CLAIR S. SEU
                                   Notary Public, State of New York
                                   No. 01SE6133165
                                   Qualified in New York County
                                   Commission Expires 9/12/2009

My Commission expires: 9/12/2009