## Kanter, Andrew

**From:** Robert E. Kaelin [RKAELIN@murthalaw.com]
**Sent:** Tuesday, July 24, 2007 11:07 AM
**To:** Thomas P. Puccio; Kanter, Andrew; Schaeffer, Richard; Silbermann, John (USANJ); Francis J. Brady
**Subject:** Draft Shelton Order re Motion to Modify

Gentlemen,

Please find attached the draft, proposed Order on behalf of Cendant and the Government for submission to Judge Thompson by 9:00 a.m. tomorrow morning.

After further reflection and consultation with our client, we really do need to have the underlying documentation evidencing and supporting the payment of legal fees. We do not believe it is overly burdensome to pull and copy the invoices. Without seeing the invoices, it will not be possible to determine and examine what was billed, whether it was reasonable, etc.

I would suggest you circulate any edits or changes, perhaps even a redlined copy. To the extent we cannot agree on the form of Order, we can simply submit to chambers tomorrow morning our respective form of orders.

Bob


**Robert E. Kaelin**
Partner
rkaelin@murthalaw.com

### MURTHA CULLINA LLP
ATTORNEYS AT LAW

CityPlace I, 185 Asylum Street
Hartford, CT 06103-3469
Direct: 860-240-6036
Direct Fax: 860-240-5836
Main: 860-240-6000
Main Fax: 860-240-6150

www.murthalaw.com

IRS CIRCULAR 230 DISCLAIMER: Any tax advice contained in this e-mail is not intended to be used, and cannot be used by any taxpayer, for the purpose of avoiding Federal tax penalties that may be imposed on the taxpayer. Further, to the extent any tax advice contained in this e-mail may have been written to support the promotion or marketing of the transactions or matters discussed in this e-mail, every taxpayer should seek advice based on such taxpayer's particular circumstances from an independent tax advisor.

CONFIDENTIALITY NOTICE: This message originates from the law firm of Murtha Cullina LLP. The information contained in this e-mail and any files transmitted with it may be a confidential attorney-client communication or may otherwise be privileged and confidential. If the reader of this message, regardless of the address or routing, is not an intended recipient, you are hereby notified that you have received this transmittal in error and any review, use, distribution, dissemination or copying is strictly prohibited. If you have received this message in error, please delete this e-mail and all files transmitted with it from your system and immediately notify Murtha Cullina by sending a reply e-mail to the sender of this message. Thank you.