# EXHIBIT B

## PAYMENTS BY E. KIRK SHELTON TO LEGAL COUNSEL
## POST JANUARY 5, 2005

| LAW FIRM | DATE | AMOUNT |
|---|---|---|
| Thomas P. Puccio | 1/11/2005 | $4,000,000.00 |
| Howrey LLP | 7/28/2006 | $15,000.00 |
|  | 8/31/2006 | $250,000.00 |
|  | 12/8/2006 | $160,000.00 |
|  |  | $425,000.00 |
| Dornbush Schaeffer Strongin & Venaglia LLP | 7/11/2006 | $5,000.00 |
| Milbank Tweed Hadley & McCoy LLP | 1/11/2005 | $97,462.56 |
|  | 2/1/2005 | $78,041.75 |
|  | 5/3/2005 | $1,843.95 |
|  |  | $177,348.26 |
| Day Berry & Howard | 1/14/2005 | $39,675.11 |
|  | 2/1/2005 | $23,103.05 |
|  | 2/22/2005 | $32,544.82 |
|  |  | $95,322.98 |
| Santos and Seeley, P.C. | 1/30/2006 | $3,873.87 |
|  | 2/26/2006 | $18,000.00 |
|  | 3/2/2006 | $10,000.00 |
|  | 5/5/2006 | $3,833.25 |
|  | 6/8/2006 | $1,593.25 |
|  | 7/12/2006 | $766.09 |
|  | 8/18/2006 | $1,880.94 |
|  | 9/19/2006 | $3,153.71 |
|  | 10/25/2006 | $1,085.00 |
|  | 11/10/2006 | $1,211.95 |
|  |  | $45,398.06 |
| **TOTAL** |  | **$4,748,069.30** |

972791v1