# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           No. 3:02CR264(AWT)

    vs.

E. KIRK SHELTON,
                               HARTFORD, CONNECTICUT
                 Defendant    JULY 18, 2007

- - - - - - - - - - - - - - - - x

**TELEPHONIC STATUS CONFERENCE**

BEFORE:

    HON. ALVIN W. THOMPSON, U.S.D.J

                                  Corinna F. Thompson, RPR
                                  Official Court Reporter

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

1  made in good faith. It's not a fishing expedition.

2  As far as the attorneys on the phone are
3  concerned, I don't question their good faith for one
4  moment, but this is getting really ridiculous.

5  For instance, without going into a long,
6  involved discussion about this, I was paid substantially
7  by Cendant. Since they are the client, I assume they have
8  records of how much they paid me.

9  There came a point in time, Your Honor, I
10  believe it was after August of 2004 while the trial was
11  still in progress, that Cendant no longer was paying the
12  bills.

13  THE COURT: My understanding -- my impression,
14  if I'm remembering correctly, is it may have been through
15  September 30th?

16  MR. PUCCIO: No. They paid through
17  August 30th. The check may have arrived after that. So
18  for the months of September, October, November and
19  December, as per my standing instructions -- and this is
20  while the litigation was ongoing -- I sent my bills as
21  usual to Mr. Carley, the general counsel of Cendant, and I
22  continued to do so, Judge, through May, my bills of May of
23  the following year. And then I frankly told my assistant
24  after they had ignored at that point nine bills,
25  approaching a couple million dollars in legal fees, they

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

```
 1    weren't paying it. I told my assistant just to stop
 2    sending the bills. Of course, we maintained bills all the
 3    way until Mr. Shelton surrendered. As Your Honor may
 4    recall, it was work that continued to be done all the way
 5    through that, even up to -- the government was making
 6    application actually up to the day he surrendered.
 7             So there are substantial -- as Your Honor can
 8    imagine, in addition to my fees, there are a number of
 9    other law firms that received money from that retainer
10    that's referred to in the papers that the parties have
11    submitted. That's long since been exhausted.
12             My firm is owed substantial sums at this point.
13    Milbank is owed substantial sums at this point.
14    Mr. Schaeffer's firm. We continue to work on the case.
15    Mr. Schaeffer is really handling the labor here, but I'm
16    involved as recently as a couple of weeks ago on issues
17    relating to Mr. Shelton being deposed at the institution
18    where he's incarcerated and legal issues implicated by
19    that. This goes on and on and on.
20             I really think the way matters, in my experience
21    and normally are handled, is counsel for the government
22    and for Cendant would contact the lawyers and ask them
23    what the situation is rather than involving the Court.
24             You have an affidavit from Mr. Kanter. I guess
25    it's an easy enough thing to get affidavits from all the
```

PDF created with FinePrint pdfFactory trial version www.pdffactory.com