# EXHIBIT D

Page 1

```
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - -x

CENDANT CORPORATION,              :

            Plaintiff,            : Civil Action No.

       vs.                        :   3:06-CV-854

E. KIRK SHELTON, AMY M.           :      (AWT)

SHELTON and ROBIN D. JACKSON,     :

Trustee of the SHELTON            :

CHILDREN IRREVOCABLE TRUST,       :

            Defendants.           :

- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,         :

            Plaintiff,            :

       vs.                        :

SCIP PARTNERS, L.P., ET AL.,      :

            Defendants.           :

- - - - - - - - - - - - - - - - -x
```

           Deposition of AMY SHELTON, taken pursuant to the Federal Rules of Civil Procedure at the law offices of Murtha Cullina LLP, CityPlace I, Hartford, Connecticut, before Elizabeth A. Zawacki, LSR #00087, a Registered Merit Reporter and Notary Public in and for the State of Connecticut, on Monday, August 29, 2007, at 10:16 a.m.

```
                    Q:  ATTORNEY FRANCIS J. BRADY
                    A:  AMY M. SHELTON                          Page 126
```

1 paying them?

2  A.  I have no idea.

3  Q.  When was the last time you paid either of
4 your attorneys?

5  A.  They were given a retainer when I first
6 hired them, and they were drawing money off of that,
7 and when my accounts were frozen they stopped
8 drawing money from those accounts. I believe their
9 accounts were frozen also.

10  Q.  So you haven't -- just so I'm clear on
11 this, you have not paid or had anyone on your behalf
12 pay your attorneys since the date the accounts were
13 frozen; is that your understanding?

14  A.  No. I believe they have been paid. I
15 just don't know who has paid them.

16  Q.  That's my question. You think that your
17 attorneys have been paid by someone?

18  A.  Yes, that's correct.

19  Q.  But you don't know who?

20  A.  No, I don't.

21  Q.  Mr. Isenberg pay them?

22  A.  I don't know.

23  Q.  Did Kirk Shelton pay them?

24  A.  Certainly not.

25  Q.  What makes you think that they have been

```
 1   paid?
 2        A.     I asked them.
 3        Q.     And they said they have been paid?
 4               MR. HELLMAN:  Objection.  I don't
 5   want her to disclose attorney-client communication.
 6               MR. BRADY:  That's a fair objection,
 7   only we won't debate now, but I think I can pursue
 8   that one.
 9        Q.     Do you know if Mr. Jackson is paying your
10   attorneys?
11        A.     I don't.  I don't know who is paying my
12   attorneys' fees.
13        Q.     But you are --
14        A.     You could be paying my attorneys' fees for
15   all I know.
16        Q.     No, ma'am.
17               Do you know an Attorney Thomas Puccio?
18        A.     I do.
19        Q.     And you know him as an attorney who
20   represented your husband at one point?
21        A.     I do.
22        Q.     Now, the conviction of your husband
23   occurred on January 4, 2005, if I remember
24   correctly.
25               MR. HELLMAN:  Just to be clear on the
```