# EXHIBIT E

```
                                                                      1


   1                  UNITED STATES DISTRICT COURT

   2                FOR THE DISTRICT OF CONNECTICUT

   3

   4   - - - - - - - - - - - - - - - - -x
                                        :
   5   UNITED STATES OF AMERICA         :No. 3:02CR264(AWT)
                                        :
   6              vs.                   :
                                        :
   7   E. KIRK SHELTON                  :
                                        :HARTFORD, CONNECTICUT
   8              Defendant             :MARCH 3, 2005
                                        :
   9   - - - - - - - - - - - - - - - - -x

  10

  11

  12

  13                      TELEPHONIC CONFERENCE

  14

  15

  16
            BEFORE:
  17

  18            HON. ALVIN W. THOMPSON, U.S.D.J.

  19

  20

  21

  22

  23
                                  Diana Huntington, RMR, CRR
  24                              Official Court Reporter

  25
```

7

```
 1              THE COURT:  Any other questions, comments?
 2              MR. SCHECHTER:  This is Rich Schechter for the
 3   United States.
 4              No problem with the language, we just want to
 5   make it clear on the record, because we're operating in
 6   the blind here as to how much money was been given to
 7   counsel as prepaid legal services.  Since we don't know
 8   what that amount is, we want to reserve all of the
 9   government's rights at the time of sentencing to seek any
10   of those monies that have not been used to deal with
11   restitution and fines.  I just wanted to be clear this
12   order doesn't preclude the government from exercising
13   those rights in the event at the time of sentencing there
14   is still money on account because we think we're going to

15   be asking for fines and restitution.  And we don't want to
16   be told then we should have reserved our right now, so
17   we're reserving our right.
18              THE COURT:  The order is silent on that issue.
19              MR. SCHECHTER:  Thank you.
20              THE COURT:  All right.  I think we're all set,
21   then.
22              I guess, Mr. Schechter, you'll be around in a
23   bit?
24              MR. SCHECHTER:  Yes, I will, Your Honor.
25              THE COURT:  I'm going to get this revised.  I'll
```