UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
UNITED STATES OF AMERICA       )
                               )
v.                             )     Criminal No. 3:02CR00264(AWT)
                               )
E. KIRK SHELTON                )
-------------------------------
```

**NOTICE TO COUNSEL AND E-TRADE FINANCIAL CORPORATION AND ORDER**

On July 26, 2007, the court granted applications by the government for writs of garnishment as to E*Trade Financial Corporation (Doc. No. 2739); Howrey LLP (Doc. No. 2740); Dornbush Schaeffer Strongin & Venaglia (Doc. No. 2741); and Law Offices of Thomas P. Puccio (Doc. No. 2742).

Dornbush Schaeffer Strongin & Venaglia filed an answer (Doc. No. 2759) on August 20, 2007, representing that it holds no property in which the debtor, defendant E. Kirk Shelton, maintains an interest. On August 21, 2007, Law Offices of Thomas P. Puccio filed an answer (Doc. No. 2758) in which it also represented that it holds no property in which the debtor, defendant E. Kirk Shelton, maintains an interest.

On August 17, 2007, Howrey LLP filed an answer (Doc. No. 2757) in which it represented that it holds $15,457.84 in an escrow account in E. Kirk Shelton's name.  However, Howrey LLP also represented that it is not in possession of property in which the debtor, defendant E. Kirk Shelton, has an interest because that amount is exceeded by the amount E. Kirk Shelton owes Howrey LLP for legal services rendered.  Under 28 U.S.C.

§3205(c)(5), any objections to the answer and requests for a hearing by the debtor or the government were to be filed by September 6, 2007.  No objection has been filed.

On August 17, 2007, E*Trade Financial Corporation filed an answer (Doc. 2756) in which it represented that it has in its custody, control, or possession approximately $45,683.97 in which the debtor, defendant E. Kirk Shelton, maintains an interest. Under 28 U.S.C. § 3205(c)(5), any objections to the answer and requests for a hearing by the debtor or the government were to be filed by September 6, 2007.  No objection or request for a hearing has been filed.  Therefore, counsel and E*Trade Financial Corporation are hereby notified that on September 19, 2007, the court will issue an order directing E*Trade Financial Corporation to deposit in the court registry all funds in its possession in which the debtor, defendant E. Kirk Shelton, maintains an interest.  Any interested person who wants the court to follow a different procedure shall file an appropriate motion by no later than Monday, September 17, 2007.

The Clerk shall mail a copy of this notice and order to E*Trade Financial Corporation at the following address:

```
E*Trade Financial Corporation
Harborside Financial Center
501 Plaza 2, 5th Floor
34 Exchange Place
Jersey City, NJ 07311
```

      Dated this 13th day of September, 2007, at Hartford, Connecticut.

                                                  /s/ AWT

                                              Alvin W. Thompson
                                      United States District Judge