**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------
UNITED STATES OF AMERICA,      )
                               )
     Plaintiff,                )
                               )
v.                             )    Criminal No. 3:02CR00264(AWT)
                               )
E. KIRK SHELTON,               )
                               )
     Defendant,                )
                               )
     and                       )
                               )
E*TRADE FINANCIAL CORPORATION, )
and its successors or assigns, )
                               )
     Garnishee.                )
-------------------------------
```

**GARNISHEE ORDER**

An Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to the Garnishee, E*Trade Financial Corporation, was duly issued. The Garnishee accepted service of the Writ by the United States Marshal Service. Pursuant to the Writ of Garnishment, E*Trade Financial Corporation has filed an Answer to the Writ stating that at the time of the service of the Writ it had in its possession, custody or under its control, personal property belonging to E. Kirk Shelton, and that E*Trade Financial Corporation was indebted to the defendant in the sum of $452,683.97.

IT IS ORDERED that E*Trade Financial Corporation forthwith pay the sum of $452,683.97 (together with all interest earned

thereon since the date of the Garnishee's Answer) in E. Kirk Shelton's account into the court registry, so that it can be applied to the defendant's financial obligation under the Restitution Order. Such payment shall be made payable to the order of the "Clerk, U.S. District Court" and mailed or delivered to: Clerk's Office, U.S. District Court, 450 Main Street, Hartford, CT, 06103, and the docket number of the case shall be written on any check or other instrument, or otherwise indicated at the time payment is made.

The Clerk shall mail a copy of this Garnishee Order to E*Trade Financial Corporation at the following address:

    E*Trade Financial Corporation
    Harborside Financial Center
    501 Plaza 2, 5th Floor
    34 Exchange Place
    Jersey City, NJ 07311

Dated this 19th day of September, 2007, at Hartford, Connecticut.

                                  /s/ AWT

                              Alvin W. Thompson
                          United States District Judge