UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION NO.: |
| | : | |
| | : | 3:02-CR-00264 (AWT) |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | |
| | : | |

### ORDER

The Clerk of the United States District Court is hereby directed to pay over the entire balance received from Meier Franzino & Scher LLP to "Murtha Cullina, LLP, as Trustee" c/o Robert E. Kaelin, Esq., Murtha Cullina LLP, CityPlace, I, 185 Asylum Street, Hartford, CT 06103 acting as Trustee for Cendant Corporation and its successors.

It is so ordered.

Dated this _15th_ day of _April_, 2008 at Hartford, Connecticut.

/s/ Alvin W. Thompson, USDJ
_____
Alvin W. Thompson,
United States District Judge