UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION NO.: |
| | : | |
| | : | 3:02-CR-00264 (AWT) |
| v. | : | |
| | : | |
| E. KIRK SHELTON. | : | |
| | : | |
| | : | |

## ORDER

The Clerk of the United States District Court is hereby directed to pay over the entire balance received from Bank of New Canaan from account No.xxx6154 to "Murtha Cullina, LLP, as Trustee" c/o Robert E. Kaelin, Esq., Murtha Cullina LLP, CityPlace, I, 185 Asylum Street, Hartford, CT 06103 acting as Trustee for Cendant Corporation and its successors.

It is so ordered.

Dated this 6th day of May, 2008 at Hartford, Connecticut.

Alvin W. Thompson, USDJ
Alvin W. Thompson,
United States District Judge