UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION NO.: |
| Plaintiff | : | |
| v. | : | 3:02-CR-00264 (AWT) |
| | : | |
| WALTER A. FORBES and | : | |
| E. KIRK SHELTON | : | |
| | : | |
| Defendants | : | |

## ORDER

The Clerk of United States District Court is hereby directed to pay over the entire balance of the funds received from Vanguard Marketing Corporation and The Vanguard Group, Inc. from Amy Shelton's account No. xxx 3923 and account No. 3993 to "Murtha Cullina, LLP, as Trustee" c/o Robert E. Kaelin, Esq., Murtha Cullina LLP, CitiPlace, I, 185 Asylum Street, Hartford, CT 06103 acting as Trustee for Cendant Corporation.

Dated this 4th day of June, 2008 at Hartford, Connnecticut.

By: /s/ Alvin W. Thompson, USDJ
Alvin W. Thompson,
United States District Judge

ZEISLER & ZEISLER, P.C. • ATTORNEYS AT LAW
558 CLINTON AVENUE • P. O. BOX 3186 • BRIDGEPORT, CONNECTICUT 06605-0186 • (203) 368-4234 • JURIS NO. 69625