UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO.: |
| v. | 3:02-CR-00264 (AWT) |
| E. KIRK SHELTON. | |

## ORDER

The Clerk of the United States District Court is hereby directed to pay over the entire balance received from Emigrant Bank from Account No.xxx4843 to "Murtha Cullina, LLP, as Trustee" c/o Robert E. Kaelin, Esq., Murtha Cullina LLP, CityPlace, I, 185 Asylum Street, Hartford, CT 06103 acting as Trustee for Cendant Corporation and its successors.

It is so ordered.

Dated this _12th_ day of _August_, 2008 at Hartford, Connecticut.

/s/ Alvin W. Thompson, USDJ
Alvin W. Thompson,
United States District Judge