UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| Plaintiff, | : | 3:02 CR 00264 (AWT) |
| v. | : | |
| WALTER A. FORBES and<br>E. KIRK SHELTON, | : | |
| Defendants. | : | JANUARY 29, 2010 |

## MOTION FOR ORDER REGARDING RESTITUTION PAYMENTS

In this action, defendants E. Kirk Shelton and Walter A. Forbes have both been ordered to pay restitution in the amount of $3.275 billion (the "Restitution Orders"). (See Dkts. 1638 and 2641). Cendant Corporation n/k/a/ Avis Budget Group, Inc. ("Cendant") is the only identified victim under the E. Kirk Shelton Restitution Order and is a 90% victim under the Walter A. Forbes Restitution Order. Ernst & Young is a 10% victim under the Walter A. Forbes Restitution Order only.

Cendant has been actively pursuing, and will continue to actively pursue, enforcement of the Restitution Orders and expects that periodic restitution payments will continue to be deposited with the Clerk. To facilitate the speedy distribution of the restitution payments, Cendant, with the consent of Ernst & Young, respectfully requests that the Court enter the attached proposed order directing the Clerk of the Court to distribute all restitution payments to "Murtha Cullina LLP, as Trustee" c/o

Robert E. Kaelin, Esq., Murtha Cullina LLP, CityPlace I, 185 Asylum Street, Hartford, Connecticut, 06103.

In addition, Cendant's understanding is that all payments currently made pursuant to the Restitution Orders are held by the Clerk in a dedicated interest-bearing account until the Court orders the funds distributed. To quicken the payment process, Cendant respectfully requests that the Court direct the Clerk to deposit all restitution payments received into the general non-interest-bearing fund and to distribute the funds to the victims as further specified in this Order once the funds have cleared.

The United States consents to the relief requested herein. A copy of this Motion has been provided to counsel for Ernst & Young, who consents.

                                        CENDANT CORPORATION

                                        By   /s/ Robert E. Kaelin
                                                 Francis J. Brady - ct04296
                                                 fbrady@murthalaw.com
                                                 Robert E. Kaelin - ct11631
                                                 rkaelin@murthalaw.com

                                        Murtha Cullina LLP
                                        CityPlace I - 185 Asylum Street
                                        Hartford, Connecticut 06103-3469
                                        Telephone: (860) 240-6000
                                        Facsimile: (860) 240-6150
                                        Its Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Criminal Action No. |
| Plaintiff, | : |
| | : 3:02 CR 00264 (AWT) |
| v. | : |
| WALTER A. FORBES and E. KIRK SHELTON, | : |
| Defendants. | : |

## ORDER

It is hereby ORDERED that the Clerk of the Court shall direct all future restitution payments made pursuant to the terms of the orders of restitution dated August 12, 2005, as to defendant E. Kirk Shelton (Dkt. 1638), and January 17, 2007, as to defendant Walter A. Forbes (Dkt. 2641) (collectively "Restitution Orders"), to "Murtha Cullina LLP, as Trustee" c/o Robert E. Kaelin, Esq., Murtha Cullina LLP, CityPlace I, 185 Asylum Street, Hartford, Connecticut, 06103 ("Murtha Cullina").

It is further ORDERED that the Clerk of the Court shall deposit all payments made pursuant to the Restitution Orders in a non-interest-bearing account and distribute such funds to Murtha Cullina once the funds have cleared.

It is so ordered.

Signed this _____ day of _____ 2010 at Hartford, Connecticut.

_____
Alvin W. Thompson
Chief United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          /s/ Robert E. Kaelin
Robert E. Kaelin - ct11631
rkaelin@murthalaw.com

Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys